UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOY KASPARIAN, and<br>RICHARD FEDERICO, Jr.,<br><br>        Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br>Lilly Corporate Center<br>Indianapolis, IN 46285,<br><br>        Defendant. | CIVIL ACTION No. |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446, defendant Eli Lilly and Company ("Lilly") files this Notice of Removal and states:

1.   On January 27, 2006, Plaintiffs commenced an action against Lilly in the Superior Court for the District of Columbia, Civil Division, as Civil Action No. 06-000552, by filing a Complaint for Damages. The United States District Court for the District of Columbia is the district embracing the place where this action is pending. True copies of all process, pleadings, and orders served on Lilly as of the morning of February 15, 2006 are attached hereto as Exhibit A and specifically incorporated herein.

2.   Lilly received service of process on January 31, 2006.

3.   This Notice of Removal is filed within thirty (30) days of the date on which Lilly was served with a summons and copy of the Complaint. Consequently, this notice is timely under 28 U.S.C. §1446(b).

4. Based on the information contained in the Complaint, Plaintiffs were at the time of the commencement of this action, and are at the time of filing this Notice of Removal, residents of the state of Massachusetts.

5. Lilly was at the time of the commencement of this action and is now at the time of filing this Notice of Removal an Indiana corporation with its principal place of business in the State of Indiana.

6. Each Plaintiff claims damages in excess of $75,000. Accordingly, the amount in controversy in the state action exceeds the sum or value of $75,000, exclusive of interest and costs.

7. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, and the action is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because it is a civil action between citizens of different states in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8. Removal of this case on the basis of diversity of citizenship is not precluded by the provisions of 28 U.S.C. § 1441(b) because the Defendant is not a citizen of the District of Columbia.

- 3 -

Respectfully submitted,

ELI LILLY AND COMPANY

/s/ L.H. Martin
Lawrence H. Martin, D.C. Bar # 476639
Foley Hoag LLP
1875 K Street, NW, Suite 800
Washington, D.C. 20006-1238
(202) 223-1200

and

James J. Dillon, D.C. Bar # 485593
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

Dated: Feb 17, 2006

## CERTIFICATE OF SERVICE

I certify that on February 17, 2006, a true copy of the foregoing Notice of Removal was served by U.S. First Class Mail, postage prepaid, upon:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
**Attorneys for Plaintiffs**

_____
Betty Marroquin