IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOY KASPARIAN, et al.**   ]<br>  ]<br>   **Plaintiffs,**   ]<br>  ]<br>   v.   ]<br>  ]<br> **ELI LILLY AND COMPANY,**   ]<br>  ]<br>   **Defendant.**   ] | Civil Action No.: 06-cv-00290(RMC)<br>Next Event: |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, JOY KASPARIAN and RICHARD FEDERICO, JR. in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046