IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOY KASPARIAN, et al.** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 06-cv-00290(RMC) |
| ] | Next Event: Initial Scheduling Conference |
| **ELI LILLY AND COMPANY,** ] | on  May  26, 2006 at 11:15 a.m. |
| ] | |
| **Defendant.** ] | |

## [PROPOSED] SCHEDULING ORDER

The parties suggest the following schedule:

August 24, 2006:          Deadline for serving discovery requests.

September 25, 2006:     Deadline for plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

October 25, 2006:         Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

December 26, 2006:     All Discovery Closed. The parties agree that experts may be deposed until the closed of discovery.

January 25, 2007:         Deadline for filing Dispositive Motions.

March 2007:                 Pre-Trial Conference.


DATED: _____          _____
                                                                                    ROSEMARY M. COLLYER
                                                                                    United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | FOLEY HOAG LLP |
| /s/ Aaron M. Levine<br>AARON M. LEVINE, #7864<br>1320 19th Street, N.W., Suite 500<br>Washington, DC   20036<br>202-833-8040 | /s/ James J. Dillon (by permission-rm)<br>JAMES J. DILLON, #485593<br>155 Seaport Boulevard<br>Boston, MA   02210<br>617-832-1000 |
| Counsel for Plaintiffs | and<br>Lawrence H. Martin, Esq.<br>FOLEY HOAG LLP<br>1875 K Street, N.W., Suite 800<br>Washington, DC   20006<br>202-223-1200<br><br>Counsel for Defendant Eli Lilly and Company |

Dated: May 2, 2006