IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOY KASPARIAN and RICHARD FEDERICO, JR., <br><br> Plaintiffs <br><br> v. <br><br> ELI LILLY AND COMPANY, et al., <br><br> Defendants. | CIVIL ACTION No. 06-CV-00290 (RMC) |

**AFFIDAVIT OF ERICKA HARPER SNYDER
IN SUPPORT OF ELI LILLY AND COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

I, Ericka Harper Snyder, being first sworn on oath, say that the following is true and correct:

1. I am an attorney at Foley Hoag LLP, counsel for Eli Lilly and Company ("Lilly") in this action. I am duly admitted to practice in the District of Massachusetts.

2. Attached as Exhibit 1 is a true copy of Plaintiff's Complaint.

3. Attached as Exhibit 2 is a true copy of Plaintiff Joy Kasparian's Answers to Eli Lilly and Company's First Set of Interrogatories.

4. Attached as Exhibit 3 is a true copy of excerpts of the transcript of the deposition of Elaine Kasparian.

5. Attached as Exhibit 4 is a true copy of excerpts from the American Druggist Blue Books for the years 1969-1970.

6. Attached as Exhibit 5 is a true copy of excerpts from the Drug Topics Red Book for the years 1969-1970.

- 2 -

7. Attached as Exhibit 6 is a true copy of excerpts from the 1938 Federal Food, Drug and Cosmetics Act.

8. Attached as Exhibit 7 are true copies of excerpts from the 1969 and 1970 Code of Federal Regulations.

9. Attached as Exhibit 8 are true copies of Lilly's product literature for diethylstilbestrol in 1969 and 1971.

10. Attached as Exhibit 9 are true copies of entries for Lilly's diethylstilbestrol in the Physician's Desk Reference in 1969 and 1970.

11. Attached as Exhibit 10 is a true copy of excerpts from the 1960 Federal Register.

12. Attached as Exhibit 11 is a true copy of excerpts from the 1976 Federal Register.

          _____
          Ericka Harper Snyder

          _____
          Notary Public
          My commission expires: 12/21/2012

Dated: January 25, 2007

JESSICA LEIGH CUSHMAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 21, 2012