# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOY KASPARIAN and RICHARD ]
FEDERICO, JR., ]
 ]
      Plaintiffs, ]
 ]  Civil Action No.: 06-0290 (RMC/AK)
    v. ]  Next Event:  D/L for Discovery Requests
 ]                August 24, 2006
ELI LILLY AND COMPANY, ]
 ]
      Defendant. ]

**PLAINTIFF JOY KASPARIAN'S ANSWERS TO
DEFENDANT ELI LILLY AND COMPANY'S FIRST SET OF INTERROGATORIES**

      1.    Please state your full legal name, your social security number and your date and place of birth, including the name and address of the hospital at which you were born, if any. If you have ever been known by any other name or names, please state each such name and where and when such other name was used.

**ANSWER:**    Joy Elizabeth Kasparian; Social Security No.: 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; Date of Birth: 5/15/70;

Place of Birth: Boston Hospital for Women, Lying-In Division.

      2.    Please state your present residential address and all former residential addresses and the inclusive dates for each.

**ANSWER:**

| | | |
|---|---|---|
| a. | 3/1998 - Present: | 21 Lexington Street, Weston, MA 02493 |
| b. | 5/1970 - 2/1998: | 144 Rutledge Road, Belmont, MA 02478 |
| c. | 9/1988 - 5/1992: | Various college dormitories, Tufts University, Medford, MA 02155 |
| d. | 9/1990 - 12/1990: | Study abroad program in Rome, Italy through Trinity College, CT. |

      3.    Please state your marital status. If married, please state your spouse's full legal name, his residential address and the date of your marriage. If formerly married, for each spouse, please state his full legal name, his present residential address; the date of your marriage; the date of its termination; and the method by which it was terminated (e.g., annulment, divorce, death of spouse).

**ANSWER:**    Married; Spouse: Richard Domenic Federico, Jr., 21 Lexington Street, Weston, MA

02493; Date of Marriage: February 14, 1998.

4. Please state the full legal name of each of your parents, including your mother's maiden name, their places and dates of birth and their current residential address or addresses. If either of your parents is deceased, please state the date, place and cause of death.

**ANSWER:**

a. Mother: Elaine Armine (Garoyan) Kasparian; Place of Birth: Boston, MA; DOB: October 16, 1936; Current Residential Address: 5 Doran Farm Lane, Lexington, MA 02420.

b. Father: Frank Dickran Kasparian; Place of Birth: Boston, MA; DOB: September 11, 1935; Date of Death: 6/16/95; Place of Death: Boston, MA; Cause of Death: T-cell lymphoma.

5. Please state the address of each residence of your mother for the period beginning five years prior to the date of birth of your mother's first child through the present.

**ANSWER:**

a. 1963 - 1964:      32 George Street, Belmont, MA 02478

b. 1964 - 1969:      38 Harvard Road, Belmont, MA 02478

c. 1969 - 2004:      144 Rutledge Road, Belmont, MA 02478

d. 2004 - Present:   5 Doran Farm Lane, Lexington, MA 02420

6. If you contend that your mother took diethylstilbestrol ("DES" or "stilbestrol") during her pregnancy with you, please state the name and address of each physician who prescribed it; if any physician who prescribed DES is deceased, please state the name and address of the current custodian of his or her medical records; and please state the purpose for which the drug was prescribed.

**ANSWER:** Plaintiff's mother was treated by Drs. Herbert Horne, Crawford Hinman and Judson Smith during the pregnancy with Plaintiff. Dr. Horne initially prescribed DES to Plaintiff's mother and Dr. Smith may have continued refilling the prescription. Plaintiff's mother was prescribed DES due to prior miscarriages.

7. Please identify, by name and address, each pharmacy or other supplier that dispensed the DES allegedly ingested by your mother while pregnant with you. If you do not know the name

2

of the pharmacy, please state the name and address of each pharmacy or retail drug outlet that was patronized by your mother or father during the twelve months that preceded your birth.

**ANSWER:** Plaintiff's mother purchased the DES at Batson's Pharmacy in Belmont, MA.

8. Describe in detail the physical appearance of the diethylstilbestrol you allege your mother ingested, including its form (for example, pill, injection, capsule), the shape, color, or size of any pill, tablet or capsule, the dosage of the DES your mother took, and any markings that may have appeared on the product.

**ANSWER:** Plaintiff's mother recalls that the DES she ingested was a white, round cross-scored pill without any other writing or markings on it.

9. Please set forth all information you have concerning the identity of the manufacturer or supplier of the DES your mother allegedly ingested while pregnant with you. State all facts upon which you base this identification, including, if known, but not limited to, the trade, generic, or brand name of the DES you allege your mother ingested. Identify by name and address all witnesses with personal knowledge of these facts.

**ANSWER:** See Plaintiff's Answer to Interrogatory No. 8, along with marketing materials such as PDR, Matrix, pill identification tables, Lilly Wholesaler documents, color, etc. In addition, please see Statement of Edward Lynch, R.Ph., dated March 8, 2006.

10. Please state the date on which you first believed that your mother took DES during her pregnancy with you, the date you first discovered any injury you claim to be due to your exposure to DES, and the date you first believed that DES manufacturers in general or any DES manufacturer in particular acted in any way wrongly, negligently or tortiously in the manufacture or distribution of DES or in the warnings about the use of DES.

**ANSWER:** Plaintiff became aware that her mother took DES in approximately 1984. January 2004 was the first time Plaintiff became aware of any injury due to DES and Spring 2005 was the first date that Plaintiff believed that DES manufacturers in general or any DES manufacturer in particular acted in any way wrongly, negligently or tortiously in the manufacture or distribution of DES or in the warnings about the use of DES.

11. Please state the names and last known addresses of any attorneys with whom you have

3

discussed or exchanged information regarding your injuries, DES in general, or Lilly. State the approximate dates of each such discussion or exchange of information.

**ANSWER:** Plaintiff's present attorney whom she retained in November 2005.

12. Please state the number of pregnancies that your mother has had, and for each such pregnancy that your mother has had, please state the approximate date the pregnancy began; the name and address of each physician, clinic, hospital or other health care professional or facility who treated your mother during that pregnancy; the identities of any drugs prescribed to or taken by your mother during that pregnancy; the approximate date the pregnancy ended; the method by which the pregnancy ended (e.g., spontaneous abortion, voluntary abortion, stillborn delivery, live birth); and if the pregnancy ended in a live birth, the name of the child and his or her present residential address.

**ANSWER:** Plaintiff's mother had eight to ten pregnancies as follows:

a. Miscarriage in 1963. Plaintiff's mother does not recall physician at U.S. Air Force Base in Karamusel, Turkey.

b. Four - six miscarriages in mid-late 1960s. Plaintiff's mother's physician was Dr. Melvin Taymor at Boston Lying-Inn Hospital.

c. Birth of daughter Faith, on March 5, 1969. Address: 438 Massachusetts Avenue, #416, Arlington, MA 02474. Plaintiff's mother's physicians were Drs. Horne, Hinman and Smith.

d. Birth of Plaintiff Joy Kasparian on May 15, 1970.

e. Birth of son Frank, on May 31, 1972. Address: 416 Commonwealth Avenue, #112, Boston, MA 02215. Plaintiff's mother's physicians were Drs. Horne, Smith and Hinman.

Plaintiff's mother took DES during her pregnancies with Joy, Faith and briefly, with Frank.

13. Please describe in detail each and every physical or emotional injury you claim to have experienced as a result of exposure to DES and for each such injury, please state the date of its diagnosis; identify by name and address each health care provider (e.g., physician, psychiatrist, psychologist, clinic, hospital, other health care or mental health professional or facility) that has examined, diagnosed or treated you, or been consulted with regard to each such injury; and describe in detail the treatment rendered by each such health care provider.

**ANSWER:**

4

a.   Miscarriage in June 2003. Treating physician was Keith Isaacson, M.D. Dr. Isaacson, Partners Reproductive Medicine Center of Newton-Wellesley Hospital, 2014 Washington Street, Newton, MA 02462-1234.

b.   Secondary infertility, June 2003 - Present treated by seven intrauterine inseminations (IUIs), four in-vitro fertilizations (IVFs) and one IVF with a gestational carrier.

c.   Small, T-shaped uterine cavity diagnosed by hysterosalpingogram (HSG) on January 19, 2004.

14.   Please identify by name and address each physician, psychiatrist, psychologist, clinic, hospital or other health care or mental health professional or facility that has rendered any medical examination, diagnosis, consultation, advice or treatment to you for any health problem, emotional problem or injury other then those which you allege are related to diethylstilbestrol.

ANSWER:   Plaintiff objects to this Interrogatory as overly broad, burdensome, irrelevant, nor will it lead to the discovery of any relevant information pertaining to Plaintiff's claims. In addition, Plaintiff objects to any health care provider not relevant to her gynecological or associated conditions. Without waiving said objections, Plaintiff submits that in addition to those health care providers listed in Plaintiff's Interrogatory No. 13, the following have conducted gynecological examinations or were consulted regarding gynecological matters:

a.   Lois Goodman, M.D., Dedham Medical Associates, 1 Lyons Street, Dedham, MA 02026.

b.   Skip Granai, M.D., Women & Infants Hospital of Rhode Island, 101 Dudley Street, Providence, RI 02905.

c.   Drs. May Wakamatsu and Susan Tredwell, Massachusetts General Hospital, 55 Fruit Street, Boston, MA 02114.

d.   Drs. Keith Isaacson and Mark Hornstein, Partners Reproductive Medicine Center of Newton-Wellesley Hospital, 2014 Washington Street, Newton, MA 02462-1234.

e.   Nicole Noyes, M.D., 660 First Avenue, #5, New York, NY 10016.

f.   Geoffrey Sher, M.D., Sher Institute for Reproductive Medicine, 425 Fifth Avenue, Third Floor, New York, NY 10016.

5

g.  Merle Berger, M.D., Boston IVF, 1 Brookline Place, Brookline, MA 02445.

15. Please state the number of pregnancies that you have had and for each pregnancy, please state the approximate date the pregnancy began; the name and address of each health care provider (e.g., physician, clinic, hospital, or other health care professional or facility) who examined or treated you during your pregnancy; the approximate date the pregnancy ended; the method by which the pregnancy ended (e.g., live birth, spontaneous abortion, voluntary abortion, stillborn delivery); and, if the pregnancy ended in a live birth, the name of the child and his or her present residential address.

**ANSWER:** Plaintiff has had one pregnancy as outlined in Answer to Interrogatory No. 13.

16. Please state all means (including, without limitation, natural conception, IUI, and IVF) through which you have attempted pregnancy, including the date ranges of these attempts; and identify by name, address, and date range each partner with whom you made such attempts.

**ANSWER:**

   a.  Natural conception:   Summer 2002 - Present with husband.

   b.  IUIs:   10/2003 - 6/2004 with husband.

   c.  IVFs:   8/2004 - 9/2005 with husband.

   d.  IVF:   2/2006 - 4/2006 with gestational carrier.

17. Please identify by name, address, and date(s) of treatment each physician, clinic, hospital, or other health care provider that has rendered any medical examination, diagnosis, consultation, advice or treatment to you in connection with your attempts at pregnancy.

**ANSWER:**

   a.  Dr. Isaacson:   2003 - 05.

   b.  Dr. Hornstein:   2005 - Present.

   c.  Dr. Noyes:   2005.

   d.  Dr. Sher:   2005.

   e.  Dr. Merle Berger:   2005.

18. If you claim to have suffered or claim you will suffer a loss of earnings as a result of

6

the injuries alleged, state from whom such earnings would have been payable, the total amount of the alleged loss and state any amounts for which you have been reimbursed, and by whom, for loss of earnings as a result of the injuries alleged.

**ANSWER:** Plaintiff is not claiming for loss of earnings at this time.

19. State separately the total amounts, including future amounts, if any, claimed by you as special damages for: (a) services provided by any health care or mental health care provider (including, without limitation, physicians, psychiatrists, psychologists, teachers, rehabilitation therapists, physical therapists, occupational therapists, speech therapists, counselors, social workers and nurses); (b) hospital services; and (c) medical supplies.

**ANSWER:** Plaintiff's special damages will be supplemented.

20. Please state the full name, present business address, area of expertise and professional training of each person expected to testify as an expert witness at trial, state the subject matter on which the expert is expected to testify, state the substance of the findings and the opinions to which the expert is expected to testify, provide a summary of the grounds for each opinion and identify any and all written reports made by each such expert concerning his or her findings and opinions.

**ANSWER:** Objection. Plaintiff has not completed discovery nor decided on her experts. However, in addition to Plaintiff's treating physicians (identified in Plaintiff's Answers to Interrogatories Nos. 13 and 14), Plaintiff is considering calling the following:

    a. Harris Busch, M.D., Ph.D.
       Baylor Department of Pharmacology
       1 Baylor Plaza, Room 319D
       Houston, TX 77030

Dr. Busch is an expert in the field of Pharmacology and Toxicology, and is expected to testify as to state of art. Specifically, Dr. Busch will testify that Lilly knew or should have known that DES was a transplacental teratogen and failed to adequately test for the safety of DES.

    b. Richard Falk, M.D.
       1588 Lancaster Green
       Annapolis, MD 21401

Dr. Falk is an expert in the field of Obstetrics/Gynecology and his testimony is expected to

parallel Dr. Busch's as to state of the art, but will focus on the perspective of the practicing and teaching Obstetrician/Gynecologist at the time.

    c.    Brian Strom, M.D., M.P.H.
           University of Pennsylvania Medical Center
           Department of Epidemiology & Biostatistics
           824 Blockley Hall, 423 Guardian Drive
           Philadelphia, PA 19104

Dr. Strom is an expert in the field of Epidemiology and is expected to testify that Plaintiff's reproductive tract and anatomic anomalies are causally related to her *in utero* exposure to DES and placed her at high risk for poor pregnancy outcomes, infertility, and pre-term delivery.

    d.    Merle J. Berger, M.D.
           Boston IVF
           One Brookline Place
           Brookline, MA 02445

Dr. Berger is a board certified Reproductive Endocrinologist. He is expected to testify that he has examined, diagnosed and treated Joy Kasparian and that it is his opinion, based on his training, education, experience and review of the pertinent medical literature, that the Plaintiff's *in utero* DES exposure caused numerous adverse anatomical and reproductive effects, including but not limited to a small T-shaped uterus, cervical and vaginal abnormalities. He is also expected to testify that these DES-related anatomical abnormalities were a significant cause of her pregnancy loss and infertility. In addition, Dr. Berger is expected to testify that Dr. Kasparian's DES exposure places her at increased risk for infertility, future pregnancy losses and pre-term delivery and that use of a gestational carrier is her best option for having a full-term child.

Plaintiff reserves the right to supplement this Answer.

    21.    Please identify all other persons having personal knowledge of any of the facts bearing on your claim, and for each such person state his or her address, telephone number and

8

relationship to you, if any.

**ANSWER:** None, other than any of the aforementioned persons. Plaintiff reserves the right to supplement this answer as discovery progresses.

22. If your attorney, or any one acting on your behalf, has obtained statements in any form from any person concerning any of the events that occurred in regard to the facts alleged in your Complaint, please identify any such person; state the date on which his or her statement was taken; identify the person or persons who took the statement; identify the person currently in custody of the statement; and state whether the statement was oral or written and, if oral, whether and in what manner it was recorded.

**ANSWER:** Plaintiff's attorneys are in possession of the Statement of Merle Berger, M.D., dated March 27, 2006, and Edward Lynch, R.Ph., dated March 8, 2006.

9

The information contained in these answers as well as the word usage, sentence structure and opinions, are not solely that of the declarant, rather they are the product of counsel in preparation with declarant.

I SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THE FOREGOING ANSWERS TO INTERROGATORIES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Dated: 6/13/06

JOY E. KASPARIAN

AARON M. LEVINE & ASSOCIATES

Aaron M. Levine, #7864
Counsel for Plaintiff
1320 19th Street, N.W., Suite 500
Washington, DC  20036
(202) 833-8040

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of June, 2006, a true copy of the foregoing Plaintiff Joy Kasparian's Answers to Defendant Eli Lilly's First Set of Interrogatories was mailed, first-class postage prepaid to:

James J. Dillon, Esq.
Foley Hoag, LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

Lawrence H. Martin, Esq.
Foley Hoag, LLP
1875 K Street, N.W., Suite 800
Washington, D.C. 20006

_____
Aaron M. Levine