# Exhibit 3

# Kasparian/Federico
## vs.
# Eli Lilly and Company

# Elaine Kasparian

## Volume 1

### September 15, 2006
### pp. 1-80

## JonesReporting
### COMPANY

Two Oliver Street, Suite 804
Boston, MA  02109
617-451-8900
info@jonesreporters.com
www.jonesreporters.com

Page 1

1                                    VOLUME:  I

2                                    PAGES:    1 to 80

3                                    EXHIBITS Per Index

4          IN THE UNITED STATES DISTRICT COURT

5              FOR THE DISTRICT OF COLUMBIA

6

7    -------------------------------------

8    JAY KASPARIAN AND RICHARD FEDERICO,

9    JUNIOR,

10        Plaintiffs                  CIVIL ACTION

11    vs.                             NO.

12    ELI LILLY AND COMPANY,          06-0290 (RMC/AK)

13        Defendant

14    -------------------------------------

15          DEPOSITION OF ELAINE KASPARIAN

16          Friday, September 15, 2006

17                 11:50 a.m.

18           FOLEY & HOAG, LLP

19          155 Seaport Boulevard

20          Boston, Massachusetts

21

22     Reporter:  Virginia L. Barry, RPR/CSR

23

24

Page 2

1  A P P E A R A N C E S:
2
3  LAW OFFICE OF AARON M. LEVINE
4  By Aaron M. Levine, Esquire
5  1320 19th Street, N.W. Suite 500
6  Washington, D.C. 20036
7  (202) 833-8040
8  Counsel for the Plaintiffs.
9
10  FOLEY & HOAG, LLP
11  By Lauren Dwyer, Esquire
12  155 Seaport Boulevard
13  Boston, Massachusetts 02210-2600
14  (617) 832-3084
15  ldwyer@foleyhoag.com
16  Counsel for the Defendant.
17
18  ALSO PRESENT:  Joy Kasparian
19
20
21
22
23
24

Page 3

1              I N D E X
2  WITNESS:         DIRECT    CROSS
3  Elaine Kasparian
4  (By Ms. Dwyer)        4
5  (By Mr. Levine)              77
6
7
8
9
10
11          E X H I B I T S
12  NO.              FOR IDENTIFICATION
13
14
15
16
17
18
19
20
21
22
23
24

Page 4

1              PROCEEDINGS
2        ELAINE KASPARIAN, having been
3  satisfactorily identified and duly sworn by the
4  Notary Public was examined and testified in answer
5  to direct interrogatories by ATTORNEY DWYER:
6    Q.  Could you state your name for the record?
7    A.  Elaine Kasparian, K A S P A R I A N.
8    Q.  And where do you live?
9    A.  5 Doran Farm Lane, Lexington,
10  Massachusetts.
11    Q.  Have you ever been deposed before?
12    A.  Yes.
13    Q.  When was that?
14    A.  My son had an injury in high school.
15    Q.  What was his injury?
16    A.  He had two broken vertebrae in his back.
17    Q.  And how did that happen?
18    A.  One of his friends jumped on his back.
19    Q.  So it was a lawsuit against the friend?
20    A.  I beg your pardon, excuse me?
21    Q.  Was the lawsuit against the friend?
22    A.  Against the insurance company of the
23  family.
24    Q.  Okay.  Well, you're probably fairly used

Page 5

1  to how this would work, then, but I'll just give you
2  a quick --
3    A.  Well, not quite.
4    Q.  I'll give you a quick rundown, then.  It
5  was a long time ago.
6    A.  Thank you.
7    Q.  Basically, you've just taken an oath, the
8  same as you would when you are in court and taking
9  the stand, so it's important to tell the truth, the
10  same way as you would in front of a judge in court.
11  I'm going to ask you a series of questions, and if
12  you could answer the questions to the best of your
13  ability and be truthful, that would just be great.
14    A.  Okay.
15    Q.  If you have any problem understanding my
16  questions, it's confusing, just let me know that you
17  don't understand the question, and I'll rephrase the
18  question.
19    A.  Thank you.
20    Q.  If you need to take a break, just let me
21  know, and we can try and take a break.  Normally
22  you'll be asked to finish the question you're
23  answering before you take a break, but if you need
24  to use the ladies room or refill on water, we can do

2 (Pages 2 to 5)

Page 6

1  that.
2      A.   Thank you.
3      Q.   Other than the lawsuit involving your
4  son's injury, have you been involved in any other
5  lawsuits?
6      A.   No.
7      Q.   Where were you born?
8      A.   I was born in Boston, Massachusetts.
9      Q.   And what was the date?
10     A.   10/16/36.
11     Q.   I'm going to show you what will be marked
12  Exhibit 1.  We'll mark it with plaintiff.  But if
13  you could just take a look at the addresses listed
14  there for you of where you lived and when you lived
15  there; can you just confirm that that's accurate?
16     A.   This is -- do you want me to go -- explain
17  the question, because I've lived there all my --
18         MR. LEVINE:  She wants to make sure
19  that you check and see if that's where you lived.
20     A.   Well, I lived there all my life.
21         MR. LEVINE:  You lived there at these
22  places during these times.
23     A.   And those dates, okay.  Yes, yes, yes,
24  yes.

Page 7

1      Q.   So that accurately reflects where you
2  lived?
3      A.   Correct.
4      Q.   What's your maiden name?
5      A.   Garoyan; do you need the spelling?
6      Q.   Sure.
7      A.   G as in George, A R O Y A N.
8         MR. LEVINE:  What kind of name is
9  that?
10         THE WITNESS:  Armenian descent.
11     Q.   Are you married?
12     A.   Yes.
13     Q.   What is your husband's name?
14     A.   Doctor Robert J. Watson.
15     Q.   How do you spell the last name?
16     A.   W A T S O N.
17     Q.   What kind of doctor is he?
18     A.   He's a pedodontist, retired.
19     Q.   How long have you been married to
20  Mr. Watson?
21     A.   It will be 5 years in some months.
22     Q.   Were you married prior to Mr. Watson?
23     A.   Yes.
24     Q.   Who were you married to?

Page 8

1      A.   Frank D. Kasparian.
2      Q.   And when did you marry Mr. Kasparian?
3      A.   September of 1961.
4      Q.   Is Mr. Kasparian deceased?
5      A.   Yes.
6      Q.   When did he pass away?
7      A.   June 1995.
8      Q.   And you were married until he passed away?
9      A.   Yes.
10     Q.   For the benefit of the court reporter, we
11  have to answer out loud and say yes or no instead of
12  aha, because it's hard to take that down.
13     A.   Certainly.
14     Q.   Also, we just have to make an effort not
15  to speak over one another, because it's hard for her
16  to take it down if we're both talking at the same
17  time.  Have you been married to anybody else?
18     A.   No.
19     Q.   Do you have any children?
20     A.   Yes.
21     Q.   How many children do you have?
22     A.   Three.
23     Q.   And what are their names?
24     A.   Faith Diana -- you want their whole name?

Page 9

1      Q.   Sure.
2      A.   Faith Diana Kasparian, Joy Elizabeth
3  Kasparian Federico, and Frank Christian Kasparian.
4      Q.   And if you could just go through their 3
5  birth dates?
6      A.   Faith was born on March, March, March the
7  5th, 1969, I just had a mental.
8      Q.   Go ahead.
9      A.   Joy was born on May 15th, 1970.  And
10  Christian was born on May 31, 1972.
11     Q.   And were you ever pregnant other than
12  those three children?
13     A.   Yes.
14     Q.   How many pregnancies did you have?
15     A.   A good question, one, two, three --
16  anywhere from four to six.
17     Q.   And what was the result of those
18  pregnancies?
19     A.   Miscarriage.
20     Q.   And what is the time period when that
21  occurred, I know you're not going to remember each
22  date, but the general time period?
23     A.   The first -- well, between 1962 and 1968.
24     Q.   Where did you go to high school?

3 (Pages 6 to 9)

Page 10

1    A.  Belmont High School.
2    Q.  What did you do after high school?
3    A.  Tufts University.
4    Q.  And what did you study at Tufts?
5    A.  English, drama and speech.
6    Q.  Did you graduate from Tufts?
7    A.  Yes.
8    Q.  And when did you graduate?
9    A.  1958.
10   Q.  What did you do after you graduated at
11   Tufts?
12   A.  Went on the training program at Filene's
13   in Boston, retailing.
14   Q.  And you were trained in retail?
15   A.  Yes.
16   Q.  How long did you work for Filene's?
17   A.  Oh, let me see, for about 2 years.
18   Q.  Where did you work after that?
19   A.  I went back to school.
20   Q.  Where did you go back to school?
21   A.  Tufts University.
22   Q.  And what did you study?
23   A.  Education.
24   Q.  What kind of education, to be a teacher?

Page 11

1    A.  Yes.
2    Q.  How long were you at Tufts for the
3    education?
4    A.  Until I married in '61.
5    Q.  Did you graduate from the Tufts education
6    program?
7    A.  No.
8    Q.  What did you do after you were married?
9    A.  After I was married?
10   Q.  Yes, for work?
11   A.  I taught.
12   Q.  Where did you teach?
13   A.  Watertown Elementary School and High
14   School.
15   Q.  What subjects did you teach?
16   A.  Speech and creative dramatics.
17   Q.  How long did you teach at Watertown?
18   A.  Well, I went back to school again, too,
19   doing both.  Probably until 19 -- well, I actually
20   continued, actually, I worked with, in Title 3 up
21   until probably '65, '66, '67, somewhere around in
22   there.
23   Q.  And you said you went back to school again
24   during that time period?

Page 12

1    A.  Yes.
2    Q.  And what were you studying?
3    A.  I was trying to finish my Master's.
4    Q.  In teaching?
5    A.  Yes.
6    Q.  Where did you work after Watertown?
7    A.  Actually, I did not work after I was
8    pregnant until the children were older.  I mean,
9    specifically --
10   Q.  Did you go to work at some point?
11   A.  I always did something in theater, but it
12   would not be considered a real job in today's world.
13   Q.  Did you ever do any work outside of the
14   theater or education arena?
15   A.  No.
16   Q.  And in education did you always teach
17   theater and speech?
18   A.  Yes, I did creative dramatics for children
19   and speech.  You're not discussing the present; are
20   you?
21   Q.  Through to the present, yes.
22   A.  Oh, when my husband died in 1995, I went
23   to work at Tufts University as an advancement
24   officer.

Page 13

1    Q.  And what does an advancement officer do?
2    A.  They raise funds, and in my case I became
3    aligned with certain departments.
4    Q.  And which departments are those?
5    A.  Citizenship in public service, and the
6    Eliot Pearson department of child development, and
7    the theater department to some extent when I had
8    time.
9    Q.  And have you worked anywhere apart from
10   Tufts since then?
11   A.  As a volunteer now.
12   Q.  And where do you volunteer?
13   A.  At the present time I did consulting for
14   the Armenia Tree Project, and I am now the
15   development chair for the Armenian Missionary
16   Association of America in their capital campaign.
17   Q.  Have you ever done any work in the medical
18   field?
19   A.  No.
20   Q.  Have you ever done any work in the legal
21   field?
22   A.  No.
23   Q.  Do you have any history of serious illness
24   in your family?

4 (Pages 10 to 13)

Page 14

1    A.   In my family?
2    Q.   In your family, and I'm defining family to
3  mean you, your brothers and sisters, and your
4  parents and your grandparents?
5    A.   Just my immediate family?
6    Q.   Your immediate family.
7    A.   My father had heart disease.
8    Q.   Anything else?
9    A.   My mother had ulcers and died of
10  Alzheimer's disease. My older sister has heart
11  disease. And my next down sister, the next one in
12  order, has lung problems, and she's had surgery for
13  esophageal reflux.
14    Q.   Has anyone in your immediate family had
15  cancer?
16    A.   Not in my immediate family.
17    Q.   Does anyone have any physical handicaps in
18  your immediate family?
19    A.   No.
20    Q.   Has anyone suffered a stroke in your
21  immediate family?
22    A.   No. You're not talking about my husband's
23  family?
24    Q.   No, we'll do that separately. Has anyone

Page 15

1  suffered from any autoimmune disorders in your
2  family?
3    A.   No.
4    Q.   Obesity?
5    A.   No.
6    Q.   Any thyroid problems?
7    A.   Yes.
8    Q.   Who had a thyroid problem?
9    A.   Me.
10    Q.   And what thyroid condition do you have?
11    A.   That's, I have a slow thyroid.
12    Q.   When did you first develop a slow thyroid?
13    A.   I was diagnosed when I was under my
14  father's care as a young woman. I was -- I'm not
15  sure of the age. I was a teenager.
16    Q.   Was your father a doctor?
17    A.   Yes.
18    Q.   And how have you treated that condition
19  over the years?
20    A.   I take thyroid tablets.
21    Q.   Do you know the name of the medication?
22    A.   Well, that's a good question now that we
23  have all these different things. I think it's
24  Synthroid, but I'm not sure. I take 2, I take

Page 16

1  60 milligrams of thyroid a day. If you want me to
2  go look it up, I'll get the name and get back to
3  you.
4    Q.   That's okay. Have you taken the same
5  treatment since you were a teenager?
6    A.   Um-hmm, pretty much.
7    Q.   What do your thyroid pills look like?
8    A.   Oh, they're perfectly white and round.
9  They are not scored. They're rather flat. Would
10  you like me to take one out and show it to you?
11    Q.   No, that's okay.
12    A.   All right. I carry them.
13    Q.   Has anyone in your immediate family,
14  again, had any problems with blood pressure?
15    A.   No. Low blood pressure, but that's not a
16  problem; they don't consider that an issue.
17    Q.   Okay. Has anyone had any problems with
18  kidney or bladder disease?
19    A.   No.
20    Q.   Has anyone had prostate disorder?
21    A.   No.
22    Q.   Has anyone had benign tumors or growths?
23    A.   No.
24    Q.   Has anyone had hormone abnormalities?

Page 17

1    A.   No -- yes, me. Well, no; whatever, I
2  don't know.
3    Q.   The hormone abnormalities is other than
4  the thyroid?
5    A.   No.
6    Q.   Has anyone had diabetes?
7    A.   No.
8    Q.   We're going to go through sort of the same
9  set of questions for your husband, Frank
10  Kasparian's, family, to the extent you remember.
11    A.   All right.
12    Q.   How did he die?
13    A.   Angioimmunoblastic T cell lymphoma.
14    Q.   And did anyone in his family have cancer?
15    A.   Yes.
16    Q.   Who in his family had cancer?
17    A.   His mother at 84 died from Alzheimer's and
18  they said cancer, but the cancer was not -- it was
19  from her body falling apart; that's the way it was
20  explained to us.
21    Q.   And what kind of cancer did she have?
22    A.   Pancreatic.
23      MR. LEVINE: You can keep going.
24    Q.   Has anyone in Mr. Kasparian's family had

5 (Pages 14 to 17)

Page 18

1  physical handicaps?
2      A.  What do you mean by "physical handicaps"?
3      Q.  Did anyone have, like, did they walk with
4  a limp or they had some other physical problem?
5      A.  No.
6      Q.  And did anyone besides Mr. Kasparian's
7  mother have cancer, any other cancers?
8      A.  Not in our immediate family, not in his
9  family.
10     Q.  What about heart disease in his immediate
11 family?
12     A.  No.
13     Q.  And stroke in his immediate family?
14     A.  His father had an aneurysm.
15     Q.  Any other instances of stroke in his
16 family?
17     A.  No.
18     Q.  Any instances of autoimmune disease in his
19 family?
20     A.  No.
21     Q.  Autoimmune diseases?
22     A.  No.
23     Q.  Obesity problems in his family?
24     A.  No.

Page 19

1      Q.  Thyroid problems in his family?
2      A.  No.
3      Q.  Blood pressure problems in his family?
4      A.  Not that I know of, no.
5      Q.  Kidney or bladder disease in his family?
6      A.  No.
7      Q.  Prostate disorders in his family?
8      A.  No -- oh, yes, his father had prostate
9  issues, and Frank had, had prostate surgery maybe 5,
10 6 years before he was diagnosed with cancer.
11     Q.  And what did he have surgery for?
12     A.  So that he would be able to void.
13     Q.  Okay.
14     A.  He had an enlarged prostate.
15     Q.  Has anyone in Mr. Kasparian's family had
16 problems with benign tumors or growths?
17     A.  No.
18     Q.  Any problems with hormonal abnormalities?
19     A.  Not to my knowledge.
20     Q.  What about diabetes?
21     A.  Late onset diabetes for his grandmother,
22 she was in her 80s.
23     Q.  Has anyone in your family or
24 Mr. Kasparian's family had fertility problems,

Page 20

1  excluding your children for right now?
2      A.  No.
3      Q.  Did anyone have problems getting pregnant?
4      A.  No.
5      Q.  Did anyone have problems carrying to term?
6      A.  No.
7      Q.  Did anyone take any medications for
8  fertility related problems?
9      A.  No.
10     Q.  Did anyone have uterine defects or
11 abnormalities?
12     A.  No.
13     Q.  Did you have any childhood diseases?
14     A.  I had measles, mumps, chicken pox.  And
15 what else was left?  Oh, I had German measles.
16     Q.  And to the extent you recall, what sort of
17 age frames was this in?
18     A.  Oh, dear, I can tell you when I got
19 chicken pox.
20     Q.  Okay.
21     A.  On my way on the plane from Germany to
22 Karamusel, Turkey, I was 26 years old.  The rest of
23 them I had as a child; I don't remember.
24     Q.  Okay.  So before the age of 18, you'd say?

Page 21

1      A.  Oh, my goodness, yes, the normal course.
2      Q.  Apart from the thyroid condition that we
3  discussed, do you have any other medical conditions?
4      A.  The normal things for somebody 70; I have
5  arthritis.
6      Q.  Do you take anything to treat your
7  arthritis?
8      A.  Celebrex.  I also have seasonal allergies.
9      Q.  Do you take anything for your allergies?
10     A.  The season of the year I'll take some
11 Allegra; I don't like it much, it makes me sleepy.
12     Q.  Do you have any other medical conditions
13 other than those?
14     A.  You know, the arthritis causes most of my
15 issues, they're joints, knees.
16     Q.  Okay.  You need to take the Celebrex for
17 all of that?
18     A.  And Tylenol works with it, too, Tylenol.
19     Q.  What does the Celebrex look like?
20     A.  Oh, Celebrex, the pills that I take are
21 200-milligram tablets, and they're yellow and white,
22 and they're capsule.  I also take Nexium for reflux.
23 I don't think about that as a disease; I think of it
24 as a family problem.  I also take Lipitor.  I

6 (Pages 18 to 21)

Page 22

1  started that last year to lower cholesterol.
2      Q.  What does the Allegra look like?
3      A.  The Allegra is the sexiest pill you ever
4  saw, it's scored in the middle and has a wonderful,
5  wavy line across the top, and it's sort of a peach
6  color.  I have no idea why they made that pill that
7  attractive, but probably so it wouldn't get mixed up
8  with anything else.
9      Q.  What does the Nexium look like?
10     A.  A purple pill, 40 milligrams, capsule.
11     Q.  And what does the Lipitor look like?
12     A.  Lipitor is a plain, oval shape, white
13  tablet, flat, looks like a (indicating), I don't
14  know, spaceship, flat, it's small.  I'm only on
15  10 milligrams.
16     Q.  Any other medications?
17     A.  No -- oh, yes.  I occasionally take
18  Alaprazolmine to sleep, started when my husband,
19  Frank, passed away.
20     Q.  We got them all?
21     A.  Yes.  You know, I don't do it all the
22  time, so I don't think of it.  Do you want to know
23  what color they are?  They're scored, too.
24     Q.  Have you ever been hospitalized other than

Page 23

1  for your pregnancies?
2      A.  Yes.
3      Q.  When were you hospitalized?
4      A.  I had a staph infection -- well, I had a
5  wedge resection of the ovaries.
6      Q.  A wedge reception of the ovaries?
7      A.  Wedge resection.
8      Q.  And when was that?
9      A.  Oh, goodness, 1966.
10     Q.  And the staph infection, when was that?
11     A.  Resulting from the hospital stay.
12     Q.  For the resection?
13     A.  Correct.
14     Q.  Okay.  So it was 1966?
15     A.  Right.
16     Q.  Any other hospitalizations?
17     A.  I had a ganglia cyst removed from my
18  ankle.
19     Q.  When was that?
20     A.  In the '90s.  And I had arthroscopic
21  surgery on my knee, my right knee, around 1998, '99,
22  somewhere around there.
23     Q.  Anything else?
24     A.  (Witness indicated).

Page 24

1      Q.  Is that a no?
2      A.  Yes, I forgot.  No, I did not have any
3  other hospitalizations.
4      Q.  Okay.  Are you currently receiving medical
5  care?
6      A.  Yes.
7      Q.  Do you have a primary care physician?
8      A.  Yes.
9      Q.  Are you under the care of any other
10  specialists?
11     A.  I go to a gynecologist, yes, gynecologist.
12  And I have a rheumatologist or an arthritis -- he's
13  not -- I have arthritis.  I have 3.  He has just
14  gone to New York, and I'm going to a new person, and
15  I don't have any idea what the name is, but I can
16  get you the other 2 names, if you want, though.
17     Q.  That's okay.  Have you ever been under
18  psychiatric care or counseling?
19     A.  Yes, counseling, when my husband passed
20  away; also when I was pregnant.
21     Q.  During which pregnancy?
22     A.  All of them.
23     Q.  And what was, just generally, what was the
24  general purpose of that counseling?

Page 25

1      A.  Because I had to be on bed rest; it's a
2  rather stressful situation.  I'm a type A.
3      Q.  Were you on bed rest with all three of
4  your pregnancies; did you say?
5      A.  Yes.
6      Q.  Was that for the full term of the
7  pregnancy?
8      A.  No.
9      Q.  How much of the pregnancy were you on bed
10  rest?
11     A.  Well, which one, or?
12     Q.  Let's start with Faith, how long were you
13  on bed rest with Faith?
14     A.  Two trimesters.
15     Q.  The first two?
16     A.  The first two trimesters.  And then it was
17  limited activity, per order.
18     Q.  And what about during your pregnancy with
19  Joy?
20     A.  First two trimesters.
21     Q.  And what about with Frank?
22     A.  Chris, one -- actually, it was
23  four months.
24     Q.  The first four months bed rest?

7 (Pages 22 to 25)

Page 26

1    A.   Right, that was standard operating
2  procedure for the physician I was going to.
3    Q.   Have you ever smoked?
4    A.   Yes.
5    Q.   When did you start smoking?
6    A.   When I was 17.
7    Q.   How much did you smoke per week?
8    A.   Oh, then, nothing.  When are we talking?
9    Q.   When you first started, during that time
10  period?
11    A.   Oh, then, weekends at church fellowship,
12  maybe two or three cigarettes.
13    Q.   And during the time when you were trying
14  to have children, how much did you smoke during that
15  time?
16    A.   Maybe a pack.
17    Q.   A pack a week?
18    A.   No -- it's funny, when I was living with
19  my mother, I did not smoke more than one or two
20  cigarettes a day.
21    Q.   Okay.  When were you living with your
22  mother?
23    A.   After I came back from the Service, from
24  '63 to '64, '65.

Page 27

1    Q.   Okay.  And when you were pregnant with
2  Faith, did you smoke?
3    A.   No.
4    Q.   Did you smoke during any of your
5  pregnancies?
6    A.   No.  That's what I asked for the day they
7  were born.
8    Q.   So you smoked in between pregnancies?
9    A.   Yes.
10    Q.   Okay.
11    A.   Terrible habit, bad, bad, bad.
12       MR. LEVINE:  Okay.  Look it, you're
13  not here to give an exposition on your life.
14       THE WITNESS:  Okay.  I'm sorry.
15       MR. LEVINE:  You're not on the theater
16  now.  She's not your friend.
17       THE WITNESS:  Okay.
18    Q.   How much did you smoke during the period
19  in between pregnancies?
20    A.   Never more than a pack, maybe a half.
21    Q.   A pack during?
22    A.   A day, a half a pack.
23    Q.   A half a pack to one pack a day?
24    A.   Um-hmm.

Page 28

1    Q.   Do you still smoke now?
2    A.   No.
3    Q.   When did you quit smoking?
4    A.   1973.
5    Q.   And let's say during the 1960s did you
6  drink alcohol?
7    A.   Not really.
8    Q.   Did you drink alcohol while you were
9  pregnant with Faith?
10    A.   No.
11    Q.   Did you drink alcohol during any of your
12  pregnancies?
13    A.   No.
14    Q.   Have you ever had any sexually transmitted
15  diseases?
16    A.   No.
17    Q.   Have you ever had any uterine defects or
18  abnormalities?
19    A.   No.
20    Q.   When you said you had the rescission --
21    A.   Resection.
22    Q.   -- the resection, I'm sorry, what was
23  the -- what were you treating with the resection?
24    A.   Wanted to produce more egg production.

Page 29

1    Q.   And, I'm sorry, did you say that was in
2  1963?
3    A.   It could have been '64 or '65, somewhere
4  around -- no, I didn't come back until '63.
5    Q.   Okay.  Have you ever had a hysterectomy?
6    A.   No.
7    Q.   How old were you when you first got your
8  period?
9    A.   13, 14, somewhere around there.
10    Q.   What was the average length of your cycle?
11    A.   It was irregular.
12    Q.   Were you ever treated for an irregular
13  cycle?
14    A.   The thyroid.
15    Q.   Anything else besides the thyroid
16  medicine?
17    A.   No.
18    Q.   Any other problems with your cycle?
19    A.   No.
20    Q.   When did you first attempt to become
21  pregnant?
22    A.   About a year before I came back from the
23  Service.
24    Q.   And so is that around 1962?

8 (Pages 26 to 29)

Page 30

1    A.  Um-hmm.
2    Q.  How long were you attempting before you
3  became pregnant?
4    A.  A short period.
5    Q.  Who was your treating doctor?
6    A.  We were in a Class C clinic.  There was no
7  gynecologist.  It was Doctor Simpson; he was in the
8  Air Force.
9    Q.  And this was abroad?
10   A.  Um-hmm.
11   Q.  This was in Turkey, you say?
12   A.  Karamusel, Turkey.
13   Q.  Was that first pregnancy confirmed by a
14  doctor?
15   A.  No.
16   Q.  How did you know you were pregnant?
17   A.  I showed.
18   Q.  Okay.
19   A.  Soreness of breast, increased size in my
20  waist; I had all the appropriate symptoms.
21   Q.  What was the result of that pregnancy?
22   A.  Miscarriage; I got dysentery.
23   Q.  And were you told the dysentery caused the
24  miscarriage?

Page 31

1    A.  They assumed; it was after the fact.
2    Q.  How far along were you?
3    A.  Guess, three, three-and-a-half months,
4  maybe close to four.
5    Q.  Did you have any other complications
6  besides the dysentery during the pregnancy?
7    A.  No, normal, no complications.
8    Q.  Did you have any bleeding?
9    A.  No.
10   Q.  Any other infections?
11   A.  No.
12   Q.  Any other illnesses?
13   A.  No.
14   Q.  Any other accidents?
15   A.  No.
16   Q.  Falling down?
17   A.  No.
18   Q.  Were you nauseated during the pregnancy?
19   A.  Yes.
20   Q.  How often were you nauseated?
21   A.  In the morning, most of the day.
22   Q.  Throughout the three months?
23   A.  Yes, most of the day.
24   Q.  Did you take any medications during that

Page 32

1  pregnancy?
2    A.  No -- yes, thyroid.
3    Q.  Did you take any prenatal vitamin or --
4    A.  No.
5    Q.  So just the thyroid?
6    A.  I was going home.
7    Q.  When did you next become pregnant?
8    A.  With Doctor Taymor after 1964.
9    Q.  T A Y M O R?
10   A.  T A Y M O R.
11   Q.  How long had you been attempting to become
12  pregnant at that time?
13   A.  I was -- I used Clomid, it was a new,
14  experimental medication, or it was a medication that
15  they tested.  I got pregnant from the beginning.
16   Q.  So you became pregnant quickly, you're
17  saying?
18   A.  Yes.
19   Q.  Was that pregnancy confirmed by Doctor
20  Taymor?
21   A.  Yes.
22   Q.  And what was the result of that pregnancy?
23   A.  Miscarriage.
24   Q.  How far along were you?

Page 33

1    A.  A couple of weeks.
2    Q.  Did you have any bleeding during that
3  pregnancy?
4    A.  No.
5    Q.  Any infections?
6    A.  No.
7    Q.  Any illnesses?
8    A.  No.
9    Q.  Any accidents?
10   A.  No.
11   Q.  Any other types of complications?
12   A.  No.
13   Q.  Were you nauseated during that pregnancy?
14   A.  No.
15   Q.  Did you take any medications during that
16  pregnancy, apart from the thyroid?
17   A.  The medication initially, Clomid.
18   Q.  What did the Clomid look like?
19   A.  By injection.
20   Q.  Do you know who manufactured it?
21   A.  No.
22   Q.  When did you next become pregnant?
23   A.  Within a couple of months.
24   Q.  Who was your treating physician?

9 (Pages 30 to 33)

Page 34

1    A.    Doctor Melvin Taymor.
2    Q.    Did he confirm that pregnancy?
3    A.    Yes.
4    Q.    How long had you been trying to become
5    pregnant?
6    A.    Short time.
7    Q.    Were you taking the Clomid then, as well?
8    A.    Yes.  There was other -- I'm not sure --
9          MR. LEVINE:  Okay, if you're not sure.
10   A.    Excuse me, my recollection --
11         MR. LEVINE:  If you're not sure,
12   you're under oath, you shouldn't say anything if
13   you're not sure.
14   A.    Well, I did take Clomid, but at one point
15   in time another drug, Pergonal, was introduced, but
16   it's not named that now.
17   Q.    So you took Pergonal during that
18   pregnancy?
19   A.    I don't know which one.
20   Q.    During one of them?
21   A.    Before.
22   Q.    What did the Pergonal look like?
23   A.    Injection.
24   Q.    Do you know who manufactured that?

Page 35

1    A.    No.
2    Q.    What was the result of the third
3    pregnancy?
4    A.    Negative.
5    Q.    You mean you had a miscarriage?
6    A.    Correct.
7    Q.    Did you have any bleeding during that
8    pregnancy?
9    A.    No.
10   Q.    Did you have any infections?
11   A.    No.
12   Q.    Any illnesses?
13   A.    No.
14   Q.    Any accidents?
15   A.    No.
16   Q.    Any complications of any kind?
17   A.    No.
18   Q.    Were you nauseated during that pregnancy?
19   A.    No.
20   Q.    Did you take any other medications during
21   that pregnancy besides the thyroid?
22   A.    No.
23   Q.    When were you next pregnant?
24         MR. LEVINE:  Now, you don't know, so

Page 36

1    the next pregnancy was Faith.  That's the one you
2    know.
3    A.    That's the one I absolutely know.  To go
4    through these early on was probably a mistake on my
5    part, I should have said I don't have total
6    recollection.
7    Q.    Okay.  If you generally think over the
8    course of the miscarriages, I know it's probably
9    hard to distinguish which and when --
10   A.    Correct.
11   Q.    -- apart from the Clomid and the Pergonal,
12   did you take any other medications?
13   A.    No.
14   Q.    And apart from what we've just discussed,
15   were there any complications in any of the other
16   miscarriages?
17   A.    No.
18   Q.    Okay.  So when -- how long had you been
19   trying to become pregnant before you became pregnant
20   with Faith?
21   A.    I went to Doctor Horne in 1967, and I got
22   pregnant in 1968, maintained the pregnancy until
23   March 5th, 1969.
24   Q.    And was Faith born at full term?

Page 37

1    A.    Yes.
2    Q.    Did Doctor Horne give you anything to
3    assist you in becoming pregnant?
4    A.    Yes.
5    Q.    What did he give you?
6    A.    DES, diethylstilbestrol.
7    Q.    He gave you that to assist -- I'm talking
8    about before you became pregnant?
9    A.    No.
10   Q.    Okay.  So you were given DES after you
11   were pregnant?
12   A.    Correct.
13   Q.    When were you first -- at what point in
14   the pregnancy were you prescribed DES?
15   A.    As soon as it tested positive.
16   Q.    Were you given any other medications?
17   A.    Folic acid, my thyroid pills and baby --
18   and baby vitamins; I couldn't digest regular, so I
19   took baby.
20   Q.    Baby vitamins?
21   A.    Right.
22   Q.    What did the folic acid look like?
23   A.    That's a good question.  I can't actually
24   remember, but to my recollection -- I shouldn't

10 (Pages 34 to 37)

Page 38

1  answer that, because I'm not 100 percent sure, I
2  might say the wrong thing.
3      Q.   So you don't remember what the folic acid
4  looked like?
5      A.   Not exactly.
6      Q.   Do you remember what the baby vitamins
7  looked like?
8      A.   Yes, they're the ones from the -- what's
9  the program?
10      Q.   The Flintstones?
11      A.   The Flintstones, I'm sorry, so they were
12  all different, you know, the little ones.
13      Q.   Apart from the folic acid, the thyroid,
14  the vitamins, the DES, were you given anything else?
15      A.   Nop.  No.  You're not supposed to say
16  "nop," I'm sorry.
17      Q.   Why did Doctor Horne tell you he was
18  giving you DES?
19      A.   Because of the miscarriages I'd had prior
20  to my coming to him.
21      Q.   Did he give you any instructions when he
22  gave you the DES?
23      A.   We had -- yes.
24      Q.   What did he say?

Page 39

1      A.   There was a sheet of paper with a schedule
2  that told how I was to take the medication by week.
3      Q.   And what did the schedule say?
4      A.   It said when you begin, generally, first
5  tablet you take one or half a tablet, then you go to
6  three-quarters, generally, overall it's an
7  increasing dosage over a period of time, but they
8  weren't always like in a whole tablet, you had to
9  cut them up.
10      Q.   Did Doctor Horne give you a prescription
11  for DES?
12      A.   Yes.
13      Q.   What did the prescription say?
14      A.   I didn't read it.
15      Q.   Did he ever give you DES at his office,
16  like the actual medication --
17          MR. LEVINE:  He did with the third
18  pregnancy.
19      Q.   I'm just going to ask you, did he ever
20  give you --
21      A.   Oh, for the first pregnancy?
22      Q.   For the first pregnancy?
23      A.   No.
24      Q.   Okay.  Did you ever have any problems with

Page 40

1  any of the medications you were taking during the
2  pregnancy?
3      A.   The vitamins made me -- I was sick, I
4  mean, the first three months, so, the vitamins made
5  me really sick.  Oh, excuse me, I had to take iron
6  supplements.
7      Q.   Okay.  What did the iron look like?
8      A.   Iron sulfate, oh, they're awful looking
9  tablets.  They're the dark, funny color, looks
10  disgusting.  What's the color; sort of a brownish
11  red, whatever.
12      Q.   Why were you sick during the first three
13  months of the pregnancy?
14      A.   Vomiting, and I had bleeding, some
15  bleeding, not all three months, at the beginning.
16      Q.   Did they give you anything to take for the
17  vomiting?
18      A.   No, ginger ale and saltine crackers.
19      Q.   Has Faith ever had any problems as a
20  result of her exposure to DES?
21      A.   Be specific.
22      Q.   Has Faith had any problems getting
23  pregnant?
24      A.   No.

Page 41

1      Q.   Has she had any problems maintaining a
2  pregnancy?
3      A.   Yes.
4      Q.   What problems has she had?
5      A.   I'm not fully conversant with all of the
6  issues.  She had problems with producing eggs, and
7  then was diagnosed later on with a blood disorder.
8      Q.   Do you know what the name of the blood
9  disorder is?
10      A.   No --
11          MR. LEVINE:  Dyscrasia.
12      A.   No.
13      Q.   If you don't remember, you can say you
14  don't remember.
15      A.   I don't remember.  I know that it was --
16          MR. LEVINE:  That's all right.
17      A.   -- that it was a clotting disorder, and,
18  I'm sorry, I don't remember the specific language.
19      Q.   That's okay.  So you said Faith had no
20  problems getting pregnant, though?
21      A.   No.
22      Q.   No problems with infertility?
23      A.   She got pregnant.
24      Q.   Okay.

11 (Pages 38 to 41)

Page 42

```
 1      A.  After they solved the, uhmm, she was on
 2  Clomid, producing eggs.  She had irregular periods,
 3  not as substantial, but, you know, today they say
 4  everything is irregular; it's not right.  Women
 5  aren't machines, they're all different.
 6      Q.  Did Faith ever have any miscarriages?
 7      A.  Yes.
 8      Q.  When did she have a miscarriage?
 9      A.  She wouldn't discuss it with me.
10      Q.  Do you know generally what year it was?
11      A.  No.
12          MR. LEVINE:  If she wouldn't discuss
13  it, how would she know?
14      A.  No.
15      Q.  How do you know she had a miscarriage?
16      A.  She told me after the fact when she was in
17  Washington.  She wasn't here in Boston then.
18      Q.  Do you know if she had more than one
19  miscarriage?
20      A.  I believe so.
21      Q.  Do you know how many?
22      A.  No.
23      Q.  Do you know if she sought medical
24  treatment for the miscarriage?
```

Page 43

```
 1      A.  Yes.
 2      Q.  Do you know where she sought medical
 3  treatment?
 4      A.  I don't have the name of the doctor in
 5  Washington, don't have the name of the clinic.
 6      Q.  Do you know what they said to her may have
 7  caused the miscarriage?
 8      A.  She didn't want to discuss it with me.
 9  She felt --
10          MR. LEVINE:  That's a no.
11      A.  That's no.  Excuse me.
12      Q.  Has Faith ever sued because of her DES
13  exposure?
14      A.  No.
15          MR. LEVINE:  Well, as far as she
16  knows.
17      A.  As far as I know, that's correct, as far
18  as I know, no.
19      Q.  Does Faith have children now?
20      A.  Yes.
21      Q.  How many children does she have?
22      A.  Two boys.
23      Q.  Do you know if she had to go on any other
24  fertility treatment other than what you've discussed
```

Page 44

```
 1  with the Clomid?
 2          MR. LEVINE:  That's a no.
 3      A.  No.
 4          MS. DWYER:  Okay, she should answer
 5  her own questions.
 6          MR. LEVINE:  Well, she goes like this
 7  with her hands, bespeaking "no."  She's saying "no."
 8      Q.  Okay.  Let's skip ahead and talk about
 9  your pregnancy with Frank for a few minutes.
10      A.  With my son?
11      Q.  With your son; is his name Frank?  Am I
12  getting it wrong?
13      A.  Actually, it's Frank Christian.  Everyone
14  calls him Chris.
15      Q.  Everyone calls him Chris?
16          MR. LEVINE:  You're skipping Joy?
17          MS. DWYER:  I know.
18      Q.  How long had you been attempting to become
19  pregnant?
20      A.  I hadn't been.  I didn't plan to have any
21  more children.
22      Q.  Okay.  Who was your treating doctor for
23  Chris?
24      A.  My gynecologist was Doctor Judson Smith,
```

Page 45

```
 1  and Doctor Horne handled fertility issues.
 2      Q.  What fertility issues did he handle for
 3  you?
 4      A.  What I discussed with Faith and Joy; and
 5  then afterwards Doctor Smith just sent me to him
 6  when I got pregnant.
 7      Q.  Okay.  So he dealt with all of the
 8  pregnancy issues in general; once you were pregnant
 9  you would go and see Doctor Horne?
10      A.  No.  In the beginning, the first pregnancy
11  was different than the other two.  The first
12  pregnancy I was with Doctor Horne.
13      Q.  Okay.
14      A.  I had been sent to him and referred by
15  Judson Smith.
16      Q.  Okay.
17      A.  And I did not go back to Judson Smith on
18  my first pregnancy until I was 4 months along, then
19  he handled the rest of the pregnancy --
20      Q.  Okay.
21      A.  -- and did the delivery.
22      Q.  So for your pregnancy with Faith, you were
23  referred by Judson Smith to Doctor Horne?
24      A.  Correct.
```

12 (Pages 42 to 45)

Page 46

1    Q.   Doctor Horne treated you through the
2  fourth month?
3    A.   That's correct.
4    Q.   And then Doctor Smith treated you
5  thereafter?
6    A.   And delivered my child.
7    Q.   For Faith, okay.  How long, going back to
8  Faith, how long did you take DES during the
9  pregnancy?
10   A.   Through the entire pregnancy.
11   Q.   What did Doctor Smith say to you about
12  DES, if anything?
13   A.   He told me that I should trust Doctor
14  Horne's medical opinion.
15   Q.   Did you have a reason not to trust Doctor
16  Horne's medical opinion?
17   A.   I didn't know him.
18   Q.   Okay.
19   A.   I knew Doctor Smith very well; he had
20  delivered all three of us, me, my sisters.
21   Q.   Oh, your brothers and sisters?
22   A.   Yes, my siblings; my mother knew him for
23  many years.  This was a new entity.
24   Q.   Did Doctor Smith say anything else about

Page 47

1  DES?
2    A.   No.
3    Q.   Did he prescribe DES or refill your
4  prescriptions?
5    A.   No.
6    Q.   So when you filled the prescriptions, it
7  was based just on Doctor Horne's original
8  prescription?
9    A.   That's correct.
10   Q.   So now we're going back to the pregnancy
11  with Chris, Judson, Doctor Smith referred you to
12  Doctor Horne?
13   A.   Again.
14   Q.   And how long did you treat with Doctor
15  Horne?
16   A.   With Christian?
17   Q.   Yes.
18   A.   Four months.
19   Q.   And did he prescribe you any medications
20  in the first four months?
21   A.   Yes, the same thing, folic acid, vitamin
22  pills, I still had my thyroid tablets, and he gave
23  me a bottle of the Stilbestrol, and the schedule.
24       MR. LEVINE:  Horne did?

Page 48

1        THE WITNESS:  Horne did.
2    Q.   What did the bottle look like?
3    A.   A square bottle that had the writing
4  across the front of it, said whatever, you know.
5    Q.   Did you say a square bottle?
6    A.   It's like -- well, do you want me to draw
7  a picture?
8    Q.   No.
9        MR. LEVINE:  No.  You can show a
10  picture.
11   A.   Oh, I can show a picture.
12       MS. DWYER:  Actually, I don't want the
13  picture.  I'm asking --
14       MR. LEVINE:  You want to know what it
15  looks like?
16   Q.   I'm asking you how you recall it looked?
17   A.   How do I recall?
18       MR. LEVINE:  This is how she recalls
19  this looks.
20       MS. DWYER:  I'm not asking for any
21  pictures.
22       MR. LEVINE:  She's telling you that's
23  how it looked; right?
24   A.   Yes, but I knew that before you showed me

Page 49

1  that.  I told him what it looked like.  I told him
2  the color, I told him, and that the writing on the
3  outside, what it said.
4    Q.   What was the color on the bottle?
5    A.   It was that -- it's really -- you want me
6  to identify that color?  It looks to me more brown,
7  but it's really a deep amber color, you know, black
8  amber.  I don't know how you want to say it.
9    Q.   It was a glass bottle or plastic?
10   A.   Yes, glass.  They didn't have plastic in
11  those days.
12   Q.   You said there was writing on the front?
13   A.   The label was there.
14   Q.   What did the label say?
15   A.   Diethylstilbestrol, and if you asked me if
16  I read the rest of it, I did not.  Do you want me to
17  say what I think?  I did ask Frank what Lilly was,
18  because I didn't know the company.
19   Q.   You asked Frank?
20   A.   My husband.
21   Q.   Your husband, Frank?
22   A.   Yes.  He said it was a major drug company.
23  I said, This is isn't something off the street; is
24  it?  Excuse me.  He said he was doing me a favor,

13 (Pages 46 to 49)

Page 50

1   and I wouldn't have to pay for it.
2       Q.   Your husband said that?
3       A.   No, Doctor Horne said, "I'll just give
4   this to you, you won't have to pay for it."
5       Q.   Okay.  But you asked your husband about
6   the label?
7       A.   Yes, because I didn't know what Lilly was,
8   I didn't know the drug company, I wasn't familiar.
9   He was a dentist.  He was more familiar with drug
10  companies than I was.
11      Q.   Okay.  And did you just use that bottle;
12  was it ever refilled?
13      A.   Yes, he gave me another one later on.
14      Q.   He gave you another bottle?
15      A.   Yes, I had a couple of bottles, if I
16  recall, but -- all right.
17      Q.   Doctor Horne gave you a couple of bottles?
18      A.   Yes, gave me the medication.
19          MR. LEVINE:  With Frank only.
20      Q.   We're still talking about Frank's
21  pregnancy.
22      A.   Where are we going?  Why are you talking
23  about Frank?
24          MR. LEVINE:  She bought it with Joy.

Page 51

1   She skipped to Frank.  She's trying to confuse you.
2          MS. DWYER:  I'm not trying to confuse
3   her.
4          MR. LEVINE:  With Frank you got it
5   free, and with Joy you paid it.
6          THE WITNESS:  I paid for it, oh, gosh,
7   yes.
8          MS. DWYER:  Can we let the witness
9   answer her own questions?
10         MR. LEVINE:  Well, but you're skipping
11  around, trying to trick her.
12         MS. DWYER:  No, I'm not trying to
13  trick her.  If she is confused and says, Oh, I meant
14  Frank or I meant Joy, she can tell me, that's fine.
15         MR. LEVINE:  Why don't you do that?
16      Q.   We're talking about Frank.  You said that
17  Doctor Horne gave you a couple of bottles?
18      A.   As I needed it.
19      Q.   As you needed it?
20      A.   Correct.  Are you asking me how many?
21      Q.   Do you remember how many?
22      A.   No.
23      Q.   Did all the bottles look the same?
24      A.   Yes.

Page 52

1       Q.   Did his instructions ever change on how to
2   take the DES?
3       A.   No, never.
4       Q.   You followed the sheet?
5       A.   The sheet from the beginning.
6       Q.   It was the same sheet you had with Faith?
7       A.   Same sheet.
8       Q.   Now, you said that you also had folic acid
9   and vitamins when you were pregnant with Frank?
10      A.   Um-hmm.
11      Q.   Was it the same description as before with
12  Faith?
13      A.   Yes.
14      Q.   Does Chris have any children?
15      A.   He's not married yet; November the 4th
16  this year.
17      Q.   Congratulations.
18      A.   Thank you.
19      Q.   Has he had any health problems that have
20  been associated with DES?
21      A.   No.
22      Q.   Okay.  Now we're going to talk about your
23  pregnancy with Joy.  When was Joy born?
24      A.   She was born on May 15th, 1970.

Page 53

1       Q.   Where were you living when she was born?
2       A.   At 144 Rutledge Road, Belmont,
3   Massachusetts.
4       Q.   And was that pregnancy confirmed by your
5   doctor?
6       A.   Which one?
7       Q.   Who was your treating physician while you
8   were pregnant with Joy?
9       A.   I didn't -- I went to Doctor Judson Smith;
10  he confirmed the pregnancy, and sent me to Herbert
11  Horne.
12      Q.   How long did you treat with Doctor Horne
13  during your pregnancy with Joy?
14      A.   Same amount of time, 4 months.
15      Q.   After the 4 months did you then go back
16  and treat with Doctor Smith?
17      A.   Correct.
18      Q.   Is Doctor Smith still alive?
19      A.   Oh, no, he's dead.
20      Q.   How do you know he's dead?
21      A.   I went to his funeral.
22      Q.   And is Doctor Horne still alive?
23      A.   He's dead, too.
24      Q.   And how do you know he's dead?

14 (Pages 50 to 53)

Page 54

1    A.    We received notification of his death with
2    a request for $25 if we wanted transcripts of his
3    medical records, of our medical records.
4    Q.    Did you ask for your medical records when
5    he died?
6    A.    Yes.
7    Q.    Do you still have those medical records?
8    A.    Yes.
9    Q.    And those medical records pertain to your
10   treatment while you were pregnant with Joy?
11       MR. LEVINE:  Yes.
12   A.    Yes.
13       MR. LEVINE:  You've got them.  You
14   have them.
15       MS. DWYER:  We don't have a copy of
16   the plaintiff's mother's medical records.
17       MR. LEVINE:  You didn't get their
18   response to a motion to produce?  You filed a motion
19   to produce?
20       MS. DWYER:  Yes, it's my understanding
21   is we don't have those records.
22       MR. LEVINE:  That's highly unlikely,
23   because we usually send everything we have.
24       MS. DWYER:  Can we go off the record?

Page 55

1        (Discussion off the record.)
2        MS. DWYER:  We'll take a lunch break
3    until 1:30.
4        (Recessed at 1:02.)
5        (Resumed at 1:40.)
6    Q.    So before we left you were explaining that
7    you had treated with Doctor Horne for 4 months at
8    the start of your pregnancy, and then did you treat
9    with Doctor Smith for the rest of your pregnancy?
10   A.    Yes.
11   Q.    Were you ever treated by anyone else in
12   the practice?
13   A.    Crawford Henman -- not for -- for which
14   child, be specific?
15   Q.    Just about Joy now, sorry.
16   A.    No.
17   Q.    During your pregnancy with Joy did you
18   have any cramping?
19   A.    Yes.
20   Q.    When did you have cramping?
21   A.    Last trimester.
22   Q.    Were you given any treatment for the
23   cramping?
24   A.    No.

Page 56

1    Q.    During your pregnancy with Joy did you
2    have any bleeding?
3    A.    Yes.
4    Q.    When did you have bleeding?
5    A.    The beginning of the pregnancy.
6    Q.    What were you given to treat the bleeding?
7    A.    Nothing, other than the medications I was
8    on.
9    Q.    Did you have any other complications
10   during your pregnancy with Joy?
11   A.    I had sciatica.
12   Q.    What were you given to treat your
13   sciatica?
14   A.    Nothing.
15   Q.    Were you hospitalized at all during your
16   pregnancy with Joy?
17   A.    No.
18   Q.    Did Doctor Horne prescribe you anything
19   during your pregnancy with Joy?
20   A.    DES.
21   Q.    What else did he prescribe?
22   A.    Folic acid, stay on my thyroid pills, take
23   your vitamins.
24   Q.    And are these the same folic acid,

Page 57

1    thyroid, vitamins that you already described to me?
2    A.    And I think I took -- I don't remember.  I
3    don't remember.  I'm not going to say whether I took
4    iron tablets or not, I don't know.  I don't
5    remember.
6    Q.    How often did you take the folic acid?
7    A.    Every day.
8    Q.    Do you know how much you took?
9    A.    No.
10   Q.    Do you remember what it looked like, the
11   folic acid you took during Joy's pregnancy?
12   A.    I told you, if I say it, I might be wrong,
13   so I'm not saying anything.  Don't recall.
14       MR. LEVINE:  Give it your best guess.
15   A.    My best guess, it was a plain, white
16   tablet.  I don't remember if it was scored or it had
17   a coating on it.  I do not believe it had any
18   coating.
19   Q.    How often did you take the vitamins?
20   A.    Every day, when I remembered, I did
21   remember.  That was baby vitamins.
22   Q.    The Flintstones?
23   A.    I can't digest regular vitamins.
24   Q.    Did Doctor Horne give you any of these

15 (Pages 54 to 57)

Page 58

1 drugs in the office or did he give you a
2 prescription?
3     A.  Prescription.
4     Q.  What did his prescription say for DES?
5     A.  I didn't read it.
6     Q.  During your pregnancy with Joy what did
7 the DES you took look like?
8     A.  It was a scored tablet.  It had to be cut
9 up, because the dosages were the same as the
10 previous pregnancy.  My husband used to cut them for
11 me, because I cut my hand when I did it; they're
12 scored.
13     Q.  Did you have any problems with any of
14 these medications during the time that you were
15 pregnant with Joy?
16     A.  Explain what you mean.
17     Q.  Any complications, any reactions?
18     A.  No.
19     Q.  What did Doctor Horne say about why he was
20 prescribing DES?
21     A.  It was to ensure the pregnancy.
22     Q.  Do you remember him using the word -- what
23 word did he use when he gave you that medicine?
24     A.  You didn't know him; did you?

Page 59

1     Q.  Nop.
2     A.  It was his way or the highway, "Just do
3 what I say and don't ask questions."
4     Q.  Okay.  What word did -- how did he
5 describe the prescription he wrote for you; what
6 word did he use for the drug you took to maintain
7 the pregnancy?
8     A.  It will keep me from -- I told you, it's
9 going to keep you from miscarrying.
10     Q.  Did he tell you the name of the drug?
11     A.  Yes.
12     Q.  What did he say?
13     A.  He told me before, diethylstilbestrol.
14     Q.  How long did you take the
15 diethylstilbestrol?
16     A.  Through the whole pregnancy.
17     Q.  With Joy?
18     A.  Yes.
19     Q.  Did Doctor Horne give you a renewable
20 prescription?
21     A.  Yes.
22     Q.  Did Doctor Smith give you any
23 prescriptions?
24     A.  No.

Page 60

1     Q.  Did the appearance of the pill you took
2 change at any time throughout the course of your
3 pregnancy with Joy?
4     A.  No.
5     Q.  Have you ever looked for the prescription
6 slip from Doctor Horne?
7     A.  I wouldn't have it.  I left it at the
8 drugstore.
9         MR. LEVINE:  Well, have you ever gone
10 to the drugstore and looked for it?
11         THE WITNESS:  Oh, God, no.  These
12 places are out of business.
13     Q.  Where did you fill the DES prescription?
14     A.  Batson's Pharmacy.
15     Q.  Who took the prescription to be filled?
16     A.  My husband took it in on the way coming
17 home from the doctor's office.
18     Q.  Is Batson's still in business?
19     A.  No.
20     Q.  Why did you go to this pharmacy?
21     A.  Two generations in the family.
22     Q.  Two generations in what family?
23     A.  My father used Batson's Pharmacy, the
24 family used Batson's Pharmacy.  I got married, came

Page 61

1 and lived in Belmont, I used Batson's Pharmacy.
2     Q.  How far was Batson's from your house?
3     A.  When I was --
4     Q.  When you were pregnant with Joy?
5     A.  All right, 3, 4 miles.
6     Q.  Did you ever go to any pharmacies besides
7 Batson's?
8     A.  No.
9     Q.  Did your husband ever use other pharmacies
10 besides Batson's?
11     A.  No.
12     Q.  What pharmacies could you have used in the
13 area?
14     A.  Corbet Drug --
15         MR. LEVINE:  What do you mean "could"
16 she?
17     Q.  What other pharmacies were in the area of
18 your house while you were pregnant with Joy?
19     A.  Corbet's in Waverly Square, Rosen's
20 Pharmacy, and then there was something in Belmont
21 Center, I don't remember which one, I think it was a
22 Liggett's, or something.
23     Q.  Did you ever fill your prescriptions near
24 your doctor's office?

16 (Pages 58 to 61)

Page 62

1    A.  No.
2    Q.  What was the name of the pharmacist at
3  Batson's?
4    A.  I knew Don Morrissey best, he'd been there
5  when my father was alive, and Ed Lynch, and,
6  actually, Laura Apelian worked there for awhile, and
7  I think Ed Lynch's wife.
8    Q.  And what was Lauren's last name?
9    A.  Apelian, that was way back, A P E L I A N.
10    Q.  Thank you.  Have you spoken to Ed Lynch
11  regarding this case?
12    A.  No.
13    Q.  Have you asked Ed Lynch for any records
14  from the pharmacy?
15    A.  No.
16    Q.  Do you remember how much your prescription
17  cost?
18    A.  No, it was billed directly to my husband.
19    Q.  Did you ever have any discussions with the
20  pharmacist about your prescription?
21    A.  No.
22    Q.  Did you ever have any discussions with
23  your pharmacist about your prescriptions other than
24  DES?

Page 63

1    A.  No.
2    Q.  When you described the DES pill you took
3  during your pregnancy with Joy a moment ago, how did
4  you remember that that's what the pill looked like?
5    A.  Because I cut my finger the first time I
6  tried to cut them up.  I'm no good with anything
7  sharp.
8    Q.  Have you ever consulted with your
9  daughter's attorney about the description of the
10  pill?
11    A.  They asked me.
12    Q.  And what did you tell them?
13    A.  I told them exactly what I told Joy when
14  she asked me if I remembered what the pill looked
15  like.
16    Q.  Did they show you any picture?
17    A.  They sent it to me afterwards.
18    Q.  Did you identify the pill in any of the
19  pictures they sent you?
20    A.  Yes.
21    Q.  In all of the pictures?
22    A.  They only sent me one picture.
23    Q.  They sent you one picture?
24    A.  Well, they sent me a whole bunch of other

Page 64

1  stuff, but I went through those, too; that's the
2  only one that fit the bill.
3    Q.  So they sent you one picture?
4    A.  No, they sent me this whole thing.  You
5  can look at it.
6    MR. LEVINE:  Let the record show that
7  the FedEx package includes, containing 15 pages.
8    A.  I went through all of them.
9    Q.  And did you identify the pill you took?
10    A.  Aha.
11    Q.  Yes?
12    A.  But I had already described it to
13  everybody ahead of time without seeing any pictures.
14    Q.  Did the appearance of the pill change at
15  all throughout your pregnancy with Joy?
16    A.  No.
17    Q.  What dosage did you take during your
18  pregnancy with Joy?
19    A.  I have no idea.
20    Q.  Did you take it -- do you remember what
21  time of day you took the pill?
22    A.  Every morning.
23    Q.  Did you take it every day?
24    A.  Every day -- no, it was once a week.  Took

Page 65

1  my thyroid every day.
2    Q.  You took the DES in the morning once a
3  week?
4    A.  Um-hmm, yes.
5    Q.  Did you take it once a week throughout
6  your whole pregnancy?
7    A.  Correct.
8    Q.  Do you know who manufactured the DES you
9  took during your pregnancy with Joy?
10    A.  No.
11    MR. LEVINE:  Well, wasn't it the same
12  you took with Frank?
13    THE WITNESS:  Yes, but she asked if I
14  knew then.  I didn't know then.  Was it the same
15  pill; yes.
16    Q.  Did you ever receive any information from
17  Doctor Horne after your pregnancies with Faith and
18  Joy, anything in the mail?
19    MR. LEVINE:  Are you familiar with
20  Doctor Horne's many annual --
21    THE WITNESS:  Missiles, newsletters.
22    MR. LEVINE:  -- annual newsletters and
23  questionnaires?
24    MS. DWYER:  That's what I'm asking.

17 (Pages 62 to 65)

Page 66

1    MR. LEVINE: She received all of them.
2    MS. DWYER: That's what I was asking
3    her.
4    MR. LEVINE: In addition to which she
5    paid him money, even though he was being paid by
6    Lilly to debunk the DES.
7    MS. DWYER: Could we ask that the
8    witness just answer the question?
9    MR. LEVINE: Well, I thought I'd give
10   you a little background --
11   MS. DWYER: I appreciate it, but --
12   MR. LEVINE: -- because something is
13   coming up that is going to be of interest to you.
14   Wait.
15   Q.   What did you receive from Doctor Horne in
16   the mail?
17   A.   I got his annual newsletters, and he also
18   wrote me periodic notes thanking me for gifts or
19   donations that I had made to support his foundation,
20   his research. This is after the children are born.
21   Q.   Right.
22   A.   I also used to see him -- never mind. You
23   ask the questions. I'll answer.
24   Q.   Did you receive questionnaires in the

Page 67

1    mail?
2    A.   Yes, of course.
3    Q.   Did you fill them out?
4    A.   Yes.
5    Q.   Did you send them back?
6    A.   I'm part of the longitudinal study that
7    Hannah Lord is running, and have been since the
8    inception; it's Doctor Herbert Horne's daughter.
9    Q.   Did you share any -- did you share any of
10   the information you received from Doctor Horne with
11   Joy?
12   A.   Not until she was asked to fill out the
13   forms herself.
14   Q.   And so she received the forms herself, as
15   well?
16   A.   Later on.
17   Q.   Did she complete the forms, as well?
18   A.   I have no idea.
19   Q.   When did you first -- have you told Joy
20   that you were treated by Doctor Horne?
21   A.   Yes.
22   Q.   When did you first tell her you were
23   treated by Doctor Horne?
24   A.   I don't understand this question.

Page 68

1    Q.   When did you --
2    MR. LEVINE: She told her when the DES
3    cancer scare came up.
4    Q.   When did you first --
5    A.   They knew that Doctor Horne was my
6    fertility doctor, and I went to him after Doctor
7    Smith died for gynecology; and he sent out a notice
8    regarding cancer in DES, plus it had been in all the
9    newspapers, and I had been badgering him. At that
10   point in time his recommendation to me was that the
11   girls be checked out early, but that there was no
12   issue with his DES daughters, because other people
13   took the drug in an irrational way, but not any of
14   his daughters, and he could prove it.
15   Q.   And that's what Doctor Horne said to you?
16   A.   That's what he said to me. "There is no
17   problem, but to be on the safe side and to put your
18   mind at rest, Elaine, I suggest that you speak to
19   your pediatrician and get a referral to a good
20   gynecologist, and make sure that the girls gets Pap
21   smears on a regular basis. But not my DES
22   daughters."
23   Q.   Did he ever make any comments regarding
24   fertility problems in DES daughters generally?

Page 69

1    A.   When I brought it up, he said, "Out of the
2    question, not possible. Don't you have any faith in
3    me?"
4    MR. LEVINE: Now, we have asked you to
5    allow us to look at your correspondence with Doctor
6    Horne, and you've refused. So I am filing a motion
7    to compel and a motion for protective order, because
8    Doctor Horne was your paid agent, and you paid him
9    to destroy his records, and you paid his
10   daughters --
11   MS. DWYER: We're not going to do this
12   on the record here. If you have a discovery
13   request --
14   MR. LEVINE: We are, because she's not
15   going to answer any more questions about statute of
16   limitations.
17   MS. DWYER: You can make the discovery
18   request. I don't handle the discovery requests in
19   this case. Jim Dillon is aware of it.
20   MR. LEVINE: I'm telling you, because
21   of your failure to comply, this woman will not talk
22   any more about statute of limitations, because
23   you're collaterally estopped by Doctor Horne. Now,
24   if you want to recess the deposition, go right

18 (Pages 66 to 69)

Page 70

1  ahead.
2          MS. DWYER:  Why don't we move on, and
3  if we get to questions that your attorney has a
4  problem with, we can deal with it then?
5      Q.  I'm going to ask you some questions about
6  Joy's medical history as a child.  Did she have any
7  childhood illnesses?
8      A.  Let me see.  She had chicken pox.  She had
9  Rosacea.  She did not have measles.  She was very
10  healthy.  Actually, she did not have mumps.  No, Joy
11  didn't get sick.
12      Q.  Okay.  Was she ever hospitalized as a
13  child?
14      A.  No.
15      Q.  Who was her pediatrician as a child?
16      A.  She, I started with Doctor Jacobs, and he
17  retired when she was an infant, and I went to Doctor
18  Ed Keenan.
19      Q.  Could you spell his last name?
20      A.  It's Maurice Edward Keenan, chairman of
21  the American Academy of Pediatric Medicine.
22      Q.  Did she have any other pediatricians?
23      A.  Yes, for a short time I went to Doctor
24  Yasaian, who was local in our area.

Page 71

1      Q.  How do you spell his last name?
2      A.  Y E S -- Yasaian, Y E S -- Joy, can you
3  help me?
4      Q.  That's okay, Yasaian?
5      A.  I can look it up and let you know.
6      Q.  That's okay, that's fine.  When did Joy
7  have her first gynecological exam?
8      A.  Don't hold me to it, but she was in her
9  mid teens, Doctor Keenan made the recommendation,
10  and I took her to Lois Goodman.  Both girls went at
11  the same time.
12      Q.  Why did he make the recommendation?
13      A.  Because we were concerned about cancer.
14      Q.  Did you accompany your daughter to the
15  appointment?
16      A.  Yes.
17      Q.  Did you talk to the doctor?
18      A.  Yes.
19      Q.  What did he say -- what did she say --
20      A.  She.
21      Q.  -- about DES?
22      A.  That it caused irregularities, but that
23  they straightened out by the time they reached full
24  maturity, and it was not something to be concerned

Page 72

1  about, but we'd stay on top of it with Pap smears
2  twice a year.
3      Q.  What irregularities did they say --
4          MR. LEVINE:  Cancer, she told you
5  that.
6      A.  Cancer, that was the big concern.
7      Q.  When did Joy get her first period?
8      A.  She was around 13, 14.  I'm not
9  100 percent sure.  I have to ask her.
10          MR. LEVINE:  Well, then, don't answer.
11      A.  Don't answer.  I don't know.
12      Q.  Did she have any irregular cycles --
13      A.  No.
14      Q.  -- when she first got her period?  When
15  did you first talk to your daughter regarding DES?
16      A.  What do you mean when did I first?
17      Q.  When did you first mention DES to Joy?
18      A.  When the cancer, when the cancer issue
19  arose, and it was in all the newspapers, and when he
20  sent me the report, I talked to them that this was a
21  potential problem, but I had been assured that it
22  would not be, because he had done a longitudinal
23  study with all of his patients.  All right.
24      Q.  What did you say in that first

Page 73

1  conversation with Joy about DES apart from the
2  cancer, anything else?
3          MR. LEVINE:  If you recall 20 years
4  ago.
5      A.  I believe I told her --
6          MR. LEVINE:  No, don't say what you
7  believe.  If you have a recollection of a
8  conversation 20 years ago.
9      A.  I don't.  I absolutely don't know exactly
10  what I said, I absolutely do not.
11      Q.  Have you had conversations with your
12  daughter regarding DES since that first
13  conversation?
14      A.  Yes.
15      Q.  When did you next have a conversation?
16          MR. LEVINE:  If you recall the date.
17      A.  When she called me on the phone to tell me
18  what had transpired when she finally got the results
19  of the histogram that was taken, and she was
20  hysterical.
21      Q.  Have you discussed with your daughter Joy
22  any of the problems that she's had because of DES?
23          MR. LEVINE:  Currently?
24      Q.  Right, throughout the period of time?

19 (Pages 70 to 73)

Page 74

1    A. No, no. What are you talking about? Are
2 you talking about now?
3    Q. Let me rephrase the question.
4    A. Yes.
5    Q. Has your daughter ever told you that she
6 had a difficult time maintaining a pregnancy?
7    A. Can you -- are you speaking about her
8 condition right now, what she's been treated for for
9 the last number of years?
10    Q. Right, has she ever discussed it with you?
11    A. Absolutely.
12    Q. When did she first discuss her problem
13 carrying a pregnancy with you?
14    MR. LEVINE: Approximately, a year
15 ago, 2 years ago.
16    A. I told you, when she got the results of
17 the first histogram.
18    MR. LEVINE: That's in '04.
19    A. And that was '04.
20    THE WITNESS: I thought she had Joy's
21 records, too.
22    MR. LEVINE: She does.
23    THE WITNESS: Why is she asking that
24 question, then?

Page 75

1    MR. LEVINE: Well, that I can't say on
2 the record.
3    Q. Have you talked to your daughter about her
4 decision to bring this lawsuit?
5    MR. LEVINE: Answer yes or no.
6    A. It was her decision to make.
7    MR. LEVINE: Just yes or no.
8    A. Yes.
9    MR. LEVINE: Have you talked to her?
10    THE WITNESS: Yes.
11    Q. What was said in that conversation?
12    A. That it was her decision, and I supported
13 whatever she did.
14    Q. When did you first read about DES in the
15 media; do you remember the year, approximately?
16    A. I know the cancer business was all in the
17 '70s, '71, '72, somewhere around there.
18    Q. Since then have you read about DES in the
19 newspaper?
20    A. I get every newsletter -- oh, newspaper.
21 No, I try to avoid it.
22    Q. What newsletters do you get?
23    A. Well, I got all the newsletters until 1985
24 or '86, and I still get them from Hannah Lord at the

Page 76

1 Sloan, I mean the Sloan Epidemiology School from BU,
2 I read those.
3    Q. Do you get any other newsletters --
4    A. No.
5    Q. -- regarding DES? Are you in any DES
6 support groups?
7    A. No.
8    Q. Have you ever heard of a group DES Action?
9    A. No. What is it? Oh, never mind, it
10 doesn't matter. All right.
11    Q. Do you ever use the Internet?
12    A. Yes.
13    MR. LEVINE: Okay. No more questions.
14 I'm advising now that any further questions on
15 statute of limitations, which is what these are
16 about, would incur the wrath of a judge, so you need
17 not answer them. I cannot instruct you, I'm not
18 your lawyer.
19    MS. DWYER: I have about three
20 questions. It would be faster if I ask the three
21 questions.
22    Q. Did you ever research DES on the Internet?
23    A. No.
24    Q. Did you ever research DES in your local

Page 77

1 library?
2    A. No.
3    Q. Did you ever take any other means to
4 research DES.
5    A. Yes.
6    Q. What means did you take?
7    A. I spoke to Doctor Raymond Riley.
8    Q. And who is that?
9    A. It's my gynecologist.
10    Q. When did you speak to him?
11    A. After Joy was diagnosed.
12    MR. LEVINE: Diagnosed?
13    Q. When you say "diagnosed," do you mean --
14    MR. LEVINE: Do you mean from the HSG?
15    A. Yes, from the HSG.
16    MR. LEVINE: That's in '04.
17    A. That's in '04.
18    MS. DWYER: Okay, that's all I have.
19 Thanks very much.
20    (Brief recess.)
21    CROSS EXAMINATION
22    Q. (By Mr. Levine) Mrs. Kasparian, was there
23 a difference in the treatment between Doctor Taymor,
24 when you had your miscarriages, and Doctor Horne,

20 (Pages 74 to 77)

Page 78

1  when you had children, that you can recall that had
2  an impact on the fact that you had miscarriages and
3  that you had deliveries, that is, the early
4  pregnancies were unsuccessful, the later pregnancies
5  were successful; what was the difference between the
6  care and treatment you received in the early
7  pregnancies and in the later pregnancies?
8      A.  I was a clinical research patient, part of
9  Mel Taymor's work to, the beginning work in the
10  beginning of fertility, I was just a number and a
11  statistic.  I was pumped full of drugs.  All they
12  wanted was a result.  No one cared about my health
13  and well-being.  I will tell you that half of the
14  women in the program didn't make it through
15  mentally, they committed suicide.  And I know that
16  the difference was I was a person with and a patient
17  with Doctor Horne, and I was put on bed rest.  I
18  had --
19      Q.  You were put on bed rest with Doctor
20  Horne?
21      A.  I was put on bed rest with Doctor Horne.
22      Q.  But not in the prior?
23      A.  No, absolutely not, and they just pumped
24  you full of drugs and ran you through the mill.

Page 79

1          MR. LEVINE:  That's all, unless you
2  want to follow up.
3          MS. DWYER:  That's fine.
4          (Whereupon the deposition adjourned at
5  2:07 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 80

1              CERTIFICATE
2
3  Commonwealth of Massachusetts
4  Suffolk, ss
5
6      I, Virginia L. Barry, a Notary Public in and
7  for the Commonwealth of Massachusetts, do hereby
8  certify:
9      That ELAINE KASPARIAN, the witness whose
10  deposition is hereinbefore set forth, has been
11  satisfactorily identified and duly sworn by me, and
12  that the deposition is a true record of the
13  testimony given by the witness to the best of my
14  skill and ability.
15      IN WITNESS WHEREOF, I have hereunto set my hand
16  this 29th day of September, 2006.
17
18
19          VIRGINIA L. BARRY
20          RPR/CSR#101193
21
22
23  My Commission Expires:
24  June 20, 2008

21 (Pages 78 to 80)

**A**

Aaron 2:3,4
ability 5:13 80:14
able 19:12
abnormalities 16:24
  17:3 19:18 20:11
  28:18
abroad 30:9
absolutely 36:3 73:9,10
  74:11 78:23
Academy 70:21
accidents 31:14 33:9
  35:14
accompany 71:14
accurate 6:15
accurately 7:1
acid 37:17,22 38:3,13
  47:21 52:8 56:22,24
  57:6,11
Action 1:10 76:8
activity 25:17
actual 39:16
addition 66:4
addresses 6:13
adjourned 79:4
advancement 12:23
  13:1
advising 76:14
age 15:15 20:17,24
agent 69:8
ago 5:5 63:3 73:4,8
  74:15,15
aha 8:12 64:10
ahead 9:8 44:8 64:13
  70:1
Air 30:8
Alaprazolmine 22:18
alcohol 28:6,8,11
ale 40:18
aligned 13:3
alive 53:18,22 62:5
Allegra 21:11 22:2,3
allergies 21:8,9
allow 69:5
Alzheimer's 14:10
  17:17
amber 49:7,8
America 13:16
American 70:21
amount 53:14
aneurysm 18:14
Angioimmunoblastic
  17:13
ankle 23:18
annual 65:20,22 66:17
answer 4:4 5:12 8:11
  38:1 44:4 51:9 66:8
  66:23 69:15 72:10,11
  75:5 76:17
answering 5:23
anybody 8:17
apart 13:9 17:19 21:2
  33:16 36:11,14 38:13
  73:1
Apelian 62:6,9
appearance 60:1 64:14
appointment 71:15
appreciate 66:11
appropriate 30:20
approximately 74:14
  75:15
area 61:13,17 70:24
arena 12:14
Armenia 13:14
Armenian 7:10 13:15
  78:10
arose 72:19
arthritis 21:5,7,14
  24:12,13
arthroscopic 23:20
asked 5:22 27:6 49:15
  49:19 50:5 62:13
  63:11,14 65:13 67:12
  69:4
asking 48:13,16,20
  51:20 65:24 66:2
  74:23
assist 37:3,7
associated 52:20
Association 13:16
assumed 31:1
assured 72:21
attempt 29:20
attempting 30:2 32:11
  44:18
attorney 4:5 63:9 70:3
attractive 22:7
autoimmune 15:1
  18:18,21
average 29:10
avoid 75:21
aware 69:19
awful 40:8
awhile 62:6
a.m 1:17

**B**

B 3:11
baby 37:17,18,19,20
  38:6 57:21
back 4:16,18 10:19,20
  11:18,23 16:2 26:23
  29:4,22 45:17 46:7
  47:10 53:15 62:9
  67:5
background 66:10
bad 27:11,11,11
badgering 68:9
Barry 1:22 80:6,19
based 47:7
Basically 5:7
basis 68:21
Batson's 60:14,18,23
  60:24 61:1,2,7,10
  62:3
becoming 37:9,13,14
bed 25:1,3,9,13,24
  78:17,19,21
beg 4:20
beginning 32:15 40:15
  45:10 52:5 56:5 78:9
  78:10
believe 42:20 57:17
  73:5,7
Belmont 10:1 53:2 61:1
  61:20
benefit 8:10
benign 16:22 19:16
bespeaking 44:7
best 5:12 57:14,15 62:4
  80:13
big 72:6
bill 64:2
billed 62:18
birth 9:5
black 49:7
bladder 16:18 19:5
bleeding 31:8 33:2 35:7
  40:14,15 56:2,4,6
blood 16:14,15 19:3
  41:7,8
body 17:19
born 6:7,8 9:6,9,10
  27:7 36:24 52:23,24
  53:1 66:20
Boston 1:20 2:13 6:8
  10:13 42:17
bottle 47:23 48:2,3,5
  49:4,9 50:11,14
bottles 50:15,17 51:17
  51:23
bought 50:24
Boulevard 1:19 2:12
boys 43:22
break 5:20,21,23 55:2
breast 30:19
Brief 77:20
bring 75:4
broken 4:16

brothers 14:3 46:21
brought 69:1
brown 49:6
brownish 40:10
BU 76:1
bunch 63:24
business 60:12,18
  75:16

**C**

C 2:1 30:6
called 73:17
calls 44:14,15
campaign 13:16
cancer 14:15 17:14,16
  17:18,18,21 18:7
  19:10 68:3,8 71:13
  72:4,6,18,18 73:2
  75:16
cancers 18:7
capital 13:16
capsule 21:22 22:10
care 15:14 24:5,7,9,18
  78:6
cared 78:12
carry 16:12
carrying 20:5 74:13
case 13:2 62:11 69:19
caused 30:23 43:7
  71:22
causes 21:14
Celebrex 21:8,16,19,20
cell 17:13
Center 61:21
certain 13:3
Certainly 8:13
CERTIFICATE 80:1
certify 80:8
chair 13:15
chairman 70:20
change 52:1 60:2 64:14
check 6:19
checked 68:11
chicken 20:14,19 70:8
child 13:6 20:23 46:6
  55:14 70:6,13,15
childhood 20:13 70:7
children 8:19,21 9:12
  12:8,18 20:1 26:14
  43:19,21 44:21 52:14
  66:20 78:1
cholesterol 22:1
Chris 25:22 44:14,15
  44:23 47:11 52:14
Christian 9:3,10 44:13
  47:16

church 26:11
cigarettes 26:12,20
Citizenship 13:5
CIVIL 1:10
Class 30:6
clinic 30:6 43:5
clinical 78:8
Clomid 32:13 33:17,18
  34:7,14 36:11 42:2
  44:1
close 31:4
clotting 41:17
coating 57:17,18
collaterally 69:23
color 22:6,23 40:9,10
  49:2,4,6,7
COLUMBIA 1:5
come 29:4
coming 38:20 60:16
  66:13
comments 68:23
Commission 80:23
committed 78:15
Commonwealth 80:3,7
companies 50:10
company 1:12 4:22
  49:18,22 50:3
compel 69:7
complete 67:17
complications 31:5,7
  33:11 35:16 36:15
  56:9 58:17
comply 69:21
concern 72:6
concerned 71:13,24
condition 15:10,18
  21:2 74:8
conditions 21:3,12
confirm 6:15 34:2
confirmed 30:13 32:19
  53:4,10
confuse 51:1,2
confused 51:13
confusing 5:16
Congratulations 52:17
consider 16:16
considered 12:12
consulted 63:8
consulting 13:13
containing 64:7
continued 11:20
conversant 41:5
conversation 73:1,8,13
  73:15 75:11
conversations 73:11
copy 54:15

**Corbet** 61:14
**Corbet's** 61:19
**correct** 7:3 23:13 35:6
  36:10 37:12 43:17
  45:24 46:3 47:9
  51:20 53:17 65:7
**correspondence** 69:5
**cost** 62:17
**Counsel** 2:8,16
**counseling** 24:18,19,24
**couple** 33:1,23 50:15
  50:17 51:17
**course** 21:1 36:8 60:2
  67:2
**court** 1:4 5:8,10 8:10
**crackers** 40:18
**cramping** 55:18,20,23
**Crawford** 55:13
**creative** 11:16 12:18
**CROSS** 3:2 77:21
**currently** 24:4 73:23
**cut** 39:9 58:8,10,11
  63:5,6
**cycle** 29:10,13,18
**cycles** 72:12
**cyst** 23:17

**D**

**D** 3:1 8:1
**dark** 40:9
**date** 6:9 9:22 73:16
**dates** 6:23 9:5
**daughter** 67:8 71:14
  72:15 73:12,21 74:5
  75:3
**daughters** 68:12,14,22
  68:24 69:10
**daughter's** 63:9
**day** 16:1 26:20 27:6,22
  27:23 31:21,23 57:7
  57:20 64:21,23,24
  65:1 80:16
**days** 49:11
**dead** 53:19,20,23,24
**deal** 70:4
**dealt** 45:7
**dear** 20:18
**death** 54:1
**debunk** 66:6
**deceased** 8:4
**decision** 75:4,6,12
**deep** 49:7
**defects** 20:10 28:17
**Defendant** 1:13 2:16
**defining** 14:2
**delivered** 46:6,20

**deliveries** 78:3
**delivery** 45:21
**dentist** 50:9
**department** 13:6,7
**departments** 13:3,4
**deposed** 4:11
**deposition** 1:15 69:24
  79:4 80:10,12
**DES** 37:6,10,14 38:14
  38:18,22 39:11,15
  40:20 43:12 46:8,12
  47:1,3 52:2,20 56:20
  58:4,7,20 60:13
  62:24 63:2 65:2,8
  66:6 68:2,8,12,21,24
  71:21 72:15,17 73:1
  73:12,22 75:14,18
  76:5,5,8,22,24 77:4
**descent** 7:10
**describe** 59:5
**described** 57:1 63:2
  64:12
**description** 52:11 63:9
**destroy** 69:9
**develop** 15:12
**development** 13:6,15
**diabetes** 17:6 19:20,21
**diagnosed** 15:13 19:10
  41:7 77:11,12,13
**Diana** 8:24 9:2
**die** 17:12
**died** 12:22 14:9 17:17
  54:5 68:7
**diethylstilbestrol** 37:6
  49:15 59:13,15
**difference** 77:23 78:5
  78:16
**different** 15:23 38:12
  42:5 45:11
**difficult** 74:6
**digest** 37:18 57:23
**Dillon** 69:19
**direct** 3:2 4:5
**directly** 62:18
**discovery** 69:12,17,18
**discuss** 42:9,12 43:8
  74:12
**discussed** 21:3 36:14
  43:24 45:4 73:21
  74:10
**discussing** 12:19
**Discussion** 55:1
**discussions** 62:19,22
**disease** 14:7,10,11
  16:18 18:10,18 19:5
  21:23

**diseases** 18:21 20:13
  28:15
**disgusting** 40:10
**disorder** 16:20 41:7,9
  41:17
**disorders** 15:1 19:7
**distinguish** 36:9
**DISTRICT** 1:4,5
**doctor** 7:14,17 15:16
  30:5,7,14 32:8,19
  34:1 36:21 37:2
  38:17 39:10 43:4
  44:22,24 45:1,5,9,12
  45:23 46:1,4,11,13
  46:15,19,24 47:7,11
  47:12,14 50:3,17
  51:17 53:5,9,12,16
  53:18,22 55:7,9
  56:18 57:24 58:19
  59:19,22 60:6 65:17
  65:20 66:15 67:8,10
  67:20,23 68:5,6,6,15
  69:5,8,23 70:16,17
  70:23 71:9,17 77:7
  77:23,24 78:17,19,21
**doctor's** 60:17 61:24
**doing** 11:19 49:24
**Don** 62:4
**donations** 66:19
**Doran** 4:9
**dosage** 39:7 64:17
**dosages** 58:9
**drama** 10:5
**dramatics** 11:16 12:18
**draw** 48:6
**drink** 28:6,8,11
**drug** 34:15 49:22 50:8
  50:9 59:6,10 61:14
  68:13
**drugs** 58:1 78:11,24
**drugstore** 60:8,10
**duly** 4:3 80:11
**Dwyer** 2:11 3:4 4:5
  44:4,17 48:12,20
  51:2,8,12 54:15,20
  54:24 55:2 65:24
  66:2,7,11 69:11,17
  70:2 76:19 77:18
  79:3
**Dyscrasia** 41:11
**dysentery** 30:22,23
  31:6
**D.C** 2:6

**E**

**E** 2:1,1 3:1,11 62:9

71:2,2
**early** 36:4 68:11 78:3,6
**Ed** 62:5,7,10,13 70:18
**education** 10:23,24
  11:3,5 12:14,16
**Edward** 70:20
**effort** 8:14
**egg** 28:24
**eggs** 41:6 42:2
**Elaine** 1:15 3:3 4:2,7
  68:18 80:9
**Elementary** 11:13
**ELI** 1:12
**Eliot** 13:6
**Elizabeth** 9:2
**English** 10:5
**enlarged** 19:14
**ensure** 58:21
**entire** 46:10
**entity** 46:23
**Epidemiology** 76:1
**esophageal** 14:13
**Esquire** 2:4,11
**estopped** 69:23
**everybody** 64:13
**exactly** 38:5 63:13 73:9
**exam** 71:7
**EXAMINATION**
  77:21
**examined** 4:4
**excluding** 20:1
**excuse** 4:20 34:10 40:5
  43:11 49:24
**Exhibit** 6:12
**EXHIBITS** 1:3
**experimental** 32:14
**Expires** 80:23
**explain** 6:16 58:16
**explained** 17:20
**explaining** 55:6
**exposition** 27:13
**exposure** 40:20 43:13
**extent** 13:7 17:10 20:16

**F**

**fact** 31:1 42:16 78:2
**failure** 69:21
**fairly** 4:24
**faith** 8:24 9:2,6 25:12
  25:13 27:2 28:9 36:1
  36:20,24 40:19,22
  41:19 42:6 43:12,19
  45:4,22 46:7,8 52:6
  52:12 65:17 69:2
**falling** 17:19 31:16
**familiar** 50:8,9 65:19

**family** 4:23 13:24 14:1
  14:2,2,5,6,14,16,18
  14:21,23 15:2 16:13
  17:10,14,16,24 18:8
  18:9,11,13,16,19,23
  19:1,3,5,7,15,23,24
  21:24 60:21,22,24
**far** 31:2 32:24 43:15,17
  43:17 61:2
**Farm** 4:9
**faster** 76:20
**father** 14:7 15:16 18:14
  19:8 60:23 62:5
**father's** 15:14
**favor** 49:24
**Federico** 1:8 9:3
**FedEx** 64:7
**fellowship** 26:11
**felt** 43:9
**fertility** 19:24 20:8
  43:24 45:1,2 68:6,24
  78:10
**field** 13:18,21
**filed** 54:18
**Filene's** 10:12,16
**filing** 69:6
**fill** 60:13 61:23 67:3,12
**filled** 47:6 60:15
**finally** 73:18
**fine** 51:14 71:6 79:3
**finger** 63:5
**finish** 5:22 12:3
**first** 9:23 15:12 25:15
  25:16,20,24 26:9
  29:7,20 30:13 37:13
  39:4,21,22 40:4,12
  45:10,11,18 47:20
  63:5 67:19,22 68:4
  71:7 72:7,14,15,16
  72:17,24 73:12 74:12
  74:17 75:14
**fit** 64:2
**flat** 16:9 22:13,14
**Flintstones** 38:10,11
  57:22
**FOLEY** 1:18 2:10
**folic** 37:17,22 38:3,13
  47:21 52:8 56:22,24
  57:6,11
**follow** 79:2
**followed** 52:4
**Force** 30:8
**forgot** 24:2
**forms** 67:13,14,17
**forth** 80:10
**foundation** 66:19

four 9:16 25:23,24 31:4
    47:18,20
fourth 46:2
frames 20:17
Frank 8:1 9:3 17:9
    19:9 22:19 25:21
    44:9,11,13 49:17,19
    49:21 50:19,23 51:1
    51:4,14,16 52:9
    65:12
Frank's 50:20
free 51:5
Friday 1:16
friend 4:19,21 27:16
friends 4:18
front 5:10 48:4 49:12
full 25:6 36:24 71:23
    78:11,24
fully 41:5
funds 13:2
funeral 53:21
funny 26:18 40:9
further 76:14

_____
          G
G 7:7
ganglia 23:17
Garoyan 7:5
general 9:22 24:24
    45:8
generally 24:23 36:7
    39:4,6 42:10 68:24
generations 60:21,22
George 7:7
German 20:15
Germany 20:21
getting 20:3 40:22
    41:20 44:12
gifts 66:18
ginger 40:18
girls 68:11,20 71:10
give 5:1,4 27:13 37:2,5
    38:21 39:10,15,20
    40:16 50:3 57:14,24
    58:1 59:19,22 66:9
given 37:10,16 38:14
    55:22 56:6,12 80:13
giving 38:18
glass 49:9,10
go 6:16 9:4,8,24 10:20
    12:10 16:2 17:8
    24:11 36:3 39:5
    43:23 45:9,17 53:15
    54:24 60:20 61:6
    69:24
God 60:11

goes 44:6
going 5:11 6:11 9:21
    17:8,23 24:14 26:2
    32:6 39:19 46:7
    47:10 50:22 52:22
    57:3 59:9 66:13
    69:11,15 70:5
good 9:15 15:22 37:23
    63:6 68:19
Goodman 71:10
goodness 21:1 23:9
gosh 51:6
graduate 10:6,8 11:5
graduated 10:10
grandmother 19:21
grandparents 14:4
great 5:13
group 76:8
groups 76:6
growths 16:22 19:16
guess 31:3 57:14,15
gynecological 71:7
gynecologist 24:11,11
    30:7 44:24 68:20
    77:9
gynecology 68:7

_____
          H
H 3:11
habit 27:11
half 27:20,22,23 39:5
    78:13
hand 58:11 80:15
handicaps 14:17 18:1,2
handle 45:2 69:18
handled 45:1,19
hands 44:7
Hannah 67:7 75:24
happen 4:17
hard 8:12,15 36:9
health 52:19 78:12
healthy 70:10
heard 76:8
heart 14:7,10 18:10
help 71:3
Henman 55:13
Herbert 53:10 67:8
hereinbefore 80:10
hereunto 80:15
high 4:14 9:24 10:1,2
    11:13
highly 54:22
highway 59:2
histogram 73:19 74:17
history 13:23 70:6
HOAG 1:18 2:10

hold 71:8
home 32:6 60:17
hormonal 19:18
hormone 16:24 17:3
Horne 36:21 37:2
    38:17 39:10 45:1,9
    45:12,23 46:1 47:12
    47:15,24 48:1 50:3
    50:17 51:17 53:11,12
    53:22 55:7 56:18
    57:24 58:19 59:19
    60:6 65:17 66:15
    67:10,20,23 68:5,15
    69:6,8,23 77:24
    78:17,20,21
Horne's 46:14,16 47:7
    65:20 67:8
hospital 23:11
hospitalizations 23:16
    24:3
hospitalized 22:24 23:3
    56:15 70:12
house 61:2,18
HSG 77:14,15
husband 12:22 17:9
    22:18 24:19 49:20,21
    50:2,5 58:10 60:16
    61:9 62:18
husband's 7:13 14:22
hysterectomy 29:5
hysterical 73:20

_____
          I
idea 24:15 64:19
    67:18
IDENTIFICATION
    3:12
identified 4:3 80:11
identify 49:6 63:18
    64:9
illness 13:23
illnesses 31:12 33:7
    35:12 70:7
immediate 14:5,6,14,16
    14:18,21 16:13 18:8
    18:10,13
impact 78:2
important 5:9
inception 67:8
includes 64:7
increased 30:19
increasing 39:7
incur 76:16
Index 1:3
indicated 23:24
indicating 22:13

infant 70:17
infection 23:4,10
infections 31:10 33:5
    35:10
infertility 41:22
information 65:16
    67:10
initially 33:17
injection 33:19 34:23
injury 4:14,15 6:4
instances 18:15,18
instruct 76:17
instructions 38:21 52:1
insurance 4:22
interest 66:13
Internet 76:11,22
interrogatories 4:5
introduced 34:15
involved 6:4
involving 6:3
iron 40:5,7,8 57:4
irrational 68:13
irregular 29:11,12 42:2
    42:4 72:12
irregularities 71:22
    72:3
issue 16:16 68:12 72:18
issues 19:9 21:15 41:6
    45:1,2,8

_____
          J
J 7:14
Jacobs 70:16
JAY 1:8
Jim 69:19
job 12:12
joints 21:15
Joy 2:18 9:2,9 25:19
    44:16 45:4 50:24
    51:5,14 52:23,23
    53:8,13 54:10 55:15
    55:17 56:11,10,16,19
    58:6,15 59:17 60:3
    61:4,18 63:3,13
    64:15,18 65:9,18
    67:11,19 70:10 71:2
    71:6 72:7,17 73:1,21
    77:11
Joy's 57:11 70:6 74:20
judge 5:10 76:16
Judson 44:24 45:15,17
    45:23 47:11 53:9
jumped 4:18
June 8:7 80:24
JUNIOR 1:9

_____
          K
K 4:7
Karamusel 20:22
    30:12
Kasparian 1:8,15 2:18
    3:3 4:2,7 8:1,2,4 9:2
    9:3,3 77:22 80:9
Kasparian's 17:10,24
    18:6 19:15,24
Keenan 70:18,20 71:9
keep 17:23 59:8,9
kidney 16:18 19:5
kind 7:8,17 10:24
    17:21 35:16
knee 23:21,21
knees 21:15
knew 46:19,22 48:24
    62:4 65:14 68:5
know 5:16,21 9:21
    15:21 17:2 19:4
    21:14 22:14,21,22
    30:16 33:20 34:19,24
    35:24 36:2,3,8 38:12
    41:8,15 42:3,10,13
    42:15,18,21,23 43:2
    43:6,17,18,23 44:17
    46:17 48:4,14 49:7,8
    49:18 50:7,8 53:20
    53:24 57:4,8 58:24
    65:8,14 71:5 72:11
    73:9 75:16 78:15
knowledge 19:19
knows 43:16

_____
          L
L 1:22 62:9 80:6,19
label 49:13,14 50:6
ladies 5:24
Lane 4:9
language 41:18
Late 19:21
Laura 62:6
Lauren 2:11
Lauren's 62:8
LAW 2:3
lawsuit 4:19,21 6:3
    75:4
lawsuits 6:5
lawyer 76:18
ldwyer@foleyhoag.c...
    2:15
left 20:15 55:6 60:7
legal 13:20
length 29:10
let's 25:12 28:5 44:8
Levine 2:3,4 3:5 6:18

6:21 7:8 17:23 27:12
  27:15 34:9,11 35:24
  39:17 41:11,16 42:12
  43:10,15 44:2,6,16
  47:24 48:9,14,18,22
  50:19,24 51:4,10,15
  54:11,13,17,22 57:14
  60:9 61:15 64:6
  65:11,19,22 66:1,4,9
  66:12 68:2 69:4,14
  69:20 72:4,10 73:3,6
  73:16,23 74:14,18,22
  75:1,5,7,9 76:13
  77:12,14,16,22 79:1
Lexington 4:9
library 77:1
life 6:20 27:13
Liggett's 61:22
Lilly 1:12 49:17 50:7
  66:6
limitations 69:16,22
  76:15
limited 25:17
limp 18:4
line 22:5
Lipitor 21:24 22:11,12
listed 6:13
little 38:12 66:10
live 4:8
lived 6:14,14,17,19,20
  6:21 7:2 61:1
living 26:18,21 53:1
LLP 1:18 2:10
local 70:24 76:24
Lois 71:10
long 5:5 7:19 10:16
  11:2,17 25:12 30:2
  32:11 34:4 36:18
  44:18 46:7,8 47:14
  53:12 59:14
longitudinal 67:6 72:22
look 6:13 16:2,7 21:19
  22:2,9,11 27:12
  33:18 34:22 37:22
  40:7 48:2 51:23 58:7
  64:5 69:5 71:5
looked 38:4,7 48:16,23
  49:1 57:10 60:5,10
  63:4,14
looking 40:8
looks 22:13 40:9 48:15
  48:19 49:6
Lord 67:7 75:24
loud 8:11
Low 16:15
lower 22:1

lunch 55:2
lung 14:12
lymphoma 17:13
Lynch 62:5,10,13
Lynch's 62:7

**M**

M 2:3,4 32:9,10
machines 42:5
maiden 7:4
mail 65:18 66:16 67:1
maintain 59:6
maintained 36:22
maintaining 41:1 74:6
major 49:22
manufactured 33:20
  34:24 65:8
March 9:6,6,6 36:23
mark 6:12
marked 6:11
married 7:11,19,22,24
  8:8,17 11:4,8,9 52:15
  60:24
marry 8:2
Massachusetts 1:20
  2:13 4:10 6:8 53:3
  80:3,7
Master's 12:3
matter 76:10
maturity 71:24
Maurice 70:20
mean 12:8 14:3 18:2
  35:5 40:4 58:16
  61:15 72:16 76:1
  77:13,14
means 77:3,6
meant 51:13,14
measles 20:14,15 70:9
media 75:15
medical 13:17 21:3,12
  24:4 42:23 43:2
  46:14,16 54:3,3,4,7,9
  54:16 70:6
medication 15:21
  32:14,14 33:17 39:2
  39:16 50:18
medications 20:7 22:16
  31:24 33:15 35:20
  36:12 37:16 40:1
  47:19 56:7 58:14
medicine 29:16 58:23
  70:21
Mel 78:9
Melvin 34:1
mental 9:7
mentally 78:15

mention 72:17
mid 71:9
middle 22:4
miles 61:5
mill 78:24
milligrams 16:1 22:10
  22:15
mind 66:22 68:18 76:9
minutes 44:9
miscarriage 9:19 30:22
  30:24 32:23 35:5
  42:8,15,19,24 43:7
miscarriages 36:8,16
  38:19 42:6 77:24
  78:2
miscarrying 59:9
Missiles 65:21
Missionary 13:15
mistake 36:4
mixed 22:7
moment 63:3
money 66:5
month 46:2
months 7:21 25:23,24
  31:3,22 33:23 40:4
  40:13,15 45:18 47:18
  47:20 53:14,15 55:7
morning 31:21 64:22
  65:2
Morrissey 62:4
mother 14:9 17:17 18:7
  26:19,22 46:22
mother's 54:16
motion 54:18,18 69:6,7
move 70:2
mumps 20:14 70:10

**N**

N 2:1 3:1 4:7 7:7,16
  62:9
name 4:6 7:4,8,13,15
  8:24 15:21 16:2
  24:15 41:8 43:4,5
  44:11 59:10 62:2,8
  70:19 71:1
named 34:16
names 8:23 24:16
nauseated 31:18,20
  33:13 35:18
near 61:23
need 5:20,23 7:5 21:16
  76:16
needed 51:18,19
Negative 18:4
never 27:20 52:3 66:22
  76:9

new 24:14,14 32:13
  46:23
newsletter 75:20
newsletters 65:21,22
  66:17 75:22,23 76:3
newspaper 75:19,20
newspapers 68:9 72:19
Nexium 21:22 22:9
nop 38:15,16 59:1
normal 21:1,4 31:7
Normally 5:21
Notary 4:4 80:6
notes 66:18
notice 68:7
notification 54:1
November 52:15
number 74:9 78:10
N.W 2:5

**O**

O 7:7,16 32:9,10
oath 5:7 34:12
Obesity 15:4 18:23
occasionally 22:17
occurred 9:21
office 2:3 39:15 58:1
  60:17 61:24
officer 12:24 13:1
oh 10:17 12:22 16:8
  19:8 20:15,18 21:1
  21:20 22:17 23:9
  26:8,11 39:21 40:5,8
  46:21 48:11 51:6,13
  53:19 60:11 75:20
  76:9
okay 4:24 5:14 6:23
  16:4,11,17 19:13
  20:20,24 21:16 23:14
  24:4,17 26:21 27:1
  27:10,12,14,17 29:5
  30:18 34:9 36:7,18
  37:10 39:24 40:7
  41:19,24 44:4,8,22
  45:7,13,16,20 46:7
  46:18 50:5,11 52:22
  59:4 70:12 71:4,6
  76:13 77:18
old 20:22 29:7
older 12:8 14:10
once 45:8 64:24 65:2,5
ones 38:8,12
onset 19:21
operating 26:1
opinion 46:14,16
order 14:12 25:17 69:7
original 47:7

outside 12:13 49:3
oval 22:12
ovaries 23:5,6
overall 39:6

**P**

P 2:1,1 4:7 62:9
pack 26:16,17 27:20,21
  27:22,23,23
package 64:7
pages 1:2 64:7
paid 51:5,6 66:5,5 69:8
  69:8,9
Pancreatic 17:22
Pap 68:20 72:1
paper 39:1
pardon 4:20
parents 14:4
part 36:5 67:6 78:8
pass 8:6
passed 8:8 22:19 24:19
patient 78:8,16
patients 72:23
pay 50:1,4
peach 22:5
Pearson 13:6
Pediatric 70:21
pediatrician 68:19
  70:15
pediatricians 70:22
pedodontist 7:18
people 68:12
percent 38:1 72:9
perfectly 16:8
Pergonal 34:15,17,22
  36:11
period 9:20,22 11:24
  26:10 27:18 29:8
  30:4 39:7 72:7,14
  73:24
periodic 66:18
periods 42:2
person 24:14 78:16
pertain 54:9
pharmacies 61:6,9,12
  61:17
pharmacist 62:2,20,23
pharmacy 60:14,20,23
  60:24 61:1,20 62:14
phone 73:17
physical 14:17 18:1,2,4
physician 24:7 26:2
  33:24 53:7
picture 48:7,10,11,13
  63:16,22,23 64:3
pictures 48:21 63:19

63:21 64:13
**pill** 22:3,6,10 60:1 63:2
  63:4,10,14,18 64:9
  64:14,21 65:15
**pills** 16:7 21:20 37:17
  47:22 56:22
**places** 6:22 60:12
**plain** 22:12 57:15
**plaintiff** 6:12
**Plaintiffs** 1:10 2:8
**plaintiff's** 54:16
**plan** 44:20
**plane** 20:21
**plastic** 49:9,10
**plus** 68:8
**point** 12:10 34:14
  37:13 68:10
**positive** 37:15
**possible** 69:2
**potential** 72:21
**pox** 20:14,19 70:8
**practice** 55:12
**pregnancies** 9:14,18
  23:1 25:4 27:5,8,19
  28:12 65:17 78:4,4,7
  78:7
**pregnancy** 24:21 25:7
  25:9,18 30:13,21
  31:6,18 32:1,19,22
  33:3,13,16 34:2,18
  35:3,8,18,21 36:1,22
  37:14 39:18,21,22
  40:2,13 41:2 44:9
  45:8,10,12,18,19,22
  46:9,10 47:10 50:21
  52:23 53:4,10,13
  55:8,9,17 56:1,5,10
  56:16,19 57:11 58:6
  58:10,21 59:7,16
  60:3 63:3 64:15,18
  65:6,9 74:6,13
**pregnant** 9:11 12:8
  20:3 24:20 27:1 28:9
  29:21 30:3,16 32:7
  32:12,15,16 33:22
  34:5 35:23 36:19,19
  36:22 37:3,8,11
  40:23 41:20,23 44:19
  45:6,8 52:9 53:8
  54:10 58:15 61:4,18
**prenatal** 32:3
**prescribe** 47:3,19
  56:18,21
**prescribed** 37:14
**prescribing** 58:20
**prescription** 39:10,13

47:8 58:2,3,4 59:5,20
  60:5,13,15 62:16,20
**prescriptions** 47:4,6
  59:23 61:23 62:23
**present** 2:18 12:19,21
  13:13
**pressure** 16:14,15 19:3
**pretty** 16:6
**previous** 58:10
**primary** 24:7
**prior** 7:22 38:19 78:22
**probably** 4:24 11:19,21
  22:7 36:4,8
**problem** 5:15 15:8
  16:16 18:4 21:24
  68:17 70:4 72:21
  74:12
**problems** 14:12 15:6
  16:14,17 18:23 19:1
  19:3,16,18,24 20:3,5
  20:8 29:18 39:24
  40:19,22 41:1,4,6,20
  41:22 52:19 58:13
  68:24 73:22
**procedure** 26:2
**PROCEEDINGS** 4:1
**produce** 28:24 54:18
  54:19
**producing** 41:6 42:2
**production** 28:24
**program** 10:12 11:6
  38:9 78:14
**Project** 13:14
**prostate** 16:20 19:7,8,9
  19:14
**protective** 69:7
**prove** 68:14
**psychiatric** 24:18
**public** 4:4 13:5 80:6
**pumped** 78:11,23
**purple** 22:10
**purpose** 24:24
**put** 68:17 78:17,19,21
**p.m** 79:5

**question** 5:17,18,22
  6:17 9:15 15:22
  37:23 66:8 67:24
  69:2 74:3,24
**questionnaires** 65:23
  66:24
**questions** 5:11,12,16
  17:9 44:5 51:9 59:3
  66:23 69:15 70:3,5
  76:13,14,20,21

**quick** 5:2,4
**quickly** 32:16
**quit** 28:3
**quite** 5:3

**R** 2:1 4:7 7:7 32:9,10
**raise** 13:2
**ran** 78:24
**Raymond** 77:7
**reached** 71:23
**reactions** 58:17
**read** 39:14 49:16 58:5
  75:14,18 76:2
**real** 12:12
**really** 28:7 40:5 49:5,7
**reason** 46:15
**recall** 20:16 48:16,17
  50:16 57:13 73:3,16
  78:1
**recalls** 48:18
**receive** 65:16 66:15,24
**received** 54:1 66:1
  67:10,14 78:6
**receiving** 24:4
**reception** 23:6
**recess** 69:24 77:20
**Recessed** 55:4
**recollection** 34:10 36:6
  37:24 73:7
**recommendation** 68:10
  71:9,12
**record** 4:6 54:24 55:1
  64:6 69:12 75:2
  80:12
**records** 54:3,3,4,7,9,16
  54:21 62:13 69:9
  74:21
**red** 40:11
**referral** 68:19
**referred** 45:14,23
  47:11
**refill** 5:24 47:3
**refilled** 50:12
**reflects** 7:1
**reflux** 14:13 21:22
**refused** 69:6
**regarding** 62:11 68:8
  68:23 72:15 73:12
  76:5
**regular** 37:18 57:23
  68:21
**related** 20:8
**remember** 9:21 17:10
  20:23 37:24 38:3,6
  41:13,14,15,18 51:21

57:2,3,5,10,16,21
  58:22 61:21 62:16
  63:4 64:20 75:15
**remembered** 57:20
  63:14
**removed** 23:17
**renewable** 59:19
**rephrase** 5:17 74:3
**report** 72:20
**reporter** 1:22 8:10
**request** 54:2 69:13,18
**requests** 69:18
**rescission** 28:20
**research** 66:20 76:22
  76:24 77:4 78:8
**resection** 23:5,7,12
  28:21,22,23
**response** 54:18
**rest** 20:22 25:1,3,10,13
  25:24 45:19 49:16
  55:9 68:18 78:17,19
  78:21
**result** 9:17 30:21 32:22
  35:2 40:20 78:12
**Resulting** 23:11
**results** 73:18 74:16
**Resumed** 55:5
**retail** 10:14
**retailing** 10:13
**retired** 7:18 70:17
**rheumatologist** 24:12
**RICHARD** 1:8
**right** 16:12 17:11 20:1
  23:15,21 26:1 37:21
  41:16 42:4 48:23
  50:16 61:5 66:21
  69:24 72:23 73:24
  74:8,10 76:10
**Riley** 77:7
**RMC/AK** 1:12
**Road** 53:2
**Robert** 7:14
**room** 5:24
**Rosacea** 70:9
**Rosen's** 61:19
**round** 16:8
**RPR/CSR** 1:22
**RPR/CSR#101193**
  80:20
**rundown** 5:4
**running** 67:7
**Rutledge** 53:2

**S** 2:1 3:11 4:7 7:16 71:2
  71:2

**safe** 68:17
**saltine** 40:18
**satisfactorily** 4:3 80:11
**saw** 22:4
**saying** 32:17 44:7
  57:13
**says** 51:13
**scare** 68:3
**schedule** 39:1,3 47:23
**school** 4:14 9:24 10:1,2
  10:19,20 11:13,14,18
  11:23 76:1
**sciatica** 56:11,13
**scored** 16:9 22:4,23
  57:16 58:8,12
**Seaport** 1:19 2:12
**season** 21:10
**seasonal** 21:8
**see** 6:19 10:17 45:9
  66:22 70:8
**seeing** 64:13
**send** 54:23 67:5
**sent** 45:5,14 53:10
  63:17,19,22,23,24
  64:3,4 68:7 72:20
**separately** 64:6
**September** 1:16 8:3
  80:16
**series** 5:11
**serious** 13:23
**service** 13:5 26:23
  29:23
**set** 17:9 80:10,15
**sexiest** 22:3
**sexually** 28:14
**shape** 22:12
**share** 67:9,9
**sharp** 63:7
**sheet** 39:1 52:4,5,6,7
**short** 30:4 34:6 70:23
  48:11 63:16 64:6
**showed** 30:17 48:24
**siblings** 46:22
**sick** 40:3,5,12 70:11
**side** 68:17
**Simpson** 30:7
**sister** 14:10,11
**sisters** 14:3 46:20,21
**situation** 25:2
**six** 9:16
**size** 30:19
**skill** 80:14
**skip** 44:8
**skipped** 51:1
**skipping** 44:16 51:10

sleep 22:18
sleepy 21:11
slip 60:6
Sloan 76:1,1
slow 15:11,12
small 22:14
smears 68:21 72:1
Smith 44:24 45:5,15,17
  45:23 46:4,11,19,24
  47:11 53:9,16,18
  55:9 59:22 68:7
smoke 26:7,14,19 27:2
  27:4,18 28:1
smoked 26:3 27:8
smoking 26:5 28:3
solved 42:1
somebody 21:4
son 4:14 44:10,11
son's 6:4
soon 37:15
Soreness 30:19
sorry 27:14 28:22 29:1
  38:11,16 41:18 55:15
sort 17:8 20:16 22:5
  40:10
sought 42:23 43:2
spaceship 22:14
speak 8:15 68:18 77:10
speaking 74:7
specialists 24:10
specific 40:21 41:18
  55:14
specifically 12:9
speech 10:5 11:16
  12:17,19
spell 7:15 70:19 71:1
spelling 7:5
spoke 77:7
spoken 62:10
square 48:3,5 61:19
ss 80:4
stand 5:9
standard 26:1
staph 23:4,10
start 25:12 26:5 55:8
started 22:1,18 26:9
  70:16
state 4:6
STATES 1:4
statistic 78:11
statute 69:15,22 76:15
stay 23:11 56:22 72:1
Stilbestrol 47:23
straightened 71:23
street 2:5 49:23
stressful 25:2

stroke 14:20 18:13,15
study 10:4,22 67:6
  72:23
studying 12:2
stuff 64:1
subjects 11:15
substantial 42:3
successful 78:5
sued 43:12
suffered 14:20 15:1
Suffolk 80:4
suggest 68:18
suicide 18:15
Suite 2:5
sulfate 40:8
supplements 40:6
support 66:19 76:6
supported 75:12
supposed 38:15
sure 6:18 7:6 9:1 15:15
  15:24 34:8,9,11,13
  38:1 68:20 72:9
surgery 14:12 19:9,11
  23:21
sworn 4:3 80:11
symptoms 30:20
Synthroid 15:24

T

T 3:11 7:16 17:13 32:9
  32:10
tablet 22:13 39:5,5,8
  57:16 58:8
tablets 15:20 21:21
  40:9 47:22 57:4
take 5:20,21,23 6:13
  8:12,16 15:20,24,24
  16:10 20:7 21:6,9,10
  21:16,20,22,24 22:17
  31:24 32:3 33:15
  34:14 35:20 36:12
  39:2,5 40:5,16 46:8
  52:2 55:2 56:22 57:6
  57:19 59:14 64:17,20
  64:23 65:5 77:3,6
taken 5:7 16:4 73:19
talk 44:8 52:22 69:21
  71:17 72:15
talked 72:20 75:3,9
talking 8:16 14:22 26:8
  37:7 50:20,22 51:16
  74:1,2
taught 11:11
Taymor 32:8,20 34:1
  77:23
Taymor's 78:9

teach 11:12,15,17
  12:16
teacher 10:24
teaching 12:4
teenager 15:15 16:5
teens 71:9
tell 5:9 20:18 38:17
  51:14 59:10 63:12
  67:22 73:17 78:13
telling 48:22 69:20
term 20:5 25:6 36:24
Terrible 27:11
tested 32:15 37:15
testified 4:4
testimony 80:13
Thank 5:6,19 6:2 52:18
  62:10
thanking 66:18
Thanks 77:19
theater 12:11,14,17
  13:7 27:15
thing 38:2 47:21 64:4
things 15:23 21:4
think 15:23 21:23,23
  22:22 36:7 49:17
  57:2 61:21 62:7
third 35:2 39:17
thought 66:9 74:20
three 8:22 9:12,15 25:3
  26:12 31:3,22 40:4
  40:12,15 46:20 76:19
  76:20
three-and-a-half 31:3
three-quarters 39:6
thyroid 15:6,8,10,11,12
  15:20 16:1,7 17:4
  19:1 21:2 29:14,15
  32:2,5 33:16 35:21
  37:17 38:13 47:22
  56:22 57:1 65:11
time 5:5 8:17 9:20,22
  11:24 13:8,13 22:22
  26:9,13,15 32:12
  34:6,15 39:7 53:14
  58:14 60:2 63:5
  64:13,21 68:10 70:23
  71:11,23 73:24 74:6
times 6:22
Title 11:20
today 42:3
today's 12:12
told 30:23 39:2 42:16
  46:13 49:1,1,2 57:12
  59:8,13 63:13,13
  67:19 68:2 72:4 73:5
  74:5,16

top 22:5 72:1
total 36:5
trained 10:14
training 10:12
transcripts 54:2
transmitted 28:14
transpired 73:18
treat 21:6 47:14 53:12
  53:16 55:8 56:6,12
treated 15:18 29:12
  46:1,4 55:7,11 67:20
  67:23 74:8
treating 28:23 30:5
  33:24 44:22 53:7
treatment 16:5 42:24
  43:3,24 54:10 55:22
  77:23 78:6
Tree 13:14
trick 51:11,13
tried 63:6
trimester 55:21
trimesters 25:14,16,20
true 80:12
trust 46:13,15
truth 5:9
truthful 5:13
try 5:21 75:21
trying 12:3 26:13 34:4
  36:19 51:1,2,11,12
Tufts 10:3,4,6,11,21
  11:2,5 12:23 13:10
tumors 16:22 19:16
Turkey 20:22 30:11,12
twice 72:2
two 4:16 9:15 25:14,15
  25:16,20 26:12,19
  43:22 45:11 60:21,22
Tylenol 21:18,18
type 25:2
types 33:11

U

uhmm 42:1
ulcers 14:9
Um-hmm 16:6 27:24
  30:1,10 52:10 65:4
understand 5:17 67:24
understanding 5:15
  54:20
UNITED 1:4
University 10:3,21
  12:23
unsuccessful 78:4
use 5:24 50:11 58:23
  59:6 61:9 76:11
usually 54:23

uterine 20:10 28:17

V

vertebrae 4:16
Virginia 1:22 80:6,19
vitamin 32:3 47:21
vitamins 37:18,20 38:6
  38:14 40:3,4 52:9
  56:23 57:1,19,21,23
void 19:12
VOLUME 1:1
volunteer 13:11,12
vomiting 40:14,17
vs 1:11

W

W 7:16
waist 30:20
Wait 66:14
walk 18:3
want 6:16 8:24 16:1
  22:22 24:16 43:8
  48:6,12,14 49:5,8,16
  69:24 79:2
wanted 28:24 54:2
  78:12
wants 6:18
Washington 2:6 42:17
  43:5
wasn't 42:17 50:8
  65:11
water 5:24
Watertown 11:13,17
  12:6
Watson 7:14,20,22
Waverly 61:19
wavy 22:5
way 5:10 17:19 20:21
  59:2 60:16 62:9
  68:13
wedge 23:5,6,7
week 26:7,17 39:2
  64:24 65:3,5
weekends 26:11
weeks 33:1
well-being 78:13
went 10:12,19 11:18,23
  12:22 36:21 53:9,21
  64:1,8 68:6 70:17,23
  71:10
weren't 39:8
we'll 6:12 14:24 55:2
we're 8:16 17:8 47:10
  50:20 51:16 52:22
  69:11
we've 36:14

**WHEREOF** 80:15
**white** 16:8 21:21 22:12
   57:15
**wife** 62:7
**witness** 3:2 7:10 23:24
   27:14,17 48:1 51:6,8
   60:11 65:13,21 66:8
   74:20,23 75:10 80:9
   80:13,15
**woman** 15:14 69:21
**women** 42:4 78:14
**wonderful** 22:4
**word** 58:22,23 59:4,6
**work** 5:1 10:16,18
   11:10 12:6,7,10,13
   12:23 13:17,20 78:9
   78:9
**worked** 11:20 13:9
   62:6
**works** 21:18
**world** 12:12
**wouldn't** 22:7 42:9,12
   50:1 60:7
**wrath** 76:16
**writing** 48:3 49:2,12
**wrong** 38:2 44:12
   57:12
**wrote** 59:5 66:18

_____ **X** _____
**X** 3:1,11

_____ **Y** _____
**Y** 7:7 32:9,10 71:2,2
**Yasaian** 70:24 71:2,4
**year** 21:10 22:1 29:22
   42:10 52:16 72:2
   74:14 75:15
**years** 7:21 10:17 15:19
   19:10 20:22 46:23
   73:3,8 74:9,15
**yellow** 21:21
**York** 24:14
**young** 15:14

_____ **$** _____
**$25** 54:2

_____ **0** _____
**02210-2600** 2:13
**04** 74:18,19 77:16,17
**06-0290** 1:12

_____ **1** _____
**1** 1:2 6:12
**1:02** 55:4
**1:30** 55:3

**1:40** 55:5
**10** 22:15
**10/16/36** 6:10
**100** 38:1 72:9
**11:50** 1:17
**13** 29:9 72:8
**1320** 2:5
**14** 29:9 72:8
**144** 53:2
**15** 1:16 64:7
**15th** 9:9 52:24
**155** 1:19 2:12
**17** 26:6
**18** 20:24
**19** 11:19
**19th** 2:5
**1958** 10:9
**1960s** 28:5
**1961** 8:3
**1962** 9:23 29:24
**1963** 29:2
**1964** 32:8
**1966** 23:9,14
**1967** 36:21
**1968** 9:23 36:22
**1969** 9:7 36:23
**1970** 9:9 52:24
**1972** 9:10
**1973** 28:4
**1985** 75:23
**1995** 8:7 12:22
**1998** 23:21

_____ **2** _____
**2** 10:17 15:24 24:16
   74:15
**2:07** 79:5
**20** 73:3,8 80:24
**200-milligram** 21:21
**20036** 2:6
**2006** 1:16 80:16
**2008** 80:24
**202** 2:7
**26** 20:22
**29th** 80:16

_____ **3** _____
**3** 9:4 11:20 24:13 61:5
**31** 9:10

_____ **4** _____
**4** 3:4 45:18 53:14,15
   55:7 61:5
**4th** 52:15
**40** 22:10

_____ **5** _____

**5** 4:9 7:21 19:9
**5th** 9:7 36:23
**500** 2:5

_____ **6** _____
**6** 19:10
**60** 16:1
**61** 11:4
**617** 2:14
**63** 26:24 29:4
**64** 26:24 29:3
**65** 11:21 26:24 29:3
**66** 11:21
**67** 11:21

_____ **7** _____
**70** 21:4
**70s** 75:17
**71** 75:17
**72** 75:17
**77** 3:5

_____ **8** _____
**80** 1:2
**80s** 19:22
**832-3084** 2:14
**833-8040** 2:7
**84** 17:17
**86** 75:24

_____ **9** _____
**90s** 23:20
**99** 23:21