# Exhibit 4

AMERICAN DRUGGIST

# 1969 BLUE BOOK

MARCH 1969 TO MARCH 1970

## EXCLUSIVE: KEY FACTS ABOUT STATE WELFARE DRUG PROGRAMS

For the first time anywhere, this issue of the Blue Book presents a state-by-state report on welfare drug programs — with the details every pharmacist needs to know: Who is covered . . . what drugs are covered . . . basis for figuring costs and fees . . . policies regarding generics, quantities, and refills.

INCLUDING

- Drugs subject to Drug Abuse Control Act
- List of sugar-free liquids
- The catalogs of 101 manufacturers
- Poison control centers — with phone numbers
- Requirements for examination & registration
- Data on accredited colleges of pharmacy
- Requirements for reciprocal licensure
- A directory of equipment manufacturers

$9 PER COPY

PROPERTY OF
ELI LILLY & CO
DEPT. NO. M789

"THE EASY-TO-READ PRICE BOOK" [1234] cat. #; ℞, ℞ only; ▲, refrigerate; ●, narcotic; ◆, narcotic (oral ℞ o.k.); ●, exempt narcotic; ●, dated products; ■, Subject to DACA. Pg. 185 Der-Des

**DEROFEX** (American Medicinal Corp.)
Honey Syrup, 3 oz. ea. .... .90
Lozenges, 16s ea. .... 1.00

**DERONIL** ℞ (Schering Corp.)
(See Catalog Under Schering Corp.)
Tablets, 0.75 mg., 50s ea. .... 8.10
500s ea. .... 76.95

**DERRIS** (Humco Laboratory)
Powder, 16 oz. .... 11.30
5 lb. .... 49.45

**DERVIDE** (Dr. A. C. Daniels)
Tablets, Vial, 40s .... 1.25 9.00

**DES** (Amfre-Grant)
Tablets,
.05 mg., 100s ea. .... 1.00
.10 mg., 100s ea. .... 1.00
.50 mg., 100s ea. .... 1.00
1 mg., 100s ea. .... 1.00
2 mg., 100s ea. .... 2.00
5 mg., 100s ea. .... 2.50
10 mg., 100s ea. .... 4.40
25 mg., 30s ea. .... 2.50
100s ea. .... 7.50
250s ea. .. 18.00
500s ea. .... 34.00
1000s ea. .... 62.00
50 mg., 30s ea. .... 3.50
100s ea. .... 10.00
100 mg., 30s ea. .... 5.50
100s ea. .... 16.00

**DESABAM** (Desert Drug)
Tablet, 100s ea. .... 4.00
1000s ea. .... 35.00

**DESACHOLINE** ℞ (Mallard Inc.)
Tablets, [#T-542] 100s ea. ... 4.00
1000s ea. ... 26.00

**DESADERM** (Research Pharmacal Lab.)
Ointment, lb. ea. .... 2.50

**DESA-HIST** ● (Desert Drug)
Syrup, pt. ea. .... 3.50
Gal. ea. .... 25.00

**DESA-HIST AT** ℞ (Desert Drug)
Tablet, 100s ea. .... 9.00

**DESA-HIST B** ℞ (Desert Drug)
Tablet, 100s ea. .... 3.50

**DESA-HIST PF** ℞ (Desert Drug)
Elixir, pt. ea. .... 2.50
Gal. ea. .... 16.00

**DESA-HIST PF 8** ℞ (Desert Drug)
Capsule, 100s ea. .... 8.00
500s ea. .... 36.00

**DESA-HIST 12** ℞ (Desert Drug)
Tablet, 100s ea. .... 4.50

**DESAMINE** ■ (Starr Pharmacal)
Capsules, T.D.,
10 mg., 100s ea. .... 3.38
250s ea. .... 7.20
500s ea. .... 12.60
1000s ea. .... 21.60
15 mg., 100s ea. .... 3.83
250s ea. .... 8.10
500s ea. .... 14.40
1000s ea. .... 25.20
Tablets,
5 mg., White or Yellow, 1000s ea. .... 3.00
20 mg., White 1000s ea. .... 5.00

**DESAMYCIN** ℞ (Desert Drug)
Capsule, 100s ea. .. 7.45

**de-SAN** (de Leon Labs.)
Liquid, pint ea. .... 4.o7 3.25
Gal. ea. .... 23.00

**DESAPHEN** ℞ (Veltex, Inc.)
Elixir [#358] Pt. ea. .... 2.20
Gal. ea. .... 12.50
Tablet [#318] 100s ea. .... 1.20
1000s ea. .... 7.00

**DESAREX** ℞ (Desert Drug)
Capsule,
No. 1, 100s ea. .... 6.50
500s ea. .... 30.00
No. 2, 100s ea. .... 8.50
500s ea. .... 37.00

**DESAREX-A** ℞ (Desert Drug)
Capsule,
No. 1, 100s ea. .... 7.50
500s ea. .... 34.00
No. 2, 100s ea. .... 9.00
500s ea. .... 44.00

**DESATAB** ℞ (Marsin Labs.)
Tablet, (N, P & G), 100s ea. .... 2.50
1000s ea. .... 22.00

**DESATAB-A** ℞ (Marsin Labs.)
Tablet, 100s ea. .... 2.00
1000s ea. .... 17.50

**DESATAB-15** ℞ (Marsin Labs.)
Tablet, 100s ea. .... 1.75
1000s ea. .... 15.00

**DESATOL** ℞ (Dwight, R.E. & Co.)
Tablets, 30s ea. .... .75
100s ea. .... 2.00
1000s ea. .... 18.00

**DESATRATE** ℞ (Desert Drug)
Capsule T.D.,
30 mg., 100s ea. .... 6.00
1000s ea. .... 47.50
50 mg., 100s ea. .... 7.50
1000s ea. .... 60.00

**DESATRIC H** ℞ (Desert Drug)
Tablet, 100s ea. .... 6.00
1000s ea. .... 54.00

**DESBUTAL** ■ (Abbott Labs.)
Capsules (#3991)
100s ea. .... ●2.50
1000s ea. .... ●22.50

**DESBUTAL 10** ■ (Abbott Labs.)
Gradumets [#6606]
100s ea. .... ●6.45
500s ea. .... ●29.83

**DESBUTAL 15** ■ (Abbott Labs.)
Gradumets [#6614]
100s ea. .... ●8.14
500s ea. .... ●37.65

**DESCILLIN** ℞ (Desert Drug)
Tablet, 100s ea. .... 1.50

**DESENEX** (WTS-Pharmacraft Div.)
Aerosol,
6.0 oz. [#954] .... 1.98 15.96
Ointment
0.9 oz. [#955] .... 1.19 9.60
1.8 oz. [#955] .... 1.89 15.12
1 lb. [#955] ea. .... 12.00 8.00
Powder
1.5 oz. [#956] .... 1.19 9.60
3.0 oz. [#956] .... 1.89 15.12
1 lb. [#956] ea. .... 9.00 6.00
Soap, cake [#987] .... .49 3.96
Solution w/Applicator
2.7 oz. [#957] .... 1.50 12.00

**DESEROID** ℞ (Harvey)
Tablets, No. 1, 1000s ea. .... 4.00
No. 2, 1000s ea. .... 4.00
No. 3, 1000s ea. .... 4.00

**de SERPA** ℞ (de Leon Labs.)
Tablet,
0.25 mg., 100s ea. .... 2.70
500s ea. .... 11.70
1000s ea. .... 20.00
0.5 mg., 100s ea. .... 4.30
500s ea. .... 18.50
1000s ea. .... 32.00

**DESERT DEW** (Haynie Products)
Lotion, 8 oz. .... ●1.00 8.00

**DESERT FLOWER** (Shulton)
After Bath,
Lotion, 8 oz. [#1974] ea. ... ●2.50 ....
Bath,
Milk Foam, 5¼ oz. [#2727] ea. .... ●4.00 ....
Oil, 2 oz. [#1979] ea. .... ●2.50 ....
Beauty Bath,
4 oz. [#1708] ea. .... ●2.50 ....
Body,
Sachet, 1 oz. [#1752] ea. .. ●1.50 ....
Talcum, 5¾ oz. [#2728] ea. ●1.50 ....
Bubble Bath,
Crystals [#1740] ea. .... ●1.50 ....
Liquid [#1722] ea. .... ●1.50 ....
Candle, Scented,
4½ oz. [#1964] ea. .... ●4.00 ....
Cologne,
Spray, 2 oz. [#2768] ea. .. ●2.50 ....
2⅔ oz. [#1862] ea. .. ●3.00 ....
Stick [#1737] ea. .... ●1.00 ....
Deodorant,
Cream [#1760] ea. .... ●1.00 ....
Desert Dri,
Cream [#1880] ea. .... ●1.00 ....
Aerosol [#1900] ea. .... ●1.00 ....
Roll-On [#1790] ea. .... ●1.00 ....
Hair Spray,
Perfumed,
13 oz. [#2700] ea. .... ●2.00 ....
Hand & Body,
3½ oz. [#1709] ea. .... ●1.00 ....
4 oz. [#1719] ea. .... ●1.00 ....
8 oz. [#1706] ea. .... ●2.00 ....
16 oz. [#1816] ea. .... ●4.00 ....
Perfume,
Gift [#1745] ea. .... ●2.00 ....
Purse [#1746] ea. .... ●1.50 ....
Spray, ⅓ oz. [#1714] ea. . ●2.50 ....
Powder,
Deluxe Bath,
10 oz. [#1985] ea. .... ●5.00 ....
Dusting, 7 oz. [#1885] ea. . ●2.50 ....
Talcum, 6 oz. [#1903] ea. . ●2.00 ....
Sets,
Bath [#2729] ea. .... ●3.00 ....
[#2732] ea. .... ●6.00 ....
Gift [#1723] ea. .... ●3.00 ....
[#1724] ea. .... ●4.50 ....
[#1750] ea. .... ●2.50 ....
[#1759] ea. .... ●1.50 ....
[#1865] ea. .... ●3.00 ....
[#1866] ea. .... ●2.25 ....
[#1867] ea. .... ●2.25 ....
[#1919] ea. .... ●2.25 ....
[#1921] ea. .... ●2.25 ....
[#1951] ea. .... ●5.00 ....
[#1952] ea. .... ●2.00 ....
[#2736] ea. .... ●5.00 ....
[#2737] ea. .... ●10.00 ....
Skin Sachet,
2½ oz. [#1944] ea. .... ●2.00 ....
Toilet Water,
2½ oz. [#1928] ea. .... ●3.00 ....
3½ oz. [#1735] ea. .... ●2.00 ....

**DESERT MAGIC** (Haynie Products)
Cream, 4 oz. .... ●1.25 10.00

**DESERT TAN** (Desert Tan Inc.)
Desi 30, Anti Burn, Liquid, 4 oz. .... ●1.10 7.26
Desi 40, Supertan, Liquid, 4 oz. .... ●1.10 7.26
Desi 50, Anti Burn w/Lanolin, Cream, 3 oz. .... ●1.10 7.26
Desi 60, Supertan w/Lanolin, Cream, 3 oz. .... ●1.10 7.26
Desi 70, Supertan Aerosol Spray, 6 oz. .... ●1.50 9.90
Desi 80, Twin Pack, Anti-Burn 2 oz. & Supertan, 4 oz. .... ●1.59 10.49

**DESEX 15** (Scot-Tussin Pharmacal Co. Inc.)
Capsule, D.A. 30s ea. .... 2.50
100s ea. .... 7.50

**DESFERAL** ℞ (Ciba)
Ampul, 5 ml. [#38013] ea. .... 14.00

**DESICOL** ℞ (Parke, Davis)
Kapseal, 5 gr.,
100s [#15-359-43] Ea. .... ●1.89
1000s [#15-359-11] Ea. .... ●14.94

**DESIGNER** (E. Frederics, Inc.)
Creme Cold Wave, Unit ea. .... 14.95
Hair Spray, 15 oz. .... 9.90
Instant Neutralizer, oz. ea. .... 1.75

**DESIST** (Halsey Drug Co., Inc.)
½ oz. [#HL-86] .... .49 4.50

**DESITAL** ℞ (Caldwell & Bloor Co.)
Tablet [#2087] 100s ea. .... .53
1000s ea. .... 3.00

**DESITAL NO. 2** ℞ (Caldwell & Bloor Co.)
Tablet [#2264] 100s ea. .... .58
1000s ea. .... 3.43

**DESITIN** (Leeming/Pacquin Divisions, Chas. Pfizer & Co., Inc.)
Baby Lotion, 2.5 oz. .... .60 4.80
6.0 oz. .... 1.00 8.10
Baby Oil, 2.0 oz. .... .60 4.80
5.25 oz. .... 1.00 8.10
Ointment, 1.25 oz. .... .75 6.00
2.25 oz. .... 1.09 8.72
4.25 oz. .... 1.59 12.72
1 lb. .... 4.49 35.92
Powder, 2.75 oz. .... .59 4.73
6.5 oz. .... .98 7.84
10.0 oz. .... 1.29 10.33

**DESITIN CALMOL 4** (Leeming/Pacquin Divisions, Pfizer, Chas.)
Ointment, 1 oz. .... 1.19 9.90
Suppository, 12s .... 1.49 12.36
24s .... 2.69 22.32

**DESITIN SUPPOSITORY W/HC** ℞ (Leeming/Pacquin Divisions, Chas. Pfizer & Co., Inc.)
Box, 12s [#0900] .... 43.20

**DESI-VITE** (Cowley Pharmaceuticals)
100s ea. .... 2.50

**DESLANOSIDE**
Sandoz Pharmaceuticals
Cedilanid-D (See Under Trade Name)

**DESLEAUX BISMUTH** (Fougera)
Ea. .... 3.45 2.30

**DESOBEX** ℞ (Weiland Pharm.)
Capsules, 100s .... 36.00

**DESO-CREME** ℞ (Columbia Medical)
(See Catalog Under Columbia Medical)
Fungicidal Cream 1 oz. .... 4.95

**DESODRIN** ℞ (Kay Pharm. Co.)
Tabs., 10 mg., 100s ea. .... .81
1000s ea. .... 4.50

**DESOID PB** ℞ (Schlicksup Drug Co., Inc.)
Tablets, 100s [#161] ea. .... 1.00

**DESOL** ℞ (Garde Drug)
Pt. [#4032] ea. .... 4.10

**DESOPHEN** ■ (Starr Pharmacal)
Capsules, T.D.,
No. 1, 10 mg./60 mg., 100s ea. .... 4.05
250s ea. .... 8.20
500s ea. .... 14.40
1000s ea. .... 25.20
No. 3, 15 mg./100 mg., 100s ea. .... 4.28
250s ea. .... 9.00
500s ea. .... 16.20
1000s ea. .... 28.80

**DESOPID** ℞ (Atlas Pharm. Labs.)
Tablet, 100s ea. .... 3.00

**DESO-TALC** (Columbia Medical)
(See Catalog Under Columbia Medical)
Powder, 1½ oz. .... 4.95

**DES-OXA-D** ■ (Walker Corp. & Co.)
Tablet, 100s ea. .... 1.75
500s ea. .... 3.70

**DESOXEDRIN** (Cabot Pharmaceutical Co.)
100s .... ●2.24 2.25 16.20
1000s ea. .... 11.25

**DESOXETS** ℞ (Abbott)
Tablets, S.C. [#C6425]
100s ea. .... 3.25
1000s ea. .... 29.00

**DESOXO-S** ■ (Settlin & Case Co.)
Tablet [#CT1372] 100s ea. .... .45
1000s ea. .... 4.10

**DESOXROID FORMULAS, 1, 2 & 3** ℞ (High Chemical)
Tablet, set of 3M, 1M ea. .... 9.33

**DESOXY** ℞ (Harvey)
Tablets, No. 10, 1000s ea. .... 5.00

**DESOXY-CELL PLUS** ℞ (Quaker City Pharmacal)
Tablet [#5316] 100s ea. .... 2.00
1000s ea. .... 7.50

**DESOXYCHOLIC ACID** ℞
City Chemical Corp.
[#0214] 25 gm. ea. .... 2.75
100 gm. ea. .... 9.00
Fellows-Testagar
Tablet [#208]
1½ gr., 1000s ea. .... 16.90
5000s/M .... 14.75
Fey
Foychelic (See Under Trade Name)
Pfaltz & Bauer, Inc.
25 Gm. ea. .... 5.00
Robinson Labs.
Tablet, 1½ gr., C.T. [#250]
100s ea. .... 2.60
1000s ea. .... 19.00

DESOXYCORTI-
COSTERONE
ACETATE
CIBA
PERCORTEN® ACETATE
(See Under Trade Name)

**DESOXYCORTICOSTERONE ACETATE** ℞
Ciba
Percorten (See Under Trade Name)
Caldwell & Bloor Co.
5 mg/cc, 10 cc. #1008 ea. .... 1.54
Gotham Pharmaceutical Co., Inc.
Aqueous Suspension
Ampule, 5 mg./ml. [#634]
10s ea. .... 2.40
25s ea. .... 4.13
100s ea. .... 14.67
Vial, 10 ml. [#482] ea. .... .80
In sesame oil
Ampule, 5 mg/ml. [#635]
10s ea. .... 1.60
25s ea. .... 3.33
100s ea. .... 10.67
Vial, 10 ml. [#267] ea. .... .67
Robinson
(See Catalog Under Robinson Lab.)
Sterile Vial, 5 mg.
Aqueous, 10 cc. [#1140] ea. .... 1.40
In Oil, 10 cc. [#1130] ea. .... 1.40
St. Louis Pharmacal
Aqueous Suspension, U.S.P.,
5 mg/c.c., 10 c.c., 50s/unit ea. .... .77
In Oil,
5 mg/c.c., 10 c.c., 50s/unit ea. .... .79
Schering Corp.
Cortate (See Under Trade Name)
Upjohn
5 mg. per c.c., Sterile Solution
10 c.c. vial [#7489]
Ea. .... ●5.64

**DESOXYCORTISONE ACETATE**
Central Pharmacal Co.
Cortiane (See Under Trade Name)
Organon, Inc.
Doca Acetate (See Under Trade Name)

**d-DESOXYEPHEDRINE HCL** ℞
Gotham Pharmaceutical Co., Inc.
Vial, 20 mg.
30 cc. [#828] ea. .... .93

KEY FACTS ABOUT

STATE WELFARE

PROGRAMS

See Pages 12 to 15

B-D Fever Thermometers • ASEPTO • RED FLASH • MEDICAL CENTER
ASEPTO, B-D, MEDICAL CENTER and RED FLASH are trademarks

B-D



UGS-UGX Pg. 180 — To Retailer; ★ Price On Direct Basis—Per dz., ea., or as specified. — AMERICAN DRUGGIST BLUE BOOK

**DESOXYEPHEDRINE HYDROCHLORIDE** (See also Methamphetamine Hydrochloride)
Academy
5 mg., 100s ea. .... 1.75
Arenol Chemical
d-, powder, 1 lb. ea. .... 7.50
Cowley Pharmaceuticals
Capsule, T.D.
1000s [#1001] ea. .... 17.50
Gotham Pharmaceutical
Tablet, 5 mg. [#307] ea. .... 1.00
10 mg. [#538] ea. .... 1.27

**d-DESOXYEPHEDRINE**
Chicago Pharmacal Division
Oxydess (See Under Trade Name)
Cowley Pharmaceuticals
5 mg., 1000s ea. .... 2.30
First Texas
20 mg./cc.
10 cc. vial ea. .... 1.41
Kirkman
Tablet,
2.5 mg. [#1645] 100s ea. .... .35
1000s ea. .... 2.40
5 mg. [#1646] 100s ea. .... .40
1000s ea. .... 3.00
Mallard
DeLrex (See Under Trade Name)
McNeil Labs.
Syndrox (See Under Trade Name)
Robinson Lab.
(See Catalog Under Robinson Lab.)
Powder, 1 oz. [#492] ea. .... 3.00
Tablet, d-l
5 mg.
[#429] 100s ea. .... .80
1000s ea. .... 4.00
10 mg., Double-Scored White [#1771], Yellow
100s ea. .... 1.10
1000s ea. .... 6.00

**d-DESOXYEPHEDRINE w/THYROID**
Injectables Research
Tablet, 1000s ea. .... 7.00

**DESOXYLATE** ℞ (Preston Franklin)
Syrup, [#L832] 1 pt. ea. .... 2.25
1 gal. ea. .... 13.50

**DESOXYN** (Abbott Labs.)
Ampoules, 20 mg. [#3378]
1 ml., 5s ea. .... ★.91
25s ea. .... ★3.62
100s ea. .... ★11.70
Gradumets,
5 mg., [#6943]
100s ea. .... ★4.01
500s ea. .... ★18.86
10 mg., [#6948]
50s ea. .... ★5.58
500s ea. .... ★26.21
15 mg., [#6959]
100s ea. .... ★7.13
500s ea. .... ★33.51
Tablets
2.5 mg., [#3488]
100s ea. .... ★1.15
1000s ea. .... ★10.60
5 mg. [#3377]
100s ea. .... ★1.60
1000s ea. .... ★15.00

**DESOXYN W/NEMBUTAL** (Abbott)
(See Desbutal)

**DESOXY-PLEX** (Both Labs.)
Liquid [#0418]
1 pt. ea. .... 1.50
1 gal. ea. .... 9.95

**DESOXYRIBONUCLEASE**
Pfaltz & Bauer, Inc.
Crystal, 20 mg. ea. .... 35.00

**DESOXYTONE** ℞ (Sunland Pharmacal)
Aqueous, 10 c.c. ea. .... 1.95

**DESOXYVITE** ℞ (Arden Pharmacal)
Tablet, 100s ea. .... 1.75
1000s ea. .... 13.75

**DESPASMOL** ℞ (Lely-Thomas Pharmaceutical)
Tablet, 100s [#178] ea. .... 4.80
1000s [#179] ea. .... 39.00

**DES-PLEX** (Amfre-Grant)
Tablet,
.02 mg., 100s ea. .... 3.75
.05 mg., 100s ea. .... 4.00
.10 mg., 100s ea. .... 4.00
.25 mg., 100s ea. .... 4.25
.50 mg., 100s ea. .... 4.50
1 mg., 100s ea. .... 5.00
5 mg., 100s ea. .... 6.00
10 mg., 100s ea. .... 7.00
25 mg., 30s ea. .... 3.00
100s ea. .... 9.00
500s ea. .... 40.00
1000s ea. .... 72.00
50 mg., 30s ea. .... 4.00
100s ea. .... 12.00
100 mg., 30s ea. .... 6.00
100s ea. .... 18.00

**DE-STAT** (Schlick, Inc.)
Tablet, 100s ea. .... 3.00

**DESTROBAR LANACAPS** (Lannett)
Capsule No. 1 [#3003]
100s ea. .... 2.00
500s ea. .... 7.50
1000s ea. .... 12.60
Capsule No. 2 [#3004]
100s ea. .... 2.00
500s ea. .... 8.00
1000s ea. .... 14.00
Capsule No. 3 [#3008]
100s ea. .... 2.00
500s ea. .... 7.50
1000s ea. .... 12.60
Tablet [#3181]
500s ea. .... 2.40
1000s ea. .... 4.00

**DESTYRON** ℞ (DuMont Pharmacal Co.)
Vial, 2 mg./cc.
10 cc. [#1065] ea. .... .96

**DETACHOL** (Ferndale Labs. Inc.)
4 oz. ea. .... .72

**de TAL** ℞ (de Leon Labs.)
Liquid, pt. ea. .... 2.25
Gal. ea. .... 16.00
Tablet, 100s ea. .... 1.20
500s ea. .... 5.50
1000s ea. .... 10.00

**DETANE** (Commerce Drug Co., Inc.)
Ointment, 1/2 oz. [#7340] .... 1.50 12.00

**DETCHEMA** (Revlon, Inc.)
Perfume, 1/4 oz. [#3701] .... *6.00
1/4 oz. [#3702] .... *10.00
1/2 oz. [#3703] .... *18.00
1 oz. [#3704] .... *32.50
2 oz. [#3705] .... *55.00
4 oz. [#3706] .... *90.00
Toilet Water, 2 oz. [#3707] .... *7.50
4 oz. [#3708] .... *12.50
8 oz. [#3709] .... *22.00

**DETEX**
Merck & Co.
500 ea. [#24571] ea. .... 8.75

**DETECTO** (Detecto Scales, Inc.)
Autopsy Scale, White [#300SP]
East of Mississippi .... 69.50
West of Mississippi .... 72.50
Baby Scale for the Home, Single Beam, White, Ivory [#240]
East of Mississippi .... 14.98
West of Mississippi .... 15.98
Bathroom Scale, New Arte-Zero Scale, White, Black, Pink, Yellow [#K730]
East of Mississippi .... 9.98
West of Mississippi .... 10.98
Clinical Baby Scales, White, Cream White, Biscayne Blue, Walnut Spray, Hammer Gray, Jade Green, Coral #250
East of Mississippi .... 50.00
West of Mississippi .... 52.00
Double Beam, White [#333]
East of Mississippi .... 35.00
West of Mississippi .... 36.00
Doctor Type Scale, w/Rod, White [#0493]
East of Mississippi .... 54.00
West of Mississippi .... 59.50
w/o Rod, White, Black, Pink [#047]
East of Mississippi .... 50.00
West of Mississippi .... 55.00
w/Casters, White only [#048W]
East of Mississippi .... 58.00
West of Mississippi .... 63.00
w/Rod & Casters, White only [050W]
East of Mississippi .... 60.00
West of Mississippi .... 65.50
Physician's Scales, W/Casters & Height Rod, White [#433W]
East of Mississippi .... 78.00
West of Mississippi .... 88.00
W/Hand Post & Height Rod, White, Cream White, Coral, Walnut Spray, Jade Green, Hammertone Gray & Biscayne Blue [#449R]
East of Mississippi .... 78.50
West of Mississippi .... 88.00
w/Height Rod, White, Cream White, Coral, Walnut Spray, Jade Green, Hammertone Gray & Biscayne Blue [#439]
East of Mississippi .... 70.00
West of Mississippi .... 78.00
w/o Rod, White [#237]
East of Mississippi .... 68.00
West of Mississippi .... 76.00

**DETECTO MASTITIS TESTERS** (Troy Chemical Co., Inc.)
40s .... 1.00 8.00
80s .... 1.50 12.00

**DETENSIN** (Physicians Drug Co.)
Tablets, 50s .... 2.00 16.00

**DETER** (Sauer Products)
For Smoking, 10s .... *1.25 7.20
50s .... *3.25 18.00
Lozenges, 12s .... *.49 3.00
39s .... *1.25 7.20

**DETERS** (Caswell-Massey Pharmacy, Inc.)
Mouthwash, 3 oz. ea. .... *1.00 .60
8 oz. ea. .... *2.00 1.20

**DETERGADYNE** (Continental Laboratories)
Liquid, 1 gal. ea. .... 4.95

**DE THERA** (de Leon Labs.)
Capsule, 100s ea. .... 5.25 3.15

**DE THERA M** (de Leon Labs.)
Capsule, 100s ea. .... 8.65 5.51

**DETHEX** (Goldline Pharmacal)
Pt. .... *.49 .50 4.00
Qt. .... *.89 1.00 8.00
Gal. .... *2.98 3.00 24.00

**DETO** (Caldo Co.)
Liquid, 3 oz. .... *.89 .90 7.20

**DETRAL** (AMSA Sales)
Brilliatine, 1 oz. .... .59 4.80

**DETOXIL** (Fibertone Co.)
Powder [#33]
1 lb. ea. .... 2.50 1.50
3 lb. ea. .... 6.50 3.90

**DETOXOGEN** (Mallard Inc.)
Tablets, [#T-430] 100s ea. .... 1.30
1000s ea. .... 7.80

**DETOXOL** (Merrell)
Tooth Paste, 12s [#265-83]
Ea. .... 8.00 4.80

**DETREX** (Mallard Inc.)
Tablets, [#T-406] 100s ea. .... 1.20
1000s ea. .... 6.90

**de TRINS** ℞ (de Leon Labs.)
Capsule, 100s ea. .... 2.85

**DETRO-BARB** ℞ (Mallard Inc.)
Tablets, [#T-531] 100s ea. .... 1.15
1000s ea. .... 6.40

**DETROLOSE** ℞ (Mallard, Inc.)
Tablet [#T-545] 100s ea. .... 1.40
1000s ea. .... 8.40

**DETRO-REX** ℞ (Rex Pharmaceutical Labs.)
Capsule, T. D.
10 mg., 100s ea. .... 1.00
1000s ea. .... 7.75
15 mg., 100s ea. .... 1.05
1000s ea. .... 8.75

**DEVAREX** (Williams, J. B., Pharmaceuticals)
Capsules, 14s .... *1.23 1.25 10.00
40s .... *2.98 3.00 24.00

**DEVELSCRIP** (Devel's Chemical Co.)
3 oz. .... *.65 4.22
6 oz. .... *1.18 7.13

**DEVEL'S MOP** (Devel's Chemical Co.)
1 oz. .... *.60 3.89
6 oz. .... *2.00 12.96

**DeVILBISS** (DeVilbiss Co.)
Air Compressor
No. 501, Portable, ea. .... 59.50 39.66
Atomizers
No. 15 (Metal) ea. .... 3.00 2.00
33, Pocket (Clear Plastic) Ea. .... 2.00 1.33
82, Economy (Metal) ea. .... 1.50 1.00
114, (Non-Corrosive) ea. .... 2.25 1.50
121, Plastic, ea. .... 2.25 1.50
127, Metal, ea. .... 2.25 1.50
251, (Non-Corrosive) ea. .... 3.00 2.00
Atomizer Bulbs
No. 1, (For Nos. 15 & 251) ea. .... .75 .50
6, (For Nos. 40, 42, 114, 119 & 127) ea. .... .60 .40
7, (For Nos. 33, 38, 82 & 121) ea. .... .60 .40
Bottles,
114-QB for Nos. 114 & 119, Ea. .... .50 .33
115-QB for No. 15, ea. .... .50 .33
121-QB for No. 121, ea. .... .75 .50
127-QB for No. 127, ea. .... .50 .33
252-QB for No. 251, ea. .... .50 .33
Cool Humidifier,
No. 280, ea. .... 12.95 8.63
No. 300, ea. .... 18.95 12.63
No. 400, ea. .... 22.95 15.30
Inhalant, for vaporizer,
2 oz. ea. .... .89 .59
4 oz. ea. .... 1.39 .93
Miscellaneous,
40-XP, Lg. Stopper for No. 40, 6s ea. .... .60 .40
33-HS, Cap for Nos. 33, 38 Ea. .... .30 .20
40-ZP, Sm. Stopper for No. 40, 6s ea. .... .60 .40
Nebulizers
No. 40, (Glass) ea. .... 3.50 2.33
40-TR, Nasal Tips for No. 40, ea. .... 1.75 1.17
42, unbreakable ea. .... 5.00 3.33
44, (Glass) ea. .... 2.50 1.67
640, combination, glass, Ea. .... 6.50 4.33
642, combination, plastic, Ea. .... 8.00 5.33
841, Continuous-Flow, ea. .... 19.50 13.00
Powder Blower,
No. 38, (Clear Plastic) ea. .... 2.00 1.33
119, (Plastic) ea. .... 2.25 1.50
Suction Pump,
No. 701, Portable, ea. .... 89.50 59.66
Vap-O-Clean, vaporizer cleaner,
Tablet, 24s ea. .... .99 .66
Vaporizers
No. 133 Safety Sentinel Ea. .... 8.95 5.97
No. 135, All Night (plastic) Ea. .... 6.95 4.63
No. 137, economy size, ea. .... 4.95 3.30
No. 142, Steam-Dial, ea. .... 9.95 6.63
No. 145, overnight, ea. .... 6.95 4.63
Parts
No. 134-C, Housing for No. 133 Ea. .... 3.00 2.00
No. 134-NA, complete element, cap, Housing & cord for No. 133 Ea. .... 4.95 3.30
No. 134-WA, replacement element For Nos. 133 & 137, Ea. .... 1.95 1.27
No. 135-C Housing for No. 135 & 145, ea. .... 2.00 1.38
No. 135-NA, Complete Element, Cap & Housing for Nos. 135 & 145, ea. .... 3.95 2.63
No. 137-NA, complete element, cap, Housing & cord for No. 137, Ea. .... 3.00 2.00
No. 140-QB bot. for No. 140, Ea. .... 4.00 2.40
No 142-NA, complete element cap, Housing & cord for No 142 Ea. .... 6.95 4.17
No. 142-QB bot. for no. 142 Ea. .... 1.95 1.30
No. 145-QB, Bottle for No. 145, Ea. .... 1.95 1.30
No. 145-NA, Complete Element, Cap & housing for No. 140, 144 & 145, Ea. .... 3.95 2.37
No. 145-WA Electrode for Nos. 140, 144 & 145, ea. .... 1.95 1.30

**DEVINE'S REMEDIES** (Devine's Remedies Inc.)
Corn Plaster, .... *.25 ....
Foot Soap, .... *.39 2.66
Malaside .... .25 ....
Vitamins,
Balanced, 100s ea. .... 4.00 ....
Children's Chewies, 100s ea. .... 4.00 ....
Hi Potency, 60s ea. .... 2.50 ....
180s ea. .... 6.00 ....
Mineral, 100s ea. .... 3.00 ....

**DEVROM** (Parthenon Co., Inc.)
Tablet, chewable
200 mg., 100s ea. .... ★18.00

**DEW** (Pearson Pharm.)
Deodorant,
Creme, 1½ oz. .... *.50 4.00
Liquid, 1 oz. .... *.35 2.80
Nail Polish .... *.50 4.00

**DE-WAIT** (Schlick, Inc.)
Capsule, 100s ea. .... 7.00

**DEW DROPS** (Pearson Pharmacal)
6 c.c. .... *1.00 ....
18 c.c. .... *1.50 ....

**DEWEE'S CARMINATIVE** (Emerson Labs.)
Liquid, pt. .... 3.38 27.00

**DEWITT PRODUCTS** (E. C. Dewitt & Co., Inc.)
Absorbent Rub, 4 oz. .... 1.00 8.00
Aluminum Hydroxide,
Tablets, 100s .... 1.40 11.20
Antacid Powders, 3 oz. .... .80 6.40
6 oz. .... 1.35 10.80
Antacid Tablet, 50s .... .70 5.60
90s .... 1.25 20.00
A.P.C., Tablets, 100s .... .75 6.00
Aspirin, 100s .... .50 4.00
Baby Cough Syrup, 3 oz. .... .75 6.00
Bismuth Gel, 6 oz. .... .90 7.20
Carbolized Witch Hazel Salve, 1¼ oz. .... 1.00 8.00
Children's Cough Control, 3 oz. .... 1.00 8.00
Cold Sore Lotion, ¼ oz. .... .35 2.80
w/applicator, ½ oz. .... .60 4.80
Cough Control Medicine, 4 oz. .... 1.25 10.00
Creosant Cough Syrup, 6 oz. .... 1.00 8.00
Troches, 40s .... .50 4.00
Decongestive Cold & Hay Fever, Tablet, 15s .... .75 6.00
Eye, Bath w/cup, 3 oz. .... .60 4.80
Drops, ½ oz. .... .60 4.80
For Corns, 2 dr. .... .50 4.00
Lanolized Skin Cream, 4 oz. .... .60 4.80
Laxative Syrup, 3 oz. .... .75 6.00
Little Early Risers, 72s .... .60 4.80
Medicated Foot Powder, 2¼ oz. .... .75 6.00
Oil for Ear Use, w/dropper, ½ oz. .... .75 6.00
Penetrating Analgesic Cream, 1¼ oz. .... 1.00 8.00
Pills, 20s .... .70 5.60
40s .... 1.20 9.60
100s .... 2.00 16.00
Rose Hair Oil w/Lanolin, 4 oz. .... .50 4.00
Sore Gums, Teething, Lotion, 5 dr. .... .60 4.80
Toothache Drops, 2 dr. .... .60 4.80
Wild Cherry Cough Syrup, 4 oz. .... 1.00 8.00

**DEWITTS (DR.)** (W. J. Parker Co.)
Eclectic Remedy, 1 oz. .... 7.20

**DEW TOUCH** (Overlan-Hygienic Mfg. Co.)
Liquid, ¾ oz. .... .89 5.52

**DEX** (Park Drug Co.)
Nose Drops, 1 oz. .... .59 4.80
16 oz. ea. .... 4.00

**DEX** (Alvee Corp.)
Liquid, 1 oz. .... *.98 1.00 7.20

**DEXABAR** (Myers-Carter Labs.)
Tablet, T. D., 100s ea. .... 6.00
1000s ea. .... 54.00

ARMOUR THYROID high sales...high profits...high physician preference

Dic-Die Pg. 192

Prices are listed in this order: • Retail FTM; Retail Price; Whole. Price To Retailer; ★ Price On Direct Basis—Per dz., ea., or as specified.

1969
AMERICAN DRUGGIST BLUE BOOK

DICO-TUSS (Pharmacy Associates)
Liquid, 4 oz. .... 1.50 8.80
8 oz. .... 2.49 14.40

DICUMAROL ℞
(See Under Bishydroxycoumarin)
Abbott Labs.
Tablets,
25 mg., [#3794]
100s ea. .... ★1.32
1000s ea. .... ★10.28
50 mg., [#3773]
100s ea. .... 1.96
1000s ea. .... ★16.68
100 mg., [#3775]
100s ea. .... ★3.12
In Abbo-Pac
25 mg. [#3794-S]
100s ea. .... ★2.12
1000s ea. .... ★16.78
50 mg. [#3773-S]
100s ea. .... ★2.76
1000s ea. .... ★23.18
100 mg. [#3775-S]
100s ea. .... ★3.92
Lilly, Eli Co.
Pulvule
25 mg., [#314]
100s ea. .... .47
1000s ea. .... .73
50 mg., [#291]
100s ea. .... .07
1000s ea. .... 17.79

DICURIN PROCAINE ℞ (Lilly, Eli Co.)
Ampoules, 2 cc.
[#568] 25s ea. .... 5.73
100s ea. .... 22.20
10 cc. [#581]
Ea. .... 1.20

DICYCLOMINE HYDROCHLORIDE
Merrell, Wm. S.
Bentyl (See Under Trade Name)

DIDREX ℞ (Upjohn)
Tablet, 25 mg., [#5020]
100s ea. .... ★2.57
500s ea. .... ★11.25
1000s ea. .... ★21.96
50 mg.
100s [#5012] ea. .... ★4.50
500s [#5013] ea. .... ★21.36
1000s ea. .... ★41.70

DI-EMI (Chester Chemical)
Granules, 3½ oz. .... .49 4.97

DIEBESTEROL ℞ (Carroll Co.)
Tablet, [#4666] 100s ea. .... 1.95

DIELDRIN
Butt
Liquid, 8 oz. ea. .... .30 .70
Science Products
E.C.-15,
Liq., 4 oz. .... .85 6.12
8 oz. .... 1.25 9.00
Pt. .... 2.25 16.20
Qt. (per 6) .... 3.75 13.50
Gal (per 4) .... ... 30.40
5 gal. drum ea. .... ... 36.75

DIENESTROL ℞
✓ Central Pharmacal
Restrol (See under Trade Name)
✓ City Chemical
[#D0841] 5 Gm. ea. .... 4.80
25 Gm. ea. .... 17.00
✓ Ortho Pharmaceutical
Cream, 78 Gm., w/applicator .... 32.40
W/o applicator .... 27.20
✓ Robinson Labs.
(See Catalog Under Robinson Lab.)
S.C., 0.5 mg., 100s ea. .... .95
1000s ea. .... 7.50
✓ Westerfield Labs.
Tablet, 0.1 mg., 100s ea. .... .85
0.25 mg., 100s ea. .... 1.10
0.5 mg., 100s ea. .... 1.25
5.0 mg., 100s ea. .... 1.90
✓ White Labs.
Synestrol (See Under Trade Name)

DI-EST ℞ (Central Pharmacal Co.)
10 ml. vial [#1024] ea. .... 3.60
Double Strength,
10 ml. vial [#1019] ea. .... 5.25

DIESTROL ℞ (Caldwell & Bloor Co.)
Tablet, E.C.
2 mg. [#2093] 100s ea. .... .58
1000s ea. .... 3.43
5 mg. [#2094] 100s ea. .... 1.00
1000s ea. .... 6.86

DIET (Dewey Products Co.)
Liquid, 8 oz. ea. .... .75 .50
Sodium,
8 oz. ea. .... .75 .50
16 oz. ea. .... 1.50 1.00
Tablet, 1000s ea. .... 2.50 1.67

DIETABS ℞ (Key Pharmaceuticals)
(See Catalog Under Key Pharmaceuticals)
Series A, No. 1, No. 2, & No. 3,
100s ea. .... 2.00
1000s ea. .... 10.00

DIET AID (Marin Pharmaceuticals, Inc.)
Tablet, 20s .... *2.00 16.00

DIETAMINE ℞ (Key Pharmaceutical Inc.)
Inj., 30 cc. 20 mg. ea. .... 1.50

## Dienestrol ℞ Cream

**Composition:** Dienestrol Cream contains 0.01% of the synthetic estrogen, dienestrol, compounded with glyceryl monostearate, peanut oil, glycerin, benzoic acid, glutamic acid and water.

**Indications:** Indicated in the treatment of senile vaginitis in postmenopausal women, atrophic vaginitis, pruritis vulvae caused by atrophic changes in the vulval epithelium, dyspareunia associated with atrophic vaginal epithelium, and prior to plastic pelvic surgery in menopausal cases.

**Contraindications:** Malignancies or precarcinomatous lesions of the vagina or vulva.

**Precautions:** In pruritis vulvae due to infectious conditions, the organism responsible for the infection should be treated with a specific agent.

**Dosage:** One or two applicatorsful per day for one or two weeks, then gradually reduced to one-half initial dosage for a similar period. A maintenance dosage of one applicatorful, one to three times a week may be used after restoration of the vaginal mucosa has been achieved.

**Packaging:** 78g tubes with or without the ORTHO® Measured-Dose Applicator.

Ortho

ORTHO PHARMACEUTICAL CORPORATION
RARITAN, NEW JERSEY 08869

*For prices and sizes see previous column*

DIET-A-WAY (Pharm-A-Lab)
Capsule, 7s .... 1.00 4.80
14s .... 1.69 8.00
28s .... 2.98 14.40

DIETCAPS ℞ (Blaine Co.)
Timed Cap, 100s ea. .... 4.50
1000s ea. .... 30.00

DIETEMIC (Lawton Labs, Inc.)
Elixir, 4 oz. ea. .... 1.20
8 oz. ea. .... 2.00

DIETENE (Doyle Pharmaceutical)
Reducing Formula Powder,
Plain or Chocolate, 1 lb. ea. .... •2.19 1.47
5 lb. ea. .... •9.98 6.65

DIETEZE (Pharmacy Associates)
Capsule, 10 Day .... 2.49 14.72
Tablet, 30 Day .... 4.95 36.00

DI-ETH-STROL ℞ (Vincent Christina & Co.)
Aqueous Suspension,
10 cc. [#1007] ea. .... 1.65
In Oil, 10 cc. [#1008] ea. .... 1.65

DIETHYLBARBITURIC ACID ℞
(See Barbital)

DIETHYLCARBAMAZINE
Lederle
Hetrazan (See Under Trade Name)

DIETHYLENE DISTEARATE
Pfaltz & Bauer, Inc.
500 Gm. ea. .... 9.00

DIETHYLENE GLYCOL
International Chemical Labs. ℞
1 qt. .... 24.00
1 gal. .... 120.00
Pfaltz & Bauer, Inc.
8 oz. ea. .... 3.50

DIETHYLENE MONOSTEARATE
International Chemical Labs. ℞
1 oz. .... 12.00
4 oz. .... 24.00
Pfaltz & Bauer, Inc.
500 Gm. ea. .... 11.00

DIETHYLPROPION HYDROCHLORIDE
Merrell, Wm. S.
Tenuate & Dospan
(See Under Trade Name)
National Drug Co.
Tepanil (See Under Trade Name)

DIETHYLSTILBESTROL ℞
✓ Academy
1 mg., 100s ea. .... .30
1000s ea. .... 1.15
1 mg. E.C., 100s ea. .... .25
1000s ea. .... 1.50
5 mg., 100s ea. .... .40
1000s ea. .... 3.25
E.C., 100s ea. .... .40
1000s ea. .... 4.00
25 mg., 100s ea. .... 1.25
1000s ea. .... 11.00
E.C., 100s ea. .... 1.35
1000s ea. .... 12.00
✓ American Pharmaceutical Co.
Tablet, U.S.P.,
1 mg.
1000s [#74W] ea. .... 1.40
E.C.
1000s [#75W] ea. .... 1.85
5 mg.
100s [#76R] ea. .... .72
1000s [#76W] ea. .... 5.38
E.C.
100s [#77R] ea. .... .79
1000s [#77W] ea. .... 5.94
25 mg.,
1000s [#78W] ea. .... 16.20
E.C.
1000s [#79W] ea. .... 17.20
✓ Amfre-Grant
Des (See Under Trade Name)
✓ Columbia Medical Co.
(See Catalog Under Columbia Medical)
Tablets, 1 mg., 1000s ea. .... 1.40
5 mg., 1000s ea. .... 2.05
25 mg., 1000s ea. .... 5.60
E.C., 0.5 mg., 1000s ea. .... 1.50
1 mg., 1000s ea. .... 1.75
5 mg., 1000s ea. .... 2.40
25 mg., 1000s ea. .... 5.95
✓ Cowley Pharm.
Tablet,
5 mg., 1000s [#412]
Ea. .... 2.20
25 mg., 1000s [#414]
Ea. .... 6.70
E.C., 5 mg.,
1000s [#413] ea. .... 2.80
✓ Gotham Pharmaceutical
Inj., Vial
10 ml., 5 mg. [#249] ea. .... .47
25 mg. [#352] ea. .... .80
Tablet
1 mg. [#425] 1000s ea. .... 1.27
5000s ea. .... 6.00
5 mg. [#426] 1000s ea. .... 2.40
5000s ea. .... 10.00
25 mg. [#427] 1000s ea. .... 6.93
5000s ea. .... 31.00
✓ Horton & Converse
Tablet, 1 mg., 100s ea. .... .35
1000s ea. .... 1.40
5 mg., 100s ea. .... .40
1000s ea. .... 3.50
25 mg., 100s ea. .... 1.25
1000s ea. .... 8.25
E.C., 1.0 mg., 100s ea. .... .45
1000s ea. .... 2.00
5 mg., 100s ea. .... .65
1000s ea. .... 4.00
✓ Kirkman Labs.
Tablets,
0.25 mg.,
1000s [#1639] ea. .... 3.00
0.50 mg.,
1000s [#1640] ea. .... 3.50
1.0 mg.,
1000s [#1530] ea. .... 4.00
5.0 mg.,
1000s [#1602] ea. .... 5.00
25.0 mg.,
100s [#1532] ea. .... 2.00
100.0 mg.,
100s [#1603] ea. .... 5.00
E.C.
0.10 mg.,
1000s [#1526] ea. .... 3.50
0.25 mg.,
1000s [#1527] ea. .... 4.00
0.50 mg.,
1000s [#1528] ea. .... 4.50
1.0 mg.,
1000s [#1529] ea. .... 5.00
5.0 mg.,
1000s [#1531] ea. .... 6.00
25.0 mg.,
100s [#1696] ea. .... 2.50
✓ King Laboratories
Tablets,
0.25 mg., 100s ea. .... 1.50
0.5 mg., 100s ea. .... 1.80
1.0 mg., 100s ea. .... 2.25
5.0 mg., 100s ea. .... 2.75

✓ Lilly, Eli Co.
Ampoules In Oil
5 mg., 1 cc. [#385]
6s ea. .... 1.46
25s ea. .... 5.37
In Ethyl Oleate
25 mg., 1 cc.
6s [#349] ea. .... 1.50
Enseals
0.1 mg., [#46]
100s ea. .... .67
1000s ea. .... 4.29
0.25 mg., [#47]
100s ea. .... .46
1000s ea. .... 4.85
0.5 mg., [#48]
100s ea. .... .72
1000s ea. .... 5.64
1 mg., [#49]
100s ea. .... .84
1000s ea. .... 6.30
5 mg., [#85]
100s ea. .... 1.95
500s ea. .... 8.28
1000s ea. .... 14.64
25 mg., [#90]
100s ea. .... 4.20
500s ea. .... 17.85
Suppositories
0.1 mg., [#14]
6s ea. .... 1.26
50s ea. .... 7.17
0.5 mg., [#15]
6s ea. .... 1.38
50s ea. .... 7.86
Tablets
0.1 mg., [#1644]
100s ea. .... .48
1000s ea. .... 3.60
0.25 mg., [#1647]
100s ea. .... .57
0.5 mg., [#1648]
100s ea. .... .66
1000s ea. .... 4.95
1 mg., [#1649]
100s ea. .... .75
1000s ea. .... 5.64
5 mg., [#1685]
100s ea. .... 1.80
Blister Pack 10 x 10s ea. .... 2.50
1000s ea. .... 13.58
25 mg., [#1724]
100s ea. .... 4.82
✓ Massengill, S. E.
(See Catalog Under Massengill Products)
In Oil, U.S.P., 25 mg.,
Vial, 10 cc. [#2573] ea. .... 1.10
✓ Merck & Co.
U.S.P. [#63271]
5 Gm. ea. .... 2.15
25 Gm. ea. .... 8.00
✓ Robinson Lab.
(See Catalog Under Robinson Lab.)
Tablets,
C.T.
0.5 mg., 100s ea. .... .30
1000s ea. .... 2.40
1.0 mg., 100s ea. .... .48
1000s ea. .... 3.00
5.0 mg., 100s ea. .... .70
1000s ea. .... 3.70
25 mg., 100s ea. .... 1.25
1000s ea. .... 9.00
100 mg., 100s ea. .... 3.00
1000s ea. .... 29.00
E.C.
0.5 mg., 100s ea. .... .70
1000s ea. .... 3.90
1.0 mg., 100s ea. .... .75
1000s ea. .... 4.20
5.0 mg., 100s ea. .... .80
1000s ea. .... 4.20
25.0 mg., 100s ea. .... 1.60
1000s ea. .... 12.20
✓ Starner Corporation
Tablets, 1 mg. [#48]
100s ea. .... .55
1000s ea. .... 2.75
E.C., Yellow, [#125]
100s ea. .... .75
1000s ea. .... 4.35
5 mg. [#49]
100s ea. .... .70
1000s ea. .... 3.70
E.C., Red, [#126]
100s ea. .... .80
1000s ea. .... 4.50
25 mg. [#50]
100s ea. .... 1.25
500s ea. .... 4.35
✓ Sealand Pharm.
Oil, 25 mg., Vial, 30 cc. ea. .... 3.15
✓ Tutag
Injectable, 25 mg./ml, .... 2.00
✓ Towne, Paulsen & Co.
Tablets, 1 mg., 1000s ea. .... 3.00
5 mg., 1000s ea. .... [illegible]
[illegible]
25 mg., 100s ea. .... [illegible]
1000s ea. .... 8.75

(Continued on Next Page)

ARMOUR THYROID high sales...high profits...high physician preference

"THE EASY-TO-READ PRICE BOOK" [1234] cat. #; ℞, ℞ only; ▲, refrigerate; ●, narcotic; ◆, narcotic (oral ℞ o.k.); ●, exempt narcotic; ●, dated products; ■, Subject to DACA. Pg. 193 Die-Dig

DIETHYSTILBESTROL (Continued)
E.C., 1 mg., 1000s ea. .... .... 4.50
5 mg., 100s ea. .... .... 1.25
1000s ea. .... .... 4.50
25 mg., 100s ea. .... .... 1.45
1000s ea. .... .... 9.50
✓ Upjohn
Perles,
1.0 mg.,
[#190] 500s ea. .... .... *4.41
1000s ea. .... .... *8.28
5.0 mg.,
[#194] 500s ea. .... .... *9.30
1000s ea. .... .... *16.95
Vista Pharmaceuticals, Inc.
Tablet
E.C., 1 mg., 1000s ea. .... .... 1.35
5 mg., 1000s ea. .... .... 2.50
25 mg., 1000s ea. .... .... 5.75
Plain, 1 mg., 1000s ea. .... .... 1.00
5 mg., 1000s ea. .... .... 2.00
25 mg., 1000s ea. .... .... 5.50
✓ Wyeth Labs.
(Price to retailer-$50 min. direct order)
Tablet, 5 mg. [#1A740]
Redipack box of 100s
1 to 39 bxs. ea. .... .... *1.25
40 to 99 bxs. ea. .... .... *1.19
100 to 249 bxs. ea. .... .... *1.13
250 or more bxs. ea. .... .... *1.07
DIETHYLSTILBESTROL DIPROPIONATE ℞
✓ Blue Line Chemical Co.
Tablet,
1 mg. [#149] 100s ea. .... .... 1.25
1000s ea. .... .... 8.50
5 mg. [#150] 100s ea. .... .... 3.00
1000s ea. .... .... 21.00
E. C.,
1 mg. [#207] 100s ea. .... .... 1.25
1000s ea. .... .... 8.50
DIETMASTER (Drugmaster Inc.)
Capsule, 15s .... 3.95 23.80
30s .... 6.95 50.40
Liquid Sweetener, 4 oz. .... .69 5.04
DIETROL ℞ (Phila. Capsule)
Capsule, 100s ea. .... .... 1.90
DIETROL (Unique Products)
Tablet, 30s ea. .... 2.00 1.25
60s ea. .... 3.50 2.00
90s ea. .... 5.50 3.00
DIET-SNACKS (Super Products)
1 lb. .... 3.00 12.00
DI-ETTES (Warner Labs.)
Crystals, 1/5 oz. .... •.98 7.20
1 oz. .... •2.50 18.00
DIET-TRIM (Pharmex, Inc.)
Tablet, 21s .... .98 6.00
90s .... 2.98 18.00
DIET-TUSS (Approved Pharm. Corp.)
Cough Syrup, 4 oz. .... 1.50 8.80
DI-FACTOR (Sutliff & Case)
Tablets, [#CT1376]
100s ea. .... .... 1.35
1000s ea. .... .... 8.70
DI-FEN ℞ (Kay Pharm. Co.)
Capsule [#C-7] 100s ea. .... .... 1.35
1000s ea. .... .... 9.72
DIFEREX (Direct Laboratories)
Tablet [#232] 100s ea. .... .... 2.65
500s ea. .... .... 8.65
1000s ea. .... .... 15.75
DI-FERRIN ℞ (Elmer Pharmacal Co.)
Vial [#2060] 10 cc. ea. .... .... 3.50
DIFLOR (Direct Laboratories)
Tablet [#233-A] 100s ea. .... .... 2.20
500s ea. .... .... 7.15
1000s ea. .... .... 13.00
DIFOLAGEN ℞ (Atlas Pharmaceutical Labs.)
Inj., vial, 10 cc. [#115] ea. .... .... 1.70
DIFURON (Direct Laboratories)
Tablet [#242] 500s ea. .... .... 3.42
1000s ea. .... .... 6.25
DIGARTRIAL ℞ (Hillebrand)
Tablets, 100s ea. .... .... 3.00
DI-GAS (Chester Chemical Corp.)
Mildew Preventive, 4½ oz. .... .64 4.97
Junior, 2 oz. .... .35 2.52
DIGASTROGEN (Bowman, Inc.)
Tablet [#265] 100s ea. .... .... 1.30
1000s ea. .... .... 5.90
DI-GEL (Plough, Inc.)
Liquid, 6 oz. .... •1.09 9.16
12 oz. .... •1.79 15.04
Tablet, 30s .... •.79 6.64
56s .... •1.29 10.84
100s .... •1.79 15.04
DI-GENIK ℞ (Savage Laboratories, Inc.)
Liquid, 16 oz. [#108] ea. .... .... 3.04
DIGENZYME ℞ (Cumberland Pharmacal)
Tablet, S.C., 100s ea. .... .... 3.00
DIGENZYME (Maury)
Tablet, 75s ea. .... 2.90 1.74
100s ea. .... 3.85 2.31
1000s ea. .... 33.20 19.92
DIGERATONE (Direct Laboratories)
Tablet [#166-A] 500s ea. .... .... 7.50
1000s ea. .... .... 14.50
DIGESTAGS (Beth Labs.)
Tablet, 1000s [#0421] ea. .... .... 4.25
DIGESTAIDS (Friendly Laboratories)
Tablet, 25s .... •1.25 10.00
100s .... •3.00 24.00

DIGESTA-LAX (Fibertone Co.)
Tablet, [#35] 50s ea. .... 2.00 1.20
100s ea. .... 3.50 2.10
250s ea. .... 8.00 4.80
500s ea. .... 15.00 9.00
1000s ea. .... 28.00 16.80
DIGESTALIN ℞ (Conal Pharmaceuticals, Inc.)
Tablet, 100s [#3777] ea. .... .... .65
1000s [#3778] ea. .... .... 5.00
DIGESTAMIC ℞ (Meyer Med Inc.)
Liquid, 8 oz. ea. .... .... 3.50
1 gal. ea. .... .... 45.00
Tablet, 50s ea. .... .... 3.75
500s ea. .... .... 33.75
DIGESTAMIC NO. 2 ℞ (Meyer Med. Inc.)
Tablet, 50s ea. .... .... 2.80
500s ea. .... .... 26.50
DIGESTANS (Moore Kirk Laboratories)
Elixir, [#E-28] 4 oz. ea. .... .... .80
Pt. ea. .... .... 2.15
Gal. ea. .... .... 11.95
DIGESTANS ℞ (Philadelphia Capsule Co.)
Capsule, 100s ea. .... .... 1.90
DIGESTANT (Cenright Corp.)
Tablets, 100s ea. .... *5.50 3.30
1000s ea. .... *49.50 29.70
DIGESTANT-M (Fibertone Co.)
Tabs, [#34] 50s ea. .... 1.40 .84
100s ea. .... 2.50 1.50
250s ea. .... 5.50 3.30
500s ea. .... 10.00 6.00
1000s ea. .... 18.00 10.80
DIGESTESE (Sween Research)
Tablet, 20s .... •1.00 6.00
DIGESTEX (Pasadena Research)
Tablet, 100s [#294] ea. .... 4.50 2.70
DIGESTIN (Robinson)
(See Catalog Under Robinson Lab.)
Tablets [#106] 100s ea. .... .... .95
1000s ea. .... .... 7.90
DIGESTIVE (Cowley Pharmaceuticals)
Tablet, 1000s [#2407] ea. .... .... 3.30
DIGESTIVE JR. (Jenkins Labs., Inc.)
Tablet, 1000s [#J-37] ea. .... .... 3.50
DIGESTIVEL (Carvel Pharm.)
Tablets [#507] 100s ea. .... .... .70
1000s ea. .... .... 6.00
DIGESTOSAL (Pureac)
Powder, 5 oz. [#017] .... •1.39 .... 7.20
DIGESTOZYME (Wesley Pharmacal)
Tablet, 50s ea. .... .... 3.50
DIGESTULES ℞ (Caldwell & Bloor Co.)
Timecap [#2385] 100s ea. .... .... 2.08
1000s ea. .... .... 15.86
DIGEX (Celam)
4 oz. .... 1.00 7.20
DIGICARDALIS ℞ (Westerfield Labs.)
Tablet, 100s ea. .... .... .95
DIGIFOLIN ℞ (Ciba)
Ampuls, 2 ml.
5s ea. .... .... 1.10
20s ea. .... .... 3.75
Oral Solution
1 fl. oz. bot. ea. .... .... 1.20
Tablets, 1½ gr.
50s ea. .... .... 1.20
500s ea. .... .... 8.50
DIGIFORTIS ℞ (Parke, Davis)
Ampoules, 1 cc.
10s [#3-173-10]
Ea. .... .... *3.06
Kapseals,
100s [#15-351-4]
Ea. .... .... *1.29
500s [#15-351-8]
Ea. .... .... *5.10
5000s [#15-351-15]
Ea. .... .... *39.90
Tablets,
50s [#25-687-50]
Ea. .... .... *.63
1000s [#25-687-11]
Ea. .... .... *7.98
DIGIGLUSIN ℞ (Lilly, Eli)
Ampoules, 1 cc. [#220]
6s ea. .... .... 2.16
100s ea. .... .... 27.30
Tablets,
S.C., [#660]
100s ea. .... .... 1.35
500s ea. .... .... 4.83
DIGINUTE ℞ (Canfield, C.R.)
Capsule, T.D.,
0.15 mg., 100s ea. .... .... 3.73
500s ea. .... .... 16.87
1000s ea. .... .... 31.87
0.3 mg., 100s ea. .... .... 3.95
500s ea. .... .... 17.77
1000s ea. .... .... 33.57
DIGISINE (Century Pharmacal Co.)
Liquid, 1 oz. ea. .... 5.00 3.80
DIGITALINE NATIVELLE ℞ (Fougera)
(See Catalog Under Fougera)
Injection
Intramuscular, 0.20 mg./cc.,
1 ml., 6s ea. .... .... 1.80
50s ea. .... .... 8.80
2 ml., 6s ea. .... .... 2.00
50s ea. .... .... 13.75
Pediatric Elixir, Solution 1:2000
55 ml., ea. .... .... 1.80
Oral Solution 1:1000
10 ml. ea. .... .... 1.80

Tablets, 0.10 mg., 40s ea. .... .... .80
100s ea. .... .... 1.85
250s ea. .... .... 4.50
1000s ea. .... .... 13.50
0.15 mg., 40s ea. .... .... .90
250s ea. .... .... 5.00
0.2 mg., 40s ea. .... .... 1.00
100s ea. .... .... 2.34
250s ea. .... .... 5.50
1000s ea. .... .... 16.50
DIGITALIS ℞
American Quinine
Tabs., 0.1 gm., 1000s ea. .... .... 1.70
Arnar-Stone Labs.
Tablet, 100s [#6270] ea. .... .... 1.00
1000s [#6272] ea. .... .... 8.00
Burroughs Wellcome
Tabloid Brand Leaf
Tablets, 1½ gr., 100s ea. .... .... .69
1000s ea. .... .... 4.56
Cowley Pharmaceuticals
Tablet, 1½ gr.,
1000s [#420] ea. .... .... 2.00
E.C., 1000s [#421] ea. .... .... 3.00

for
Digitalis U.S.P.
see
PIL-DIGIS®
DAVIES ROSE HOYT
Pharmaceutical Division
The Kendall Company
Needham, Mass. 02194
KENDALL

Davies, Rose-Hoyt
Pil-Digis (See Under Trade Name)
First Texas
Tincture, ¼ pt. ea. .... .... .95
Pt. ea. .... .... 3.24
Gotham Pharmaceutical
Tablet, 1½ gr.,
1000s [#396] ea. .... .... 2.20
Kirkman Laboratories, Inc.
Tablet
60 mg. [#1815]
100s ea. .... .... .45
1000s ea. .... .... 2.40
100 mg. [#1816]
100s ea. .... .... .50
1000s ea. .... .... 2.60
Lederle Laboratories
Tablets, 1 Unit
1½ gr.,
100s [#4472-23] ea. .... .... *.83
1000s [#4472-34] ea. .... .... *3.12
5000s [#4472-37] ea. .... .... *14.11
Tinct. [#36]
¼ pt. ea. .... .... .81
1 pt. ea. .... .... 2.76
Lilly, Eli & Co.
Pulvules [#220] 100s ea. .... .... .96
1000s ea. .... .... 7.74
Tincture, [#36] 4 oz. ea. .... .... 1.05
Mallard
Digi-Test (See Under Trade Name)
Massengill, S. E.
(See Catalog Under Massengill Products)
Leaves, N.F. 1½ gr.,
Capsule,
1000s [#2618] ea. .... .... 8.70
Merck Sharp & Dohme
(See Catalog Under Merck Sharp & Dohme)
Tablet, 0.1 Gm. [#1435]
1000s ea. .... .... *2.08
Penick, N.Y.Q., Chemical Division
Powder, ¼ lb. ea. .... .... 1.75
Raymer
Tablets, E.C.,
1½ gr., 100s ea. .... .... 1.25
1000s ea. .... .... 6.30
Robinson Lab.
(See Catalog Under Robinson Lab.)
Tablets,
C.T., 1½ gr., 100s ea. .... .... .75
1000s ea. .... .... 3.20
E.C., 1½ gr., 100s ea. .... .... 1.00
1000s ea. .... .... 6.00
Roche Labs.
Digalen (See Under Trade Name)
Sandoz
Acylanid, Digilanid (See Under Trade Names)
Stayner Corporation
Tablet, 1½ gr., [#195]
100s ea. .... .... .65
1000s ea. .... .... 3.10
Standard
Tablets,
1½ gr., 100s ea. .... .... .70
500s ea. .... .... 2.20
1000s ea. .... .... 3.80
1½ gr., E.C., 100s ea. .... .... .80
500s ea. .... .... 2.70
1000s ea. .... .... 4.80

TIKCO Pharmaceuticals
Tablet, 100 mg.
100s ea. .... .... 3.25
E.C., 100s ea. .... .... 4.75
Upjohn
Digifortis (See Under Trade Name)
DIGITALIS LEAVES
Norton & Converse
Tablet, ½ gr., 100s ea. .... .... .45
1000s ea. .... .... 2.25
DIGITEX (Cel-U-Dex)
(See Catalog Display Section)
Fingertip Moistener
Liquid, 2½ oz. ea. .... .75 ....
Pad ea. .... .50 ....
DIGI-THYROID ℞ (Endocrine Co.)
Tablets, 1000s ea. .... .... 4.80
DIGITONE (Mertens & Son)
Ointment, 2 oz. .... 1.50 .... 1.00
DIGITONIN
City Chemical Corp.
Reagent, [#D6229]
1 gm. ea. .... .... 6.00
5 gm. ea. .... .... 28.75
Merck & Co.
Reagent,
15 gr. [#72831] ea. .... .... 7.80
Penick, N.Y.Q., Chemical Division
1 Gm. ea. .... .... 6.30
DIGITORA ℞ (Upjohn)
Tablets, 0.85 gr.
[#5024]
40s ea. .... .... *.40
[#5025]
500s ea. .... .... *2.28
1000s ea. .... .... *4.02
1.28 grs., [#5026]
30s ea. .... .... *.60
[#5027]
500s ea. .... .... *2.88
1000s ea. .... .... *4.86
DIGITOXIN ℞
Abbott
Tablets,
0.1 mg., [#3359]
100s ea. .... .... *.75
500s ea. .... .... *2.73
1000s ea. .... .... *5.04
0.2 mg., [#3340]
100s ea. .... .... *1.11
500s ea. .... .... *4.35
1000s ea. .... .... *8.04
American Pharmaceutical Co.
Tablet, U.S.P.,
0.1 mg., 1000s
[#173W] ea. .... .... 4.00
0.2 mg., 1000s
[#174W] ea. .... .... 6.00
American Quinine
Ampul, 0.1 mg./cc., 25s ea. .... .... 3.00
0.2 mg./cc., 25s ea. .... .... 4.00
Tablet, 0.25 mg., 100s ea. .... .... .54
1000s ea. .... .... 4.00
0.1 mg., 1000s ea. .... .... 1.90
0.2 mg., 1000s ea. .... .... 3.28
Central Pharmacal Co.
0.2 mg. [#2118] 1000s ea. .... .... 8.00
Columbia Medical Company
(See Catalog Under Columbia Medical)
Tablet, 0.1 mg., 1000s ea. .... .... 2.45
10,000s ea. .... .... 22.95
0.2 mg., 1000s ea. .... .... 2.20
10,000s ea. .... .... 39.95
Conal Pharmaceuticals, Inc.
Tablet, 0.2 mg.,
1000s [#2388] ea. .... .... 5.00
Cowley Pharm.
Tablet,
0.1 mg., 1000s [#425] ea. .... .... 2.00
0.2 mg., 1000s [#426] ea. .... .... 3.50

for
Digitoxin U.S.P.
see
MYODIGIN®
DAVIES ROSE HOYT
Pharmaceutical Division
The Kendall Company
Needham, Mass. 02194
KENDALL

Davies, Rose-Hoyt
Myodigin (See Under Trade Name)
Fellows-Testagar
Tablet,
0.1 mg. [#487] 1000s ea. .... .... 4.40
0.2 mg. [#352] 1000s ea. .... .... 6.40
Fougera
Digitaline Nativelle
(See Under Trade Name)
Gotham Pharmaceutical Co., Inc.
Intravenous, Ampule,
.2 mg., 1 cc. [#678]
10s ea. .... .... 1.60
25s ea. .... .... 3.33
100s ea. .... .... 10.67

(Continued on Next Page)

PLASTIPAK insulin syringe • sterile • disposable • ready to use—at home or away

B-D and PLASTIPAK are trademarks
40 or 80 scale

B-D

69 Blue Book

**STEAPSIN (Continued)**
Penick, N.Y.Q., Chemical Division
Lumps (Triple Pressed)
1 lb. ea. .... 1.44
5 lb. ea. .... 5.60
Powder (Triple Pressed)
1 lb. ea. .... 1.38
5 lb. ea. .... 5.55
Pfanstiehl Laboratories, Inc.
Powder, 500 Gm. ea. .... 15.00

**STEARIC ACID**
Aero Chemical Corporation
Triple Pressed, 100 Gm. ea. .... 2.50
International Chemical Labs. ℞
16 oz. .... 24.00
5 lbs. .... 96.00
Merck & Co.
U.S.P. Powder,
1 lb. [#04281] ea. .... 1.68
Penick, N. Y. Q., Chemical Division
Powder, 1 lb. ea. .... 1.65
5 lb. ea. .... 6.75

**STEARNS' ELECTRIC** (Stearns')
Paste, 2 oz. tube .59 4.55

**STEARYL ALCOHOL**
Aero Chemical Corporation
100 Gm. ea. .... 2.50
City Chemical
[#S889] 1 lb. ea. .... 1.80
5 lb. ea. .... 7.00
International Chemical Labs. ℞
4 oz. .... 10.00
16 oz. .... 36.00
Pfaltz & Bauer, Inc.
1 lb. ea. .... 2.25

**STECLIN ℞** (Squibb Pharmaceutical)
Capsule, 250 mg.
100s [#8335] ea. .... ★4.25
Unimatic, 100s [#83352] ea. .... ★4.50
Intramuscular
250 mg., Vial [#8994] ea. .... ★1.15
Intravenous, Vials,
250 mg., [#8334] ea. .... ★1.15
500 mg., [#8835] ea. .... ★2.04

**STEEMAID** (Wheeler Chemical Co.)
Liquid, 2 oz. ●.69 5.50

**STEEM-EZE** (Sacramento Pharmacal Co.)
Liquid, 4 oz. ●1.00 ....

**STEEM MIST** (Prak-T-Kal Corp.)
Inhalant, 2 oz. .69 5.52
4 oz. .98 7.84
6 oz. 1.39 11.12

**STEEM-UP** (Lake Products)
Powder, 5 Gm. ●.25 1.80
32 Gm. ●.98 7.06

**STEEMY** (Park-T-Kal Corp.)
Vaporizer
Choo-Choo [#4C] 12.95 103.60
Humpty-Dumpty [#2H] 12.95 103.60
Turtle [#3T] 12.95 103.60

**STEINBERG'S SOLUTION**
(Campbell Pharm.)
Keramic Injection (See Under Trade Name)

**STELAZINE ℞** (Smith Kline & French)
(See Catalog Under Smith Kline & French)
Concentrate, 10 mg./cc.
2 oz., 1s [#715-01] ea. .... 11.70
12s [#715-05] ea. .... 112.00
Injection, Multiple Dose Vial
2 mg./cc., 10 cc.
1s [#717-01] ea. .... 4.00
20s [#717-05] ea. .... 68.00
Tablets,
1 mg.
100s [#723-12] ea. .... 6.06
1000s [#723-13] ea. .... 57.58
2 mg.
100s [#723-02] ea. .... 7.86
1000s [#723-07] ea. .... 74.68
5 mg.
100s [#723-22] ea. .... 10.26
1000s [#723-23] ea. .... 88.25
10 mg.
100s [#723-42] ea. .... 13.56
1000s [#723-44] ea. .... 116.68

**STEMS** (Thermide, Inc.)
Capsule, 30s 2.63 18.90

**STEMUTROLIN ℞** (Lincoln Labs.)
Vial, 10 cc. [#LCS-5V10] ea. .... 8.00

**STENZ-IT** (Arpet Drug Prods.)
Liquid, 6 oz. 1.00 8.00

**STENEDIOL ℞** (Organon)
(See Catalog Under Organon, Inc.)
Tablet,
Oral,
10 mg., 100s [#662R] ea. .... 8.15
25 mg., 100s [#663R] ea. .... 20.40
Sublingual,
10 mg., 100s [#672R] ea. .... 8.15
25 mg., 100s [#673R] ea. .... 20.40
Vial, 25 mg./cc.,
10 cc. [#6530] ea. .... 3.25
50 mg./cc.,
10 cc. [#6540] ea. .... 5.60

**STENISONE ℞** (Organon)
(See Catalog Under Organon)
Tablet, 30s ea. .... 5.90
300s ea. .... 18.30

**STENTAL ▦** (Robins, A. H. Co.)
(See Catalog Under A. H. Robins)
Extentabs [#090] 100s ea. .... 3.00
500s ea. .... 9.50

**STEPHAN** (The Stephan Company)
Aftershave,
Alpine, 6 oz. 1.00 8.00
Hi-Spice, 6 oz. 1.00 8.00
Butch Wax, Jar, 3¼ oz. .60 4.80
Stick, 1.6 oz. .50 4.00
Cream Hair Dress, 6 oz. 1.00 8.00
Tube, 3½ oz. 1.00 8.00
Dandruff Remover,
Plain, 6 oz. 1.00 8.00
Oil, 6 oz. 1.00 8.00
Shampoo, For Men, 6 oz. 1.00 8.00
Shave Cream,
Alpine, 10 oz. 1.00 8.00
Wet Spicy, 10 oz. 1.00 8.00
Spray Deodorant, 3½ oz. 1.00 8.00

**STEPHEN RILEY COSMETICS**
(Div. of Ladco Labs.)
Bubble Bath Refill Powder,
10 oz. ●.79 6.32
Orange Flavored Vit. C.
Tablet, 150s ●1.98 16.00

**STEP LIGHTLY** (Robert Daniels)
Ointment, 2 oz. 2.00 10.80

**STER** (Schlick, Inc.)
Tablet, 5 mg., 100s ea. .... 5.00

**STERA-FORM ℞** (Mayrand)
Cream, ½ oz. [#253] ea. .... 2.10

**STERA-KLEEN** (Block Drug Co., Inc.)
Denture Cleanser, Med., 4.5 oz. ●.67 6.00
Lge., 9 oz. ●.98 8.96

**STERA-LENS** (Barrows Chemical)
Drops, 2 oz. [#3440] ea. .80 ....

**STERAMINE ℞** (Mayrand Pharmaceuticals)
Ophthalmic, 5 cc. [#249] ea. .... 2.00
Otic, 5 cc. [#248] ea. .... 2.00

**STERANE ℞** (Pfizer Laboratories)
(See Catalog Under Pfizer Lab.)
Tablet, 5 mg.,
100s [#3955] ea. .... ★3.25
1000s [#3958] ea. .... ★17.00
Vial, Intra-Articular & Intramuscular,
25 mg./cc.,
5 cc. [#9350] ea. .... ★2.91

**STERAPRED ℞** (Mayrand Inc.)
Tablet, [#238] 100s ea. .... 5.60
1000s ea. .... 50.00

**STERAPRED-K ℞** (Mayrand)
Tablet [#260] 100s ea. .... 6.60
500s ea. .... 27.50

**STERAQ ℞** (Ascher, B. F.)
(See Catalog Under Ascher, B.F. & Co.)
Vials, 10 c.c., ea. .... 2.79

**STERASAL-K ℞** (Mayrand Inc.)
Tablet, [#237] 100s ea. .... 6.00
500s ea. .... 28.00

**STERAZOLIDIN ℞⊗** (Geigy Pharmaceuticals)
(See Catalog Under Geigy Pharmaceuticals)
Capsules, 100s ea. .... 7.20
1000s ea. .... 64.80

**STERCOHOL** (Philips Roxane Labs.)
(See Catalog Under Philips Roxane)
Liquid, 1 gal. [#M-108] ea. .... 9.00

**STERI-AMPS** (Savage Laboratories, Inc.)
Ampul, 10s [#4002] ea. .... 6.00

**STERI-CLEAN** (Generic Pharmaceutical Corp.)
32 oz. ea. .79 ....

**STERICOL** (Berkeley Drug Co.)
Liquid, 16 oz. .84 6.00
32 oz. 1.49 10.80

**STERIFOAM** (Goodwin Prods., Inc.)
Liquid, 6 oz. ea. 2.40 1.60

**STERIFOAM ℞** (Hill Labs. Inc.)
Liquid, 8 oz. .... 16.35

**STERIFOL ℞** (Lawton Labs., Inc.)
Inj., vial, 10 cc. [#120] ea. .... 2.50

**STERI-LEN** (Mi-Con Laboratories)
(See Catalog Under Contact Lens Solutions)
Soaking solution,
4 oz. [#652] 1.85 13.80

**Bottle Sterilizers and Formula Sets from HANKSCRAFT**

• Automatic electric and non-electric sterilizer and formula sets. Six popular models. See full-page display ad, Page 277.

HANKSCRAFT COMPANY
Reedsburg, Wisconsin

**STERILON PRODUCTS** (Sterilon Corp.)
(Prices on Request from Mfr.)

**STERI-PRED ℞** (Starimed, Inc.)
Liquid, 5 cc. ea. .... .80

**STERISEPTOL** (Pharmex, Inc.)
Ampule, 10 cc., 25s ea. .... 14.75

**STERISOL** (Lactona Products)
7 oz. [#64007] 1.29 10.32

**STERI-SPRAY** (Mennen Co.)
Instant Antiseptic,
3 oz. 1.29 10.53
4½ oz. 1.69 13.79

**STER-MATE ℞** (Schlicksup Drug Co., Inc.)
Tablets, 100s [#411] ea. .... 8.00

**STER-MIN ℞** (Schlicksup Drug Co., Inc.)
Tablets,
5 mg., 100s [#407] ea. .... 3.26
Compound, 100s [#442] ea. .... 2.01
Strong, 100s [#443] ea. .... 3.39

**STERN** (Bernstein)
Artificial Nails, 10s ea. ●2.50 1.50
Eye Lashes,
Fur Hair, adhesive, pr. ea. ●7.50 4.50
Human Hair, trimmed, pr. ea. ●4.50 2.70
Human Hair, trimmed
Adhesive, pr. ea. ●5.00 3.00
Human Hair, untrimmed
Pr. ea. ●3.00 1.80

**STERNEEDLE** (Panray)
Cartridges, w/plastic sleeve
Small Pac #3 ea. .... .25
Sterile #6 ea. .... .25
Device ea. .... 40.00
Kit ea. .... 50.00
Sleeves for Cartridges
100s ea. .... 1.00
Tuberculin P.P.D. "Connaught"
Concentrated, 1 cc. ea. .... 3.20

**STERNIG'S** (N. Sternig & Co.)
Famous Eye Lotion,
2 oz. .60 3.50
4 oz. 1.00 7.50
Famous Sore Throat Mix,
2 oz. .50 3.50
4 oz. .95 7.50

**STERNO PRODUCTS** (Sterno, Inc.)
Canned heat,
2⅝ oz. [#4006] .25 1.70
7 oz. [#4008] .50 3.40
28 oz. [#4010] .98 7.60
Single burner,
[#33] 1.39 9.80

**STEROCAPS ℞** (Gold Leaf Pharmacal)
Capsule, 30s ea. .... 2.70

**STEROCORT ℞** (Wilcox Laboratories)
Creme, ½ oz. ea. .... 1.80

**STERODERM ℞** (Gold Leaf Pharmacal)
Ointment, 5 Gm. ea. .... 2.50

**STEROFORM** (Allen Pharmacal Co.)
Cream, 5 Gm. ea. .... .70
20 Gm. ea. .... 1.75

**STEROFRIN ℞ ⊗** (Alcon Labs.)
Drop-Tainer
6 cc. [#609] .... 22.80

**STEROGEN ℞** (Sunland Pharmacal)
Vial, 10 c.c. ea. .... 3.00

**STEROGESIC ℞** (Basic Pharmaceuticals)
Capsule, 100s ea. .... 4.90

**STEROGYN** (Bell Pharmacal Co.)
10,000 Units, 10 cc. vial ea. .... 6.50

**STEROIDEEN ℞** (Spanner)
10 c.c. vials ea. .... 5.50

**STEROLONE ℞** (Rowell Labs., Inc.)
Tablets
5 mg., 100s [#96] ea. .... 2.82
500s [#97] ea. .... 13.80
1000s [#97-A] ea. .... 24.00

**STERONYL ℞** (Kay Pharmacal Co.)
Tablet, [#T-156] 100s ea. .... 2.25
500s ea. .... 9.27
1000s ea. .... 16.65

**STERO PLEX** (Finks Pharmaceuticals)
Vial, 10 cc. [#V355] ea. .... 4.50

**STEROPTO** (K-R Labs.)
Liquid, 2 oz. ●1.25 9.00

**STEROPTO 1000** (K-R Labs.)
Liquid, 2 oz. ●1.25 9.00

**STEROSAN ℞** (Geigy Pharmaceuticals)
(See Catalog Under Geigy Pharmaceuticals)
Cream, 3%, 30 Gm. ea. .... .90
1 lb. ea. .... 7.50
Ointment, 3%, 30 Gm. ea. .... .90
1 lb. ea. .... 7.50

**STEROSAN-HYDROCORTISONE ℞**
(Geigy Pharmaceuticals)
(See Catalog Under Geigy Pharmaceuticals)
Cream, 5 Gm. ea. .... [illegible]
20 Gm. ea. .... [illegible]
Ointment, 5 Gm. ea. .... [illegible]
20 Gm. ea. .... [illegible]

**STEROTATE ℞** (Upjohn)
Aqueous, 100 mg./cc. [#6483]
10 c.c. vial ea. .... 4.85

**STERSAL** (Canfield, C. R.)
Sterilizing Solution,
Ampul, 10 cc., 10s ea. 11.00 6.60

**STER-TABS ℞** (Baylor-Sheryl Labs.)
Tabs, 100s ea. .... 2.75

**STET CAPS** (de Leon Labs.)
Tablet, 100s ea. .... [illegible]
500s ea. .... [illegible]
1000s ea. .... [illegible]

**STEVENS** (Marsline Laboratories)
Hair Remover, [illegible]

**STEVENS PRODUCTS** (Stevens, William)
Bubble Bath, Supreme
Liquid, 8 oz. 1.50 10.
16 oz. 2.50 18.
64 oz. ea. 7.95 4.
Dry Skin Care
Liquid, 1 gal. ea. 15.00 9.
Grand-Dad's healing lotion
6 oz. 1.45 10.
Lyme toilet lotion, 6 oz. 2.00 14.
Western cologne, 2 oz. 2.50 18.

**STEVENS OINTMENT** (Kopf Mfg. Co., Inc.)
1 oz. ea. 1.75 1.

**STEWART'S MARY E** (Goldman Pharmacal Co.)
Case, 12s ●1.50 12.
Powder, 5 oz. ●.90 1.00 8.
14 oz. ●1.98 2.00 16.

**S-T FEBRA** (Scot-Tussin Pharmacal)
4 oz. .... ...
1 pt. .... ...
1 gal. .... ...
(Prices on Request from Mfr.)

**S-T FORTE ℞** (Scot-Tussin Pharmacal)
Regular,
Liquid, 16 oz. ea. .... 4.
1 gal. ea. .... 31.
Sugar Free, 16 oz. ea. .... 5.
1 gal. ea. .... 35.

**ST-1** (Supreme Pharmaceuticals)
Sty Relief,
⅛ oz., 1s [#S177] ea. .... 4.

**STICKADOOS** (Avery Label Co.)
Air Mail Labels [#ST-8] .29 2.
Fabric Identity Badges
[#ST-5] .49 3.
Felt Bumpers [#ST-6] .49 3.
Letters [#ST-4] .29 2.
Numbers [#ST-7] .29 2.
Parcel Post Labels [#ST-9] .29 2.
Photomounts [#ST-1] .49 3.
Reinforcements [#ST-2] .29 2.

**STICKTITE** (Kasco Co.)
Denture Adhesive Powder, 2 oz. .75 6.0

**STICKY** (San-Oct Labs.)
Denture Adhesive Cream,
¼ oz. ea. 1.00 ...

**STIEFEL MEDICATED SOAP** (Stiefel Labs.)
(See Catalog-Insert Under Stiefel)
Polyoxl 1.05 8.2
Salicylic Acid 1.05 8.2
Salicylic Acid & Sulfur 1.05 8.2
Sulfur Soap 1.05 8.2

**STIESEDENT**
Robin Winters Corp.
Tubes, (Unit of 16) .98 5.7

**STIGMANOL ℞** (Gold Leaf)
Ampuls,
1:1000, 1 c.c., 100s ea. .... 8.0
1:2000, 1 c.c., 100s ea. .... 10.0
1:1000, 10 c.c. vial ea. .... .7
1:2000, 10 c.c. vial ea. .... .6

**STIGMASTEROL ℞**
Aero Chemical Corporation
1 Gm. ea. .... 4.0
City Chemical
M.P. 165-168° [#S1010]
1 Gm. ea. .... 3.0

**STIK** (Truett Labs.)
Antibacterial Tape Adherent,
Aerosol, 6 oz. ea. 1.60 ....
20 oz. ea. 3.00 ....

**STIK-VAC** (Gland-O-Lac Company)
Vaccine, 100 dose 1.95 .9
250 dose 3.00 2.00
500 dose 3.75 2.5

**STILBEST K ℞** (Keene Pharmacal Co.)
Keenesite, 100s ea. .... 10.00

**STILBESTROL** (See Diethylstilbestrol)

**STILBETIN ℞** (Squibb Pharmaceutical)
Tablets,
5.0 mg.,
100s [#3585] ea. .... ★2.0
E.C., 100s [#3595] ea. .... ★2.1
25.0 mg.,
100s [#3605] ea. .... ★4.6
100.0 mg.,
50s [#3623] ea. .... ★7.4

**STILBEX ℞** (Bellrose)
(Prices on Request.)

**STIL FORTE ℞** (Saron Pharmacal)
Tablet, 100s ea. .... 3.0

**STILL** (Spencer, E.O.)
Tablets, 50s ea. 5.00 3.2

**STILLINGIA ROOT**
Sherwood Laboratories
Fluid Extract, N.F. VII
1 pt. ea. .... 5.2
1 gal. ea. .... 31.5
Tincture, pt. ea. .... 3.5

**STILLMAN'S** (Stillman Co.)
Complexion Soap, 4 oz. .35 2.8
Freckle Cream, ½ oz. jar .60 4.8
1½ oz. jar 1.35 10.8
Medicated Jell
w/Applicator 1 1/7 oz. tube 1.00 [illegible]
2½ oz. tube 1.50 [illegible]
Refill, 2½ oz. tube 1.00 [illegible]

**STILPHOSTROL ℞** (Dome Labs.)
(See Catalog Under Dome Labs.)
Ampuls, 5 c.c.
20s [#DL3110] ea. .... 25.4
Tablets, 50 mg.
50s [#DL3120] ea. .... 7.7

B-D Fever Thermometers • ASEPTO • RED FLASH • MEDICAL CENTER
ASEPTO, B-D, MEDICAL CENTER and RED FLASH are trademarks ... B-D



AMERICAN DRUGGIST

# BLUE BOOK

# 1970

MARCH 1970 TO MARCH 1971

Nine Dollars Per Copy

INCLUDING

- National Drug Code data
- Average wholesale prices
- Key facts about state welfare programs
- Drugs subject to Drug Abuse Control Act
- American Druggist Counterdose Chart
- Poison control centers—with phone numbers
- List of sugar-free liquids
- List of manufacturers' catalogs
- Requirements for examination & registration
- Data on accredited colleges of pharmacy
- Requirements for reciprocal licensure
- A directory of equipment manufacturers

PROPERTY OF
ELI LILLY & CO
DEPT. NO M789

Der-Des Pg. 200

Prices are listed in this order: * Retail FTM; Retail Price; Whole. Price To Retailer; * Price On Direct Basis—Per dz., ea., or as specified.

AMERICAN DRUGGIST BLUE BOOK

**DERM-X-OL** (International Chemical Labs.)
Ointment, 1 oz. .......... 1.50 12.00
4 oz. .......... 4.50 36.00

**DERNGOOD** (M. L. Snyder & Son)
Wooden Shower Sandal,
Lg., Med., Sm., Pr. .......... .... .75

**DEROFEN** (American Medicinal Corp.)
Honey Syrup, 3 oz. ea. .......... .... .90
Lozenges, 16s ea. .......... .... 1.00

**DERONIL** ℞ (Schering Corp.)
(See Catalog Under Schering Corp.)
Tablets, 0.75 mg.,
50s ea. .......... .... 8.20
500s ea. .......... .... 76.95

**DERRIS** (Hunce Laboratory)
Powder, 16 oz. .......... .... 11.30
5 lb. .......... .... 49.45

**DERVIDE** (Dr. A. C. Daniels)
Tablets, Vial, 40s .......... 1.25 9.00

**DES** (Amfre-Grant)
Tablet,
.05 mg., 100s ea. .......... .... 1.00
.10 mg., 100s ea. .......... .... 1.00
.50 mg., 100s ea. .......... .... 1.00
1 mg., 100s ea. .......... .... 1.00
2 mg., 100s ea. .......... .... 2.00
5 mg., 100s ea. .......... .... 2.50
10 mg., 100s ea. .......... .... 4.40
25 mg., 30s ea. .......... .... 2.50
100s ea. .......... .... 7.50
250s ea. .......... .... 18.00
500s ea. .......... .... 34.00
1000s ea. .......... .... 62.00
50 mg., 30s ea. .......... .... 3.50
100s ea. .......... .... 10.00
100 mg., 30s ea. .......... .... 5.50
100s ea. .......... .... 16.00

**DESABAM** (Desert Drug)
Tablet, 100s ea. .......... .... 4.00
1000s ea. .......... .... 35.00

**DESACHOLINE** ℞ (Mallard Inc.)
Tablet, 100s [#T-542] ea.
[#NDC-166-542-11] .......... .... 5.50
1000s [#T-542] ea.
[#NDC-166-542-15] .......... .... 28.60

**DESADERM** (Research Pharmacal Lab.)
Ointment, lb. ea. .......... .... 2.50

**DESA-HIST** Ⓒ (Desert Drug)
Syrup, pt. ea. .......... .... 3.50
Gal. ea. .......... .... 25.00

**DESA-HIST AT** ℞ (Desert Drug)
Tablet, 100s ea. .......... .... 9.00

**DESA-HIST 8** ℞ (Desert Drug)
Tablet, 100s ea. .......... .... 3.50

**DESA-HIST PF** ℞ (Desert Drug)
Elixir, pt. ea. .......... .... 2.50
Gal. ea. .......... .... 16.00

**DESA-HIST PF 8** ℞ (Desert Drug)
Capsule, 100s ea. .......... .... 8.00
500s ea. .......... .... 36.00

**DESA-HIST 12** ℞ (Desert Drug)
Tablet, 100s ea. .......... .... 4.50

**DESAMINE** ℞ (Starr Pharmacal)
Capsules, T.D.,
10 mg., 100s ea. .......... .... 3.38
250s ea. .......... .... 7.20
500s ea. .......... .... 12.60
1000s ea. .......... .... 21.60
15 mg., 100s ea. .......... .... 3.83
250s ea. .......... .... 8.10
500s ea. .......... .... 14.40
1000s ea. .......... .... 25.20
Tablets,
5 mg., White or Yellow,
1000s ea. .......... .... 3.00
10 mg., White 1000s ea. .... .... 5.00

**DESAMYCIN** ℞ (Desert Drug)
Capsule, 100s ea. .......... .... 7.45

**de SAN** (de Leon Labs.)
Liquid, pint ea. .......... .... 3.25
Gal. ea. .......... .... 23.00

**DESAPHEN** ℞ (Veltex, Inc.)
Elixir [#358] Pt. ea. .......... .... 2.20
Gal. ea. .......... .... 12.50
Tablet [#318] 100s ea. .......... .... 1.20
1000s ea. .......... .... 7.00

**DESAREX** ℞ (Desert Drug)
Capsule,
No. 1, 100s ea. .......... .... 6.50
500s ea. .......... .... 30.00
No. 2, 100s ea. .......... .... 8.50
500s ea. .......... .... 37.00

**DESAREX-A** ℞ (Desert Drug)
Capsule,
No. 1, 100s ea. .......... .... 7.50
500s ea. .......... .... 34.00
No. 2, 100s ea. .......... .... 9.00
500s ea. .......... .... 44.00

**DESATAB** ℞ (Marsin Labs.)
Tablet, (Y, P & G),
100s ea. .......... .... 2.50
1000s ea. .......... .... 22.00

**DESATAB-8** ℞ (Marsin Labs.)
Tablet, 100s ea. .......... .... 2.00
1000s ea. .......... .... 17.50

**DESATAB-15** ℞ (Marsin Labs.)
Tablet, 100s ea. .......... .... 1.75
1000s ea. .......... .... 15.00

**DESATOL** ℞ (Dwight, R.E. & Co.)
Tablets, 30s ea. .......... .... .75
100s ea. .......... .... 2.00
1000s ea. .......... .... 18.00

**DESATRATE** ℞ (Desert Drug)
Capsule T.D.,
30 mg., 100s ea. .......... .... 6.00
1000s ea. .......... .... 47.50
50 mg., 100s ea. .......... .... 7.50
1000s ea. .......... .... 60.00

**DESATRIC H** ℞ (Desert Drug)
Tablet, 100s ea. .......... .... 6.00
1000s ea. .......... .... 54.00

**DESBUTAL** Ⓒ (Abbott Labs.)
Capsules, [#NDC-074-3991-01]
100s ea. .......... .... *2.50 AWP 3.00
1000s ea. .......... .... *22.50 AWP 27.00

**DESBUTAL 10** Ⓒ (Abbott Labs.)
Gradumets [#NDC-074-6806-01]
100s ea. .......... .... *6.45 AWP 7.74
500s ea. .......... .... *29.83 AWP 35.80

**DESBUTAL 15** Ⓒ (Abbott Labs.)
Gradumets [#NDC-074-6814-01]
100s ea. .......... .... *8.14 AWP 9.77
500s ea. .......... .... *37.65 AWP 45.18

**DESCILLIN** ℞ (Desert Drug)
Tablet, 100s ea. .......... .... 1.50

**DESENEX** (WTS-Pharmacraft Div.)
Aerosol,
6.0 oz. [#954]
[#NDC-235-0954-64] .. 1.98 15.96
Ointment
0.9 oz. [#955]
[#NDC-235-0955-51] .. 1.19 9.60
1.8 oz. [#955]
[#NDC-235-0955-63] .. 1.89 15.12
1 lb [#955] ea.
[#NDC-235-0955-75] .. 12.00 8.00
Powder
1.5 oz. [#956]
[#NDC-235-0956-53] .. 1.19 9.60
3.0 oz. [#956]
[#NDC-235-0956-53] .. 1.89 15.12
1 lb. [#956] ea.
[#NDC-235-0956-77] .. 9.00 6.00
Soap, cake [#987]
[#NDC-235-0987-63] .... .49 3.96
Solution w/Applicator
2.7 oz. [#957]
[#NDC-235-0957-62] .. 1.50 12.00

**DESEROID** ℞ (Harvey)
Tablets, No. 1, 1000s ea. .... .... 4.00
No. 2, 1000s ea. .... .... 4.00
No. 3, 1000s ea. .... .... 4.00

**de SERPA** ℞ (de Leon Labs.)
Tablet,
0.25 mg., 100s ea. .......... .... 2.70
500s ea. .......... .... 11.70
1000s ea. .......... .... 20.00
0.5 mg., 100s ea. .......... .... 4.30
500s ea. .......... .... 18.50
1000s ea. .......... .... 32.00

**DESERT DEW** (Haynie Products)
Lotion, 8 oz. .......... 1.00 8.00

**DESERT FLOWER** (Shulton)
Bath,
Milk Foam, 5⅛ oz.
[#2727] ea. .......... 4.00 ....
Oil, 2 oz.[#1979] ea. ...... 2.50 ....
Beauty Bath,
4 oz. [#1708] ea. .......... 2.50 ....
Body,
Sachet, 1 oz.[#1752] ea. .. 1.50 ....
Talcum, 5¾ oz. [#2728] ea. 1.50 ....
Bubble Bath,
Crystals [#1740] ea. ...... 1.50 ....
Liquid [#1722] ea. ...... 1.50 ....
Candle, Scented,
4½ oz. [#1964] ea. ...... 4.00 ....
Cologne,
Spray, 2 oz. [#2768] ea. .. 2.50 ....
2⅓ oz. [#1862] ea. .. 3.00 ....
Stick [#1737] ea. .......... 1.00 ....
Deodorant,
Cream [#1760] ea. .......... 1.00 ....
Desert Dri,
Cream [#1880] ea. ...... 1.00 ....
Aerosol [#1900] ea. ...... 1.00 ....
Roll-On [#1790] ea. ...... 1.00 ....
Hand & Body,
3½ oz. [#1709] ea. ...... 1.00 ....
4 oz. [#1719] ea. ...... 1.00 ....
8 oz. [#1706] ea. ...... 2.00 ....
16 oz. [#1816] ea. ...... 4.00 ....
Perfume,
½ oz. [#2449] ea. .......... 3.00 ....
Lotion,
8 oz. [#2790] ea. .......... 2.50 ....
Powder
Dusting, 7 oz. [#1885] ea. . 2.50 ....
Perfumed Spray
6 oz. [#1903] ea. .......... 2.00 ....
Sets,
Bath [#2729] ea. .......... 3.00 ....
[#2732] ea. .......... 6.00 ....
Gift [#1723] ea. .......... 3.00 ....
[#1724] ea. .......... 4.50 ....
[#1750] ea. .......... 2.50 ....
[#1759] ea. .......... 1.50 ....
[#1865] ea. .......... 3.00 ....
[#1866] ea. .......... 2.25 ....
[#1867] ea. .......... 2.25 ....
[#1919] ea. .......... 2.25 ....
[#1921] ea. .......... 2.25 ....
[#1951] ea. .......... 5.00 ....
[#1952] ea. .......... 2.00 ....
[#2737] ea. .......... 10.00 ....
Fragrance Veil,
2½ oz. [#1944] ea. ...... 2.80 ....
Toilet Water, Spray Essence
2½ oz. [#1928] ea. ...... 3.00 ....
3½ oz. [#1735] ea. ...... 2.00 ....

**DESERT MAGIC** (Haynie Products)
Cream, 4 oz. .......... 1.25 10.80

**DESERT TAN** (Desert Tan Inc.)
Deal 30, Anti Burn,
Liquid, 4 oz. .......... 1.10 7.26
Deal 40, Supertan,
Liquid, 4 oz. .......... 1.00 .60
Deal 50, Anti Burn w/Lanolin,
Cream, 3 oz. .......... 1.10 7.26
Deal 60, Supertan w/Lanolin,
Cream, 3 oz. .......... 1.10 7.26
Deal 70, Supertan Aerosol Spray,
6 oz. .......... 1.50 9.90
Deal 80, Twin Pack, Anti-Burn 2 oz. &
Supertan, 4 oz. .......... 1.00 .60
Men's Cologne,
Deal 100, Liquid, 8 oz. .... 1.60 .96
After Shave Lotion,
Deal 101, Liquid, 8 oz. .... 1.25 .75
Men's Dandruff Remover Shampoo,
Deal 102, Liquid, 6 oz. .... 1.25 .75
Men's Hair Dressing,
Deal 103, Liquid, 8 oz. .... 1.25 .75

**DESEX 15** (Scot-Tussin Pharmacal Co. Inc.)
Capsule, D.A. 30s ea. .......... .... 2.50
100s ea. .......... .... 7.50

**DESFERAL** ℞ (Ciba)
Ampul, 5 ml. [#3801] ea. .... .... 14.00

**DESICOL** ℞ (Parke, Davis)
Kapseal, 5 gr.,
100s [#15-359-4]
[#NDC-71-359-4] ea. .. .... *1.89 AWP 2.17
1000s [#15-359-11]
[#NDC-71-359-11] ea. .... *14.94 AWP 17.93

**DESIGNER** (E. Frederics, Inc.)
Creme Cold Wave, Unit ea. .... .... 14.95
Hair Spray, 15 oz. .......... .... 9.90
Instant Neutralizer, qt. ea. .... .... 1.75

**DESIST** (Halsey Drug Co., Inc.)
½ oz. [#HL-86] .......... .69 4.50

**DESITAL** ℞ (Caldwell & Bloor Co.)
Tablet [#2067] 100s ea. .... .... .53
1000s ea. .......... .... 3.00

**DESITAL NO. 2** ℞ (Caldwell & Bloor Co.)
Tablet [#2264] 100s ea. .... .... .58
1000s ea. .......... .... 3.43

**DESITIN** (Leeming/Pacquin Divisions, Chas. Pfizer & Co., Inc.)
Baby Lotion, 2.5 oz. [#568] .. .60 4.80
6.0 oz. [#569] .. 1.00 8.10
Baby Oil, 2.0 oz. [#573] .... .60 4.80
5.25 oz. [#574] .. 1.00 8.10
Ointment, 1.25 oz. [#068] .... .75 6.00
2.25 oz. [#070] .... 1.09 8.72
4.25 oz. [#071] .... 1.59 12.72
1 lb. [#065] .... 4.49 35.92
Powder, 2.75 oz. [#079] .... .59 4.73
6.5 oz. [#081] .... .98 7.84
10.0 oz. [#147] .... 1.29 10.33
12s [#090] .......... .... 43.20

**DESITIN SUPPOSITORY W/HC** ℞ (Leeming/Pacquin Divisions, Chas. Pfizer & Co., Inc.)
Box, 12s [#0900] .......... .... 43.20

**DESI-VITE** (Cowley Pharmaceuticals)
100s ea. .......... .... 2.50

**DESLANOSIDE**
Sandoz Pharmaceuticals
Cedilanid-D (See Under Trade Name)

**DESLEAUX BISMUTH** (Fougera)
Ea. .......... 3.45 2.30

**DESOBEX** ℞ (Neland Pharm.)
Capsules, 100s .......... .... 36.00

**DESO-CREME** ℞ (Columbia Medical)
(See Catalog Under Columbia Medical)
Fungicidal Cream 1 oz. .... .... 4.95

**DESODRIN** ℞ (Kay Pharm. Co.)
Tabs., 10 mg., 100s ea. .... .... .81
1000s ea. .... .... 4.50

**DESODRINE** ℞ (Blaine Company)
Dl-Desoxyephedrine HCl 5 mg &
Atropine S. 360 gr
Tablet
1000 .......... .... 7.80

**DESOID PR** ℞ (Schlicksup Drug Co., Inc.)
Tablets, 100s [#161] ea. .... .... 1.00

**DESOL** ℞ (Garde Drug)
Pt. [#4032] ea. .......... .... 4.10

**DESOPHEN** ℞ (Starr Pharmacal)
Capsules, T.D.,
No. 1, 10 mg./60 mg.,
100s ea. .......... .... 4.05
250s ea. .......... .... 8.20
500s ea. .......... .... 14.40
1000s ea. .......... .... 25.20
No. 3, 15 mg./100 mg.,
100s ea. .......... .... 4.28
250s ea. .......... .... 9.00
500s ea. .......... .... 16.20
1000s ea. .......... .... 28.80

**DESOPID** ℞ (Atlas Pharm. Labs.)
Tablet, 100s ea. .......... .... 3.00

**DESO-TALC** (Columbia Medical)
(See Catalog Under Columbia Medical)
Powder, 3½ oz. .......... .... 4.95

**DES-OXA-D** Ⓒ (Walker Corp. & Co.)
Tablet, 100s ea. .......... .... 1.85
500s ea. .......... .... 3.85

**DESOXEDRIN** (Cabot Pharmaceutical Co.)
100s .......... 2.25 16.29
1000s ea. .......... .... 11.25

**DESOXETS** ℞ (Abbott)
Tablets, S.C. [#C6425]
200s ea. .......... .... 3.25
1000s ea. .......... .... 29.06

**DESOXO-5** Ⓒ (Seltlif & Case Co.)
Tablet [#CT1372] 100s ea. .. .... .65
1000s ea. .... .... 4.18

**DESOXROID FORMULAS. 1, 2 & 3** ℞
(High Chemical)
Tablet, set of 3M, 1M ea. .... .... 9.33

**DESOXY** ℞ (Harvey)
Tablets, No. 10, 1000s ea. .... .... 5.80

**DESOXY-CELL PLUS** ℞
(Quaker City Pharmacal)
Tablet [#5116] 100s ea. .... .... 2.86
1000s ea. .... .... 7.50

**DESOXYCHOLIC ACID** ℞
City Chemical Corp.
[#D214] 25 gm. ea. .... .... 2.75
100 gm. ea. .... .... 9.00
Fellows-Testagar
Tablet [#208]
3½ gr., 1000s ea. .......... .... 15.00
5000s/M .......... .... 14.75
Fey
Feycholic (See Under Trade Name)
Pfaltz & Bauer, Inc.
25 Gm. ea. .......... .... 5.80
Robinson Labs.
Tablet, 3½ gr., C.T. [#290]
100s ea. .......... .... 2.63
1000s ea. .......... .... 19.00

**DESOXYCORTICOSTERONE ACETATE** ℞
American Quinine Co., Inc.
Vial, 5 mg./cc., 10 cc. [#VP-955]
Oil, 10s ea. .......... .... [illegible]
50s ea. .......... .... [illegible]
100s ea. .......... .... [illegible]
Ciba
Percorten (See Under Trade Name)
Caldwell & Bloor Co.
5 mg/cc, 10 cc. #1008 ea. .. .... 1.54
Gotham Pharmaceutical Co., Inc.
Aqueous Suspension
Ampule, 5 mg./ml. [#634]
10s ea. .......... .... 2.40
25s ea. .......... .... 4.13
100s ea. .......... .... 14.50
Vial, 10 ml.[#482] ea. .... .... .80
In sesame oil
Ampule, 5 mg/ml.[#635]
10s ea. .......... .... 1.60
25s ea. .......... .... 3.33
100s ea. .......... .... 10.50
Vial, 10 ml. [#267] ea. .... .... .60
Robinson
Sterile Vial, 5 mg.
Aqueous, 10 cc.
[#1140] ea. .......... .... 1.40
In Oil, 10 cc.
[#1130] ea. .......... .... 1.40
St. Louis Pharmacal
Aqueous Suspension, U.S.P.,
5 mg/c.c.,
10 c.c., 50s/unit ea. .... .... .77
In Oil,
5 mg/c.c.,
10 c.c., 50s/unit ea. .... .... .79
Schering Corp.
Cortate (See Under Trade Name)
Socorol Labs.
Vial, 5 mg./cc., 10 cc. ea. .. .... 2.80
Oil, 5 mg./cc.,
10 cc. [#2751] ea. .... .... 2.80
Upjohn
5 mg. per c.c., Sterile Solution
10 c.c. vial [#7489]
Ea. .......... .... *5.64

**DESOXYCORTISONE ACETATE**
Central Pharmacal Co.
Cortiaq (See Under Trade Name)
Elkin-Sinn, Inc. ℞
Aqueous Solution, Vial, USP
5 mg./cc., 10 cc. [#500]
Ea. .......... .... .52
Oil,
5 mg./cc., 10 cc. [#510]
Ea. .......... .... .54
Organon, Inc.
Doca Acetate (See Under Trade Name)

**4-DESOXYEPHEDRINE HCL** ℞
Atlas Pharm. Inc.
Ampul, 20 mg./cc [#3811,
1 cc. ea. .......... 5.00 14.70
Gotham Pharmaceutical Co., Inc.
Vial, 20 mg.
30 cc. [#108] ea. .......... .... .93

**DESOXYEPHEDRINE HYDROCHLORIDE** Ⓒ
(See also Methamphetamine Hydrochloride)
Academy
5 mg., 100s ea. .......... .... 1.75
Arenol Chemical
dl, powder, 1 lb. ea. .......... .... 7.50

(Continued on Next Page)

ARMOUR THYROID

QUALITY AND DEPENDABILITY FOR ALL THYROID USP RX'S

"THE EASY-TO-READ PRICE BOOK" [1234] cat. #; ℞, ℞ only; ▲, refrigerate; ●, narcotic; ◆, narcotic (oral ℞ o.k.); ©, exempt ... ...ted products; ■, Subject to DACA. Pg. 201 Des-Dew

**DESOXYEPHEDRINE HYDROCHLORIDE** (Continued)
Cowley Pharmaceuticals
Capsule, T.D.
1000s [#1002] ea. .... 17.50
Cushane Pharmaceutical
Tablet, 5 mg. [#307] ea. ... .... 1.00
10 mg. [#538] ea. ... .... 1.27

**dl-DESOXYEPHEDRINE** ©
Chicago Pharmacal Division
Dosdex (See Under Trade Name)
Cowley Pharmaceuticals
5 mg., 1000s ea. .... 2.30
First Texas
20 mg./cc., 10 cc. vial ea. .... 1.41
Kirkman
Tablet,
2.5 mg. [#1645] 100s ea. .... .35
1000s ea. .... 2.60
5 mg. [#1646] 100s ea. .... .40
1000s ea. .... 3.00
Mallard
Detrex (See Under Trade Name)
McNeil Labs.
Syndrex (See Under Trade Name)
Robinson Lab.
Powder, 1 oz. [#492] ea. ... .... 3.00
Tablet, d-l
5 mg.
[#429] 100s ea. .... .80
1000s ea. .... 4.00
10 mg., Double-Scored
White [#1772], Yellow
100s ea. .... 1.10
1000s ea. .... 6.00

**dl-DESOXYEPHEDRINE w/THYROID**
Injectables Research ©
Tablet, 1000s ea. .... 7.00

**DESOXYLATE** ℞ (Preston Franklin)
Syrup [#L832] 1 pt. ea. .... 2.25
1 gal. ea. .... 13.50

**DESOXYN** © (Abbott Labs.)
Gradumets,
5 mg., [#NDC-074-6941-01] 100s ea. .... ★4.01 AWP 4.81
10 mg., [#NDC-074-6948-01] 100s ea. ★5.58 AWP 6.70
500s ea. .... ★26.21 AWP 31.45
15 mg., [#NDC-074-6959-01] 100s ea. .... ★7.13 AWP 8.56
500s ea. .... ★33.51 AWP 40.21
Tablets
2.5 mg., [#NDC-074-3488-01] 100s ea. ★1.15 AWP 1.38
5 mg., [#NDC-074-3377-01] 100s ea. .... ★1.60 AWP 1.92
1000s ea. .... ★15.00 AWP 18.00

**DESOXYN W/NEMBUTAL** (Abbott) (See Desbutal)

**DESOXY-PLEX** (Bush Labs.)
Liquid [#0418]
1 pt. ea. .... 1.50
1 gal. ea. .... 9.95

**DESOXYRIBON NUCLEASE**
Pfanstiehl & Bauer, Inc.
Crystal, 20 mg. ea. .... 35.00

**DESOXYTONE** ℞ (Sunland Pharmacal)
Aqueous, 10 c.c. ea. .... 1.95

**DESOXYVITE** ℞ (Arden Pharmacal)
Tablet, 100s ea. .... 1.75
1000s ea. .... 13.75

**DESPASMOL** ℞ (Luly-Thomas Pharmaceutical)
Tablet, 100s [#178] ea. .... 4.80
1000s [#179] ea. .... 39.00

**DES-PLEX** (Amfre-Grant)
Tablet,
.02 mg., 100s ea. .... 3.75
.05 mg., 100s ea. .... 4.00
.10 mg., 100s ea. .... 4.00
.25 mg., 100s ea. .... 4.25
.50 mg., 100s ea. .... 4.50
1 mg., 100s ea. .... 5.00
5 mg., 100s ea. .... 6.00
10 mg., 100s ea. .... 7.00
25 mg., 30s ea. .... 3.00
100s ea. .... 9.00
500s ea. .... 40.00
1000s ea. .... 72.00
50 mg., 30s ea. .. 4.00
100s ea. .... 12.00
100 mg., 30s ea. .... 6.00
100s ea. .... 18.00

**DE-STAT** (Schlick, Inc.)
Tablet, 100s ea. .... 3.25

**DESTROBAR LANACAPS** (Lannett)
Capsule No. 1 [#3003]
100s ea. .... 2.00
500s ea. .... 7.50
1000s ea. .... 12.60
Capsule No. 2 [#3004]
100s ea. .... 2.20
500s ea. .. 8.00
1000s ea. .... 14.00
Capsule No. 3 [#3008]
100s ea. ....
500s ea. ....
1000s ea. ....
Tablet [#1181]
500s ea. ....
1000s ea. ....

**DESYCOR** ℞ (DeMent Pharmacal Co.)
Vial, 5 mg./cc., 10 cc. [#1065] ea. ... .95

**DETACHOL** (Ferndale Labs. Inc.)
4 oz. ea. 1.20 .72

**de TAL** ℞ (de Leon Labs.)
Liquid, pt. ea. .... 2.25
Gal. ea. .... 16.00
Tablet, 100s ea. .... 1.20
500s ea. .... 5.50
1000s ea. .... 10.00

**DETANE** (Commerce Drug Co., Inc.)
Ointment, ½ oz. [#7360] 1.50 12.00

**DETCHEMA** (Revlon, Inc.)
Perfume, ⅛ oz. [#3701] .00
¼ oz. [#3702] 13.00
½ oz. [#3703] 18.00
1 oz. [#3704] 32.50
2 oz. [#3705] 55.00
4 oz. [#3706] 90.00
Toilet Water, 2 oz. [#3707] 7.50
4 oz. [#3708] 12.50
8 oz. [#3709] 22.00

**DETEC**
Merck & Co.
500 cc. [#245711] ea. .... 8.75

**DETECTO** (Detecto Scales, Inc.)
Accessories,
W/Casters,
East or West of Mississippi 8.00
Counterweights 300 to 400 lbs.
East or West of Mississippi 15.00
W/Hand Post,
East or West of Mississippi 8.50
Autopsy Scale, White [#3805P]
East of Mississippi 74.50
West of Mississippi 77.50
Baby Scale for the Home, Single Beam, White, Ivory [#240]
East of Mississippi 16.98
West of Mississippi 17.98
Bathroom Scale,
New Auto-Zero Scale, White, Black, Pink, Yellow [#K730]
East of Mississippi 10.98
West of Mississippi 11.98
Clinical Baby Scales,
White, Cream White, Biscayne Blue, Walnut Spray, Hammer Gray, Jade Green, Coral #250
East of Mississippi 55.00
West of Mississippi 57.00
Double Beam, White [#331]
East of Mississippi 40.00
West of Mississippi 42.00
Pediatric, White [#450]
East of Mississippi 95.00
West of Mississippi 102.00
Doctor Type Scale,
w/Rod,
White [#049]
East of Mississippi 60.00
West of Mississippi 65.50
w/o Rod, White, Black, Pink [#047]
East of Mississippi 55.00
West of Mississippi 60.50
w/Casters,
White only [#048W]
East of Mississippi 64.00
West of Mississippi 69.50
w/Rod & Casters
White only [#050W]
East of Mississippi 68.00
West of Mississippi 73.50
Physician's Scales,
W/Casters & Height Rod, White [#438W]
East of Mississippi 83.00
West of Mississippi 90.00
W/Hand Post & Height Rod, White, Cream White, Coral, Walnut Spray, Jade Green, Hammertone Gray & Biscayne Blue [#449]
East of Mississippi 83.50
West of Mississippi 90.50
w/Height Rod, White, Cream White, Coral, Walnut Spray, Jade Green, Hammertone Gray & Biscayne Blue [#439]
East of Mississippi 75.00
West of Mississippi 82.00
w/o Rod, White [#437]
East of Mississippi 73.00
West of Mississippi 80.00

**DETECTO MASTITIS TESTERS** (Troy Chemical Co., Inc.)
40s 1.00 8.00
80s 1.50 12.00

**DETERSER** (Physicians Drug Co.)
Tablets, 50s 2.00 16.00

**DETER** (Sepsr Products)
For Smoking, 18s 1.25 7.20
50s 3.25 18.00
Lozenges, 12s .49 3.00
36s 1.25 7.20

**DETERGADYNE** (Continental Laboratories)
Liquid, 1 gal. ea. .... 4.95

... (de Leon Labs.) .... 3.15
... (de Leon Labs.) .... 8.32
... Pharmacal)
... .50 4.00
... 1.00 8.00
Gal. ... 3.00 24.00

**DETONI** (AMSA Sales)
Brilliantine, 1 oz. .60 4.80

**DETOXIL** (Fibertone Co.)
Powder [#33]
1 lb. ea. 2.50 1.50
3 lb. ea. 6.50 3.90

**DETOXOGEN** (Mallard Inc.)
Tablets, [#T-430] 100s ea. .... 1.30
1000s ea. .... 7.80

**DETREX** © (Mallard Inc.)
Tablet, 100s [#T-488] ea. [#NDC-166-488-11] .... 1.50
1000s [#T-488] ea. [#NDC-166-488-15] .... 6.90

**de TRINS** ℞ (de Leon Labs.)
Capsule, 100s ea. .... 2.85

**DETRO-BARB** © (Mallard Inc.)
Tablet, 100s [#T-531] ea. [#NDC-166-531-11] .... 1.70
1000s [#T-531] ea. [#NDC-166-531-15] .... 7.20

**DETROLOSE** ℞ (Mallard, Inc.)
Tablet, 100s [#T-545] ea. [#NDC-166-545-11] .... 2.25
1000s [#T-545] ea. [#NDC-166-545-15] .... 10.25

**DETRO-REX** ℞ (Rex Pharmaceutical Labs.)
Capsule, T. D.
10 mg., 100s ea. .... 1.00
1000s ea. .... 7.75
15 mg., 100s ea. .... 1.05
1000s ea. .... 8.75

**DEVAREX** (Williams, J. B., Pharmaceuticals)
Capsules, 14s [#1621-44] 1.23 10.00
40s [#1623-43] 2.98 24.00

**DeVILBISS** (DeVilbiss Co.)
Air Compressor
No. 501, Portable, ea. 59.50 39.66
Atomizers
No. 15 (Metal) ea. 3.00 2.00
33, Pocket (Clear Plastic) Ea. 2.00 1.33
82, Economy (Metal) ea. 1.50 1.00
114, (Non-Corrosive) ea. 2.25 1.50
121, Plastic, ea. 2.25 1.50
127, Metal, ea. 2.25 1.50
251, (Non-Corrosive) ea. 3.00 2.00
Atomizer Bulbs
No. 1, (For Nos. 15 & 251) ea. .75 .50
6, (For Nos. 40, 42, 114, 119 & 127) ea. .60 .40
7, (For Nos. 33, 38, 82 & 121) ea. .60 .40
Bottles,
114-QB for Nos. 114 & 119, Ea. .50 .33
115-QB for No. 15, ea. .50 .33
127-QB for No. 127, ea. .50 .33
252-QB for No. 251, ea. .50 .33
Cool Humidifier,
No. 250 ea. 12.95 8.63
No. 260 ea. 15.95 10.63
No. 400, ea. 22.95 15.30
Inhalant, for vaporizer,
2 oz. ea. .89 .59
4 oz. ea. 1.39 .93
Miscellaneous,
40-XP, Lg. Stopper for No. 40, 6s ea. .60 .40
33-HS, Cap for Nos. 33, 38 Ea. .30 .20
40-ZP, Sm. Stopper for No. 40, 6s ea. .60 .40
Nebulizers
No. 40, (Glass) ea. 3.50 2.33
40-TR, Nasal Tips for No. 40, ea. 1.75 1.17
42, unbreakable ea. 5.00 3.33
44, (Glass) ea. 2.50 1.67
640, combination, glass, Ea. 6.50 4.33
642, combination, plastic, Ea. 8.00 5.33
841, Continuous-Flow, ea. 19.50 13.00
Powder Blower,
No. 38, (Clear Plastic) ea. 2.00 1.33
119, (Plastic) ea. 2.25 1.50
No. 501, Portable Air Compressor, Ea. 59.50 39.66
Suction Pump,
No. 701, Portable, ea. 89.50 59.66
Vap-O-Clean, vaporizer cleaner,
Tablet, 24s ea. .99 .66
Vaporizers
No. 133 Safety Sentinel Ea. 9.95 6.63
No. 135, All Night (plastic) Ea. 6.95 4.63
No. 136, Economy-Plastic, Ea. 5.95 3.97
No. 137, economy size, ea. 4.95 3.30
No. 142, Steam-Dial, ea. 10.95 7.30
No. 145, overnight, ea. 7.95 5.30
Parts
No. 134-C, Housing for No. 133 Ea. 3.50 2.33
No. 134-WA, complete element, cap, Housing & cord for No. 133 Ea. 5.45 3.63
No. 134-WA, replacement element For Nos. 133 & 137, Ea. 1.95 1.30
No. 135-C Housing for No. 135 & 145, ea. 2.00 1.33
No. 135-WA, Complete Element, Cap & Housing for Nos. 135 & 145, ea. 3.95 2.63
No. 137-WA, complete element, cap, Housing & cord for No. 137, Ea. 3.00 2.00
No. 140-QB bot. for No. 140, Ea. 4.98 2.40
No 142-WA, complete element cap, Housing & cord for No 142 Ea. 7.20 4.80
No. 142-QB bot. for no. 142 Ea. 2.45 1.63
No. 145-C Housing for 140 & 144 Ea. 2.00 1.33
No. 145-QB, Bottle for No. 145, Ea. 2.45 1.63
No. 145-WA, Complete Element, Cap & housing for No. 140, 144 & 145, Ea. 3.95 2.63
No. 145-WA Electrode for Nos. 140, 144 & 145, ea. 1.95 1.30

**DEVINE'S REMEDIES** (Devine's Remedies Inc.)
Corn Plaster, .25
Foot Soap, .39 2.60
Moleskin .25
Vitamins,
Balanced, 100s ea. 4.00
Children's Chewies, 100s ea. 4.00
Hi Potency, 60s ea. 2.50
180s ea. 6.00
Mineral, 100s ea. 3.00

**DEVROM** (Parthenon Co., Inc.)
Tablet, chewable
200 mg., 100s ea. 2.98 24.00

**DEW** (Pearson Pharm.)
Deodorant,
Creme, 1½ oz. .50 4.00
Liquid, 1 oz. .35 2.80
Nail Polish .50 4.00

**DE-WAIT** (Schlick, Inc.)
Capsule, 100s ea. ... 8.95

**DEW DROPS** (Pearson Pharmacal)
6 c.c. 1.00
18 c.c. 1.50

**DEWEE'S CARMINATIVE**
Emerson Labs.
Liquid, 1 pt. 3.38 27.00
First Texas Pharm., Inc.
W/O Opium, 1 pt. [#2098] Ea. .... 2.76
W/Opium, 1 pt. [#2105] Ea. ... 2.89

**DEWITT PRODUCTS** (E. C. Dewitt & Co., Inc.)
Absorbent Rub, 4 oz. [#2604] 1.00 8.00
Aluminum hydroxide.
Tablets, 100s [#2401] .. 1.40 11.20
Antacid Powders,
3 oz. [#2403] .80 6.40
6 oz. [#2402] 1.35 10.80
Antacid Tablet, 50s [#2405] .70 5.60
90s [#2404] 1.25 10.00
A.P.C., Tablets,
100s [#2606] .75 6.00
Aspirin, 100s .50 4.00
Baby Cough Syrup,
3 oz. [#2301] 1.00 8.00
Bismuth Gel, 6 oz. [#2406] .90 7.20
Carbolized Witch Hazel Salve,
1¼ oz. [#2701] 1.00 8.00
Children's Cough Control,
3 oz. [#2502] 1.00 8.00
Cold Capsules
10's [#2510] 1.00 8.00
Cold Sore Lotion, w/applicator,
½ oz. [#2504] .75 6.00
Cough Control Medicine,
4 oz. [#2501] 1.25 10.00
Creosant Cough Syrup,
4 oz. [#2505] 1.00 8.00
Troches, 40s .50 4.00
Decongestive Cold & Hay Fever,
Tablet, 20s [#2503] .75 6.00
Eye, Bath w/cup, 3 oz. .60 4.80
Drops, ½ oz. .60 4.80
For Corns, ¼ oz. [#2702] .50 4.00
For Hemorrhoids,
Ointment, 1 oz. [#2101] 1.50 12.00
[#2102] 1.50 12.00
12s [#2103] 1.75 14.00
Lanolized Skin Creme,
4 oz. [#2703] .60 4.80
8 oz. [#2705] 1.25 10.00
Laxative Syrup, Child
3 oz. [#2303] 1.00 8.00
Little Early Risers,
72s [#2706] .60 4.80
Medicated Foot Powder,
2½ oz. [#2707] .75 6.00

(Continued on Next Page)

**B-D Fever Thermometers** • ASEPTO • RED FLASH • MEDICAL CENTER

ASEPTO, B-D, MEDICAL CENTER and RED FLASH are trademarks

B-D

1970 Blue Book

"THE EASY-TO-READ PRICE BOOK"

[1234] cat. #; R, R only; ▲, refrigerate; ●, narcotic; ◄, narcotic (oral R o.k.); ⊕, exempt narcotic; ❁, dated products; ▦, Subject to DACA.

Pg. 287 Die-Die

DICO-TUSS (Pharmacy Associates)
Liquid, 4 oz. ........ 1.50 8.80
8 oz. ........ 2.49 14.40

DICUMAROL R
(See Under Bishydroxycoumarin)
Abbott Labs.
Tablets,
25 mg., [=NDC-074-3794-03]
100s ea. ........ ★1.32 AWP 1.58
1000s ea. ........ ★10.28 AWP 12.34
50 mg., [=NDC-074-3773-03]
100s ea. ........ ★1.96 AWP 2.35
1000s ea. ........ ★16.68 AWP 20.02
100 mg., [=NDC-074-3775-03]
100s ea. ........ ★3.12 AWP 3.74
In Abbo-Pac
25 mg. [=NDC-074-3794-05-03]
100s ea. ........ ★2.12 AWP 2.54
50 mg. [=NDC-074-3773-08-03]
100s ea. ........ ★2.76 AWP 3.31
100 mg. [=NDC-074-3775-05-03]
100s ea. ........ ★3.92 AWP 4.70
Lilly, Eli Co.
Pulvule
25 mg., [=314]
100s [=NDC-2-F71-2]
Ea. ........ .... 1.76
1000s [=NDC-2-F71-4]
Ea. ........ .... 13.96
50 mg., [=291]
100s [=NDC-2-F54-2]
Ea. ........ .... 2.38
1000s [=NDC-2-F54-4]
Ea. ........ .... 20.46

DI_ORIN PROCAINE R (Lilly, Eli Co.)
Ampoules, 2 c.c.
10 cc. [=581] 1s
[=NDC-2-N18-1] ea. ... .... 1.30

_CYCLOMINE HYDROCHLORIDE
Merrell, Wm. S.
Bentyl (See Under Trade Name)

DIDREX R (Upjohn)
Tablet, 25 mg., [=5020]
100s [=NDC-9-18-1]
Ea. ........ ★2.37 AWP 2.84
500s [=NDC-9-24-1]
Ea. ........ ★11.25 AWP 13.50
1000s [=NDC-9-24-2]
Ea. ........ ★21.96 AWP 26.35
50 mg.,
100s [=5012] [=NDC-9-24-1]
Ea. ........ ★4.50 AWP 5.40
500s [=5013] [=NDC-9-24-2]
Ea. ........ ★21.36 AWP 25.63
1000s [=NDC-9-24-3]
Ea. ........ ★41.70 AWP 50.04

DI-DRI (Chester Chemical)
Granules, 3½ oz. ........ .49 4.97

DIEBESTEROL R (Camall Co.)
Tablet, [=4666] 100s ea. .... .... 1.95

DIELDRIN
Nott
Liquid, 8 oz. ea. ........ 1.30 .78
Science Products
E.C.-15,
Liq., 4 oz. ........ .85 6.12
8 oz. ........ 1.25 9.00
Pt. ........ 2.25 16.20
Qt. (per 6) ........ 3.75 13.50
Gal (per 4) ........ .... 30.40
5 gal, drum ea. ........ .... 36.75

DIENESTROL R
Central Pharmacal
Restrol (See under Trade Name)
City Chemical
[=D841] 5 Gm. ea. ........ .... 4.80
25 Gm. ea. ........ .... 17.60
Ortho Pharmaceutical
Cream, 78 Gm., w/applicator .... 32.64
W/o applicator ........ .... 27.24
Westerfield Labs.
Tablet, 0.1 mg., 100s ea. ... .... .85
0.25 mg., 100s ea. ... .... 1.10
0.5 mg., 100s ea. ... .... 1.25
5.0 mg., 100s ea. ... .... 1.90
White Labs.
Synestrol (See Under Trade Name)

DIENESTROL SOLUTION (Key Pharmacal Co.)
Vial, 5 mg./cc., 10 cc. ea. .. .... 2.10

DI-EST R (Central Pharmacal Co.)
10 ml. Vial
[=NDC-131-1014-05]
1s per vial ea. ........ .... 3.60
12s per vial ea. ........ .... 3.06
24s per vial ea. ........ .... 2.88
48s per vial ea. ........ .... 2.70
96s per vial ea. ........ .... 2.52

## DIENESTROL R
### Cream

**Composition:** Dienestrol Cream contains 0.01% of the synthetic estrogen, dienestrol, compounded with glyceryl monostearate, peanut oil, glycerin, benzoic acid, glutamic acid and water.

**Indications:** Indicated in the treatment of senile vaginitis in postmenopausal women, atrophic vaginitis, pruritis vulvae caused by atrophic changes in the vulval epithelium, dyspareunia associated with atrophic vaginal epithelium, and prior to plastic pelvic surgery in menopausal cases.

**Contraindications:** Malignancies or precarcinomatous lesions of the vagina or vulva.

**Precautions:** In pruritis vulvae due to infectious conditions, the organism responsible for the infection should be treated with a specific agent.

**Dosage:** One or two applicatorsful per day for one or two weeks, then gradually reduced to one-half initial dosage for a similar period. A maintenance dosage of one applicatorful, one to three times a week may be used after restoration of the vaginal mucosa has been achieved.

**Packaging:** 78g tubes with or without the ORTHO® Measured-Dose Applicator.

ORTHO PHARMACEUTICAL CORPORATION
Raritan, New Jersey 08869

*For prices and sizes see previous column*

Double Strength, 20 ml. Vial
[=NDC-131-1019-05]
1s per vial ea. ........ .... 5.25
12s per vial ea. ........ .... 4.86
24s per vial ea. ........ .... 4.20
48s per vial ea. ........ .... 3.94
96s per vial ea. ........ .... 3.67

DIESTROL R (Caldwell & Bloor Co.)
Tablet, E.C.
1 mg. [=2093] 100s ea. .... .53
1000s ea. .... 3.43
5 mg. [=2094] 100s ea. .... 1.00
1000s ea. .... 6.86

DIET (Drury Products Co.)
Liquid, 8 oz. ea. ........ .75 .50
Sodium,
8 oz. ea. ........ .75 .50
16 oz. ea. ........ 1.50 1.00
Tablet, 100s ea. ........ 2.50 1.67

DIETABS R (Key Pharmaceuticals)
(See Catalog Under Key Pharmaceuticals)
Series A, No. 1, No. 2, & No. 3,
100s ea. ........ .... 2.00
1000s ea. ........ .... 10.00

DIET AID (Garde Pharmaceuticals, Inc.)
Tablet, 20s ........ 2.00 16.80

DIETAMINE (Key Pharmaceutical Inc.)
Vial, 30 cc., 20 mg. ea.
[=NDC-369-020-7] .... 1.50

DIET-A-WAY (Pharm-A-Lab.)
Capsule, 7s ........ 1.80 4.80
14s ........ 1.69 8.00
28s ........ 2.98 14.40

DIETCAPS (Blaine Co.)
Timed Cap., 100s ea. ........ .... 4.50
1000s ea. ........ .... 30.00

DIETEMIC (Lawton Labs., Inc.)
Elixir, 4 oz. ea. ........ .... 1.25
8 oz. ea. ........ .... 2.00

DIETENE (Doyle Pharmaceutical)
Reducing Formula Powder,
Plain or Chocolate, 1 lb. ea. 2.59 21.60
4½ lb. ea. 9.59 [illegible]

DIETEX (Dexter Laboratories)
Capsule, [=301]
100s ea. ........ .... 8.00
500s ea. ........ .... 37.20

DIETEZE (Pharmacy Associates)
Capsule, 30 Day, ........ 2.49 14.72
Tablet, 30 Day, ........ 4.95 36.40

DI-ETH-STROL (Vincent Christian & Co.)
Aqueous Suspension,
10 cc. [=1007] ea. ........ .... 1.65
In Oil, 10 cc. [=1008] ea. ........ .... 1.66

DIETHYLBARBITURIC ACID
(See Barbital)

DIETHYLCARBAMAZINE
Lederle
Hetrazan (See Under Trade Name)

DIETHYLENE DISTEARATE
Pfaltz & Bauer, Inc.
500 Gm. ea. ........ .... 9.00

DIETHYLENE GLYCOL
International Chemical Labs.
16 oz. ........ .... 24.00
1 gal. ........ .... 128.00
Pfaltz & Bauer, Inc.
8 oz. ea. ........ .... 3.50

DIETHYLENE MONOSTEARATE
International Chemical Labs.
1 oz. ........ .... 12.00
4 oz. ........ .... 24.00
Pfaltz & Bauer, Inc.
500 Gm. ea. ........ .... 12.00

DIETHYLPROPION HYDROCHLORIDE
Merrell, Wm. S.
Tenuate & Dospan
(See Under Trade Names)
National Drug Co.
Tepanil (See Under Trade Name)

DIETHYLSTILBESTROL R
Academy
1 mg., 100s ea. ........ .... .20
1000s ea. ........ .... 1.15
1 mg., EC., 100s ea. ........ .... .25
1000s ea. ........ .... 1.50
5 mg., 100s ea. ........ .... .40
1000s ea. ........ .... 3.25
EC., 100s ea. ........ .... .45
1000s ea. ........ .... 4.00
25 mg., 100s ea. ........ .... 1.25
1000s ea. ........ .... 11.00
EC., 100s ea. ........ .... 1.35
1000s ea. ........ .... 22.00
American Pharmaceutical Co.
Tablet, U.S.P.,
1 mg.,
1000s [=74W] ea. .... 2.40
E.C.,
1000s [=75W] ea. .... 1.85
5 mg.,
100s [=76R] ea. .. .... .72
1000s [=76W] ea. .. .... 5.38
E.C.,
100s [=77R] ea. .. .... .79
1000s [=77W] ea. .. .... 5.94
25 mg.,
1000s [=78W] ea. .. .... 16.20
E.C.,
1000s [=79W] ea. .. .... 17.20
Arlco-Cream
Des (See Under Trade Name)
Bowman Pharmaceuticals
1 mg., [=9971] 100s ea. .... .... 1.20
1000s ea. .... .... 3.90
5000s ea. .... .... 29.50
5 mg., [=9981] 100s ea. .... .... 1.60
1000s ea. .... .... 7.25
5000s ea. .... .... 36.25
5 mg., [=2031] 100s ea. .... .... 1.80
1000s ea. .... .... 4.20
5000s ea. .... .... 21.00
Columbia Medical Co.
Tablets, 1 mg., 1000s ea. .... .... 1.40
5 mg., 1000s ea. .... .... 2.85
25 mg., 1000s ea. .... .... 5.50
E.C., 0.5 mg., 1000s ea. .... .... 1.50
1 mg., 1000s ea. .... .... 1.75
5 mg., 1000s ea. .... .... 2.40
25 mg., 1000s ea. .... .... 5.95
Cooley Pharm.
Tablet,
5 mg., 1000s [=412]
Ea. ........ .... 2.20
25 mg., 1000s [=414]
Ea. ........ .... 6.70
E.C., 5 mg.,
1000s [=413] Ea. .... .... 2.80
Gotham Pharmaceutical
Inj., Vial
30 ml., 5 mg. [=249] ea. .... .47
25 mg. [=252] ea. .... .80
Tab's
1 mg. [=425] 1000s ea. .... 1.27
5000s ea. .... 6.20
5 mg. [=426] 1000s ea. .... 2.40
5000s ea. .... 10.98
25 mg. [=427] 1000s ea. .... 6.93
5000s ea. .... 32.80
Harvey & Company
Tablet, 1 mg., 100s ea. .... .... .35
1000s ea. .... .... 1.30
5 mg., 100s ea. .... .... .60
1000s ea. .... .... 3.40
25 mg., 100s ea. .... .... 1.65
1000s ea. .... .... 8.85

E.C., 1.0 mg., 100s ea. .... .65
1000s ea. .... 2.30
5 mg., 100s ea. .... .65
1000s ea. .... 4.30
Kirkman Labs.
Tablet,
0.25 mg., 1000s [=1630] ea. [=NDC-898-1630-80] 3.20
0.50 mg., 1000s [=1640] ea. [=NDC-898-1640-80] 3.50
1.0 mg., 1000s [=1550] ea. [=NDC-898-1550-80] 4.20
5.0 mg., 1000s [=1560] ea. [=NDC-898-1560-80] 6.00
25.0 mg., 100s [=1532] ea. [=NDC-898-1532-81] 2.00
E.C.
0.25 mg., 1000s [=1526] ea. [=NDC-898-1526-80] 3.36
0.25 mg., 1000s [=1527] ea. [=NDC-898-1527-80] 4.05
0.50 mg., 1000s [=1528] ea. [=NDC-898-1528-80] 4.50
1.0 mg., 1000s [=1529] ea. [=NDC-898-1529-80] 5.00
5.0 mg., 1000s [=1531] ea. [=NDC-898-1531-80] 6.90
25.0 mg., 100s [=1696] ea. [=NDC-898-1696-81] .... 2.30
Lilly, Eli
Ampules in Oil
5 mg., 1 cc. [=385]
6s [=NDC-2-953-36]
Ea. ........ .... 1.79
25s [=NDC-2-953-25]
Ea. ........ .... 5.80
Enseals
0.1 mg., [=463]
100s [=NDC-2-419-2]
Ea. ........ .... .57
1000s [=NDC-2-419-4]
Ea. ........ .... 5.15
0.25 mg., [=473]
100s [=NDC-2-420-2]
Ea. ........ .... .77
1000s [=NDC-2-420-4]
Ea. ........ .... 5.94
0.5 mg., [=481]
100s [=NDC-2-421-2]
Ea. ........ .... .86
1000s [=NDC-2-421-4]
Ea. ........ .... 6.77
1 mg., [=493]
100s [=NDC-2-422-2]
Ea. ........ .... 1.20
1000s [=NDC-2-422-4]
Ea. ........ .... 7.56
5 mg., [=85]
100s [=NDC-2-433-2]
Ea. ........ .... 2.50
1000s [=NDC-2-433-4]
Ea. ........ .... 17.28
25 mg., [=90]
100s [=NDC-2-434-2]
Ea. ........ .... 5.25
500s [=NDC-434-3]
Ea. ........ .... 21.72
Suppositories
0.1 mg., [=183]
6s [=NDC-2-507-36]
Ea. ........ .... 1.51
50s [=NDC-2-507-50]
Ea. ........ .... 3.60
0.5 mg., [=35]
6s [=NDC-2-509-16]
Ea. ........ .... 1.79
50s [=NDC-2-509-50]
Ea. ........ .... 9.50
Tablet
0.1 mg., [=1646]
100s [=NDC-2-J49-2]
Ea. ........ .... .43
1000s [=NDC-2-J49-4]
Ea. ........ .... 3.60
0.25 mg., [=1577]
100s [=NDC-2-J50-2]
Ea. ........ .... .57
0.5 mg., [=1681]
100s [=NDC-2-J51-2]
Ea. ........ .... .66
1000s [=NDC-2-J51-4]
Ea. ........ .... 4.95
1 mg., [=1649]
100s [=NDC-2-J52-2]
Ea. ........ .... .75
1000s [=NDC-2-J52-4]
Ea. ........ .... 5.64
5 mg., [=1683]
Blister Pack, 10x10s
[=NDC-2-J54-33]
100s [=NDC-2-J54-2]
Ea. ........ .... 2.78
1000s [=NDC-2-J54-4]
Ea. ........ .... 2.30
Ea. ........ .... 14.99
25 mg., [=1729]
100s [=NDC-2-J28-2]
Ea. ........ .... 4.65
Massengill, S. E.
(See Catalog Under Massengill Products)
In Oil, U.S.P., 25 mg.,
Vial, 30 cc. [=2573] ea. .... 2.28

(Continued on Next Page)

B-D Fever Thermometers
• ASEPTO
• RED FLASH
• MEDICAL CENTER
ASEPTO, B-D, MEDICAL CENTER and RED FLASH are trademarks

Dic-Dic Pg. 206 Prices are listed in this order: * Retail FTM; ...

Die-Dig Pg. 208 Prices are listed in this order: * Retail FTM; Retail Price; Whsle. Price To Retailer; ★ Price On Direct Basis—Per dz., ea., or as specified. AMERICAN DRUGGIST BLUE BOOK

DIETHYLSTILBESTROL (Continued)
- Merck & Co.
  - U.S.P. [=63221]
    - 5 Gm. ea. .... 2.15
    - 25 Gm. ea. .... 8.00
- Babucon Lab.
  - Tablets, C.T.
    - 1.0 mg., 100s ea. .... .60; 1000s ea. .... 3.00
    - 5.0 mg., 100s ea. .... .70; 1000s ea. .... 3.70
    - 25 mg., 100s ea. .... 1.25; 1000s ea. .... 9.00
  - E.C.
    - 0.5 mg., 100s ea. .... .70; 1000s ea. .... 3.90
    - 1.0 mg., 100s ea. .... .75; 1000s ea. .... 4.20
    - 5.0 mg., 100s ea. .... .80; 1000s ea. .... 4.20
    - 25.0 mg., 100s ea. .... 1.60; 1000s ea. .... 12.20
- Stayner Corporation
  - Tablets, 1 mg. [=48] 100s ea. .... .55; 1000s ea. .... 2.75
  - E.C., Yellow, [=125] 100s ea. .... .75; 1000s ea. .... 4.25
  - 5 mg., [=49] 100s ea. .... .70; 1000s ea. .... 3.70
  - E.C., Red, [=126] 100s ea. .... .80; 1000s ea. .... 4.50
  - 25 mg., [=50] 100s ea. .... 1.25; 500s ea. .... 4.35
- Sustand Pharm.
  - Oil, 25 mg., vial, 10 c.c. ea. .... 2.15
- TMCO
  - Injectable, 25 mg./ml., 10 cc. ea. .... 2.00
- Towne, Paulsen & Co.
  - Tablet, 1 mg., 1000s ea. .... 3.15
  - 5 mg., 1000s ea. .... 4.20
  - E.C., 1 mg., 1000s ea. .... 4.73
  - 5 mg., 100s ea. .... 1.21; 1000s ea. .... 6.30
- Atlas Pharm. Labs.
  - Vial, [=118] 30 cc. ea. .... 1.75
  - [=136] 10 cc. ea. .... 2.50
  - [=135] 30 cc. ea. .... 4.00
  - E.C., 1 mg., 1000s ea. .... 4.50
  - 5 mg., 100s ea. .... 1.25; 1000s ea. .... 4.50
  - 25 mg., 100s ea. .... 1.45; 1000s ea. .... 9.50
- Upjohn
  - Perles, 1.0 mg., [=NDC-9-127-1] [=190] 500s ea. ..... *4.41 AWP 5.29
  - 1000s ea. ..... *8.28 AWP 9.94
  - 5.0 mg., [=NDC-9-136-1] [=194] 500s ea. ..... *9.30 AWP 11.16
  - 1000s ea. ..... *16.95 AWP 20.34
- Vista Pharmaceuticals, Inc.
  - Tablet, E.C., 1 mg., 1000s ea. .... 1.35
  - 5 mg., 1000s ea. .... 2.50
  - 25 mg., 1000s ea. .... 5.75
  - Plain, 1 mg., 1000s ea. .... 1.00
  - 5 mg., 1000s ea. .... 2.00
  - 25 mg., 1000s ea. .... 5.50
- Wyeth Labs.
  - Tablet, 5 mg. [=1A740] [=NDC-8-206-1] Redipack box of 100s
    - 1 to 39 bxs. ea. .... *1.25 AWP 1.47
    - 40 to 99 bxs. ea. .... *1.19 AWP 1.43
    - 100 to 249 bxs. ea. .... *1.13 AWP 1.36
    - 250 or more bxs. ea. .... *1.07 AWP 1.28

DIETHYLSTILBESTROL DIPROPIONATE ℞
- Blue Line Chemical Co.
  - Tablet, 1 mg. [=149] 100s ea. .... 1.25; 1000s ea. .... 8.50
  - 5 mg. [=150] 100s ea. .... 3.00; 1000s ea. .... 21.00
  - E.C., 1 mg. [=207] 100s ea. .... 1.25; 1000s ea. .... 8.50

DIETMASTER (Drugmaster Inc.)
- Capsule, 15s .... 3.95 28.80
- 30s .... 6.95 50.40
- Liquid Sweetener, 4 oz. .... .69 5.04

DIETROL ℞ (Phila. Capsule)
- Capsule, 100s ea. .... 1.90

DIETRIM (Unique Products)
- Tablets, 30s ea. .... 2.00 1.25
- 60s ea. .... 3.50 2.00
- 90s ea. .... 5.50 3.00

DIET-SNACKS (Sweet Products)
- 1 lb. .... 3.00 12.00

DI-ETTES (Marted Labs.)
- Crystals, 1/3 oz. .... .98 7.20
- 1 oz. .... 2.50 18.00

DIET-TRIM (Pharmex, Inc.)
- Tablet, 21s .... .98 6.00
- 90s .... 2.93 18.00

DIET-TUSS (Approved Pharm. Corp.)
- Cough Syrup, 4 oz. .... 1.50 8.80

DI-FACTOR (Setliff & Case)
- Tablets, [=CT1376] 100s ea. .... 1.45; 1000s ea. .... 9.70

DI-FEN ℞ (Kay Pharm. Co.)
- Capsule [=C-7] 100s ea. .... 1.35; 1000s ea. .... 9.72

DIFEREX (Direct Laboratories)
- Tablet [=232] 100s ea. .... 2.65; 500s ea. .... 8.65; 1000s ea. .... 15.75

DI-FERRIN ℞ (Ulmer Pharmacal Co.)
- Vial [=2060-10] 10 cc. ea. .... 3.50
- 6 x 10 cc. .... 2.92

DIFLOR (Direct Laboratories)
- Tablet [=235-A] 100s ea. .... 2.20; 500s ea. .... 7.15; 1000s ea. .... 13.00

DIFOLAGEN ℞ (Atlas Pharmaceutical Labs.)
- Inj., vial, 10 cc. [=115] ea. .... 2.00

DIFURON (Direct Laboratories)
- Tablet [=242] 500s ea. .... 3.42; 1000s ea. .... 6.25

DIGARTRIAL ℞ (Hildebrand)
- Tablets, 100s ea. .... 3.00

DI-GAS (Chester Chemical Corp.)
- Mildew Preventive, 4½ oz. .... .69 4.97
- Junior, 2 oz. .... .35 2.52

DIGASTROGEN (Sowras, Inc.)
- Tablet [=265] 100s ea. .... 1.50; 1000s ea. .... 6.50; 5000s ea. .... 32.50

DI-GEL (Plough, Inc.)
- Liquid, 6 oz. .... 1.15 9.66
- 12 oz. .... 1.85 15.54
- Tablet, 30s .... .85 7.14
- 56s .... 1.35 11.34
- 100s .... 1.85 15.54
- Trials, 8s .... .25 2.10

DI-GENIK ℞ (Savage Laboratories, Inc.)
- Liquid, 10 cc. (=100) [=NDC-281-5860-16] ea. .... 3.04

DIGENZYME ℞ (Cumberland Pharmacal)
- Tablet, S.C., 100s ea. .... 3.00

DIGENZYME (Maurry Biological Co.)
- Tablet, 100s ea. .... 2.31; 1000s ea. .... 19.92

DIGERATONE (Direct Laboratories)
- Tablet [=105-A] 500s ea. .... 7.50; 1000s ea. .... 14.50

DIGESTABS (Bush Labs.)
- Tablet, 1000s [=0421] ea. .... 4.25

DIGESTAIDS (Friendly Laboratories)
- Tablet, 25s .... 1.25 10.00
- 100s .... 3.00 24.00

DIGESTA-LAX (Fibertone Co.)
- Tablet, [=35] 50s ea. .... 2.00 1.20
- 100s ea. .... 3.50 2.10
- 250s ea. .... 8.00 4.80
- 500s ea. .... 15.00 9.00
- 1000s ea. .... 28.50 16.80

DIGESTALIN ℞ (Coast Pharmaceuticals, Inc.)
- Tablet, 100s [=2377] ea. .... .65
- 1000s [=2378] ea. .... 5.00

DIGESTAMIC ℞ (Metro Med Inc.)
- Liquid, 8 oz. ea. .... 4.00
- 1 gal. ea. .... 57.00
- Tablet, 50s ea. .... 4.00
- 500s ea. .... 36.00

DIGESTAMIC NO. 2 ℞ (Metro Med, Inc.)
- Tablet, 50s ea. .... 3.50
- 500s ea. .... 32.00

DIGESTANT (Upper Kirk Laboratories)
- Elixir, [=E-20] 4 oz. ea. .... .80
- Pt. ea. .... 2.15
- Gal. ea. .... 11.95

DIGESTANS ℞ (Philadelphia Capsule Co.)
- Capsule, 100s ea. .... 1.90

DIGESTANT ★ (Cartright Corp.)
- Tablets, 100s ea. .... 6.25 3.75
- 1000s ea. .... 56.25 33.75

DIGESTANT-M (Fibertone Co.)
- Tabs., [=34] 50s ea. .... 1.40 .84
- 100s ea. .... 2.50 1.50
- 250s ea. .... 3.50 3.30
- 500s ea. .... 10.00 6.00
- 1000s ea. .... 18.00 10.80

DIGESTESE (Sevras Research)
- Tablet, 20s .... 1.00 6.00

DIGESTEX (Pasadena Research)
- Tablet, 100s [=294] ea. .... 4.50 2.70

DIGESTIN (Robinson)
- Tablets [=106] 100s ea. .... .95; 1000s ea. .... 7.90

DIGESTIVE (Cooley Pharmaceuticals)
- Tablet, 1000s [=2407] ea. .... 3.30

DIGESTIVE JR. (Jenkins Labs., Inc.)
- Tablet, 1000s [=J-37] ea. .... 3.50

DIGESTIVEL (Cenvil Pharm.)
- Tablets [=507] 100s ea. .... .70; 1000s ea. .... 6.00

DIGESTOSAL (Purepac)
- Powder, 3 oz. [=817] .... 1.19 7.20

DIGESTOVAN (Vanel Chemical Co.)
- Tablet, 1000s ea. .... 16.80

DIGESTOZYME (Wesley Pharmacal)
- Tablet, 50s ea. .... 3.50

DIGESTULES ℞ (Caldwell & Bloor Co.)
- Tabcap [=2385] 100s ea. .... 2.98
- 1000s ea. .... 15.86

DIGEX (Eslane)
- 4 oz. .... 1.00 7.20

DIGICARDALIS ℞ (Westerfield Labs.)
- Tablet, 100s ea. .... .95

DIGIFOLIN ℞ (Ciba)
- Ampuls, 2 ml. 5s ea. .... 1.10; 20s ea. .... 3.76
- Oral Solution 1 fl. oz. bot. ea. .... 1.20
- Tablets, 1½ gr. 50s ea. .... 1.20; 500s ea. .... 8.50

DIGIFORTIS ℞ (Parke, Davis)
- Ampoules, 1 cc. 10s [=3-173-10] [=NDC-71-1204-10] ea. .... AWP *3.54 4.25
- Kapseals, 100s [=15-351-4] [=NDC-71-351-4] ea. .... AWP *1.29 1.55
- 500s [=15-351-8] [=NDC-71-351-8] ea. .... AWP *5.10 6.12
- 5000s [=15-351-13] ea. .... AWP *39.90 47.88
- Tablets, 50s [=25-687-50] [=NDC-71-687-50] ea. .... AWP *.63 .79
- 1000s [=25-687-11] [=NDC-71-687-11] ea. .... AWP *7.98 9.58

DIGIGLUSIN ℞A (Lilly, Eli)
- Tablets, S.C., [=660] 100s [=NDC-2-C09-2] ea. .... 1.35
- 500s [=NDC-2-C09-3] ea. .... 4.83

DIGI-KO ℞ (Bio-Ko Research Corp., Inc.)
- Tablet, 100s ea. .... 4.50

DIGIKOTE ℞ (Canfield, C.R.)
- Capsule, T.D. 0.15 mg., 100s ea. .... 3.75; 500s ea. .... 16.87; 1000s ea. .... 31.87
- 0.3 mg., 100s ea. .... 3.95; 500s ea. .... 17.77; 1000s ea. .... 33.57

DIGISINE (Century Pharmacal Co.)
- Liquid, 1 oz. ea. .... 5.00 3.50

DIGITALINE NATIVELLE ℞ (Fougera) (See Catalog Under Fougera)
- Injection Intramuscular, 0.20 mg./cc.
  - 1 ml., 6s ea. .... 1.30; 50s ea. .... 7.50
  - 2 ml., 6s ea. .... 1.70; 50s ea. .... 11.70
- Pediatric Elixir, Solution 1:2000 55 ml. ea. .... 1.80
- Oral Solution 1:1000 10 ml. ea. .... 1.50
- Tablets, 0.10 mg., 40s ea. .... .70; 100s ea. .... 1.60; 250s ea. .... 3.80; 1000s ea. .... 11.50
- 0.15 mg., 40s ea. .... .80; 250s ea. .... 4.20
- 0.20 mg., 40s ea. .... .85; 100s ea. .... 2.20; 250s ea. .... 4.60; 1000s ea. .... 14.00

DIGITALIS ℞
- American Quinine
  - Tabs., 0.1 gm., 1000s [=T-822] ea. .... 2.10
- Amer-Stone Labs.
  - Tablet, 100s [=6270] ea. .... 1.00
  - 1000s [=6272] ea. .... 8.00
- Bowman Pharmaceuticals
  - Capsule, 1½ gr., 100s [=581] ea. .... 1.60; 1000s ea. .... 9.95; 5000s ea. .... 49.75
- Burroughs Wellcome
  - Tabloid Brand Leaf Tablets, 1½ gr., 100s ea. .... .69; 1000s ea. .... 4.56
- Cooley Pharmaceuticals
  - Tablet, 1½ gr., 1000s [=420] ea. .... 2.00
  - E.C., 1000s [=421] ea. .... 3.00
- Davies, Rose-Hoyt
  - Pil-Digis (See Under Trade Name)
- First Texas
  - Tincture, ¼ pt. ea. .... .95
  - Pt. ea. .... 3.24
- Gotham Pharmaceutical
  - Tablet, 1½ gr., 1000s [=396] ea. .... 2.20
- Don Hall Labs
  - 1½ gr. C.T. Scored 100s ea. .... .75; 1000s ea. .... 3.80

for Digitalis U.S.P. see PIL-DIGIS® DAVIES ROSE HOYT Pharmaceutical Division The Kendall Company Needham, Mass. 02194 KENDALL

*For prices and sizes see previous column*

- Kirkman Laboratories, Inc.
  - Tablet, 60 mg. [=1815] 100s ea. .... .45; 1000s ea. .... 2.40
  - 100 mg. [=1816] 100s ea. .... .50; 1000s ea. .... 2.60
- Lederle Laboratories
  - Tablets, 1 Unit 1½ gr.
    - 100s [=4472-23] [=NDC-5-4472-23] .... AWP *2.00 2.20
    - 1000s [=4472-34] [=NDC-5-4472-34] Ea. .... AWP *3.74 4.49
    - 5000s [=4472-37] [=NDC-5-4472-37] Ea. .... AWP *16.93 20.32
  - Tinct. [=36] ¼ pt. ea. .... .81; 1 pt. ea. .... 2.76
- Lilly, Eli & Co.
  - Pulvules [=240] 100s [=NDC-2-F32-2] Ea. .... 1.06
  - 1000s [=NDC-2-F32-4] Ea. .... 6.51
  - Tincture, [=36] 4 oz. [=NDC-2-Y69-583] ea. .... 1.26
- Mallard
  - Digi-Test (See Under Trade Name)
- Massengill, S. E.
  - (See Catalog Under Massengill Products)
  - Leaves, N.F. 1½ gr., Capsule, 1000s [=2615] ea. .... 8.70
- Merck Sharp & Dohme
  - (See Catalog Under Merck Sharp & Dohme)
  - Tablet, 0.1 Gm. [=1435] 1000s ea. .... *2.28
- Penick, N.Y.O., Chemical Division
  - Powder, ¼ lb. ea. .... 3.25
- Raymer
  - Tablets, E.C., 1½ gr., 100s ea. .... 1.25; 1000s ea. .... 6.30
- Robinson Lab.
  - Tablets, C.T., 1½ gr., 100s ea. .... .25; 1000s ea. .... 9.20
- Roche Labs.
  - Digalen (See Under Trade Name)
- Sandoz
  - Acylanid, Digilanid (See Under Trade Names)
- Stayner Corporation
  - Tablet, 1½ gr., [=195] 100s ea. .... .45; 1000s ea. .... 3.20
- Stoddard
  - Tablets, 1½ gr., 100s ea. .... .70; 500s ea. .... 2.20; 1000s ea. .... 3.80
  - 1½ gr., E.C., 100s ea. .... .80; 500s ea. .... 2.70; 1000s ea. .... 4.80
- TMCO Pharmaceuticals
  - Tablet 100 mg. 1000s ea. .... 3.25
  - E.C., 100s ea. .... 4.75
- Upjohn
  - Digitora (See Under Trade Name)

DIGITALIS LEAVES
- Horton & Converse
  - Tablet, ½ gr., 100s ea. .... .45; 1000s ea. .... 2.55

DIGITEX (Cal-U-Dev) (See Catalog in Display Section)
- Flametic Moistener
  - Liquid, 2⅔ oz. ea. .... .75
  - Pad ea. .... .50

DIGI-THYROID ℞ (Endocrine Co.)
- Tablet, 1000s ea. .... 3.00

DIGITONE (Mertens & Sa)
- Ointment, 2 oz. .... 1.50 .... 1.00

ARMOUR THYROID QUALITY AND DEPENDABILITY FOR ALL THYROID USP RX'S

1970

Prices are listed in this order: ● Retail FTM; Retail Price; Whole. Price To Retailer; ★ Price On Direct Basis—Per dz., ea., or as specified.

ST-1 (Supreme Pharmaceuticals)
Sty Relief, ⅛ oz., 36s [#S177] ea. .... 4.85

STICKADORS (Avery Label Co.)
Air Mail Labels [#ST-8] .... .29 2.09
Fabric Identity Badges [#ST-3] .... .49 3.53
Felt Bumpers [#ST-6] .... .49 3.53
Letters [#ST-4] .... .39 2.81
Numbers [#ST-7] .... .39 2.81
Parcel Post Labels [#ST-9] .... .29 2.09
Placements [#ST-1] .... .49 3.53
Reinforcements [#ST-2] .... .29 2.09

STICKTITE (Kasen Co.)
Denture Adhesive Powder, 2 oz. .75 6.00

STICKY (San-Ott Labs.)
Denture Adhesive Cream, ¾ oz. ea. 1.00 .60

See STIEFEL LABS. CATALOG Page 551

STIEFEL MEDICATED SOAPS (Stiefel Labs., Inc.)
Salicylic Acid Soap, 3½%, 3.2 oz. cake [#NDC-145-1021-5] .... 1.05 8.20
Salicylic Acid, 3% & Sulfur, 10%, 3.4 oz. cake [#NDC-145-1087-5] .... 1.05 8.20
Sulfur Soap, 10% (slight scent) 3.4 oz. cake [#NDC-145-1024-5] .... 1.05 8.20
Polytar Soap, 3.2 oz. cake [#NDC-145-1092-5] .... 1.05 8.20

STIGUENT
Rac Winters Corp.
... oz., (Unit of 16. .... .98 5.70

STIGMANOL ℞ (Gold Leaf)
Ampuls,
1:1000, 1 c.c., 100s ea. .... 8.00
1:2000, 1 c.c., 100s ea. .... 10.00
1:1000, 10 c.c. vial ea. .... .75
1:2000, 10 c.c. vial ea. .... .60

STIGMASTEROL ℞
Aero Chemical Corporation
1 Gm. ea. .... 4.00
City Chemical
M.P. 165-168° [#S1010]
1 Gm. ea. .... 3.00

STI~ (Truett Labs.)
..ibacterial Tape Adherent,
Aerosol, 6 oz. ea. .... 1.60 ....
20 oz. ea. .... 3.00 ....

STIK-VAC (Gland-O-Lac Company)
Vaccine, 100 dose .... 1.35 .90
250 dose .... 3.00 2.00
500 dose .... 3.7: 2.50

STILBEST K ℞ (Keene Pharmacal Co.)
Capsule, 100s ea. .... 10.00

STILBESTROL (See Diethylstilbestrol)

STILBESTROL ℞ (Zemmer Co., The)
Tablet, 0.5 mg., [#CT-844]
100s ea. .... .75
1000s ea. .... 4.50
5000s per 1000s ea. .... 4.00
1 mg. [#CT-845]
100s ea. .... .80
1000s ea. .... 5.20
5 mg. [#CT-992]
100s ea. .... 1.00
1000s ea. .... 6.90

STILBETIN ℞ (Squibb Pharmaceutical)
Tablets,
5.0 mg., 100s [#3585] ea. .... AWP ●2.00 2.40
E.C., 100s [#3595] ea. .... AWP ●2.15 2.58
25.0 mg., 100s [#3605] ea. .... AWP ●4.65 5.58
100.0 mg., 50s [#3623] ea. .... AWP ●7.45 8.94

STILBEX ℞ (Bellevue)
(Prices on Request.)

STIL FORTE ℞ (Saner Pharmacal)
Tablet, 100s ea. .... 3.00

STILL (Spanner, G.O.)
Tablets, 50s ea. .... 5.00 3.25

STILLINGIA ROOT
Sherwood Laboratories
Fluid Extract, N.F. VII
1 pt. ea. .... 5.25
1 gal. ea. .... 31.50
Tincture, pt. ea. .... 3.50

**STILLMAN'S**
**Freckle Cream**
Not only lightens freckles but also can be used to make skin lighter, softer and smoother. National magazine advertising
STILLMAN COMPANY
Aurora, Illinois

STILLMAN'S (Stillman Co.)
Complexion Soap, 4 oz. .... .35 2.80
Freckle Cream, ⅜ oz. jar .... .80 6.40
1½ oz. jar .... 1.25 10.00
Medicated Jell w/Applicator 1 1/7 oz. tube .... 1.00 6.00
2½ oz. tube .... 1.50 9.00
Refill, 2½ oz. tube .... 1.00 6.00

STILPHOSTROL ℞ (Dome Labs.)
Ampuls, 5 c.c., 20s [#813110] ea. .... 28.00
Tablets, 50 mg., 50 [#813120] ea. .... 8.50

STILTABS ℞ (Argus, Jas. Laboratories)
Tablet,
0.5 mg., 100s ea. .... .90
1.0 mg., 100s ea. .... .98
5.0 mg., 100s ea. .... 1.50
25.0 mg., 100s ea. .... 3.00

STIL-TOSTERONE (Pharmex, Inc.)
75s ea. .... 3.50

STILZ (Dermik Labs.)
Anti-Noise Ear Plug, Pr., 6s ea. 1.25 .84

STIM-10 ℞ (Schlick, Inc.)
Capsule, 100s ea. .... 3.30

STIM-10/50 (Schlick, Inc.)
Tablet, 100s ea. .... 3.50

STIM-15 ℞ (Schlick, Inc.)
Capsule, 100s ea. .... 4.40

STIM-15/80 ℞ (Schlick, Inc.)
Capsule, 100s ea. .... 5.75

STIM-A-PLEX (Arrow Medical Co.)
Ferrated or Plain, Liquid, 16 oz. ea. 5.00 3.34

STIMATITE (Allen Pharmacal Co.)
Liquid, 4 oz. ea. .... 1.25
Pt. ea. .... 3.00
Gal. ea. .... 16.00
w/Iron, 4 oz. ea. .... 1.25
Pt. ea. .... 3.00
Gal. ea. .... 16.00

STIMATRIC ℞ (Winston Pharmaceuticals)
Tonic, pt. ea. .... 5.40
Gal. ea. .... 38.00

STIMDEX ℞ (Ulmer)
Tablet [#1155-01] 100s ea. .... 1.35
[#1155-11] 1000s ea. .... 7.00

STIM-PAX ℞ (Schlick, Inc.)
Capsule, 1 Pax ea. .... 2.95

STIMPLANTS (Agri. Div., Chas. Pfizer & Co.)
For Cattle, 25 pellets w/Clip .... ....
Lamb, 25 pellets w/Clip .... ....
Implant Gun .... ....
(Prices on Request from Mfr.)

STIMPLEX ℞ (Rocky Mountain Pharmacal)
10 cc. ea. .... 2.50

STIM-U-DENTS (Stim-U-Dents, Inc.)
Gum Massager & Tooth Space Cleaner, Pkg. of 5 pocket containers .69 3.52

STIMULA (Smith, Miller & Patch)
Ointment, 1½ oz. [#5300-17] ea. .... .72

STIMULANT ℞ (Winston Pharmaceuticals, Inc.)
Tonic, pt. .... 5.40
Gal. .... 38.00

STIMULATE (Marlin Pharmaceuticals, Inc.)
Tablet, 24s .... 2.00 16.00

STIMULON ℞ (Brown Pharmaceutical)
(See Catalog Under Brown Pharmaceutical)
Vial, 10 c.c. ea. .... 2.50

STIM-U-LYSIN (American Medicinal Corp.)
Tablet, 30s ea. .... 1.90

STIMUTOL (Pharmex, Inc.)
Capsule, 30s .... 2.95 16.00
60s .... 4.95 28.00

STIMUTONE (Cernesin Lab.)
Liquid, 8 oz. ea. .... 3.30 2.80

STIMUZOLE ℞ (Medicinal Research Labs.)
Tablet, 100s ea. .... 3.30

STING-KILL (Medical Supply Company)
Liquid, 1¼ oz. .... .98 7.84

STING N' ITCH (Pharmex, Inc.)
Balm, 35 cc. .... .69 4.40
70 cc. .... .98 6.00

STING-STOPPER (Southwest Products, Inc.)
Liquid, 1¼ oz. .... .98 7.84

STIP (Cutter Labs.)
8 oz. bot. [#350-39] ea. .... 1.35 .86

STIXON (Medical Fabrics Co., Inc.)
Self-Adherent Gauze Bandage, 6" x 30 Yds., Cello, Can, ½", ¾", 1", 1½" or 2", [#50-12] ea. .... 1.50 1.00

S-T LINNEX (Scot-Tussin Pharmacal)
Capsule, 50s ea. .... 2.75

**STOCKINGS, ELASTIC**
See Listing Under
**FUTURO**
*Modern* Health Supports

STOCK-TOX (Martin, C. J. & Sons)
Livestock Spray & Dip,
Pt. .... 15.60
Qt. .... 22.80
Super, Pt. .... 16.20
Qt. .... 22.80

STOCK-TOX (Woodbury Chemical)
Insecticide, Qt., 12s .... ....
Gal. .... ....

STOKES EXPECTORANT ●
Forpac Corp.
4 oz. [#606-Z] .... .85 5.40
Walker Labs. Inc.
4 oz. [#1-408] ea. .... .79 4.80

STOLICAL (Vitamin Council Inc.)
Liquid, [#68] 12 oz. ea. .... 1.89 .65
Tablet, [#61] 24s .... 3.48

STOLLERINE ℞ (Bluco Inc.)
Tablet, 100s ea. .... 1.25
1000s ea. .... 10.00

STOMACHIC DROPS (Goldsmith, Albert)
Liquid, 1 oz. .... 2.00 2.00

STOMACHIC A
(Cason, Bix & Son)
Tablet, 200s ea. .... 2.98 1.32

STOMACHIC BELL (Hollings-Smith Co., Inc.)
Tablet, 100s .... 1.00 8.00

STOMADE (Grand Pharmaceuticals, Inc.)
Powder, 4 oz. .... .99 4.25
8 oz. .... 1.39 8.47

STOMAFRESH (White Dale Labs.)
Liquid, ½ gal. ea. .... 2.98 1.99
1 gal. ea. .... 4.98 3.34

STOMACEL (Knight Pharmacal)
Suspension, 12 oz. ea. .... 1.10

STOMASEAL (Minnesota Mining & Manufacturing)
Adhesive Disc, 12s [#1500] ea. .... 1.07

STOMASEPTINE (Ex-Lax, Inc.)
(See Catalog Under Ex-Lax)
Douche Powder,
Jar, 6 oz. .... 1.45 12.00
15 oz. .... 2.75 22.50
32 oz. .... 4.95 40.20
Packet, 22s .... 1.45 12.80

STOMATINES (Cutlane Co.)
Tablet, 30s .... .75 6.00
60s .... 1.26 10.00

STOMATROL (Carroll Chemical Co.)
Solution, 4 oz. [#70] .... 7.20

STOMEZE (Hills-Medicinal)
Wafers, 30s [#3065] ea. .... .28

STONE ROOT (See also Collinsonia)
Penick, N.Y.G., Chemical Division
1 oz. ea. .... .21

STONER'S (Stoner's Ink & Chemical)
Silicone Skin Spray w/Neon,
Liquid, 6 oz. .... 1.17 8.40
16 oz. .... 2.60 14.40
Tar Remover
Aerosol, 1 gal. ....

STONE STRAW PRODUCTS (Stone Straw Corp.)
(Products and prices on request from mfg.)

STOP ℞ (Fay Labs., Inc.)
Multi-Dose Vial,
10 ml. ea. .... 3.25
30 ml. ea. .... 8.25

STOP (Gueion Co.)
Capsule, 7s .... 1.25 10.00
21s .... 3.50 28.00

STOPAIN (Columbia Medical)
(See Catalog Under Columbia Medical)
Tablet, 36s .... 3.65
100s ea. .... .60
1000s ea. .... 4.95

STOPASMA (Preston Franklin Pharmacal)
Tablet [#114] 30s .... 1.25 5.80
100s .... 2.98 12.00

STOPBACCO (Seven Research)
Tablet, 20s .... .98 6.00

STOP BITE (Styper Products)
Liquid, ½ oz. .... 1.00 8.40

STOPETTE (Helene Curtis Industries)
Aerosol, 6 oz. [#3040-08] .... .99 8.28
Roll-on, 1.25 oz. [#3028] .... .69 5.71
3 oz. [#3021] .... .99 8.28

STOPIN (Clarke-Whitney Div.)
Liquid, ½ oz. [#3942] .... .69 5.75

STOP-NAIL (Approved Pharm. Corp.)
Liquid, ½ oz. .... .69 5.60

STOPS (Tonara Royal Jelly Products, Ltd.)
Lozenge, 22s ea. .... 1.30 .89

STOP ZIT (Nan-Zit Labs.)
Nail Biting Deterrent .... 1.25 10.80

STOP-ZIT (Purepac Pharmaceutical Co.)
For Children, To help stop Thumbsucking .... 1.25 10.80

STORCINE (Consolidated Royal Chemical)
1 oz. .... .26 2.00
3¼ oz. .... 1.00 6.00

STORCLINE (Pharmacy Associated)
Tablet, 30s .... .28 2.40
200s .... .46 3.72
1000s ea. .... 1.55

STORMOSCOPE BAROMETERS
(Taylor Instrument Cos.)
Altair, Brown [#6509] ea. .... 9.95 4.80
White [#6602] ea. .... 9.95 4.80
Altimeter,
5000' [#6203C] ea. .... 12.50 7.50
14000' [#6203F] ea. .... 12.50 7.50
Aries [#6504] ea. .... 16.95 10.20
Contour [#6205] ea. .... 14.95 9.00
Cypress Bark [#6801] ea. .... 11.95 7.20
Fisherman's [#6206] ea. .... 9.95 6.00
Ship's Wheel [#6202] ea. .... 16.95 10.20
Stormoscope Pendant [#6401]
Ea. .... 25.00 15.00
Vega Pendant [#6406] ea. .... 9.95 6.00

STOUGHTON'S BITTERS (Stewart's Bros.)

STOVER NO. 101 (Stover Laboratories, Inc.)
Protective skin cream,
8 oz. .... 1.00 .60
16 oz. .... 1.75 1.05

STOXIL ℞ A ◎ (Smith Kline & French)
(See Catalog Under Smith Kline & French)
Ophthalmic Ointment, 0.5%
4 Gm. [#526-54] ea. .... 2.59
Ophthalmic Solution 0.1%,
15 cc. [#526-75] ea. .... 2.50

S-T PEPERDEX ℞ (Scot-Tussin Pharmacal)
Capsule, T.R. 30s ea. .... 2.75
100s ea. .... 7.25

STRADIVARI (Prince Matchabelli)
Perfume
¼ oz. [#6081] ea. .... 15.00 ....

STRAMONIUM ℞
Daniel, Ross-Hart
Pills, 0.15 Gm., 100s ea. .... 2.00
Fougera, E. & Company, Inc.
Cigarettes, 20s ea. .... 1.00
Lilly, Eli
Tincture, N.F.
1 pt. [#78] ea. .... 2.64

STRAMONIUM LEAVES
Penick, N.Y.G., Chemical Division
1 oz. ea. .... .37
Powder, ¼ lb. ea. .... .56
1 lb. ea. .... 1.37
5 lb. ea. .... 5.33
Sherwood Labs. ℞
Fluid Extract, N.F. VIII
1 pt. ea. .... 7.50
1 gal. ea. .... 45.00
Tincture, N.F. XI
1 pt. ea. .... 2.50
1 gal. ea. .... 15.00

STRAND PRODUCTS (Strand Products Co.)
Black Strand
Cake Samson, 3 oz. .... .30 2.40
Hair Coloring
Black, or Jet Blk., 2 oz. .... .88 8.00
Brown Strand
Hair Coloring
Dark, Med., Lt. Brown
2 oz. .... .88 8.00
Bolene Creme'n Color Pak
2 oz. .... 1.75 14.00

STRASCOGESIC ℞ (Strasenburgh Labs.)
(See Strasenburgh Catalog Insert)
Tablet [#853] 100s
[#NDC-018-0853-71] ea. .... 4.50
1000s
[#NDC-018-0853-90] ea. .... 36.36

See STRASENBURGH LABS. Product and Price Information Opp. Page 578

STRAUS CIGARS (Henry Straus Co.)
Custom Blend,
Coronas ea. .... .10 ....
Epicures, 2s ea. .... .15 ....
Natural Wonders,
3s ea. .... .25 ....
Palmas, 2s ea. .... .25 ....

STRAUS NO. 3 (Henry Straus Co.)
Cigar, ea. .... .06
Breakfast blends,
3s ea. .... .10
Breakfast coronettes, ea. .... .10
Breakfast perfecto,
2s ea. .... .10
Tobacco, 8 oz. .... 1.35 10.80
16 oz. .... 2.15 18.52
Pocket tin .... .35 2.40

STRAWBERRY (Heine Products)
Can, 1¼ oz. .... .15 ....
5 oz. .... .30 ....

ARMOUR THYROID
QUALITY AND DEPENDABILITY FOR ALL THYROID USP RX'S