# Exhibit 8

9/3/69

03788     4h16     PA 3770 AMP

# DIETHYL-STILBESTROL

### DESCRIPTION

Diethylstilbestrol is a crystalline synthetic estrogenic substance capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.

### INDICATIONS

Tablets and Enseals® (enteric-release tablets, Lilly) Diethylstilbestrol are indicated for the relief of symptoms of the menopause; in senile vaginitis; for the relief or prevention of painful engorgement of the breasts postpartum; for control of functional uterine bleeding; in carcinoma of the prostate; and in mammary carcinoma of postmenopausal women.

Suppositories Diethylstilbestrol are indicated in postmenopausal and senile vaginitis, especially when menopausal symptoms are not present.

### CONTRAINDICATIONS

The contraindications to diethylstilbestrol administration are the same as to estrogen therapy in general. Estrogens should not be administered in the absence of a positive indication, and they should be avoided in premenopausal women with carcinoma of the breast and in all women with genital malignancy. A family history of a high incidence of breast or genital malignancy may be a contraindication.

In young patients in whom bone growth is not complete, estrogen therapy is contraindicated because of its effect on epiphyseal closure.

Suspected or known hepatic disease should be regarded as a contraindication to prolonged estrogen therapy.

### WARNING

Because of possible adverse reaction on the fetus, the risk of estrogen therapy should be weighed against the possible benefits when diethylstilbestrol is considered for use in a known pregnancy.

### PRECAUTIONS

Diethylstilbestrol is a potent drug, and

caution must be employed in its use. Indiscriminate or injudicious administration may be dangerous. Patients receiving the drug should be under continuous medical supervision. In women, the breasts and pelvic organs should be examined before treatment is begun and at intervals during therapy.

Diethylstilbestrol should be administered with caution to a patient with bone, renal, or other disease involving calcium or phosphorus metabolism, since estrogens are known to affect metabolism of these substances. Conditions such as epilepsy, migraine, asthma, and cardiac or renal dysfunction require careful observation because the drug may produce some degree of fluid retention. Liver, thyroid, or adrenal function tests should not be performed until estrogen therapy has been discontinued for two months.

**ADVERSE REACTIONS**

As with natural estrogens, unpleasant side-effects have been noted following diethylstilbestrol therapy. Most common is the occurrence of nausea, which may be severe enough to lead to vomiting. The incidence of nausea appears to differ significantly among various types of patients. Pregnant and postpartum women seem the least susceptible.

Nausea and vomiting are most easily produced in the group of menopausal women. When dosage is minimal, nausea is infrequent and transient. When larger doses are given (1 mg. or more

daily), and particularly when they are administered initially, nausea and vomiting are common in the menopausal group. Men and nonpregnant women form an intermediate group, nausea in them being relatively uncommon from doses of 3 to 5 mg. daily.

Continuous therapy over long periods of time, even in low dosage, may produce endometrial hypertrophy and uterine bleeding. This can be prevented in most instances by minimum dosage or by cyclic interruption of therapy when treatment must be prolonged. Porphyria cutanea tarda is also possible with extended use of the drug.

Other side-effects occasionally noted include abdominal distress or pain, breast tenderness and engorgement, anorexia, diarrhea, lassitude, paresthesia, vertigo, headache, anxiety, insomnia, thirst, scotomata, cutaneous rashes, purpura, and allergic reactions of various types. Side-effects may be expected to disappear on reduction of dosage or withdrawal of medication.

### ADMINISTRATION AND DOSAGE

*Oral*—0.2 to 0.5 mg. daily, increased as indicated. In the menopause, cyclic therapy is recommended (three weeks' regimen with a one-week rest period). Withdrawal bleeding may occur during the rest period. In painful engorgement of the breasts postpartum, 5 mg. one to three times daily for a total of 30 mg. In functional uterine bleeding, usually 5 mg. three to five times daily until bleeding ceases. In carcinoma of the prostate, 1 to 3 mg. daily, increased in advanced cases; later, the dose may be reduced to an average of 1 mg. daily. In cancer of the breast, 15 mg. daily.

*Vaginal*—One 0.5-mg. suppository inserted at bedtime each night, or less frequently as needed. For maintenance, a 0.1-mg. suppository periodically may be adequate.

### HOW SUPPLIED

*Enseals*—Diethylstilbestrol Tablets, U.S.P. (Enteric), are supplied as follows: 0.1 mg. (No. 46), 0.25 mg. (No. 47), 0.5 mg. (No. 48), and 5 mg. (No. 85), in bottles of 100 and 1,000; and 25 mg. (No. 90), in bottles of 100 and 500.

*Suppositories* — Diethylstilbestrol Suppositories, U.S.P. (Vaginal), 0.1 mg. (No. 14) and 0.5 mg. (No. 151, are supplied in packages of 6 and 50. In addition to the diethylstilbestrol, these suppositories contain glycerin, gelatin, polysorbate 20, and propylene glycol.

*Tablets*—Diethylstilbestrol Tablets, U.S.P., are available as follows: 0.1 mg. (No. 1646), in bottles of 100 and 1,000; 0.25 mg. (No. 1647), in bottles of 100; 0.5 mg. (No. 1648) and 1 mg. (No. 1849), in bottles of 100 and 1,000; 5 mg. (No. 1685), in bottles of 100 and 1,000 and in 10 strips of 10 individually labeled blisters each containing one tablet (ID100); and 25 mg. (No. 1724), in bottles of 100.

*Literature revised September 3, 1969*

ELI LILLY AND COMPANY
Indianapolis, Ind. 46206, U.S.A.
PA 3770 AMP                    PRINTED IN U.S.A.

6/7/1971

05617          68.14     PA 2771 AMP

# DIETHYL-
# STILBESTROL

### DESCRIPTION

Diethylstilbestrol is a crystalline synthetic estrogenic substance capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.

### INDICATIONS

Tablets and Enseals® (enteric-release tablets, Lilly) Diethylstilbestrol are indicated for the relief of symptoms of the menopause; in senile vaginitis; for the relief or prevention of painful engorgement of the breasts postpartum; for control of functional uterine bleeding; in carcinoma of the prostate; and in mammary carcinoma of postmenopausal women.

Suppositories Diethylstilbestrol are indicated in postmenopausal and senile vaginitis, especially when menopausal symptoms are not present.

### CONTRAINDICATIONS

The contraindications to diethylstilbestrol administration are the same as to estrogen therapy in general. Estrogens should not be administered in the absence of a positive indication, and they should be avoided in premenopausal women with carcinoma of the breast and in all women with genital malignancy. A family history of a high incidence of breast or genital malignancy may be a contraindication.

In young patients in whom bone growth is not complete, estrogen therapy is contraindicated because of its effect on epiphyseal closure.

Suspected or known hepatic disease should be regarded as a contraindica-



tinn to prolonged estrogen therapy.

**WARNING**

Because of possible adverse reaction on the fetus, the risk of estrogen therapy should be weighed against the possible benefits when diethylstilbestrol is considered for use in a known pregnancy.

**PRECAUTIONS**

Diethylstilbestrol is a potent drug, and caution must be employed in its use. Indiscriminate or injudicious administration may be dangerous. Patients receiving the drug should be under continuous medical supervision. In women, the breasts and pelvic organs should be examined before treatment is begun and at intervals during therapy.

Diethylstilbestrol should be administered with caution to a patient with bone, renal, or other disease involving calcium or phosphorus metabolism, since estrogens are known to affect metabolism of these substances. Conditions such as epilepsy, migraine, asthma, and cardiac or renal dysfunction require careful observation because the drug may produce some degree of fluid retention. Liver, thyroid, or adrenal function tests should not be performed until estrogen therapy has been discontinued for two months.

**ADVERSE REACTIONS**

As with natural estrogens, unpleasant side-effects have been noted following diethylstilbestrol therapy. Most common is the occurrence of nausea, which may be severe enough to lead to vomiting. The incidence of nausea appears to differ significantly among various types of patients. Pregnant and postpartum women seem the least susceptible.

Nausea and vomiting are most easily produced in the group of menopausal women. When dosage is minimal, nausea is infrequent and transient. When larger doses are given (1 mg. or more

daily, and particularly when they are administered initially, nausea and vomiting are common in the menopausal group. Men and nonpregnant women form an intermediate group, nausea in them being relatively uncommon from doses of 3 to 5 mg. daily.

Continuous therapy over long periods of time, even in low dosage, may produce endometrial hypertrophy and uterine bleeding. This can be prevented in most instances by minimum dosage or by cyclic interruption of therapy when treatment must be prolonged. Porphyria cutanea tarda is also possible with extended use of the drug.

Other side-effects occasionally noted include abdominal distress or pain, breast tenderness and engorgement, anorexia, diarrhea, lassitude, paresthesia, vertigo, headache, anxiety, insomnia, thirst, scotomata, cutaneous rashes, purpura, and allergic reactions of various types. Side-effects may be expected to disappear on reduction of dosage or withdrawal of medication.

**DOSAGE AND ADMINISTRATION**

*Oral*—0.2 to 0.5 mg. daily, increased as indicated. In the menopause, cyclic therapy is recommended (three weeks' regimen with a one-week rest period). Withdrawal bleeding may occur during the rest period. In painful engorgement of the breasts postpartum, 5 mg. one to three times daily for a total of 50 mg. In functional uterine bleeding, usually 5 mg. three to five times daily until bleeding ceases. In carcinoma of the prostate, 1 to 3 mg. daily, increased in advanced cases; later, the dose may be reduced to an average of 1 mg. daily. In cancer of the breast, 15 mg. daily.

*Vaginal*—One 0.5-mg. suppository inserted at bedtime each night, or less frequently as needed. For maintenance, a 0.1-mg. suppository periodically may be adequate.

**HOW SUPPLIED**

*Enseals*—Diethylstilbestrol Tablets, U.S.P. (Enteric), are supplied as follows: 0.1 mg. (No. 46), 0.25 mg. (No. 47), 0.5 mg. (No. 48), 1 mg. (No. 49), and 5 mg. (No. 85), in bottles of 100 and 1,000; and 25 mg. (No. 90), in bottles of 100 and 500.

*Suppositories*—Diethylstilbestrol Suppositories, U.S.P. (Vaginal), 0.1 mg. (No. 14) and 0.5 mg. (No. 15), are supplied in packages of 6 and 50. In addition to the diethylstilbestrol, these suppositories contain glycerin, gelatin, polysorbate 20, and propylene glycol.

*Tablets*—Diethylstilbestrol Tablets, U.S.P., are available as follows: 0.1 mg. (No. 1646), in bottles of 100 and 1,000; 0.25 mg. (No. 1647), in bottles of 100; 0.5 mg. (No. 1648) and 1 mg. (No. 1649), in bottles of 100 and 1,000; 5 mg. (No. 1680), in bottles of 100 and 1,000 and in 10 strips of 10 individually labeled blisters each containing one tablet (ID100); and 25 mg. (cross-scored) (No. 1724), in bottles of 100.

Literature revised June 7, 1971

**ELI LILLY AND COMPANY**
**Indianapolis, Ind. 46206, U.S.A.**

PA 3771 AMP                    PRINTED IN U.S.A.