# Exhibit 9

# 1969 · PDR

Published by MEDICAL ECONOMICS, INC.

TWENTY-THIRD EDITION

# PHYSICIANS' DESK REFERENCE

to

## PHARMACEUTICAL SPECIALTIES and BIOLOGICALS

Countway Interlibrary Loan

Trans. #: Fax Form

Title PDR

Author

Call # QV 772 P4 1969

Patron

Due NO RENEWALS 12-09-04

ILL#

Loaned To: - Foley

ILL Office Hours: Mon.-Fri. 8:30-5:00

Phone: 617-432-0159 countill_request@hms.harvard.edu

: Physician's Desk

TWENTY-THIRD EDITION

# PHYSICIANS DESK REFERENCE

*to*

## *PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

*General Manager:* Albert B. Miller
*Asst. General Manager:* Charles E. Baker, Jr.
*Compilation Editor:* Barbara B. Huff
*Index Editor:* Ann Marie Carey
*Medical Consultant:* Austin Joyner, M.D.
*Editorial Assistants:* Margaret Glover, Frances Hansen, Theresa Muller, Marion Sheehan, Diane Ward
*Circulation Manager:* Ethel F. McGilligan

IN FIVE SECTIONS

An arbitrary page numbering plan is used to facilitate the compilation of this reference book.

*SECTION ONE (Pink)* 101
Alphabetical Index
*SECTION TWO (Yellow)* 201
Drug, Chemical and Pharmacological Index
*SECTION THREE (Blue)* 301
Therapeutic Indications Index
*SECTION FOUR* 1-32
Product Identification Section
*SECTION FIVE (White)* 501
Product Information Section

PUBLISHED BY MEDICAL ECONOMICS, INC.,
*a subsidiary of*
LITTON PUBLICATIONS, INC.
DIVISION OF LITTON INDUSTRIES
Oradell, New Jersey 07649

All Rights Reserved • © Copyright 1969 by Medical Economics, Inc. • printed in U.S.A.

...bulky ... have a ... se a methyl... as a dispers... the looseness ... some, restrict... ge is helpful ... s employed ... which the act... nilar phy... plied un... stigator... hich unti... special ch... items: gast... anges in ap... ght; changes ... e count, or d... od; changes ... function; ... een, total seru... calcium ... time, and seru...

de of changes ... laboratory ... nistration of ... administrat... studies did ... xiad that co...

ge: Suspensi... t can be mixe... skim milk... aloric restr... oistration ... palatability ... age is 1 ta... ml.) imme... dium size. ... to 1½ or 2 ... igh-fat me... dose of 4 to ... me individ... apeutic effe... etween me... hole or frac...

empty, wide ... tle should ... or carrying the Cytellin.

Cytellin ... o. M-1... [061868]

...spirin, ... with aspirin) ... and aspirin with

...nique analge... in the Lilly ... vailable in ... 32 or 65 mg ... de. A narc...

Darvon C... gesic adv... antipyretic ... of A.S.A ... in, and ...

Darvon Compound ... 65 ... ride, Lilly ... 227 ... 162 ... 32.1 ... es 65 mg ... le and 325 ... combine... of Ultr...

...phenaglycodol, Lilly) with the established analgesic advantages of Darvon and A.S.A. Clinical and pharmacologic studies show that Ultran enhances and prolongs the analgesic activity of Darvon when pain is accompanied by anxiety.

Each Pulvule contains—

Darvon® ........................................ 32 mg.
(propoxyphene hydrochloride, Lilly)
A.S.A.® ........................................ 325 mg.
(aspirin, Lilly)
Ultran® ........................................ 150 mg.
(phenaglycodol, Lilly)

Side-effects seen following administration of Darvon in adequate dosage to a large series of patients are qualitatively similar to those produced by the same or similar doses of codeine; however, from a quantitative viewpoint, the side-effects associated with Darvon are less than those of codeine.

**Indications:** Darvon is indicated for the reduction or amelioration of pain. It is of particular value for pain associated with recurrent or chronic disease. This is true even in such conditions as migraine, in which specific therapy sometimes fails to produce immediate or complete relief. Continued use has revealed no evidence of functional or pathological changes.

Darvon does not reduce fever or diminish inflammatory reactions.

Darvon Compound and Darvon Compound-65 provide the total analgesic effects of Darvon and A.S.A. Compound plus the anti-inflammatory and antipyretic activity of salicylates. This combination may be especially valuable in the symptomatic relief of such conditions as headache, dysmenorrhea, or various inflammatory states, e.g., arthritis and fibrositis.

Darvon with A.S.A. is made available for use by physicians who prefer an analgesic without phenacetin and caffeine.

Clinical studies indicate that the analgesic effects of Darvon are enhanced when it is given concurrently with Ultran. These studies also suggest that Darvo-Tran may provide skeletal-muscle relaxation. This presumptive evidence is based upon the fact that Darvo-Tran has been found to be more effective than Darvon per se or Darvon Compound in such diagnostic categories as arthritic conditions, tension headache, low-back syndromes, whiplash injuries, dentistry and oral surgery procedures, postpartum discomfort, and postoperative pain.

**Contraindications:** Although no definite contraindications to the use of Darvon have been reported, any known hypersensitivity to any of the ingredients in Darvon preparations is a contraindication. Therapeutic doses have produced no demonstrable effects on respiration, blood pressure, or reflex activity.

The presence of acute or chronic disease has not produced unusual responses during therapy with Darvon.

The concomitant administration of Darvon and orphenadrine-containing compounds is not recommended.

Caution should be exercised in the administration of Ultran to patients who are depressed.

**Warnings:** Salicylates should be used with caution in the presence of gastric ulcer. The prolonged and excessive use of phenacetin-containing products may aggravate or produce renal disease.

*Use in Pregnancy*—The safety of the use of Darvon during pregnancy has not been established. The potential hazards of the drug must be weighed against the possible benefits.

*Use in Children*—Darvon should not be used in children since adequate data to establish safe conditions of use are lacking.

**Precautions:** Patients who have received other analgesic drugs for long periods of time may have developed physical dependence on those medications. The sudden substitution of Darvon for analgesics to which patients are addicted will allow withdrawal symptoms to develop. These symptoms are not produced by Darvon and may be avoided by gradually reducing the dose of the old medication as Darvon is substituted.

Although accumulated evidence suggests that Ultran is not habit-forming or addictive, it is recommended that patients on tranquilization therapy, particularly over prolonged periods, be *under periodic medical supervision*. Certain patients may place inordinate dependence on any medication which alleviates discomfort, and these individuals may transgress the bounds of prescribed dosage.

Patients driving an automobile or operating hazardous machinery should be advised that mental alertness or physical co-ordination may be decreased in some persons.

The administration of Ultran with other C.N.S. depressants and/or alcohol may result in additive effects.

**Adverse Reactions:** Such side-effects as dizziness, headache, sedation, somnolence, paradoxical excitement and insomnia, skin rash, and gastro-intestinal disturbances (including nausea, vomiting, abdominal pain, and constipation) occur with the recommended doses of Darvon.

When recommended doses are given, euphoria and tolerance have been reported rarely. Dependence (addiction) has not been reported with therapeutic dosages.

In some instances, gastric irritation accompanying the use of Darvon Compound, Darvon with A.S.A., or Darvo-Tran may be directly attributable to the salicylate in the preparation. In such cases, it is suggested that the medication be taken with food or a small amount of milk or discontinued.

Other side-effects which have been reported with Darvo-Tran include vertigo, drowsiness, gynecomastia, headache, sedation, somnolence, insomnia, and/or excitation.

**Administration and Dosage:** Darvon is given orally. The usual adult dosage is 65 mg. three or four times daily; however, some physicians prefer the 32-mg. dose for certain patients. The usual dose may be given alone or with other medication, as required for the relief of pain.

The usual dosage of Darvon Compound is 1 or 2 Pulvules three or four times daily.

The usual dosage of Darvon Compound-65 or of Darvon with A.S.A. is 1 Pulvule three or four times daily.

The suggested adult dosage of Darvo-Tran is 1 Pulvule three or four times daily. When pain, with or without anxiety, is severe, 2 Pulvules three or four times daily may be indicated. It should be remembered that two Pulvules Darvo-Tran will provide a 300-mg. dose of Ultran, which may predispose to mild drowsiness in certain hypersensitive individuals. Two Pulvules also provide 64 mg. of Darvon, the amount currently recommended when moderate to severe pain exists.

**Overdosage:** If an overdose of Darvon is accidentally or intentionally ingested, analeptic drugs (e.g., amphetamine or caffeine with sodium benzoate) should *not* be used, because fatal convulsions may be produced. Animal studies and clinical experiences have demonstrated that the signs and symptoms of acute intoxication with Darvon, including muscle fasciculations, convulsions, and respiratory depression, are antagonized by nalorphine hydrochloride and levallorphan tartrate. The dosages recommended in the package literature of these antagonists should be followed and repeated as often and as long as is necessary to counteract the reappearing symptoms of overdosage.

Gastric lavage to remove unabsorbed medication is indicated. Symptomatic supportive treatment should also be given as required.

**How Supplied:** (℞) *Pulvules Darvon® (Propoxyphene Hydrochloride Capsules, U.S.P.): No. 364, H02,** 32 mg. (No. 4, Light-Pink Opaque), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000); *No. 365, H03,** 65 mg. (No. 3, Light-Pink Opaque), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). *Dated items.*

(℞) *Pulvules No. 368, Darvon® Compound (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly), H05** (No. 0, Light-Pink Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). *Dated item.*

(℞) *Pulvules No. 369, Darvon® Compound-65 (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly), H06** (No. 0, Red Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). *Dated item.*

(℞) *Pulvules No. 366, Darvon® with A.S.A.® (propoxyphene hydrochloride with aspirin, Lilly), H04** (No. 0, Red Opaque Body, Light-Pink Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). *Dated item.*

(℞) *Pulvules No. 377, Darvo-Tran® (propoxyphene hydrochloride and aspirin with phenaglycodol, Lilly), H11** (No. 0, Light-Pink Opaque Body, Maroon Opaque Cap), in bottles of 100 and 500. [030568]

**DIETHYLSTILBESTROL ENSEALS®, SUPPOSITORIES, AND TABLETS** ℞

**Description:** Diethylstilbestrol is a crystalline synthetic estrogenic substance capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.

**Indications:** Tablets and Enseals Diethylstilbestrol are indicated for the relief of symptoms of the menopause; in senile vaginitis; for the relief or prevention of painful engorgement of the breasts postpartum; for control of functional uterine bleeding; in carcinoma of the prostate; and in mammary carcinoma of postmenopausal women.

Suppositories Diethylstilbestrol are indicated in postmenopausal and senile vaginitis, especially when menopausal symptoms are not present.

**Contraindications:** The contraindications to diethylstilbestrol administration are the same as to estrogen therapy in general. Estrogens should not be administered in the absence of a positive indication, and they should be avoided in premenopausal women with carcinoma of the breast and in all women with genital malignancy. A family history of a high incidence of breast or genital malignancy may be a contraindication.

In young patients in whom bone growth is not complete, estrogen therapy is contraindicated because of its effect on epiphyseal closure.

Suspected or known hepatic disease should be regarded as a contraindication to prolonged estrogen therapy.

**Warning:** Because of possible adverse reaction on the fetus, the risk of estrogen therapy should be weighed against the

*Continued on next page*

*Identi-Code® symbol—Newly manufactured capsules and tablets and the labels of powders for oral suspension and suppositories will bear Identi-Code symbols. However, a period of time will elapse before existing stocks of noncoded products are exhausted.

## Lilly—Cont.

possible benefits when diethylstilbestrol is considered for use in a known pregnancy.

**Precautions:** Diethylstilbestrol is a potent drug, and caution must be employed in its use. Indiscriminate or injudicious administration may be dangerous. Patients receiving the drug should be under continuous medical supervision. In women, the breasts and pelvic organs should be examined before treatment is begun and at intervals during therapy.

Diethylstilbestrol should be administered with caution to a patient with bone, renal, or other disease involving calcium or phosphorus metabolism, since estrogens are known to affect metabolism of these substances. Conditions such as epilepsy, migraine, asthma, and cardiac or renal dysfunction require careful observation because the drug may produce some degree of fluid retention. Liver, thyroid, or adrenal function tests should not be performed until estrogen therapy has been discontinued for two months.

**Adverse Reactions:** As with natural estrogens, unpleasant side-effects have been noted following diethylstilbestrol therapy. Most common is the occurrence of nausea, which may be severe enough to lead to vomiting. The incidence of nausea appears to differ significantly among various types of patients. Pregnant and postpartum women seem the least susceptible. Nausea and vomiting are most easily produced in the group of menopausal women. When dosage is minimal, nausea is infrequent and transient. When larger doses are given (1 mg. or more daily), and particularly when they are administered initially, nausea and vomiting are common in the menopausal group. Men and nonpregnant women form an intermediate group, nausea in them being relatively uncommon from doses of 3 to 5 mg. daily.

Continuous therapy over long periods of time, even in low dosage, may produce endometrial hypertrophy and uterine bleeding. This can be prevented in most instances by minimal dosage and by cyclic interruption of therapy when treatment must be prolonged. Porphyria cutanea tarda is also possible with prolonged use of the drug.

Other side-effects occasionally noted include abdominal distress or pain, breast tenderness and engorgement, anorexia, diarrhea, lassitude, paresthesia, vertigo, headache, anxiety, insomnia, thirst, scotomata, cutaneous rashes, purpura, and allergic reactions of various types. Side-effects may be expected to disappear on reduction of dosage or withdrawal of medication.

**Administration and Dosage:** *Oral*—In menopausal symptoms, 0.2 to 0.5 mg. daily, increased as needed. In senile vaginitis, 0.5 mg. daily. In painful engorgement of the breasts postpartum, 5 mg. one to three times daily for a total of 30 mg. In functional uterine bleeding, usually 5 mg. three to five times daily until bleeding ceases. In carcinoma of the prostate, 1 to 3 mg. daily, increased in advanced cases; later, the dose may be reduced to an average of 1 mg. daily. In cancer of the breast, 15 mg. daily. *Vaginal*—One 0.5-mg. suppository inserted at bedtime each night, or less frequently as needed. For maintenance, a 0.1-mg. suppository periodically may be adequate.

**How Supplied:** (℞) *Enseals—Diethylstilbestrol Tablets, U.S.P. (Enteric): No. 46, A19,** 0.1 mg., *No. 47, A20,** 0.25 mg., *No. 48, A21,** 0.5 mg., and *No. 49, A22,** 1 mg., in bottles of 100 and 1,000; *No. 85, A33,** 5 mg., in bottles of 100, 500, and 1,000; *No. 90, A34,** 25 mg., in bottles of 100 and 500. *Dated items.*

(℞) *Suppositories—Diethylstilbestrol Suppositories, U.S.P. (Vaginal): No. 14, S07,** 0.1 mg., and *No. 15, S09,** 0.5 mg., in packages of 6 and 50. In addition to the diethylstilbestrol, these suppositories contain glycerin, gelatin, polysorbate 20, and propylene glycol.

(℞) *Tablets—Diethylstilbestrol Tablets, U.S.P.: No. 1646, J49,** 0.1 mg., in bottles of 100 and 1,000; *No. 1647, J50,** 0.25 mg., in bottles of 100; *No. 1648, J51,** 0.5 mg., and *No. 1649, J52,** 1 mg., in bottles of 100 and 1,000; *No. 1685, J54,** 5 mg., in bottles of 100 and 1,000 and in 10 strips of 10 individually labeled blisters each containing 1 tablet; *No. 1724, T70,** 25 mg. (cross-scored), in bottles of 100. *Dated items.* [120467]

**DIGITOXIN,** *see* Crystodigin® (digitoxin, Lilly).

**DIPHTHERIA AND TETANUS TOXOIDS AND PERTUSSIS VACCINE COMBINED,** *see* Tri-Solgen® (diphtheria and tetanus toxoids and pertussis vaccine combined, alum precipitated, Lilly).

### • DOLOPHINE® HYDROCHLORIDE ℞
**(methadone hydrochloride)**
**Injection, U.S.P.**
**AMPOULES**

**Description:** Dolophine Hydrochloride is 4,4 - diphenyl - 6 - dimethylamino - heptanone-3 hydrochloride. It is a white, crystalline material and is water soluble. It is similar to morphine in effect, but it has a more prolonged duration of action as a result, at least partially, of greater lipid solubility.

**Indications:** Dolophine Hydrochloride is indicated when an analgesic effect is required, especially in the relief of postsurgical pain and pain associated with renal colic, metastatic lesions of malignant tumors, fractures, etc. When chronic administration of potent analgesics is necessary, Dolophine Hydrochloride is preferable to morphine since it induces less physical dependence. It is not recommended for the control of mild pain in place of less potent analgesic drugs, such as the salicylates or even codeine.

**Contraindications and Precautions:** Although Dolophine Hydrochloride has been used successfully in obstetric patients, it should be given with caution in the intrapartum period. Sedatives or other drugs which may depress fetal respiration should not be administered if delivery is anticipated before most of the drug will be eliminated from the fetal circulation. The risk is increased if the infant is premature or if general anesthesia is used for delivery.

After prolonged administration resulting in the development of considerable tolerance, withdrawal of Dolophine Hydrochloride is followed by a mild but definite abstinence syndrome.

**Warning:** Dolophine Hydrochloride has addictive characteristics, and a narcotic prescription is required.

**Adverse Reactions:** The most common side-effects produced by Dolophine Hydrochloride are nausea and vomiting. Other less bothersome symptoms include dizziness, dryness of mouth, and miosis. Nausea and vomiting have appeared most often with large doses and are of the type characteristically observed following administration of morphine.

The cumulative effect of Dolophine Hydrochloride seems evident. *Although the first doses may be well tolerated, nausea may appear after several have been given. It is recommended that the drug be administered only when needed for control of pain.* Side-effects also seem to be more prominent in ambulatory patients and in those who are not suffering acute pain. In such individuals, the lower doses are advisable.

**Administration and Dosage:** Contents of Ampoules Dolophine Hydrochloride may be administered subcutaneously or intramuscularly.

Parenteral doses of Dolophine Hydrochloride range from 2.5 to 10 mg., according to the severity of pain, and should be repeated only when pain returns. Ex... frequency of administration and ... dose should be avoided.

**Overdosage:** The primary sympt... overdosage is respiratory dep... Other symptoms are drowsiness, ... mental depression, delirium, h... tions, circulatory collapse, and co... Nalorphine hydrochloride (Nalline... provides specific therapy for over... It should be repeated when nece... counteract respiratory depression ... management should consist in symp... and supportive therapy, which may ... administration of oxygen and intra... fluids and maintenance of body te... ture.

**How Supplied:** •(℞) *Ampoules ... Dolophine® Hydrochloride (Methadone H... chloride Injection, U.S.P.): No. 456,* ... 1 cc., in packages of 12 and 100. E... contains methadone hydrochloride ... and sodium chloride, 0.9 percent ... hydroxide and/or hydrochloric a... have been added during manufa... adjust the pH. *No. 435,* 10 mg. per c... rubber-stoppered, in single ampo... per carton) and in packages of 25 ... contains methadone hydrochloride, ... and sodium chloride, 0.9 percen... chlorobutanol (chloroform derivat... percent, as a preservative. Sodium h... ide and/or hydrochloric acid ma... been added during manufacture to a... the pH. *Dated items.*

• Narcotic order required.

### • DOLOPHINE® HYDROCHLORIDE
**(methadone hydrochloride)**
**SYRUP AND TABLETS**

**Description:** Dolophine Hydrochl... (4,4 - diphenyl - 6 - dimethylamino - he... none-3 hydrochloride) is an effectiv... ble antitussive and analgesic, 10 ... which are comparable in analgesic ... to morphine sulfate, 15 mg. (¼ gr...

**Indications:** As an antitussive, it is of ... fit in the control of cough associate... the common cold, whooping co... chronic tuberculosis.

As an analgesic, Dolophine Hydroch... is especially useful in relieving post... pain and pain associated with ren... metastatic lesions of malignant ... fractures, etc.

**Contraindications and Precautions** ... though Dolophine Hydrochloride ... used successfully in obstetric pat... should be given with caution in ... trapartum period. Sedatives or other ... which may depress fetal respiratio... not be administered if delivery ... ticipated before most of the drug w... eliminated from the fetal circulat... risk is increased if the infant is pre... or if general anesthesia is used for ... ery. After prolonged administratio... ing in the development of conside... erance, withdrawal of Dolophine ... chloride is followed by a mild but ... abstinence syndrome.

**Warning:** Dolophine Hydrochl... addictive characteristics, and a ... prescription is required.

**Adverse Reactions:** Nausea and ... dizziness, dryness of mouth, ... may occur. Nausea and vomitin... most often with large doses and se... present when the medication is gi... frequently than is required to con... (this is suggestive of cumulation) ... gested that the drug be administe... when needed for control of pa... effects seem to be more promine... bulatory patients and in those wh... suffering acute pain. In such ir... the lower doses are recommended.

**Administration and Dosage:** *Anti...* Adults, ½ to 1 teaspoonful of the ... ery four to six hours (do not ... Children, three to twelve year... teaspoonful every four to six h... overdose).

*Analgesic*—Adults, moderate ...

...y six to eight h... every six to ... severe pain, it ... as needed.

...rdosage or Po... ...tom of over... ...sion. Other ... sweating, me... hallucination... ...ma. Nalorph... HCl) provid... ...sage. It sho... ...ary to coun... ...ion. General n... in sympton... ...py, which ma... ...istration of ... ...s, and mainter...

Emetics shoul...

Supplied: • ... Hydrochlo... ...de, Lilly), 10 ... gallon bottles ... ...done hydro... ...5 percent. D... Tablets ... (Methadone ... P.): No. 1712 ... J72,* 10 mg ... Dated items ... ...rcotic order r...

**...XBAN®** ...mostanolone pro...

...ription: Drol... ...riant of teste... ...l useful in th... ...noma of the ... ...cations: Droll... only in the tr... ...astatic carcin... ...d not be use... ...ment, inclu... ...py. It has b... ...tain cases o... metastases ... ...onary, and ... ...l in both ... ...pausal patie... that castra... ...ant form of ... premenopau... ...han one yea... hormonal a... ...ministered ... ...nt followin... of patients ... ...aindication... ...e of carcin... ...l appear to ... ...s to the use ...

...utions: In ... pertaining ... ...d apply to ... the androg... ...cantly les... ...ls with ed... and dur... In patie... ...el of ... ...ined betw... ...urse of ... ...calcemia ... such as ... Increa... ...l with th... the use of ... ...ive evide... be evalu... ...amination ... metasta... calcium ... The lat... improve... is a slig... ...on of tre... extensi... marke... ...e or ma... with ... has th... There ...

# 1970 • PDR

Published by MEDICAL ECONOMICS, INC.

TWENTY-FOURTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

## *PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

*For the Physician's Desk*

TWENTY-FOURTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

## *PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

*Publisher:* ALBERT B. MILLER
*General Manager:* CHARLES E. BAKER, JR.
*Production Manager:* GEORGE E. QUIST, JR.
*Compilation Editor:* BARBARA B. HUFF
*Medical Consultant:* AUSTIN JOYNER, M.D.
*Index Editor:* ANN MARIE CAREY
*Editorial Assistants:* COLETTE CONBOY, MARGARET E. GLOVER, THERESA MULLER, F. EDYTHE PATERNITI, ETHEL S. PUTTER, DIANE M. WARD
*Circulation Manager:* ETHEL F. McGILLICAN
*Representative:* DONALD E. MASTERSON

IN FIVE SECTIONS

An arbitrary page numbering plan is used to facilitate the compilation of this reference book.

*SECTION ONE (Pink)* 101
ALPHABETICAL INDEX

*SECTION TWO (Blue)* 201
DRUG CLASSIFICATION INDEX

*SECTION THREE (Yellow)* 301
GENERIC AND CHEMICAL NAME INDEX

*SECTION FOUR* 1-32
PRODUCT IDENTIFICATION SECTION

*SECTION FIVE (White)* 501
PRODUCT INFORMATION SECTION

PUBLISHED BY MEDICAL ECONOMICS, INC.,
*a subsidiary of*

LITTON PUBLICATIONS, INC.
DIVISION OF LITTON INDUSTRIES
Oradell, New Jersey 07649

ALL RIGHTS RESERVED • © COPYRIGHT 1969 BY MEDICAL ECONOMICS, INC. • PRINTED IN U.S.A.

None of the content of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher.

## Lilly—Cont.

driving a car or operating machinery, especially during the first few days of therapy. Therefore, the patient should be cautioned accordingly.

**Adverse Reactions:** Dizziness, headache, sedation, somnolence, paradoxical excitement, insomnia, skin rashes, and gastrointestinal disturbances (including nausea, vomiting, abdominal pain, and constipation) may occur with the recommended doses of the drug.

Euphoria may occasionally occur.

**Administration and Dosage:** A narcotic prescription is not required. Darvon® (propoxyphene hydrochloride) is given orally. The usual dose is 65 mg. three or four times daily.

Propoxyphene hydrochloride with aspirin is given orally. The usual dose is 65 mg. of propoxyphene hydrochloride and 325 mg. of aspirin three or four times daily.

Propoxyphene hydrochloride with aspirin, phenacetin, and caffeine is given orally. The usual dose is 65 mg. of propoxyphene hydrochloride, 227 mg. of aspirin, 162 mg. of phenacetin, and 32.4 mg. of caffeine three or four times daily.

**Overdosage:** Manifestations of accidental or intentional overdosage with propoxyphene are similar to those of narcotic overdosage and include convulsions (more common than is usually noted in cases of narcotic poisoning), coma, respiratory depression, and circulatory collapse. When combination products containing salicylates as well as propoxyphene have been ingested, the clinical picture may be complicated by salicylism.

Analeptic drugs (for example, caffeine or amphetamine) should not be used because of their tendency to precipitate fatal convulsions. Intravenously administered narcotic antagonists (nalorphine and levallorphan) are the drugs of choice to reverse signs of intoxication. These agents should be given repeatedly until the patient's status remains satisfactory. Gastric lavage also may be helpful. In addition, supportive measures, such as assisted oxygenation and intravenous fluids, should be used as indicated.

Dialysis is of little value with respect to propoxyphene alone; salicylates and phenacetin are dialyzable.

**How Supplied:** (℞) *Pulvules® Darvon® (Propoxyphene Hydrochloride Capsules, U.S.P.): No. 364, H02,** 32 mg. (No. 4, Light-Pink Opaque), and *No. 365, H03,** 65 mg. (No. 3, Light-Pink Opaque), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000).

(℞) *Pulvules No. 368, Darvon® Compound (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly), H05** (No. 0, Light-Pink Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Each Pulvule contains 32 mg. propoxyphene hydrochloride, 227 mg. aspirin, 162 mg. phenacetin, and 32.4 mg. caffeine.

(℞) *Pulvules No. 369, Darvon® Compound-65 (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly), H06** (No. 0, Red Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Each Pulvule contains 65 mg. propoxyphene hydrochloride, 227 mg. aspirin, 162 mg. phenacetin, and 32.4 mg. caffeine.

(℞) *Pulvules No. 366, Darvon® with A.S.A.® (propoxyphene hydrochloride with aspirin, Lilly), H04** (No. 0, Red Opaque Body, Light-Pink Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Each Pulvule contains 65 mg. propoxyphene hydrochloride and 325 mg. aspirin.
[050769]

[*Shown in Product Identification Section*]

### DARVO-TRAN® ℞
**(propoxyphene hydrochloride and aspirin with phenaglycodol)**

**Description:** Darvon® (propoxyphene hydrochloride, Lilly) is a synthetic analgesic. It is an odorless white crystalline powder with a bitter taste. It is freely soluble in water. Chemically, it is α-(+)-4-(Dimethylamino) - 3 - methyl - 1,2 - diphenyl - 2 - butanol Propionate Hydrochloride.

Ultran® (phenaglycodol, Lilly) is a butanediol drug which has a tranquilizing effect. Chemically, it is 2-p-chlorophenyl-3-methyl-2,3-butanediol. It is relatively insoluble in water.

**Actions:** Propoxyphene hydrochloride is an analgesic in the potency range of codeine. The combination of propoxyphene hydrochloride with aspirin results in greater analgesia than that achieved by either drug administered alone. Propoxyphene hydrochloride is structurally related to the narcotic analgesics methadone and isomethadone, and its general pharmacologic properties are those of the narcotics as a group. Therapeutic doses have produced no demonstrable effects on respiration, blood pressure, or reflex activity.

Ultran® (phenaglycodol, Lilly) is a central-nervous-system depressant useful in the treatment of anxiety and functional disorders accompanied by tension. It has little sedative or hypnotic effect.

**Indications:** For the relief of mild to moderate pain when accompanied by tension.

**Contraindications:** Hypersensitivity to propoxyphene hydrochloride, aspirin, or phenaglycodol.

Concomitant administration with orphenadrine-containing compounds.

**Warnings:** Salicylates should be used with caution in the presence of peptic ulcer.

***Use in Pregnancy***—The safety of the use of this agent during pregnancy has not been established. The potential hazards of the drug must be weighed against the possible benefits.

***Use in Children***—This agent should not be used in children, since adequate data to establish safe conditions of use are lacking.

***Drug Dependence***—Tolerance, psychological dependence, and physical dependence have been reported; the abuse liability of propoxyphene hydrochloride is qualitatively similar to that of codeine although quantitatively less. Darvon® (propoxyphene hydrochloride, Lilly) will not support morphine dependence.

**Precautions:** Caution should be exercised in the administration of phenaglycodol to patients who are depressed.

Patients who have received narcotic drugs for long periods of time may have developed physical dependence, and the sudden substitution of ordinary doses of propoxyphene hydrochloride may result in an acute withdrawal syndrome. These symptoms may be avoided by gradually reducing the dose of the prior medication as propoxyphene hydrochloride is substituted.

Although accumulated evidence suggests that Ultran® (phenaglycodol, Lilly) is not habit-forming or addictive, it is recommended that patients on tranquilization therapy, particularly over prolonged periods, be *under periodic medical supervision*. Certain patients may place inordinate dependence on any medication which alleviates discomfort, and these individuals may transgress the bounds of prescribed dosage.

This agent may impair the mental and/or physical abilities required for the performance of potentially hazardous tasks, such as driving a car or operating machinery. Therefore, the patient should be cautioned accordingly.

The administration of Ultran® (phenaglycodol, Lilly) with other C.N.S. depressants and/or alcohol may result in additive effects.

**Adverse Reactions:** Dizziness, gastro-intestinal disturbances (including nausea, abdominal pain, constipation, and emesis), vertigo, headache, sedation, somnolence, insomnia, excitation, skin rash or other allergic phenomena, dermatitis, depression, anxiety, feelings of unreality, lethargy, and gynecomastia have been reported.

Euphoria may occasionally occur.

**Administration and Dosage:** A narcotic prescription is not required.

Darvo-Tran is administered orally. The adult dosage is 1 or 2 Pulvules® three or four times daily. It should be remembered that two Pulvules Darvo-Tran will provide a 300-mg. dose of Ultran® (phenaglycodol, Lilly), which may predispose to mild drowsiness.

**Overdosage:** Manifestations of accidental or intentional overdosage with propoxyphene are similar to those of narcotic overdosage and include convulsions (more common than is usually noted in cases of narcotic poisoning), coma, respiratory depression, and circulatory collapse. When combination products containing salicylates as well as propoxyphene have been ingested, the clinical picture may be complicated by salicylism.

Analeptic drugs (for example, caffeine or amphetamine) should not be used because of their tendency to precipitate fatal convulsions. Intravenously administered narcotic antagonists (nalorphine and levallorphan) are the drugs of choice to reverse signs of intoxication. These agents should be given repeatedly until the patient's status remains satisfactory. Gastric lavage also may be helpful. In addition, supportive measures, such as assisted oxygenation and intravenous fluids, should be used as indicated.

Dialysis is of little value with respect to propoxyphene alone; salicylates and phenaglycodol are dialyzable.

**How Supplied:** (℞) *Pulvules No. 371, Darvo-Tran® (propoxyphene hydrochloride and aspirin with phenaglycodol, Lilly), H11** (No. 0, Light-Pink Opaque Body, Maroon Opaque Cap), in bottles of 100 and 500. Each Pulvule contains 32 mg. of Darvon® (propoxyphene hydrochloride, Lilly), 325 mg. of A.S.A.® (aspirin, Lilly), and 150 mg. of Ultran® (phenaglycodol, Lilly).
[060469]

[*Shown in Product Identification Section*]

### DIETHYLSTILBESTROL ℞
**ENSEALS®, SUPPOSITORIES, AND TABLETS**

**Description:** Diethylstilbestrol is a crystalline synthetic estrogenic substance capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.

**Indications:** Tablets and Enseals Diethylstilbestrol are indicated for the relief of symptoms of the menopause; in senile vaginitis; for the relief or prevention of painful engorgement of the breasts postpartum; for control of functional uterine bleeding; in carcinoma of the prostate; and in mammary carcinoma of postmenopausal women.

Suppositories Diethylstilbestrol are indicated in postmenopausal and senile vaginitis, especially when menopausal symptoms are not present.

**Contraindications:** The contraindications to diethylstilbestrol administration are the same as to estrogen therapy in general. Estrogens should not be administered in the absence of a positive indication, and they should be avoided in premenopausal women with carcinoma of the breast and all women with genital malignancy

family history
or genital mal
cation.
In young pati
not complete,
dicated becau
closure.
Suspected or I
be regarded a
longed estroge
**Warning:** Be
reaction on th
therapy shou
possible benef
considered fo
**Precautions:** I
drug, and cau
use. Indiscrim
tration may b
ing the drug
medical super
and pelvic e
before treatm
during therap
Diethylstilbest
with caution t
or other diseas
phorus metab
known to affe
stances. Cond
graine, asthm
function requ
cause the dru
of fluid retent
nal function te
until estrogen
tinued for two
**Adverse React**
gens, unpleas
noted followin
Most common
which may be
vomiting. The
to differ signi
of patients.
women seem t
Nausea and vo
duced in the g
When dosage i
quent and tran
given (1 mg. o
larly when the
nausea and vo
menopausal gr
women form ar
in them being
doses of 3 to 5
Continuous the
time, even in l
dometrial hype
ing. This can
stances by mini
terruption of t
be prolonged.
also possible wi
Other side-eff
clude abdomin
tenderness an
diarrhea, lassi
headache, an
scotomata, cut
allergic reactio
effects may be
reduction of
medication.
**Administration**
0.5 mg. daily, i
menopause, cyc
(three weeks'
rest period). W
cur during the
gorgement of th
one to three tim
in functional
mg. three to fiv
ceases. In carci
mg. daily, inc
later, the dose
age of 1 mg. da
15 mg. daily.
*Vaginal*—One 0.
at bedtime each
needed. For m
pository periodi

...perating machi...
...t should be cauti...
of Ultran® (ph...
other C.N.S. dep...
may result in addi...

...izziness, gastro-in...
...ncluding nausea, ...
...pation, and eme...
...edation, somnole...
skin rash or other...
...rmatitis, depress...
reality, lethargy, ...
...en reported.
...nally occur.
Dosage: A narco...
...uired.
...istered orally. Th...
Pulvules® three...
...ould be remember...
...ro-Tran will provi...
...ne® (phenaglycodi...
predispose to mi...

...itions of acciden...
...sage with propoxy...
...se of narcotic ove...
convulsions (mor...
...y noted in cases of...
coma, respirator...
...tory collapse. Wh...
containing salicyl...
...phene have been ...
...ture may be co...

...ample, caffeine ...
...not be used becau...
...ecipitate fatal co...
...nistered nar...
and levallor...
...ce to revers...
...hese agents shoul...
until the patient...
...ory. Gastric lavag...
addition, suppor...
...sisted oxygenatio...
should be used a...

...te with respect to salicylates and ...table.
...Pulvules No. 3..., ...phene hydrochlo... ...maglycodol, Lilly), ...k Opaque Body, bottles of 100 and ...tains 32 mg. of ...e hydrochloride, ...® (aspirin, Lilly), ...(phenaglycodo... [060469]
...ification Section]

...RIES, ℞

...strol is a crystal- ...substance capable ...armacologic and ...ibuted to natural

Enseals Diethyl- ...for the relief of ...pause; in senile ...r prevention of ...he breasts post- ...nctional uterine ...the prostate; and postmenopausal

...estrol are in- ...sal and senile ...en menopausal

... ...dications ...is...ion are the ...y in general. Es- ...inistered in the ...ation, and they premenopausal ...he breast and in malignancy. A...

family history of a high incidence of breast or genital malignancy may be a contraindication.
In young patients in whom bone growth is not complete, estrogen therapy is contraindicated because of its effect on epiphyseal closure.
Suspected or known hepatic disease should be regarded as a contraindication to prolonged estrogen therapy.
**Warning:** Because of possible adverse reaction on the fetus, the risk of estrogen therapy should be weighed against the possible benefits when diethylstilbestrol is considered for use in a known pregnancy.
**Precautions:** Diethylstilbestrol is a potent drug, and caution must be employed in its use. Indiscriminate or injudicious administration may be dangerous. Patients receiving the drug should be under continuous medical supervision. In women, the breasts and pelvic organs should be examined before treatment is begun and at intervals during therapy.
Diethylstilbestrol should be administered with caution to a patient with bone, renal, or other disease involving calcium or phosphorus metabolism, since estrogens are known to affect metabolism of these substances. Conditions such as epilepsy, migraine, asthma, and cardiac or renal dysfunction require careful observation because the drug may produce some degree of fluid retention. Liver, thyroid, or adrenal function tests should not be performed until estrogen therapy has been discontinued for two months.
**Adverse Reactions:** As with natural estrogens, unpleasant side-effects have been noted following diethylstilbestrol therapy. Most common is the occurrence of nausea, which may be severe enough to lead to vomiting. The incidence of nausea appears to differ significantly among various types of patients. Pregnant and postpartum women seem the least susceptible.
Nausea and vomiting are most easily produced in the group of menopausal women. When dosage is minimal, nausea is infrequent and transient. When larger doses are given (1 mg. or more daily), and particularly when they are administered initially, nausea and vomiting are common in the menopausal group. Men and nonpregnant women form an intermediate group, nausea in them being relatively uncommon from doses of 3 to 5 mg. daily.
Continuous therapy over long periods of time, even in low dosage, may produce endometrial hypertrophy and uterine bleeding. This can be prevented in most instances by minimum dosage or by cyclic interruption of therapy when treatment must be prolonged. Porphyria cutanea tarda is also possible with extended use of the drug. Other side-effects occasionally noted include abdominal distress or pain, breast tenderness and engorgement, anorexia, diarrhea, lassitude, paresthesia, vertigo, headache, anxiety, insomnia, thirst, scotomata, cutaneous rashes, purpura, and allergic reactions of various types. Side-effects may be expected to disappear on reduction of dosage or withdrawal of medication.
**Administration and Dosage:** *Oral*—0.2 to 0.5 mg. daily, increased as indicated. In the menopause, cyclic therapy is recommended (three weeks' regimen with a one-week rest period). Withdrawal bleeding may occur during the rest period. In painful engorgement of the breasts postpartum, 5 mg. one to three times daily for a total of 30 mg. In functional uterine bleeding, usually 5 mg. three to five times daily until bleeding ceases. In carcinoma of the prostate, 1 to 3 mg. daily, increased in advanced cases; later, the dose may be reduced to an average of 1 mg. daily. In cancer of the breast, 15 mg. daily.
*Vaginal*—One 0.5-mg. suppository inserted at bedtime each night, or less frequently as needed. For maintenance, a 0.1-mg. suppository periodically may be adequate.

**How Supplied:** (℞) *Enseals—Diethylstilbestrol Tablets, U.S.P. (Enteric): No. 46, A19,** 0.1 mg., *No. 47, A20,** 0.25 mg., *No. 48, A21,** 0.5 mg., *No. 49, A22,** 1 mg., and *No. 85, A33,** 5 mg., in bottles of 100 and 1,000; *No. 90, A34,** 25 mg., in bottles of 100 and 500.
(℞) *Suppositories—Diethylstilbestrol Suppositories, U.S.P.* (Vaginal): *No. 14, S07,** 0.1 mg., and *No. 15, S09,** 0.5 mg., in packages of 6 and 50. In addition to the diethylstilbestrol, these suppositories contain glycerin, gelatin, polysorbate 20, and propylene glycol.
(℞) *Tablets—Diethylstilbestrol Tablets, U.S.P.: No. 1646, J49,** 0.1 mg., in bottles of 100 and 1,000; *No. 1647, J50,** 0.25 mg., in bottles of 100; *No. 1648, J51,** 0.5 mg., in bottles of 100 and *No. 1649, J52,** 1 mg., in bottles of 100 and 1,000; *No. 1685, J54,** 5 mg., in bottles of 100 and 1,000 and in 10 strips of 10 individually labeled blisters each containing 1 tablet (ID100); *No. 1724, T70,** 25 mg. (cross-scored), in bottles of 100.
[090369]

**DIGITOXIN,** *see* Crystodigin® (digitoxin, Lilly).

**DIPHTHERIA AND TETANUS TOXOIDS AND PERTUSSIS VACCINE COMBINED,** *see* Tri-Solgen® (diphtheria and tetanus toxoids and pertussis vaccine combined, alum precipitated, Lilly).

## • DOLOPHINE® HYDROCHLORIDE ℞
**(methadone hydrochloride)**
**Injection, U.S.P.**
AMPOULES

**Description:** Dolophine® Hydrochloride (methadone hydrochloride, Lilly) is 4,4 - diphenyl - 6 - dimethylamino - heptanone-3 hydrochloride. It is a white, crystalline material and is water soluble. It is similar to morphine in effect, but it has a more prolonged duration of action as a result, at least partially, of greater lipid solubility.
**Indications:** Dolophine® Hydrochloride (methadone hydrochloride, Lilly) is indicated when an analgesic effect is required, especially in the relief of postsurgical pain and pain associated with renal colic, metastatic lesions of malignant tumors, fractures, etc. When chronic administration of potent analgesics is necessary, Dolophine Hydrochloride is preferable to morphine since it induces less physical dependence. It is not recommended for the control of mild pain in place of less potent analgesic drugs, such as the salicylates or even codeine.
**Contraindications and Precautions:** Although Dolophine® Hydrochloride (methadone hydrochloride, Lilly) has been used successfully in obstetric patients, it should be given with caution in the intrapartum period. Sedatives or other drugs which may depress fetal respiration should not be administered if delivery is anticipated before most of the drug will be eliminated from the fetal circulation. The risk is increased if the infant is premature or if general anesthesia is used for delivery.
After prolonged administration resulting in the development of considerable tolerance, withdrawal of Dolophine Hydrochloride is followed by a mild but definite abstinence syndrome.
**Warning:** Dolophine® Hydrochloride (methadone hydrochloride, Lilly) has addictive characteristics, and a narcotic prescription is required.
**Adverse Reactions:** The most common side-effects produced by Dolophine® Hydrochloride (methadone hydrochloride, Lilly) are nausea and vomiting. Other less bothersome symptoms include dizziness, dryness of mouth, and miosis. Nausea and vomiting have appeared most often with large doses and are of the type characteristically observed following administration of morphine.
The cumulative effect of Dolophine Hydrochloride seems evident. *Although the first doses may be well tolerated, nausea may appear after several have been given. It is recommended that the drug be administered only when needed for control of pain.* Side-effects also seem to be more prominent in ambulatory patients and in those who are not suffering acute pain. In such individuals, the lower doses are advisable.
**Administration and Dosage:** Contents of Ampoules Dolophine® Hydrochloride (methadone hydrochloride, Lilly) may be administered subcutaneously or intramuscularly.
Parenteral doses of Dolophine Hydrochloride range from 2.5 to 10 mg., according to the severity of pain, and should be repeated only when pain returns. Excessive frequency of administration and size of dose should be avoided.
**Overdosage:** The primary symptom of overdosage is respiratory depression. Other symptoms are drowsiness, sweating, mental depression, delirium, hallucinations, circulatory collapse, and coma. Nalorphine hydrochloride (Nalline® HCl) provides specific therapy for overdosage. It should be repeated when necessary to counteract respiratory depression. General management should consist in symptomatic and supportive therapy, which may include administration of oxygen and intravenous fluids and maintenance of body temperature.
**How Supplied:** •(℞) *Ampoules Dolophine® Hydrochloride (Methadone Hydrochloride Injection, U.S.P.): No. 456,* 10 mg., 1 cc., in packages of 12 and 100. Each cc. contains methadone hydrochloride, 10 mg., and sodium chloride, 0.9 percent. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH. *No. 435,* 10 mg. per cc., 20 cc., rubber-stoppered, in single ampoules (10 per carton) and in packages of 25. Each cc. contains methadone hydrochloride, 10 mg., and sodium chloride, 0.9 percent, with chlorobutanol (chloroform derivative), 0.5 percent, as a preservative. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH. [080569]
• Narcotic required.

## • DOLOPHINE® HYDROCHLORIDE ℞
**(methadone hydrochloride)**
SYRUP AND TABLETS

**Description:** Dolophine® Hydrochloride (methadone hydrochloride, Lilly) (4,4 - diphenyl - 6 - dimethylamino - heptanone-3 hydrochloride) is an effective, stable antitussive and analgesic, 10 mg. of which are comparable in analgesic potency to morphine sulfate, 15 mg. (¼ grain).
**Indications:** As an antitussive, it is of benefit in the control of cough associated with the common cold, whooping cough, or chronic tuberculosis.
As an analgesic, Dolophine® Hydrochloride (methadone hydrochloride, Lilly) is especially useful in relieving postsurgical pain and pain associated with renal colic, metastatic lesions of malignant tumors, fractures, etc.
**Contraindications and Precautions:** Although Dolophine® Hydrochloride (methadone hydrochloride, Lilly) has been used successfully in obstetric patients, it should be given with caution in the intrapartum period. Sedatives or other drugs which may depress fetal respiration should not be

*Continued on next page*

*Identi-Code® symbol—Newly manufactured capsules and tablets and the labels of powders for oral suspension and suppositories will bear Identi-Code symbols. However, a period of time will elapse before existing stocks of noncoded products are exhausted.