IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOY KASPARIAN and RICHARD FEDERICO, JR.,<br><br>    Plaintiffs<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>    Defendants. | CIVIL ACTION No. 06-CV-00290 (RMC) |

**[PROPOSED] ORDER**

After consideration of the arguments of counsel for Defendant Eli Lilly and Company ("Lilly") and Plaintiffs Joy Kasparian and Richard Federico, Jr., and after consideration of all memoranda and exhibits that have been filed with the Court, the Court rules that Lilly's Motion For Summary Judgment is GRANTED.

_____                                       _____
Date                                                                                   Rosemary M. Collyer
                                                                                            United States District Judge