UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)
JOY KASPARIAN and                    )
RICHARD FEDERICO, JR.,               )
                                     )
            Plaintiffs,              )
                                     )
       v.                            )   CIVIL ACTION No. 06-CV-00290 (RMC/AK)
                                     )   NEXT EVENT:
ELI LILLY AND COMPANY,               )      Pretrial Conference September 19, 2007
                                     )
            Defendant.               )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)

**AFFIDAVIT OF AARON M. LEVINE, ESQ.
REGARDING AUTHENTICATION OF DOCUMENTS**

I, Aaron M. Levine, declare under penalty of perjury that the following is true and correct:

1. Attached as Appendix 1 is a true copy of Herbert W. Horne, Jr., M.D., <u>Evidence of Improved Pregnancy Outcome with Diethylstilbestrol (DES) Treatment of Women With Previous Pregnancy Failures: A Retrospective Analysis</u>, 38 J. Chronic Diseases 873, 874, 880 (1985).

2. Attached as Appendix 2 is a true copy of a letter from Herbert W. Horne, Jr., M.D. to his patients, dated March 1, 1978.

3. Attached as Appendix 3 is a true copy of a blank follow-up questionnaire used by Dr. Horne in his study, dated September 1, 1983.

4. Attached as Appendix 4 is a true copy of a letter from Herbert W. Horne, Jr., M.D. to his patients, dated January 15, 1985.

5. Attached as Appendix 5 is a true copy of a letter from Herbert W. Horne, Jr., M.D. to his patients, dated January 1993.

6. Attached as Appendix 6 is a true copy of Defendant Eli Lilly and Company's Objections to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents in the present case, dated September 11, 2006.

7. Attached as Appendix 7 is a true copy of a letter from Aaron M. Levine to James J. Dillon, dated September 15, 2006.

8. Attached as Appendix 8 is a true copy of a letter from, James J. Dillon to Aaron M. Levine, dated September 25, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

                                                     /s/ Aaron M. Levine
                                                      Aaron M. Levine