# Appendix 2

REPRODUCTION RESEARCH FUND
Herbert W. Horne, Jr. M.D.
1330 Boylston St., Chestnut Hill
Massachusetts 02167
(617) 277-4153

1 March 1978

Dear Friends,

This is a special year--the twentieth in which I have written an Annual Report--in the early years primarily for my benefit so that I would remember later on what research ideas I had explored. More recently, it has been to report to the many of you who have been interested in our research and have helped to support it. It is in large measure from this research that the ever increasing success rate in helping infertile patients has grown. Those many of you who have become pregnant, for instance, by my being able to make the diagnosis of mycoplasma and the successful treatment of it, know how important our research has been to you. Without the interest and help of those who came before you and who made this research on mycoplasma possible, pregnancy would not have occurred.

Also, every year for the past five, since the "DES" question started, I have included for the benefit of the many mothers who did take the Stilbesterol during the years 1952-72, the latest information concerning the current data on the DES problem. There are about 800 of you who have been very nervous--and rightly so--over what has been written in the newspapers, etc. and you have no place to turn for accurate information. This report will relieve your anxieties, I hope, with the promise that I shall continue to report annually until the question is laid to rest.

Again, this year, as has happened many times in the past, we ran the research on a "shoestring" and had a net "loss", if you can call it that. Those of you who have contributed in the past can see, as you read this report, where your money has gone. I think it fair to say, that rarely will you find so much research carried out on so little funds, to paraphrase a famous quotation. As in all non-business ventures, we are happy to contribute our time and effort without reimbursement in order to get the mission accomplished, whether funds are available or not. However, as you will see in this report, there are several projects that have had to be curtailed or postponed because we did not have the money to start them. If every one who wanted to contribute gave us $25, we would be able to break even, but today, a contribution of $10 just about pays for the time, effort, and mailing expense of preparing the Annual Report. If we had to pay for having it prepared, typed and stuffed, plus the supplies, we would not be able to afford to send it. So please help as you can, but also do realize that all of our research costs have gone up, too, and to continue through the next few years, we really do need all the help you can give.

I hope as in the past, that the report is of interest to everyone. I enjoy the many hours it takes to prepare it and only hope that it keeps you in tune with our thoughts on how to improve our patient care and how to improve the success rate for the young people who are yet to come for help. With best personal wishes,

Cordially yours,

Herbert Horne

REPRODUCTION RESEARCH FUND
Herbert W. Horne, Jr. M.D.
1330 Boylston St., Chestnut Hill
Massachusetts 02167
(617) 277-4153

Twentieth Annual Report
(1 Jan. '77 - 31 Dec. '77)

1 January 1978

A.  Organization
B.  Research in Progress
C.  New Research Projects

D.  Meetings & Publications
E.  Financial Report
F.  Estimated Budget for 1978

## A - ORGANIZATION

During this the second year of the separation of the private practice of Infertility from the Reproduction Research Fund, Mrs. Elsie Kelly has continued as the sole employee of the Research Fund and Mrs. Horne and I have run the practice. This has simplified considerably the separation of the research activities from the business of the office and has made easier the evaluation of the clinical effectiveness of our research investigations. Dr. Karl Weidemann has continued to accept many of the gynecological patients we have referred to him during the past two years and has cared for them most kindly and effectively. These arrangements are working well and have made it possible for our practice to limit itself solely to infertility studies.

Our relationship with Dr. Ruth Kundsin and her assistants in the Surgical Bacteriological Laboratory at the Peter Bent Brigham Hospital continues to be one of the cornerstones of our practice. Their never-failing cooperation and help in the diagnosis and treatment of mycoplasma infection and their willingness to assist in our investigations have made a large part of our research possible. We hope soon to publish a paper together concerning the treatment of resistant organisms. In addition, Dr. Kundsin's evaluating the effectiveness of our new contraceptive and anti-VD method has shown us that the method appears to be potentially effective clinically. Dr. Kundsin has agreed to act as the Microbiological Consultant of our 'team' as we get into the development and clinical trial of the method.

Lastly, I find that the teaching movie I made four years ago entitled "Human Reproductive Physiology for the Infertile Couple", has succeeded beyond my highest hopes in relieving me of the daily hour-long lecture that I had personally given to every new couple during the previous 22 years of practice. We find, also, that patients who are 'repeaters' are grateful to be able to watch the movie again and thus are reoriented most painlessly. The movie will be used as a 'scientific exhibit' at the annual meeting of the American Fertility Society in New Orleans in early April, 1978.

## B - RESEARCH IN PROGRESS

1. We still have a considerable number of patients who are successfully using the original Lippes Loop IUD that was inserted in the early and mid '60s. We want to followup all who have used it for more than ten years, but this past year, we have been so intent on the mycoplasma studies (see below) that we have not been able to. The number of patients who have been successful in limiting their family size since the insertion of the Lippes Loop is quite substantial and will require detailed followup in the near future.

2. The investigation of the best treatment for the 'resistant' type of mycoplasma organisms has been successful so far. In a dozen patients whose organisms were 'partially resistant' to the oral antibiotics, we have found that by using double dosage of the antibiotic of choice, we have cleared the infection from all of these 'partially resistant'

2

cases. This left us with two couples whose organisms were 'totally resistant' to all of the oral medicines, and thus we were required to try antibiotics effective only by injection.

After evaluating the effectiveness of several of the injectibles in the laboratory, we decided on the new medicine called "Gentamycin" which was kindly provided to us by the Schering Pharmaceutical Co. under the trade name of Garamycin. With the complete consent of both partners, treatment consisted of first giving the wife three injections daily for ten days and then reculturing her eight weeks later. Abstinence or condoms were required. Both wives were found to be negative. At this point, the husbands were treated similarly and then normal coitus was allowed. Soon the wives will be recultured to determine if the husbands have also been cured. So far, there have been no medical problems, and if the final cultures are negative, we will be able to say that we have learned how to treat even the most resistant cases. The major drawback is that the full outline of treatment and reculturing takes the better part of six months. However, if we can help these problem patients become pregnant eventually, it will be well worth the trouble.

3. As many of my patients know, we have been diligently seeking out the 'delinquents' who have not returned their questionnaires relative to the Stilbestrol (DES) question. We now have an 85% return rate on over 800 patients with about 2000 children. I hope by the end of the Spring to have completed the followup and to have over a 90% return. We hope to repeat the questionnaire followup again in 1981 and 1986, if all goes well.

Each year I try in this Report to update the information relative to the Stilbestrol question. Again this year, I can summarize by saying that I am even less worried about the purported abnormalities and malignancies than I have been in the past. Until at least ten more years have passed, we will not have completely determined how much, if any, risk was incurred by mothers who took Stilbestrol during pregnancy.

Factually to date, the total number of malignancies of the vagina and cervix in young women to have been discovered and reported to the registry is a few less than 300, out of at least two million women who took the medication between 1942 and 1972. A change in the lining of the vagina called adenosis does seem to be more prevalent in young women who were exposed, but no one yet has proven that adenosis turns into malignancy, and it usually disappears when the woman becomes pregnant.

Concerning abnormalities in the reproductive organs of young men, to date there are no valid data that abnormalities or anomalies are more common among exposed boys. It has been said that both male and female infertility is higher among the exposed youths, but there is no statistical evidence to substantiate this. Lastly, Ralph Nader's group has said that the mothers who actually ingested the Stilbestrol have a higher incidence of cancer of the breast than should be expected. This was an erroneous conclusion based on a scientific paper which did not find statistical evidence for this statement.

This past month Dr. Nicholas S. Assali of Pacific Palisades, Ca., has proven that giving Stilbestrol to pregnant sheep significantly increases the production of progesterone and the blood supply to the pregnant uterus, thus reducing the pregnancy loss rate. These findings have been accepted as statistically significant in a legal case in Philadelphia. The value of use of Stilbestrol had been challenged.

For years, I have been convinced of the value of the early research of Drs. Olive and George Smith. They showed improved production of progesterone in DES treated patients who threatened spontaneous abortion. In my practice, most infertile patients were high-risk cases on becoming pregnant and deserved everything I could offer to reduce the risk of loss. I know in my heart that many a pregnancy would have been lost and I could have been considered 'negligent' had I not given Stilbestrol.

3

Lastly, we are planning to put on computers all the data received from the questionnaires so that all new information which may come in either between each 5 year followup or with each new 5 year questionnaire can be added. It seems probable that within the next 5-10 years, any significant trend will show itself by which we can determine whether or not the DES actually did cause problems.

4. Our work of the past three years concerning our new technique for preventing both pregnancy and venereal disease progresses slowly, but hopefully positively. There have been several modifications made as we have progressed to what we now feel is the pre-development stage. We are now in the process of preparing our patent application. We believe that when the patent has actually been filed, we will have sufficient financial support to develop and try the method. Although I cannot yet elaborate on this information until the patent is accepted, suffice it to say that the philosophy makes good sense and the laboratory testing points well for its efficiency. We hope to be able to spell out the details in next year's Annual Report.

5. The role of mycoplasma infection in inhibiting fertility, which has already been proven and accepted in animal husbandry, is gradually becoming more accepted in humans. However, it will take a few more years before I personally will have enough successful patients to make a satisfactory statistical analysis. I, therefore, have not tabulated my results this year, hoping that by 1980, after five years of working with people with this problem, the results will be adequate to publish. However, one bit of information does seem worth mentioning even now. I have for a long time felt that a low-grade, asymptomatic mycoplasma infection can cause adhesions around the tubes and ovaries without the patient being aware of having any trouble. Our data shows that among a group of patients who had previously been treated for mycoplasma and who subsequently became pregnant, 31% had required major surgery to correct intraperitoneal adhesions subsequent to which conception occurred. This is compared to a similar group of negative mycoplasma patients in whom only 6% had required surgery. The difference is highly significant and pretty well confirms my suspicions. We will have the final data on this in the next few years.

## C - NEW PROJECTS

1. Though much of my efforts this year were devoted to "old" projects, nevertheless we did complete the one year prospective study of mycoplasma as a cause of pregnancy loss. Among the 81 pregnancies that were conceived under my care during the calendar year, 1977, just over half of the mothers had been positive and treated for mycoplasma before they became pregnant. It is too early to compute the results as yet, for the last pregnancy began on 29 Dec. 1977 and should be delivered about the last week of September 1978. Only then will we have all the data. In next year's Report, I shall summarize the results.

2. In last year's Annual Report, I mentioned that we hoped for support from the National Institute of Health for a grant, applied for by Dr. Jerry Hulka of Chapel Hill, N.C., to study the effectiveness of infertility techniques in our differing private practices. Unhappily, the NIH decided not to fund the project. We still think it is a worthwhile study and hope it will be revived sometime in the future.

3. I will mention briefly a small pilot study which did not work, basically so that I will have it on the record and remember in the future that I did it. In the hope that if there were any antibody interference to sperm of which we were not aware, and believing that abstinence from exposure to sperm would decrease this interference if it did exist, I invited 20 of my post-surgical patients who normally are abstinent after major surgery for at least 3-4 weeks, to abstain for 4 more weeks, meaning that they would not be exposed to sperm proteins for a total of 8 weeks. It would seem that with this abstinence, any sperm antibody titre that did exist would decrease, and thus the number of pregnancies that started at the first exposed ovulation would be higher than

usual. All but one of these 20 couples followed the period of extended abstinence faithfully, but only one couple became pregnant on the first ovulation and one on the third. Others have succeeded since then, but the incidence of 'expedited' pregnancy was certainly not significant.

4. Also, to get it on the record, we are starting a few patients in whom we can find absolutely nothing wrong and yet conception has not occurred, on a trial course of Husband Insemination after incubating the husband's sperm with follicular fluid. This is something that the wife can learn to do at home, and I feel it is worth trying on perhaps 5 patients to see if any pregnancy occurs. If it does work out with any success, I will describe it in more detail in my next Annual Report.

5. Lastly, in view of the recent reports that an organism known as Clamydia may be a factor in causing infertility, and since we do not as yet have the technique necessary to culture to establish whether or not a patient has this infection, I am trying empirically a group of 20 couples with no known cause for infertility on a short course of medication which is said to cure it _if_ it is present. Fortunately, there is no risk to this medication, so a simple empiric trial is possible. We have had two pregnancies in this group so far, but it is still too early to say whether or not the medication has helped. Should we find that 30-50% of these couples do succeed, it then will justify the expense to set up the culturing technique to try it in a more scientific manner on a larger group.

## D - PUBLICATIONS & MEETINGS

Bibliography (1977)

1. T-Strain Mycoplasma as a cause of Human Infertility: its treatment and results. Horne, H.W., and Kundsin, R.B. To be published.

2. T-Strain Mycoplasma as a cause of Pregnancy Loss in Humans: A Prospective study of the year 1977. To be published.

3. The Diagnosis and Treatment of Highly Resistant T-Strain Mycoplasma Infections in Infertile Couples. To be published.

Meetings (1977)

1. The 1977 Annual Conference on Fertility and Sterility of the U.S. International Foundation for Studies in Reproduction, Inc., was held in February at the Cerromar Beach Hotel in Puerto Rico. The weather was great and the scientific program excellent. One day was devoted to the discussion and up-dating of the many factors that have been developing relative to the DES question--see above. We were able to take off one day to fly to St. Croix to snorkel at Buck Island, a most wonderful experience and one that I can highly recommend to anyone who snorkels, and even to those who don't. Don't miss it if you ever are down that way!!

2. The 1977 Annual Convention of the American Fertility Society was held in conjunction with the 3-year Congress of the International Federation of Fertility Societies in Miami in April. This is such a large convention with so many scientific papers going on simultaneously that it was hard to get to the few that I wanted to hear. However, it was a great opportunity to renew friendships with our international friends and to mutually explore our research interests. Several new thoughts are always picked up by this sort of 'cross-pollination' of ideas and it really is most worthwhile in the long run.

## E – FINANCIAL REPORT

### 1 January 1977 – 31 December 1977

| Income* | Budgeted | Actual | Expenses | Budgeted | Actual |
|---|---|---|---|---|---|
| Contributions from Pts. & Friends | $7,000 | $6,372 | Research space, taxes, & ins. | $5,000 | $5,625 |
| Research grants | 1,500 | -- | Reprints, & movie Exp. meetings, dues | 500 | 297 |
| Rental of movie & TTT equipment from HWH, Jr. M.D., P.C. | 5,000 | 5,320 | Nursing & Sec'y | 13,500 | 13,903 |
| Rental of space from Dr. Weidemann | 6,500 | 6,742 | Misc. Office exp. including Annual Report, tel, lab, laundry | 1,000 | 570 |
|  | $20,000 | $18,434 |  | $20,000 | $20,395 |
| Cash on hand on 1 Jan '78 |  | 130 |  |  |  |
| From HWH, Jr. (cash) |  | 1,831 |  |  |  |
|  |  | $20,395 |  |  |  |

\* Research Income does not include 2 grants from Eli Lilly Co. which were contracts let out totaling $5,000 and $750 for the investigation, questionnairing and followup of the DES patients. This was not truly part of the research into new ideas.

## F – ESTIMATED BUDGET
### FOR 1978

| Income expected (?) |  | Expenses expected |  |
|---|---|---|---|
| Contributions from Pts. & Friends | $7,500 | Research space, taxes, ins. | $6,500 |
| Research Grant Money | 1,500 | Nursing and Sec'y | 14,500 |
| Rental of movie & TTT equipment from HWH, Jr. M.D., P.C. | 6,500 | Misc. office expense | 1,500 |
| Rental of space to Dr. Weidemann | 7,000 |  | $22,500 |
|  | $22,500 |  |  |

Reproduction Research Fund
1330 Boylston Street
Chestnut Hill, Mass. 02167

1 January 1978

6