Appendix 3

REPRODUCTION RESEARCH FUND
Herbert W. Horne, Jr., M.D.
1330 Boylston St., Chestnut Hill, MA  02167
(617) 277-4131


Follow-up Questionnaire - September 1, 1983
(For all DES-treated mothers)


Name: _____

Former name (if any) _____

Present address: _____

Telephone: (    ) _____ Present age: _____

If the above data change, please let us know to make further contact possible.

1.  Present husband's name? _____

2.  Have you developed any cancer? _____

2a. If yes, please elaborate. _____

3.  When was your last "Annual" physical exam? _____

4.  When was your last Pap test? _____

5.  Are you taking any medication? _____

5a. If yes, please elaborate. _____

6.  Have you had a hysterectomy? _____

6a. If yes, please elaborate. _____

7.  Aside from the DES taken when pregnant, have you ever taken estrogen (female hormones) before or subsequent to the pregnancy? _____

7a. If yes, please elaborate. _____


Please use the back of this page if necessary.

4

REPRODUCTION RESEARCH FUND
Herbert W. Horne, Jr., M.D.
1330 Boylston St., Chestnut Hill, MA  02167
(617) 277-4131

1983 Follow-up Questionnaire
(For the daughters of all DES-treated mothers)

Name: (Please include Maiden name) _____

Present address: _____

Telephone: (    ) _____    Present age: _____

Please realize that we are not trying to delve into your personal sex habits but we must know the facts in order to help you and especially all DES-exposed children everywhere.  It will be held in complete confidence.  Please do not answer anything unless you can be completely honest.

1.  How old were you when your menstrual periods began?_____

2.  In general, have your menstrual cycles been normal?_____
    If not, please elaborate on back.

3.  Have you ever had any vaginal discharge that you considered abnormal?_____
    If yes, please elaborate on back.

4.  Have you ever had a pelvic examination?_____
    Did it show anything unusual about your reproductive organs?_____
    _____  If yes, please elaborate on back.

5.  Have you ever had any premarital sexual relationship?_____

6.  Have you used premarital contraception?_____  What kinds?_____

    _____  Faithfully?_____ or Occasionally?_____

7.  Any premarital pregnancy?_____  Outcome:_____

8.  Have you ever had a venereal infection of your uterus or tubes?_____

9.  Have you ever had an infection of the bladder?_____

### For married females only

10. Please detail marital history_____

11. Do you use contraception?_____  What kinds?_____

    Faithfully?_____  or Occasionally?_____

12. Have you attempted to become pregnant successfully?_____
    If yes, please detail your reproductive history with dates, names and any abnormalities on the back of this sheet.

13. If you are having trouble becoming pregnant, please give details with some information about any fertility study you have had and any abnormalities found.

Please use the back of this page if necessary

Herbert W. Horne, Jr., M.D.
1330 Boylston St., Chestnut Hill, MA  02167
(617) 277-4131

*1983 Follow-up Questionnaire*
*(For the sons of all DES-treated mothers)*

Name: _____

Present address: _____

Telephone: (    ) _____    Present age: _____

Please realize that we are not trying to delve into your personal sex habits but we must know the facts in order to help you and especially all DES-exposed children everywhere.  It will be held in complete confidence.  Please do not answer anything unless you can be completely honest.

1.  Have you any reason to think that your sexual development is any different from others fellows your age?_____  If so, please detail re: nocturnal emissions, ejaculations, either sexual or masturbated, etc. on the back of this sheet.

2.  Has any physician ever told you you had any abnormality of your reproductive organs such as undescended testes, epididymal cysts, etc?_____ If so, please detail on back.

3.  Have you ever had any premarital sexual relationship?_____

4.  Have you been married?_____  Married now?_____  Have you ever caused a pregnancy?_____

5.  Do you use contraception?_____  In what form?_____

    Faithfully?_____ or Occasionally?_____

6.  Have you ever had any infection of your penis or prostate?_____ If yes, please detail on back.

*(For married males only)*

7.  Please indicate your full reproductive history to date with dates, names and any abnormalities on the back of this sheet.

8.  If you have had any trouble bringing about a pregnancy in your wife (infertility), please give details especially of examinations of the genital organs and the sperm analysis.

*Please use the back of this page if necessary.*

6