Appendix 4

**HERBERT W. HORNE, JR., M.D., P.C.**
*GYNECOLOGY - FERTILITY*
1330 BOYLSTON STREET
CHESTNUT HILL, MASS. 02167

(617) 277-4153

15 January 1985

Dear Friends,

This year, I have decided to get the Annual Report out as close to the end of 1984 as possible because soon there will be so much going on around here that I won't find time to do it until spring otherwise. Some of you will not receive it until February because our mailing list is not yet finished. At least the report will be ready as we get the list up to date and hopefully we will get it out before the new price for postage begins!!

Our financial budget this year was about as expected, with the exception that part of the 1985 grant money was actually received before December 31st and had to be included in the 1984 financial report. The 1985 report will reflect the drop in grant money for next year because of this. Specifically, our only problem relates to the funds from patients and friends which were a bit lower than in 1983. These contributions came from a slightly larger group of people, but the average was only $45, as you can see from the Addendum. With the cost of everything going up, despite what the government says, our costs also creep up steadily. This sometimes makes it impossible to carry out an important research project because, as I believe you know, I <u>do not</u> charge patients for what I consider unproven investigations – "Research". Once a test or technique has been proven, we then assimilate it into the regular workup of the private practice and set a specific fee for it.

If I could convince 300 of you – out of the 1000+ families this report goes to each year – to make an annual contribution of an average of $50, it would give us the leeway to run several 'pilot projects' that might well open new vistas in the treatment of "unexplained infertility". Do what you can and we will be grateful – especially for the current infertile couples who may benefit from the research. For those of you whom we <u>were</u> able to help in "your hour of need" to have children, it offers an annual expression of your happiness.

I trust you will enjoy reading what has been done and what we hope to accomplish in 1985 in the realm of the "unknown". Best wishes for a successful and happy New Year.

Cordially yours,

Herbert W. Horne, Jr., M.D.

23

REPRODUCTION RESEARCH FUND
Herbert W. Horne, Jr., M.D.
1330 Boylston St., Chestnut Hill
Massachusetts 02167
(617) 277-4153
Twenty-seventh Annual Report
(1 Jan. '84 - 31 Dec. '84)

15 January 1985

A. Organization          C. New Research        D. Financial Report
B. Research in Progress                         E. Estimated Budget

### A. ORGANIZATION

The year 1984 saw a continuation of the research of the REPRODUCTION RESEARCH FUND paralleling the private practice of Infertility Studies carried on in the office. Sandi Ross has continued most capably the follow-up of our research patients as well as carrying out the daily routine of investigations into the problems of infertility among our regular patients. In addition, she has organized the yearly check up appointment notification system which had slipped into disarray. Now routine notification to our older ex-infertile patients who wish to have annual checkups is proceeding smoothly.

The DES follow-up is still fully active with our daughter, Hannah Lord, prodding the laggards to get their children to return their bi-annual questionnaires, so that though the number of families about whom we have complete follow-up gradually succumbs to attrition, we still have a large number of entire families whose follow-up history concerning the mothers, the exposed and the non-exposed children continues to expand. The wealth of information obtained from these questionnaires will eventually be translated into reports of real significance. Some of the details of thses findings are described below.

### B. RESEARCH IN PROGRESS

1. The initial paper concerning the follow-up of our DES patients, entitled "Evidence of Improved Pregnancy Outcome with Diethylstilbestrol (DES) Treatment of Women with Previous Pregnancy Failures - A Retrospective Analysis" has tentatively been accepted by one of the major medical journals and we hope for its publication by the summer of 1985. Since the data found from this follow-up study shows results that are exactly opposite from what has been published in the past, we have taken a lot of 'flack' along the way. The reason for the differences is that our study referred to an entirely different group of patients - all of ours were infertile to begin with - from the routine obstetrical patients that others had studied. It is hard for ideas that have been firmly imprinted in the mind by the media to be erased by a refutation, no matter how good the grounds for that refutation. We hope that the report when it is published will begin to undo the very great harm that has been caused by what I call "The Great DES Fiasco".

2. The second paper, which I shall present at the Pan American Conference

74

on Infertility to be held in Ixtapa, Mexico in February concerns the data obtained from 1001 young infertile people who have come to me recently for help. Five years ago I started questioning them concerning whether or not their mothers had taken DES to prevent miscarriage during their intra-uterine life. Only 49 mothers answered the question affirmatively, 34 of them being the mothers of female patients and 15 being mothers of the husbands. This has given us a chance to compare the reproductive history of these 34 DES-exposed infertile wives to see if there was anything different about them from the remaining 403 non-DES exposed infertile wives.

We have just compared the statistics between these two groups and two very important statistical points have become evident. Firstly, the DES-exposed wives had a significantly higher incidence of spontaneous abortion (for which <u>their own mothers</u> had taken DES treatment) and these same DES-exposed wives had a significantly higher incidence of mycoplasma infection than their non-DES exposed peers. In addition, the same is true for ectopic pregnancies. Interestingly enough, we believe that mycoplasma is a causative factor in both spontaneous abortion and ectopic pregnancies!! Could it be that their mothers who were treated 20-40 years ago with DES to prevent spontaneous abortion actually were threatening to abort because they had mycoplasma? When we find data as statistically significant as this, it is worthy of further investigation - see below.

3. The question of antibodies and their relationship to mycoplasma or other infection is still up in the air. We found that treating those who had antibodies to sperm with "Medrol" caused some unpleasant side effects in a few people, so we have shifted to large doses of prednisone for 7 days out of each cycle. We have had a few pregnancies and an apparent reduction of the antibody levels in some other patients, but the results are far from conclusive. We are continuing to evaluate this relationship as will be evident below.

4. Similarly, the treatment of 'Resistant' mycoplasma infection has been only partially effective. Of the original 6 couples we treated, one has had a healthy baby but is now positive again; another couple had a pregnancy which ended in a spontaneous abortion; two couples dropped out of the study without becoming pregnant; one couple broke up; and one is cleared of the infection but has recently been found to be a candidate for surgery because of pelvic adhesions. There have been four other couples widely dispersed throughout the country from Virginia to Los Angeles about whom I do not have definite information as yet, but we are still working on this 'sticky' problem and hope to be able to cure these unfortunate individuals later.

### C. NEW RESEARCH PROJECTS

1. The persistent question of low-grade infection in the uterus as a cause of infertility and the production of antibodies has recently been made more interesting by the finding of subtle evidence of the presence of Herpes in women with low-grade endometritis. None of these women has had any clinical evidence of Herpes - no sores or blisters - but we believe that it is possible that the infection is limited to the inside of the uterus and thus causes the endometrial sores which could lead to the production of antibodies to sperm. Since the uterus and the prostate are embryologically the same organ, what one has, so may the other.

25

- 3 -

I have a group of about 10 such couples who have a persistent low-grade inflammation from which we cannot culture any organisms (even mycoplasma), but who either cannot become pregnant or have had one pregnancy with spontaneous abortion. We have been waiting for the FDA approval of a new drug called 'Acyclovir' which in an ointment form can dry up the tender sores of Herpes, and if given intravenously can postpone recurrence of outbreaks of the sores. Recent investigative research using an oral form of the medicine strongly suggests that it can be taken by mouth over an extended period of time so that recurrences do not occur unless the medicine is stopped. We are ready to start an investigation - when FDA approval is announced - to see if these couples will be able to become pregnant and carry to term if we treat them for several months with the oral medication. To date, no significant side effects have been reported and we believe the drug to be safe. Should a significant number of these 'pilot project' couples become pregnant, we have reason to suspect we may have found the long sought 'common denominator' for which many of us have been hunting to answer why about 10-15% of all infertile couples do not succeed - when 'everything is normal' as far as we can tell.

2. Concerning the DES problem and the statistical incidence of mycoplasma infection among DES-exposed infertile patients, we hope to be able to obtain urine specimens from as many of the mothers of these DES-exposed wives as possible in order to culture them at this late date to see if they really do have mycoplasma. If they had it 20 years ago, it is highly possible that it is still there, for these organisms seem to live forever unless they are killed off by specific antibiotic treatment in both husband and wife. If indeed we do find a high incidence of mycoplasma, the justification for the use of DES to prevent spontaneous abortion 20-40 years ago will be substantiated again.

3. Lastly, we have made considerable progress in organizing a team to bring the development of our CAD-CAD to a point where it may be interesting enough for one of the larger pharmaceutical companies to purchase and market it. You will recall that this is the device which we have shown will kill both bacteria and sperm, thus preventing both pregnancy and infection of the female reproductive tract at the same time. We are developing a protocol with the intent of inviting people who are interested in 'risk capital' to purchase a unit of $10,000, up to a total needed of $300,000 to bring the concept to fruition. If any of you is interested in hearing more about this, please let me know, so that we may have a chance to present the protocol to you prior to the general public. I cannot at this time tell you more, as the details are confidential in order to protect the concept. I trust you will understand.

26

E. FINANCIAL REPORT

| Income | Budgeted | Actual | Expenses | Budgeted | Actual |
|---|---|---|---|---|---|
| Contributions from Pts. and Friends | $12,000 | $10,343 | Research space Taxes, Ins. & equipment | $12,000 | $13,617 |
| Research Grants (Eli Lilly) | 15,000 | 35,000 | Sec'y & misc. office expense | 8,000 | 12,420 |
| Rental of movie & TTT equip. from HWH, MD, PC. | 8,000 | 3,770 | Research expense | 15,000 | 13,101 |
| | | | Balance on hand toward 1985 exp.* | | 10,000 |
| Contrib HWH | | 25 | | | |
| | $35,000 | $49,138 | | $35,000 | $49,138 |

* Part of 1985 research grant was received prior to end of 1984 accounting for the funds on hand on December 31, 1984.

F. ESTIMATED BUDGET FOR 1985

| Income expected (?) | | Expenses expected (?) | |
|---|---|---|---|
| Contributions from Pts. and Friends | $12,000 | Research space, taxes, ins. & equipment | $15,000 |
| Research Grants | 20,000 | Sec'y & misc. office expense | 15,000 |
| Grants in hand | 10,000 | | |
| | | Research expense | 12,000 |
| | $42,000 | | $42,000 |

ADDENDUM --- Annual Contributions to the Reproduction Research Fund for the last 8 yrs.

| Year | Total $ received | Number of individuals | Average contribution |
|---|---|---|---|
| 1977 | $6,372 | 291 | $22 |
| 1978 | 6,480 | 194 | 33 |
| 1979 | 8,242 | 240 | 34 |
| 1980 | 6,070 | 198 | 31 |
| 1981 | 9,718 | 236 | 41 |
| 1982 | 8,280 | 198 | 42 |
| 1983 | 10,595 | 214 | 49.5 |
| 1984 | 10,343 | 229 | 45 |

11