Appendix 5

REPRODUCTION RESEARCH FUND

P.O. BOX 2745

FRAMINGHAM CENTRE, MA 01701

Dear Friends:                                            January, 1993

Thanks to the many of you who wrote nice notes of interest
about last year's letter which recounted the research projects in
which I'm still 'up to my ears'.  Your financial help made it all
possible; I do appreciate it.  It seems amusing to me that, while
1992 was designated "The Year of the Woman", my last 45 years have
been devoted to this 'new' concept!!  The Reproduction Research
Fund has existed since 1958, and I have written a report on our
research each year since.  In reading over the copies of those
annual reports, I must say that I have long since forgotten the
content of many of them!  But it is fun to review the fruits of
one's labors.

During this last summer, Hannah and I have had a real bonanza
come our way and one that we feel will be beneficial to our DES
families. The National Institute of Health (NIH) became aware of
the follow up research that we have been doing for the past 21
years on our former infertile patients who were given DES to
prevent miscarriage.  As a result of this connection, we have
joined with the Department of Epidemiology and Biostatistics at
Boston University School of Public Health in a three-year grant to
study, nationally, the long-term effects of DES use.  The
advantages of this joint effort are two-fold for our patients.  We
will be able to continue our research as a unique group but our
statistics will be incorporated into a much larger group consisting
of many thousands of DES mothers, sons and daughters.  Our next
questionnaire will reflect this consolidation as the identical
questions (as well as others that Hannah and I feel are important
to our group) will be asked of those affected by DES throughout the
U.S.  The continuing results of our study as well as the national
study will be made available to all of our DES families.  And, as
always, confidentiality is of utmost importance to all of us.

The NIH will be taking care of one of the most expensive parts
of the work that we could not do, namely the relocating of 'lost'
families from whom we have been unable to obtain any follow-up
information.  Reincorporating these families will make our 30 year
report much more statistically accurate and thus significant.  The
20 year report completed this last summer covered just over 50% of
the original number of patients.  While these numbers are good,
they are not enough to be statistically significant.  We plan to
continue to send out our biannual questionnaires to all of these
Moms and children for the foreseeable future.

Copies of our 20 year report were sent to all of our DES
families who have continued to be active in this study.  If you
would like a copy of our results, give Hannah a call.

My study of Radon 'daughters' - Polonium and Lead 210 - as causal factors in the development of cancer in humans is progressing well, though slower than I had hoped.  Initially, I focused on the possibility that these radioactive isotopes, found in deep-well water, were related to the DES problem.  I have continued to study the water intake by parents of the young women who developed the very rare cancer of the vagina and/or cervix which has been blamed on intrauterine DES exposure to that drug. Now we know that radon in air and radon in ingested water can remain in the body over a lifetime, giving off gamma rays (similar to x-rays) from the radon daughters and perhaps causing mutations in the nearby cells.  Now there is growing evidence that may link the 'epidemics' of cancer of both the prostate and breast to low-level radon intake, either inhaled or ingested.  I also plan to investigate whether these isotopes exist in ovaries and testes. Nothing firm yet but certainly the results are strongly suggestive.

As I mentioned in my letter last year, I had been invited to initiate a pilot lecture series for Framingham High School students about the physiology of reproduction, both male and female, and to teach the problems related to sexually transmitted diseases (STDs) and AIDS.  Since the initial program last spring was successful, I was asked to be an advisor to the School Committee on developing a complete sex education program to include grades 6-12.  After much debate, the program was accepted and will begin this month (January, 1993).  Let's hope I will have played a part in diminishing the risk of death for these young people who are so much at risk.

We have had difficulty finding the funds to do the testing of the effectiveness of the intracervical device which I invented and patented which would simultaneously protect women from pregnancy and STDs.  As a result of the withdrawal of all federal research grants for new contraceptive methods by the previous administration (specifically President Bush), our funding was stopped in mid-flight, so progress stopped.  We have real hopes that the new Administration will see the light and increase support for this much needed work again.  We are so close; it hurts not to be able to go forward.  So, here's to a better 1993!

Finally, this past year several former patients and many of their children I have never met (except as an embryo in utero) have called me for advice and help on their current medical problems. As I said last year, though I have given up my license to practice, I can still advise them about what I would have said if I were still in practice.  They then must convince their own physician of what they have learned.  Examples are cases of young women in their 20s and early 30s who have been told that have pre-cancer of the cervix and need to have a 'conization' of the cervix to remove those cells.  Conization often leads to infertility because the glands of the cervical canal are killed and so there is no mucous for sperm to swim in.  During the 1980s, I had many of these conization cases who were infertile.

Dr. Arthur Hertig, Professor Emeritus of Pathology at Harvard, and I determined that most of these conizations were not due to pre-cancer but were rather caused by Mycoplasma infection which made the cells look like cancer. We found that if Mycoplasma could be cultured and adequately treated, the cervical cells returned to normal. We never did report these findings because Dr. Hertig retired at age 85 and died two years later, and I retired and had no more patients to study. However, I am hoping to continue to explore this concept through one of the young doctors who I helped train some years ago. We have three such cases under treatment at present. I would be happy to hear from any of your children who might have questions about this problem. I'd be glad to advise them as to what they might do.

So by now, it must be obvious that I am both busy and happy with my research projects. But it has only been possible with the financial help so many of you have sent to the Reproduction Research Fund. To give you a couple of examples, this mailing alone costs about $500 and each Radon test is $50. That is why the help I have received from you is what has kept me going. Please do the best you can, and it will be very much appreciated.

If you have any questions about which you would like an opinion, or comments about this research, don't hesitate to phone. My best wishes for 1993.

Cordially,

Herbert W. Horne, Jr., M.D.