Appendix 7

BRANDON J. LEVINE
JENNIFER A. LEVINE*
RENEE L. ROBINSON-MEYER
STEVEN J. LEWIS

ANDREW E. LEVINE, M.D.
MARICEL L. CRUZ, R.N. BSN
YVONNE GIFMAN, R.N.
  MEDICAL SPECIALISTS

LAW OFFICES
**AARON M. LEVINE & ASSOCIATES**
BOARD CERTIFIED TRIAL ADVOCATE
FIFTH FLOOR
1320 NINETEENTH STREET, N.W.
WASHINGTON, D.C. 20036

TEL (202) 833-8040
FAX (202) 833-8046
TOLL FREE (888) 868-5380
aaronlevinelaw@aol.com
www.aaronlevinelaw.com

*ADMITTED IN NEW YORK AND ILLINOIS ONLY

September 15, 2006

James J. Dillon, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Re: Kasparian v. Lilly

Dear Jim:

This will serve as our good faith attempt to obtain your compliance with the Federal Rules with regard to our Interrogatories and Request for Production, which you objected to and refused to answer on September 11, 2006. These discovery requests are relevant, not only to liability, but to statute of limitations, causation, exposure, product identification, and heeding. All of which are vital to plaintiffs' claims.

Unless Lilly will stipulate to: 1) Plaintiff's DES exposure; 2) that the Lilly product is identified; 3) that the Statute of Limitations will be waived; and 4) that Plaintiff's Mullerian anomaly and infertility were caused by DES exposure, we will file our motion to compel within ten (10) days of the date of this letter unless you answer and provide the information we requested.

If you have any questions, please contact me.

Very Sincerely,

Aaron M. Levine

AML/rlm