Appendix 8



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

James J. Dillon
Boston Office
617.832.1109
jdillon@foleyhoag.com

September 25, 2006

<u>VIA FACSIMILE - 202-833-8046</u>

Aaron M. Levine, Esq.
Aaron M. Levine & Associates
1320 19th Street, Northwest
Washington, D.C. 20036

    Re:    <u>Kasparian v. Eli Lilly and Company</u>

Dear Aaron:

    I received your letter dated September 15, 2006 on September 20, 2006. I believe that the objections we filed comply with the Federal Rules as the discovery you seek is not within the scope and limits of discovery set out in Federal Rule 26(b).

    The discovery you seek is about a 1985 article that explicitly states its basis in data collected after 1971. This is not relevant to any issue of liability, statute of limitations, causation, exposure, product identification, or heeding in this case, when the alleged wrong occurred in 1969 or 1970. You will have to explain to a court why inquiries into the acknowledged Lilly support for Dr. Horne is relevant. I believe it is obvious that this 1985 article can have no relevance to the plaintiff's statute of limitations issues, or to liability, measured by the state of the art as of the date of sale, or to causation, as the article does not deal with causation of harms. Exposure and product identification are similarly not addressed by the article nor are they addressed by the questionnaire from plaintiff's mother that we located and produced to you. I assume that heeding is a reference to the heeding presumption which has to do with actions of a prescribing doctor at the time the prescription is made. Since the prescription in this case was in 1969, it escapes me how a 1985 article can have any bearing on this.

    I do no understand what you are after in pursuing this discovery. Your alternative offer, that Lilly stipulate to every issue in the case, is unreasonable. If you insist on your discovery, you will have to file a motion.

Sincerely yours,

James J. Dillon

JJD/jlf

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
B3257457.1   Foley Hoag LLP   BOSTON   WASHINGTON, DC   www.foleyhoag.com