UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOY KASPARIAN and<br>RICHARD FEDERICO, JR.,<br><br>      Plaintiffs,<br><br>      v.<br><br>ELI LILLY AND COMPANY,<br><br>      Defendant. | CIVIL ACTION No. 06-CV-00290 (RMC/AK)<br>NEXT EVENT:<br>  Pretrial Conference September 19, 2007 |

**(PROPOSED) ORDER**

**UPON CONSIDERATION** of Plaintiffs' Motion to Compel Answers to Interrogatories and Production of Documents, and any Oppositions thereto, and for good cause shown, it is, this ___ day of _____, 2007,

**ORDERED** that Plaintiffs' motion be GRANTED, with costs, and IT IS HEREBY ORDERED AS FOLLOWS:

    1.    Defendant must fully respond to all of Plaintiffs' First Interrogatories and Requests for Production of June 27, 2006, without objections, within thirty (30) days; AND

    2.    Plaintiffs shall file with the Court within twenty (20) days an itemized accounting of all their attorney fees accrued since June 27, 2006 in their effort to obtain the information originally sought in Plaintiffs' First Interrogatories and Requests for Production; the Court will award Plaintiffs the appropriate amount of costs and fees.

      3.      Consideration of Defendant's Motion for Summary Judgment is stayed until Defendant has complied with Plaintiffs' discovery requests.

 

_____
The Honorable Rosemary M. Collyer
United States District Judge