UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)
JOY KASPARIAN and                    )
RICHARD FEDERICO, JR.,               )
                                     )
        Plaintiffs,                  )
                                     )
    v.                               )  CIVIL ACTION No. 06-CV-00290 (RMC/AK)
                                     )  NEXT EVENT:
ELI LILLY AND COMPANY,               )     Pretrial Conference September 19, 2007
                                     )
        Defendant.                   )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)

### AFFIDAVIT OF AARON M. LEVINE, ESQ. REGARDING AUTHENTICATION OF DOCUMENTS

I, Aaron M. Levine, declare under penalty of perjury that the following is true and correct:

1. Attached as Appendix 1 is a true copy of selections from the National Cancer Institute and National Institute of Child Health and Development, National Institutes of Health, Were You Born Between 1938 and 1971 Or Pregnant Then?  If So, You Could Be Exposed to DES (January 1995).

2. Attached as Appendix 2 is a true copy of CDC Resource Focuses on DES Exposure, 289 J. Amer. Med. Assn. 1624 (2003).

3. Attached as Appendix 3 is a true copy of selected pages from W.J. Dieckmann, M.D., et al., Does the Administration of Diethylstilbestrol During Pregnancy Have Therapeutic Value?, 66 Am. J. of Ob. & Gyn. 1062 (1953).

4. Attached as Appendix 4 is a true copy of Robert K. Enders, Mink Production in Relation to Stilbestrol, 16:7 The Fur Journal 4 (1950).

5. Attached as Appendix 5 is a true copy of selected pages from Defendant Eli

Lilly's Responses to Plaintiffs' Second Set of Interrogatories in the present case, dated September 27, 2006.

6. Attached as Appendix 6 is a true copy of the Statement of Julius S. Piver, M.D., dated February 1, 2006.

7. Attached as Appendix 7 is a true copy of the Affidavit of Harold Sparr, R. Ph., M.S., dated September 20, 2006.

8. Attached as Appendix 8 is a true copy of the Letter from Dr. Hines (Lilly) to Dr. Morrell (Squibb), dated May 13, 1941.

9. Attached as Appendix 9 is a true copy of selected pages from the Deposition of Edward Lynch in the present case, dated August 22, 2006.

10. Attached as Appendix 10 is a true copy of the Report of Harold Sparr, R.Ph., D.Ph., M.S., dated October 12, 2004.

11. Attached as Appendix 11 is a true copy of selected pages from the Testimony of Thomas Carney, Vice President for Eli Lilly & Co., Hearing Before the Committee on Interstate & Foreign Commerce, House of Representatives, 86th Cong., Second Session (1960).

12. Attached as Appendix 12 is a true copy of Herbert W. Horne, Jr., M.D., Evidence of Improved Pregnancy Outcome with Diethylstilbestrol (DES) Treatment of Women With Previous Pregnancy Failures: A Retrospective Analysis, 38 J. Chronic Diseases 873, 874, 880 (1985).

13. Attached as Appendix 13 is a true copy of selected pages from The Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals (Henrietta Bull ed., Medical Economics, Inc. 8th ed. 1954).

14. Attached as Appendix 14 is a true copy of selected pages from The Physicians'

<u>Desk Reference to Pharmaceutical Specialties and Biologicals</u> (Henrietta Bull ed., Medical Economics, Inc. 13th ed. 1959).

15. Attached as Appendix 15 is a true copy of selected pages from <u>The Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals</u> (Henrietta Bull and Barbara Huff, eds., Medical Economics, Inc. 18th ed. 1964).

16. Attached as Appendix 16 is a true copy of the Statement of Richard J. Falk, M.D., dated August 27, 2004.

17. Attached as Appendix 17 is a true copy of R.R. Greene, M.D., et al., <u>Experimental Intersexuality: The Paradoxical Effects of Estrogens on the Sexual Development of the Female Rat</u>, 74 The Anat. Rec. 429 (1939).

18. Attached as Appendix 18 is a true copy of selected pages from <u>The Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals</u> (Henrietta Bull and Barbara Huff, eds., Medical Economics, Inc. 23rd ed. 1969).

19. Attached as Appendix 19 is a true copy of selected pages from Defendant Eli Lilly's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment and Electronic Clerk's Notes in <u>Casale v. Eli Lilly and Co.</u>, C.A. 1:03-cv-11833-DPW (D. Mass. Mar. 23, 2004).

20. Attached as Appendix 20 is a true copy of a selection from the Memorandum of Points and Authorities in Support of Defendant Eli Lilly and Company and a true copy of the Order Denying Summary Judgment, both from <u>Miskulin v. Eli Lilly & Co.</u>, No. 418517 (Cal. Sup. Ct. Oct. 25, 2005).

21. Attached as Appendix 21 is a true copy of the Memorandum Order Denying Motion for Summary Judgment in <u>Hansch v. Eli Lilly & Co.</u>, No. 04-00122 (N.D. Cal. 2005).

I declare under penalty of perjury that the foregoing is true and correct.

                                                                                             /s/ Aaron M. Levine  
                                                                                                Aaron M. Levine