# Appendix 2


MEDICAL NEWS & PERSPECTIVES

# CDC Resource Focuses on DES Exposure

Mike Mitka

A COMPREHENSIVE INFORMATION resource about exposure to diethylstilbestrol (DES) is now available on the Internet for clinicians, consumers, and others (http://www.cdc.gov/DES). The resource, "DES Update," was launched in March by the Centers for Disease Control and Prevention (CDC).

DES is a synthetic estrogen first prescribed in 1938 for women who experienced miscarriages or premature deliveries. Prescriptions for pregnant women were banned in 1971 by the Food and Drug Administration after research linked DES to a rare vaginal cancer, clear cell adenocarcinoma, in female offspring (N Engl J Med. 1971;284:878-881). An estimated 5 to 10 million individuals (mothers and their newborns) were exposed to DES between 1938 and 1971. Subsequent research has identified additional health risks: women who were prescribed DES while pregnant have a modestly increased risk for breast cancer. In addition to clear cell adenocarcinoma of the vagina and cervix, "DES daughters" who were exposed to the chemical in the womb are at increased risk for reproductive tract structural anomalies, pregnancy complications, and infertility, and "DES sons" are at increased risk for noncancerous epididymal cysts.

The CDC, which will maintain the site, said the resource is intended to provide "the most accurate and comprehensive information to the public and to health care providers about DES and the health risks associated with exposure." The Web site was three years in the making and relied on input from a variety of individuals and entities involved with DES, said Marsha Vandeford, PhD, deputy director of the Office of Communication at the CDC's National Center for Environmental Health.

"The site came about because of requests from DES-exposed individuals, who were concerned about the amount


Diethylstilbestrol

of research and attention given to DES," Vandeford said. "We sat down with those individuals and health care organizations and asked what were the best ways to get information to them—the Web site is one of the channels we came up with."

The CDC also created the "DES Update Binder," a print version of the Web site for people who do not use the Internet.

The Web site is divided into three parts targeting specific audiences: health care clinicians, consumers, and "DES Update" partners (advocacy and health care organizations with a special interest in DES-related health issues).

For physicians and other health care workers, there are resources to help identify and counsel DES-exposed individuals, including essential facts for clinicians and nurses, pharmacological information about DES, National Cancer Institute guidelines, educational tools and resources, and contact information for support organizations. The site will also include a link to an updated DES clinical guideline that is expected to be published within the next few months, said Sheila Wilcox, MHS, public affairs specialist in the National Cancer Institute's Office of Education and Special Initiatives.

The consumer section provides information on DES research, with links to additional pages for women prescribed DES while pregnant, DES daughters, and DES sons. Visitors to the site, for example, can link to the DES daughters page for information specific to their concerns, as well as links to other Web sites offering data on DES-related cancer risk in women, infertility among women exposed prenatally, and the incidence of squamous neoplasia of the cervix and vagina.

The consumer page also offers a self-assessment test to determine whether one was exposed to DES, or could have been exposed to DES, and what they should do about it.

For "DES Update" partners, soon to be posted are tools to help them share information from the "DES Update" with their organizations, including promotional materials, a Web site linking kit, fact sheets, and newsletter articles.

One of those partners is DES Action, an Oakland, Calif-based national nonprofit consumer organization. Pat Cody, the group's program director, said CDC's Web site provides a much-needed tool.

"We don't have the resources [for national advocacy and awareness campaigns]," Cody said. "So to have the CDC put this out, it's wonderful." ❑

---

**Diethylstilbestrol (DES) Exposure: What Are the Risks?**
- DES mothers. Women prescribed DES while pregnant have a modestly increased breast cancer risk.
- DES daughters. Women who had prenatal exposure to DES are at an increased risk for clear cell adenocarcinoma of the vagina and cervix, reproductive tract structural differences, pregnancy complications, and infertility.
- DES sons. Men who had prenatal exposure DES have an increased risk for noncancerous epididymal cysts.
- DES grandchildren? Human data are lacking, but animal studies have observed adenocarcinomas in the "grandchildren" generation.

©2003 American Medical Association. All rights reserved.