# Appendix 8

## LETTER FROM DR. HINES (LILLY) TO DR. MORRELL (SQUIBB), DATED MAY 13, 1941

ELI LILLY AND COMPANY
INDIANAPOLIS, U.S.A.

May 13, 1941

Dr. J. A. Morrell:
c/o E.R.Squibb & Sons
Biological Laboratories
New Brunswick, New Jersey

Dear Dr. Morrell:

Since talking with you on the phone yesterday, I had another conversation with Mr. Frailey and he gave me further details about the procedure of filing. I wish to acknowledge receipt of your letters of May 7 and 9. I would like to have as many answers as possible to the second questionnaire to forward to Washington. The following letter is being sent to all the firms in the joint filing agreement. Armour and Company has requested admission and I think they will have evidence of enough work on Stilbestrol so that we will hardly be justified in refusing to let them in. I have as yet received no data from the Wm. S. Merrell Company and since they have had two months to provide it, I think we will omit them.

"I have just talked to Mr. Carson P. Frailey, Executive Vice-President and Secretary of the American Drug Manufacturers Association, by telephone and he informs me that he is forwarding you a letter to the effect that he has reason to believe

*Letter from*

that the Food
group need ha
Stilbestrol and
and our applic
ministration h
but this news
us to follow tl

"The Small C
reports which
28 and in Ne
25. We sugge
filing of the
date, a consi
from the seco
at once any a
questionnaire
draft of the m
ton the first o
ward us fifte
the master fi
receive a dup

"Our plan is
the Food and
the group of
agreement a
evidence. *Ea*
*dition his ow*
*must be subm*
form and sh

1) Mak
evide

*Letter from Dr. Hines (Lilly) to Dr. Morrell (Squibb), dated May 13, 1941*

that the Food and Drug Administration does not feel that our group need have further conferences with it on the subject of Stilbestrol and that it invites the submission of the master file and our applications for permits to market the drug. The Administration has not, of course, committed itself in any way, but this news is extremely encouraging. It seems in order for us to follow these recommendations.

"The Small Committee for Stilbestrol has forwarded you two reports which cover meetings held at Washington on January 28 and in New York City and Washington on March 24 and 25. We suggest that these be re-read in connection with the filing of the new applications for Stilbestrol. Since the last date, a considerable number of answers have been received from the second questionnaire, and we are anxious to receive at once any additional replies to either the first or the second questionnaire so that they can be incorporated into the final draft of the master file which we hope to submit to Washington the first of next week. It is urged that to save time you forward us fifteen duplicates of each report submitted. When the master file is complete each of the interested firms will receive a duplicate copy.

"Our plan is to submit the master file of clinical evidence to the Food and Drug Administration as a joint application from the group of firms which have cooperated in the joint filing agreement and which are entitled to refer to it for clinical evidence. *Each manufacturer, must, of course, submit in addition his own individual application, and this application must be submitted in duplicate.* These should follow the usual form and should in addition:

1) Make reference to the master file for clinical evidence.

*Letter from Dr. Hines (Lilly) to Dr. Morrell (Squibb), dated May 13, 1941*

2) Make request for re-instatement of previous applications for reference to the evidence therein contained.

3) Outline the process of manufacture of the drug, *including all details of the control of the process and of the finished product.* (This is a new ruling of the Administration which is most important to follow.)

4) Establish the identity of the drug.

5) Include samples of labels and of *all* professional literature regardless of whether or not it is to be included in the packages.

"Before a permit can become effective, the Administration must also receive a sample trade package in order to check the labels and statements.

"As you know, the Small Committee has been working on labels and on package and professional pamphlet literature on Stilbestrol. I expect to forward you samples of these within a very few days. While we have no assurance that the F.D.A. will approve these as they stand, we believe that they will meet with no serious objection, and we think a certain degree of uniformity will facilitate rapid approval by the Administration.

"The Small Committee recommends very strongly that this or essentially similar wording be used on your labels. It recommends that the literature be followed exactly regarding: a) Indications for use of the drug, and b) Dosage. It suggests that no substantial change be made in content of the statements regarding c) Precautions, and d) Contraindications and side-effects. The remaining portion of the literature may be followed or not at the discretion of each manufacturer.

*Letter f*

"We unde applicatio straighten simultance mitted itse rapidity w slowest me those firms tions of th tional pen

"If the Sm facilitating about the have you w applicatio Albee Buf Administr

"Letters si

*Letter from Dr. Hines (Lilly) to Dr. Morrell (Squibb), dated May 13, 1941*

"We understand that the Administration will hold all of these applications until all details regarding each have been straightened out, and that the approval of all will be made simultaneously. (Of course, the Administration has not committed itself to such approval.) It is plain, however, that the rapidity with which approval is obtained will depend on the slowest member of the group. In addition, it is possible that those firms which depart too radically from the recommendations of the Small Committee may be granted only conditional permits.

"If the Small Committee can be of any assistance to you in facilitating your application, or if you have any questions about the work of the Small Committee, we will be glad to have you write or phone us. We recommend strongly that all applications be submitted through Mr. Carson P. Frailey, 506 Albee Building, Washington, D.C., rather than direct to the Administration.

"Letters similar to this are being forwarded to:

Abbott Laboratories
Sharp and Dohme
Winthrop Chemical Company, Inc.
Merck & Company
Charles E. Frosst & Company
John Wyeth & Brother
George A. Breon & Co.
The Upjohn Company
Ayerst, McKenna & Harrison
The Armour Laboratories.

Yours very truly,

D.C. Hines, M.D.
Medical Department
ELI LILLY AND COMPANY