# Appendix 9

```
                                                                  Page 1
 1           U.S. DISTRICT COURT OF THE DISTRICT OF COLUMBIA

 2     KASPARIAN, ET AL.,

 3              Plaintiff,

 4        VS                              CIVIL ACTION NUMBER:
                                          06-290 (RMC)
 5     ELI LILLY,

 6              Defendant.
       ~~~~~~~~~~~~~~~~~~~~~~~~~
 7
                              DEPOSITION OF
 8
                              EDWARD LYNCH
 9
                           August 22, 2006
10                            11:05 a.m.

11                         Beechwood Hotel
                         363 Plantation Street
12                     Worcester, Massachusetts

13     Maureen A. Cournoyer, Notary Public and Professional Shorthand Reporter
              within and for the Commonwealth of Massachusetts
14

15

16

17

18

19

20

21

22

23

24
```

```
 1        in Belmont, Mass., from 1956 to 1994."
 2            Q.   You can continue and read the whole
 3        statement from there.
 4            A.   "As a pharmacist, I was familiar
 5        with the ordering, stocking and dispensing
 6        of prescription drugs at Batson Pharmacy.
 7        And based on my observation of the habit
 8        and custom of Batson Pharmacy at the time,
 9        to the best of my recollection, the
10        pharmacy stocked and dispensed the Lilly
11        brand DES.  I recall at the time I would
12        have ordered DES through James W. Daly
13        Incorporated, wholesaler.  I also recall
14        the Kasparian family, and Elaine Kasparian
15        as customers of Batson Pharmacy.
16              I state under penalty of perjury
17        that the above statement is true, correct,
18        and based upon my personal knowledge."
19        Executed this 8th day of March 2006.
20              And my signature which is witnessed
21        by my wife, Sarah Lynch, living at the
22        same address.
23            Q.   Okay.  Now, do you recall any other
24        brands of Diethylstilbestrol in the late
```

1    1960s?

2    A.   No, I don't.  No.

3    Q.   Okay.  And do you recall in general

4    when a doctor wrote a prescription for

5    Diethylstilbestrol, if they wrote it

6    generically or if they asked for a brand

7    name?

8    A.   I'm sorry.  I could not remember.

9    Q.   Okay.  Now, if you had been

10   notified that Diethylstilbestrol could pose

11   a risk to the fetus of a pregnant woman

12   taking Diethylstilbestrol, would you pass

13   that warning on to your customer?

14   A.   Of course.

15        MS. SNYDER:  Objection.

16        BY MR. LEWIS:

17   Q.   I'm sorry.  Your answer?

18   A.   Of course.  Yes.

19   Q.   Okay.  And do you recall any other

20   synthetic estrogens aside from

21   Diethylstilbestrol in the last 1960s?

22   A.   Not offhand, no.

23   Q.   From time to time, if you had run

24   out of a particular drug and a -- that a

```
1     customer came in with a prescription for,
2     how would you have filled the
3     prescription?
4          A.   Well, we would borrow it from a
5     neighboring pharmacy or have the patients
6     wait until we could reorder from our
7     wholesaler.
8          Q.   Okay.  And at any time, did you
9     ever recall seeing any other brand of
10    Diethylstilbestrol other than Eli Lilly and
11    Company?
12         A.   No.  Not that I can recall.  No.
13              MR. LEWIS:  Okay.  Those
14    are all the questions I have for now.
15    And after Ms. Snyder asks you some
16    questions, I may have some follow-up as
17    well.
18              EXAMINATION
19              BY-MS.SNYDER:
20         Q.   Good morning, Mr. Lynch.  My name
21    is Ericka Snyder.  I'll be asking you some
22    questions, probably in a little bit more
23    detail.  Hopefully it won't take too long,
24    but I think it will take a little bit
```

1   Q.   What are they?
2   A.   Well, it was for pricing. Used for
3   pricing and for --
4   Q.   So they were sort of catalogs to
5   inform pharmacists that certain drugs are
6   available and at what prices and dosages;
7   that sort of thing?
8   A.   Exactly.
9   Q.   Now, to the best of your knowledge,
10  were there drugs listed in the Red and
11  Blue Books available nationally?
12  A.   I would say yes.
13  Q.   Okay.
14  A.   To the best of my knowledge.
15  Q.   Sure. And is it also true that
16  not every drug that's available is
17  necessarily listed in the Red and Blue
18  Books?
19  A.   That I couldn't say. I -- I think
20  everything is listed there by one company
21  or another, I assume.
22  Q.   Okay.
23  A.   But I know the ones that we dealt
24  with were all listed.

1   Q.   Okay.  Have you -- Do you recall
2   whether you've ever looked up
3   Diethylstilbestrol in the Red Book or the
4   Blue Book?
5   A.   No.
6   Q.   Okay.  Well, in my copy of the
7   Blue Book, which is a little bit better, I
8   -- I can represent that there are a number
9   of Diethylstilbestrol manufacturers.  I
10  believe that there are over a dozen, and
11  maybe even more than that.  And then in
12  the 1970 Red Book, I believe that there
13  are about 50 or so manufacturers of
14  Diethylstilbestrol listed.
15  A.   Wow.
16  Q.   So if you assume that that
17  representation is true, does that surprise
18  you to learn how many manufacturers of
19  Diethylstilbestrol were on the market in
20  that time?
21  A.   Yes.
22  Q.   And does that jog your memory at
23  all about whether the pharmacy at any
24  point may have experimented with or

```
 1       carried other brands of Diethylstilbestrol?
 2       A.   No.
 3       Q.   Now, is it possible that at some
 4  point the pharmacy may have, again,
 5  experimented or dispensed other brands of
 6  Diethylstilbestrol other than Lilly?
 7       A.   All I can say in that is to
 8  qualify, in its case, it wasn't an
 9  expensive drug, therefore, you weren't
10  looking for a substitute.  And unless it
11  was made by a major company, we wouldn't
12  have bothered with it.
13       Q.   Okay.  So, for example, if a woman
14  had come into the pharmacy and had a
15  prescription for Diethylstilbestrol that
16  specified a different brand other than
17  Lilly, I believe you testified early on
18  that, you know, in that sort of scenario,
19  you would either borrow a drug from
20  another pharmacy, or if the customer could
21  wait, you would order the drug from a
22  wholesaler?
23       A.   Correct.
24       Q.   Is that true?  Okay.  Do you
```