Appendix 12

J Chron Dis Vol. 38, No. 10, pp. 873–880, 1985  
Printed in Great Britain. All rights reserved

0021-9681/85 $3.00 + 0.00  
Copyright © 1985 Pergamon Press Ltd



# EVIDENCE OF IMPROVED PREGNANCY OUTCOME WITH DIETHYLSTILBESTROL (DES) TREATMENT OF WOMEN WITH PREVIOUS PREGNANCY FAILURES: A RETROSPECTIVE ANALYSIS

Herbert W. Horne Jr*

1330 Boylston Street, Chestnut Hill, MA 02167, U.S.A.

(Received in revised form 25 November 1984)

**Abstract**—In a longitudinal study of 2378 pregnancies, diethylstilbestrol (DES) therapy was associated with an increased live-birth rate in patients with a history of prior pregnancy wastage. The data were analyzed statistically by comparing the rates of success with and without DES treatment in pregnancies grouped according to similar reproductive histories. The effect of DES on the outcome of pregnancy has not been assessed previously in this manner.

## INTRODUCTION

The use of DES (diethylstilbestrol) in high risk pregnancies was first proposed by Smith and Smith in 1946 "as a preventive measure to be tried in cases with a history of repeated accidents in pregnancy which may be referable to progesterone deficiency, namely abortion, premature delivery," etc. [1]. Subsequently the Smiths recommended its use in "infertile patients with poor ovarian function who finally became pregnant, because the incidence of pregnancy complications involving fetal loss is high in these women" [2].

The use of DES for this purpose ceased following the report by Herbst *et al.*, in 1971, of eight young women with clear-cell adenocarcinoma of the vagina, seven of whom had been exposed *in utero* to DES [3]. A special registry was established to record information on all cases of clear-cell adenocarcinoma occurring in the genital tract of women born after DES or its congeners were first employed in the management of threatened or habitual abortion. It has been estimated that between 2–3 million pregnant women were treated with one of these estrogens between 1940 and 1972. Although there is a strong suspicion of a cause and effect relationship between DES and clear-cell adenocarcinoma, recent registry data show that as of 1 June 1980, among 429 cases of this malignancy accessioned by the registry, there is a history of prenatal exposure to DES or one of its congeners, e.g. hexestrol or dienestrol, in only slightly more than half (56.6%) [4]. While these data indicate that the association between DES and clear-cell adenocarcinoma may be less cogent than originally believed, it is important to follow and report regularly on all offspring exposed *in utero* to exogenous estrogen.

The efficacy of DES as an adjunct in the management of high-risk pregnancies was challenged in 1953 by Ferguson [5] and by Dieckmann *et al.* [6]. However, most of the subjects in these studies were not at increased risk of pregnancy loss, i.e. they did not have, as proposed by the Smiths, "a history of repeated accidents of pregnancy..." [1]. Since

---

*Clinical Instructor, Department of Obstetrics and Gynecology, Harvard Medical School, MA 02115, U.S.A. This follow-up study and analysis has been supported by the Reproductive Research Fund, 1330 Boylston Street, Chestnut Hill, MA 02167, U.S.A.

no prospective, randomized trial of DES in pregnancy can be expected because of current apprehensions, the author has undertaken this retrospective review of his own experience with the prophylactic use of DES in pregnancies at increased risk of unfavorable outcome.

## MATERIALS AND METHODS

*Use of DES*

Because of the concern [7] that previously infertile patients who succeeded in becoming pregnant were at increased risk of fetal wastage, i.e. an early spontaneous abortion rate of 40%, most patients who became pregnant while under the care of the author, whose practice was limited to problems of infertility and reproductive failure, during the 20-yr period 1952–1972 were started on DES therapy. It was begun at the earliest evidence of pregnancy: a basal body temperature graph showing 19 days of elevated temperature following ovulation. Patients who had never been pregnant were treated because their prior infertility history was regarded as placing them at a higher risk of spontaneous abortion. Most other patients were treated because they had lost one or more previous pregnancies. Patients not treated included those whose infertility was related to azoospermia in the husband, making donor insemination necessary to attain pregnancy. These pregnancies, which were considered normal and hence not at increased risk, constitute the majority of untreated first pregnancies seen by the author.

In most patients, DES was administered according to the schedule suggested by Smith and Smith [8] (Exhibit 1),* at 20–40 days after conception, as determined from basal body temperature graphs. The date of conception and therefore the date of initiation of therapy in relation to embryo age and development is accurately known for more than 80% of all patients treated with DES. Any patient who showed a 20 day post-ovulation basal temperature elevation was considered pregnant, and, when pregnancy confirmed, the outcome of that pregnancy is included in the data presented, whether or not DES was administered. All of these pregnancies occurred prior to the use of the human chorionic gonadotropin beta-subunit test for pregnancy and at least half of them antedated the use of the somewhat less accurate urinary Gravindex test for pregnancy. Earlier pregnancy tests on the urine were notoriously inaccurate in the first four weeks of gestation.

Once started on DES by the author, the patients were provided a copy of the dosage schedule and instructed to adhere to it through the 35th week of gestation. Patients seen by the author, once pregnant, usually continued under his care until fetal movement occurred (about the 17th week of gestation) when they were referred to their obstetricians for subsequent management and delivery. The majority of patients (92%) completed the DES regimen and returned the completed schedule to this office for inclusion in the record. Although the author was involved in the management of at least one pregnancy in each woman, there were pregnancies which did not come under his purview. In some of the latter group of pregnancies DES was administered because of threatened abortion, rather than prophylactically, as was the case with the majority of pregnancies.

Every pregnancy of the respondents to our follow-up questionnaires, whether or not treated with DES, is included in the study. Those given DES are classified as DES-treated, regardless of the stage of pregnancy at the time of DES administration, the duration of administration or the total dose consumed.

*Data acquisition*

The data concerning pregnancy outcomes presented here are from an on-going follow-up, begun in 1971, of women in the author's private practice who found it difficult to conceive or were unable to maintain a pregnancy. From January 1952 through 1968, the author personally and concurrently encoded the data from every patient's chart onto McBee Keysort cards. This procedure allowed easy retrieval of all pertinent information

---

*Copies of Exhibits 1–4 are available from the author.

from those years. The records of all patients seen during the last three years of DES usage (1969–1971) were retrieved individually, by hand, in order to review those of women who became pregnant during that period.

Because of the report by Herbst *et al.* [3], in 1971, each patient who had become pregnant between 1952 and 1968 was sent a questionnaire in 1971 (Exhibit 2), the purpose of which was to determine her health status and that of all DES-exposed and non-DES-exposed progeny as well as to obtain information on any pregnancies not coming under the purview of the author. Of the 517 questionnaires sent, responses were received from 492 (95%). A second questionnaire (Exhibit 3) was sent in 1976 to all 492 previous respondents, plus those patients who had become pregnant during the 1969–1971 interval, whether or not they had been treated with DES. Of the 909 women sent questionnaires, responses were received from 770 (85%).

In 1981, a third set of questionnaires (Exhibit 4) was sent to all patients with whom contact had been maintained and who had at least one DES-exposed child, and to all of their children whether or not DES-exposed. This questionnaire requested updating of previous data and, for the first time, an inquiry was made into the reproductive maturity of both the exposed and non-exposed children. The return on this most recent follow-up of 528 families is nearly completed, and the data will be the subject of a subsequent communication.

The initial intent of the follow-up was to identify and screen DES-exposed progeny for possible cancer. No cases of clear-cell adenocarcinoma have been reported to date. The pregnancy data provided by the 770 women responding to the questionnaires also afforded a unique opportunity to examine the question of DES efficacy in high-risk pregnancies. This was accomplished by comparing the outcomes of DES-exposed and non-exposed pregnancies grouped according to the number and outcome of prior pregnancies.

Accuracy of the data provided by the respondents was ensured by cross-checking questionnaires, whenever a patient had returned both questionnaires (five years apart), by reference to the patient's office records and, when necessary, by discussion via telephone with the patient or by communication with the attending obstetrician in the case of any pregnancies in which the author was not involved. The information on the questionnaires was transferred to coding sheets by medical and biometric personnel and then key-batched from the coding sheets onto computer disc files.

Questionnaires received in the first two follow-ups from the 770 patients yielded data on 2420 pregnancies of which 2378 were considered "evaluable" for the purpose of this report. A pregnancy was considered evaluable if it met all of the following criteria: (1) pregnancy outcome was known, i.e. a "success" or a "failure", (2) data were sufficient to indicate that DES had or had not been administered during pregnancy, and (3) both the order and the outcome of all prior pregnancies were known. Pregnancy outcome was regarded as successful when it resulted in the birth of a viable infant. Failures included spontaneous abortions, ectopic pregnancies, premature nonviable fetuses and stillborns. In the case of twins the pregnancy was regarded as a single episode and was considered a success if one or both infants lived.

Of the 42 pregnancies considered not evaluable, 33 were excluded because definitive information was not available regarding DES exposure. To assess the possibility that such exclusion might introduce bias, subsequent analyses were carried out wherein all 33 of these pregnancies were presumed to be DES failures. Statistically significant differences were not altered by this presumption. Also excluded were 10th, 11th or 12th pregnancies, since there were too few such pregnancies to allow comparisons.

Although all of the 770 women whose 2378 pregnancies are the subject of this report were seen by the author in relation to one or more pregnancies, not every one of their pregnancies came under his purview. These women were seen by the author because they were having difficulty in bearing children, either as a matter of achieving pregnancy for the first time, or because of one or more unsuccessful prior pregnancies (e.g. spontaneous abortion or ectopic pregnancy). Since each of these 770 women was pregnant at least one time, the 2378 pregnancies included 770 first pregnancies, all but one of which were

evaluable. Of the 769 evaluable first pregnancies, 473 came under the purview of the author who treated 342 (72%) of them with DES. The remaining 296 first pregnancies were managed by other physicians and only 16 (5%) were treated with DES.

The remaining 1069 pregnancies represent second, third or later gestations. They were classified as "DES-given", or "No DES", and grouped according to whether they were first, second or subsequent pregnancies. Once this grouping had been accomplished, pregnancies within each group were stratified according to the outcome of prior pregnancies. For example, 187 of the 426 third pregnancies had been preceded by two successful pregnancy outcomes. They were grouped accordingly. It was thus possible to examine whether prior pregnancy outcome was of relevance with respect to DES efficacy.

This grouping of pregnancies according to sequence, with further stratification based on the prior pregnancy history and the use of DES, results in *pregnancies* rather than patients being compared. Thus, for example, in the case of a patient who contributed several pregnancies to this pregnancy "pool", each of her pregnancies would be in a different group (first, second or later pregnancy), in the subgroup according to prior pregnancy outcome (e.g. all "successes" or "failures") and in the DES-treated or no-DES category, as the case may be. Pregnancies were stratified according to prior pregnancy outcome, regardless of whether or not DES had been used in any previous pregnancy.

To determine the influence of possible source of bias, the data were examined with respect to (1) maternal age, (2) the total number of pregnancies per patient, (3) the time interval since the previous pregnancy, and (4) whether the particular pregnancy had come under the care of the author. Treatment comparisons were stratified by these factors independently and (where data permitted) for combinations of two or more factors by a single degree of freedom chi-square test (Mantel and Haenszel [9]).

## RESULTS

The frequency distribution of patients according to the total number of evaluable pregnancies per patient is indicated in Table 1. Two or three pregnancies were the most frequent. There were 110 patients who were pregnant only once.

Table 2 shows the distribution of treated and untreated pregnancies according to maternal age. Maternal age was 20–39 in 96 and 92% of the treated and untreated pregnancies, respectively. Treated pregnancies occurred less often among younger women (under 25 years of age) than was the case with the untreated pregnancies. However, maternal age (as shown later) did not modify the effect of the DES on pregnancy outcome.

Table 3 shows the distribution of evaluable pregnancies according to pregnancy sequence and treatment. First through fourth pregnancies constituted 89% of those in the DES-treated group and 86% of those in the non-DES-treated gestations.

Table 4 shows birth rates classified according to the mother's previous reproductive history (all success or all failure). Pregnancy success rates were significantly higher when DES was given in second ($p < 0.0005$), third ($p < 0.001$), and fourth ($p < 0.001$)

TABLE 1. DISTRIBUTION OF PATIENTS ACCORDING TO TOTAL NUMBER OF EVALUABLE PREGNANCIES PER PATIENT

| Total number of pregnancies/patient | Number of patients | Total number of pregnancies | Total number of evaluable pregnancies |
|---|---|---|---|
| 1 | 110 (14%) | 110 | 110 |
| 2 | 228 (30%) | 456 | 454 |
| 3 | 196 (25%) | 588 | 584 |
| 4 | 87 (11%) | 348 | 345 |
| 5 | 66 (9%) | 330 | 329 |
| 6 | 38 (5%) | 228 | 222 |
| 7 | 22 (3%) | 154 | 151 |
| 8 | 10 (1%) | 80 | 79 |
| 9 | 8 (1%) | 72 | 66 |
| 10 | 2 | 20 | 17 |
| 11 | 2 | 22 | 12 |
| 12 | 1 | 12 | 9 |
| Totals | Patients 770 (100%) | All pregnancies 2420 | Evaluable pregnancies 2378 |

Improved Pregnancy Outcome with DES    877

TABLE 2. DISTRIBUTION OF TREATED AND UNTREATED PREGNANCIES ACCORDING TO MATERNAL AGE

| Age range (yr) | Number of evaluable pregnancies | | |
|---|---|---|---|
| | DES Given | No DES | Total |
| <20 | 1 (0%) | 18 (1%) | 19 (1%) |
| 20–24 | 65 (7%) | 231 (16%) | 296 (12%) |
| 25–29 | 383 (42%) | 455 (31%) | 838 (35%) |
| 30–34 | 301 (33%) | 433 (30%) | 734 (31%) |
| 35–39 | 126 (14%) | 221 (15%) | 347 (15%) |
| 40–44 | 26 (3%) | 52 (3%) | 78 (3%) |
| >44 | 0 (0%) | 5 (0%) | 5 (0%) |
| Unknown | 15 (2%) | 46 (3%) | 61 (3%) |
| Total | 917 (100%)† | 1461 (100%)† | 2378 (100%) |

†Column entries do not add to 100% due to rounding.

pregnancies that had been preceded by all failures. Overall the live birth rate in pregnancies treated with DES, in the absence of any prior pregnancy success, was 79%, while in the untreated group of such pregnancies it was only 33%. In contrast, with the exception of second pregnancies, significant differences were *not* observed between the success rates for treated and untreated pregnancies when all previous pregnancies had resulted in live births.

Table 5 compares the data for pregnancies classified in three ways: those preceded (1) by all failures, (2) by failure of the immediately preceding pregnancy, and (3) by at least one prior pregnancy loss. In all three groups where prior reproductive failure had occurred, pregnancies managed with DES had higher success rates than control pregnancies.

Table 6 indicates that maternal age did not influence the favorable effect of DES in pregnancies when all previous outcomes had been failures. Live birth rates were

TABLE 3. DISTRIBUTION OF EVALUABLE PREGNANCIES ACCORDING TO PREGNANCY SEQUENCE AND TREATMENT

| Pregnancy number | Number of evaluable pregnancies | | |
|---|---|---|---|
| | DES Given | No DES | Total |
| 1st | 358 (39%) | 411 (29%) | 769 (32%) |
| 2nd | 237 (26%) | 415 (28%) | 652 (27%) |
| 3rd | 134 (15%) | 292 (20%) | 426 (18%) |
| 4th | 88 (10%) | 144 (10%) | 232 (10%) |
| 5th | 51 | 93 | 144 |
| 6th | 29 | 50 | 79 |
| 7th | 14 (11%) | 30 (14%) | 44 (13%) |
| 8th | 6 | 14 | 20 |
| 9th | 0 | 12 | 12 |
| Total | 917 (100%)† | 1461 (100%)† | 2378 (100%) |

†Column entries do not add to 100% due to rounding.

TABLE 4. LIVE BIRTH RATES IN TREATED AND UNTREATED PREGNANCIES, CLASSIFIED ACCORDING TO REPRODUCTIVE HISTORY

| Pregnancy* number | Reproductive history | Live birth rate (%) | | p-Value† |
|---|---|---|---|---|
| | | DES Given | No DES | |
| 2nd | One success | 88 (123/139) | 79 (251/319) | <0.025 |
| | One failure | 78 (76/98) | 34 (33/96) | <0.0005 |
| 3rd | Two successes | 85 (28/33) | 81 (125/154) | NS |
| | Two failures | 77 (37/48) | 35 (11/31) | <0.001 |
| 4th | Three successes | 71 (5/7) | 84 (31/37) | NS |
| | Three failures | 83 (15/18) | 10 (1/10) | <0.001 |
| 5th | Four successes | 100 (1/1) | 82 (9/11) | NS |
| | Four failures | 100 (8/8) | 50 (2/4) | NS |
| Overall‡ | All successes | 87 (157/180) | 80 (416/521) | |
| | All failures | 79 (136/172) | 33 (47/141) | |

*Rates for first pregnancies listed in Table 7.
†Corrected chi-square test for treated vs untreated.
‡If each pregnancy beyond the first is considered an independent unit, the overall live birth rate in pregnancies preceded by all failures was significantly higher ($p < 0.0005$) in the DES-treated group. Live birth rates in pregnancies preceded by success were slightly higher in the DES-treated group ($p < 0.05$) but the size of the difference, 87% vs 80%, is probably not clinically significant.

878                                    HERBERT W. HORNE JR

TABLE 5. LIVE BIRTH RATES (%) IN TREATED AND UNTREATED PREGNANCIES, USING THREE MEASURES OF PRIOR REPRODUCTIVE FAILURE

| Pregnancy number | All failures | | Reproductive history immediately preceding failure | | At least one prior failure | |
|---|---|---|---|---|---|---|
| | DES given | No DES | DES given | No DES | DES given | No DES |
| 2nd | 78 (76/98)* | 34 (33/96) | 78 (76/98)* | 34 (33/96) | 78 (76/98)* | 34 (33/96) |
| 3rd | 77 (37/48)* | 35 (11/31) | 72 (51/71)* | 47 (38/81) | 71 (72/101) | 59 (82/138) |
| 4th | 83 (15/18)* | 10 (1/10) | 72 (38/53)* | 31 (15/48) | 81 (66/81)* | 49 (52/107) |
| 5th | 100 (8/8) | 50 (2/4) | 76 (26/34) | 53 (16/30) | 78 (39/50) | 68 (56/82) |
| Overall† | 79 (136/172) | 33 (47/141) | 75 (191/256) | 40 (102/255) | 77 (253/330) | 53 (223/423) |

*Statistically significant difference between DES and no DES, $p < 0.005$.
†If each pregnancy is considered an independent unit, the DES treated group has a significantly higher live birth rate in all three classifications.

significantly higher in DES-treated pregnancies regardless of maternal age. Similarly, when adjusted for either the total number of pregnancies per patient or the interval since the previous pregnancy, the data (not presented herein) indicated that DES therapy was associated with higher birth rates when no prior pregnancy had been successful.

Since not every pregnancy experienced by these 770 patients came under the purview of the author, this factor was scrutinized for potential bias. Table 7 shows results partitioned according to physician. Because of small numbers, the fifth pregnancies, shown

TABLE 6. LIVE BIRTH RATES ADJUSTED FOR MATERNAL AGE

| History | Age range | Live birth rate (%) | | p-Value† |
|---|---|---|---|---|
| | | DES Given | No DES | |
| One failure | 0–19 | — | 0 (0/1) | |
| | 20–24 | 70 (7/10) | 23 (5/22) | |
| | 25–29 | 78 (32/41) | 23 (9/39) | |
| | 30–34 | 81 (25/31) | 63 (12/19) | |
| | 35–39 | 82 (9/11) | 70 (7/10) | |
| | 40–44 | 60 (3/5) | 0 (0/1) | |
| | Unknown | — | 0 (0/4) | |
| | Total | 78 (76/98) | 34 (33/96) | <0.0005 |
| Two failures | 20–24 | 67 (6/9) | 29 (2/7) | |
| | 25–29 | 71 (15/21) | 40 (6/15) | |
| | 30–34 | 86 (12/14) | 33 (2/6) | |
| | 35–39 | 100 (4/4) | 100 (1/1) | |
| | 40–44 | — | — | |
| | Unknown | — | 0 (0/2) | |
| | Total | 77 (37/48) | 35 (11/31) | <0.005 |
| Three failures | 20–24 | — | 50 (1/2) | |
| | 25–29 | 88 (7/8) | 0 (0/5) | |
| | 30–34 | 78 (7/9) | 0 (0/1) | |
| | 35–39 | 100 (1/1) | — | |
| | Unknown | — | 0 (0/2) | |
| | Total | 83 (15/18) | 10 (1/10) | <0.005 |

†Corrected chi-square test adjusted for history and age range.

TABLE 7. PREGNANCY SUCCESS RATES (%) ADJUSTED FOR PHYSICIAN

| Pregnancy number | Reproductive history | Horne | | Other physician(s) | |
|---|---|---|---|---|---|
| | | DES given | No DES | DES given | No DES |
| 1st | — | 84 (286/342) | 85 (111/131) | 44 (7/16) | 56 (156/286) |
| 2nd | One success | 90 (100/111) | 85 (74/87) | 82 (23/28) | 76 (177/232) |
| 2nd | One failure | 80 (71/89) | 56 (15/27) | 56 (5/9) | 26 (18/69) |
| 3rd | Two successes | 85 (22/26) | 84 (16/19) | 86 (6/7) | 81 (109/135) |
| 3rd | Two failures | 77 (33/43) | 83 (5/6) | 80 (4/5) | 24 (6/25) |
| 4th | Three successes | 60 (3/5) | 67 (2/3) | 100 (2/2) | 85 (29/34) |
| 4th | Three failures | 82 (14/17) | 0 (0/1) | 100 (1/1) | 11 (1/9) |
| Overall† | All successful | 88 (125/142) | 84 (92/109) | 84 (31/37) | 79 (315/401) |
| | All failures | 79 (118/149) | 59 (20/34) | 67 (10/15) | 24 (25/103) |

†Considering each pregnancy an independent event, DES administration was associated with a significantly higher ($p < 0.025$) live birth rate in women whose prior pregnancies all had been failures, regardless of whether or not the pregnancy came under the author's purview. There was no significant treatment effect in first pregnancies or in pregnancies preceded by all successes, regardless of physician.

in Table 4, are omitted from Table 7. Table 7 indicates that the favorable effect of DES occurred when there was a uniform history of prior pregnancy loss, regardless of whether the pregnancy had come under the author's purview.

Finally, the possibility of bias arising from higher order interactions was examined. A single degree of freedom chi-square test (Mantel and Haenszel [9]) was again used to test for the simultaneous action of as many as four factors. In second, third, and fourth pregnancies preceded by all failures, the DES-treated subgroups continued to show a significantly higher live birth rate than the corresponding untreated subgroups after adjustment for physician, age at subject pregnancy, interval between pregnancies and total number of pregnancies per patient. Whether these factors were considered as acting singly or simultaneously, 15 of 21 comparisons of DES-treated vs untreated subgroups showed a statistically significant treatment effect ($P < 0.05$). In contrast, when the same comparisons were made among second, third, and fourth pregnancies preceded by all successful outcomes, 16 of 21 showed no significant DES-treatment effect. Although simultaneous adjustment for multiple factors is not always informative because of limitations on subgroup size, it is clear that the favorable effect of DES persists and cannot be attributed to other factors operating in concert.

## DISCUSSION

The results of this report are of interest because prenatal exposure to DES has been implicated as a causative factor in cervico-vaginal clear-cell cancer, uterogenital abnormalities of both male and female children and even in their ultimate fertility. These, in turn, have prompted questions about the efficacy of the drug in preventing accidents of pregnancy, e.g. recurrent abortion, etc.

This study is the first to corroborate the statement of the Smiths that DES therapy during early pregnancy might be efficacious in women with a history of previous fetal loss. All previous reports on the use of DES in pregnancy contained a high percentage of normal pregnancies in both treated and non-treated groups. Many women had either delivered successfully or were primigravid. Furthermore, the present study is unique in DES literature in emphasizing the importance of considering the full reproductive history of each patient. Previous comparisons of pregnancy outcome in groups of treated and untreated "control" patients with dissimilar reproductive histories have lead to misleading results and interpretations.

Several earlier studies, including those of Ferguson [5] and by Dieckmann et al. [6] reported no beneficial effect of DES on the complications of pregnancy, including threatened abortion. In both of these placebo-controlled studies, however, the research design was not adequate to test the efficacy of DES. Ferguson and Dieckmann et al. studied consecutive obstetrical clinic patients who were already far enough along in their pregnancy to register at the clinic. Such patients were well past the particular time of gestation at which the risk of spontaneous abortion is greatest.

In the patients reported here, DES therapy was initiated within 20–40 days of conception in over 90% of cases, whereas only seven subjects in the Ferguson study began DES before the 11th week, and in Dieckmann's study, selected patients were pregnant 6–20 weeks. In addition, the DES and placebo regimens were assigned without regard to outcome of any prior pregnancy, to the duration of the current pregnancy, or to its apparent normalcy. Thus 80% of the women studied by Dieckmann and associates were not at increased risk (primigravida 37%, multipara without abortions 43%). Furthermore, in the analysis of data, Dieckmann et al. eliminated any patient who spontaneously aborted within 21 days of starting medication, whereas Ferguson admitted as many primigravidas as possible in his study. For these reasons, neither of these studies provided a proper test of the Smiths' proposal to use stilbestrol "in cases with a history of repeated accidents of pregnancy" [2]. Most of the pregnancies treated in either of these studies were not pregnancies that might be expected to benefit from DES.

In addition to these problems in the choice of patients and timing of DES, the two studies cited above had remarkably low rates of spontaneous abortion. The generally accepted view today is that at least 10% of all early gestations have anomalies resulting in abortion during the first 4–6 weeks of pregnancy. Nevertheless, the rates of spontaneous abortion reported by Dieckmann et al. were 4.7% for primipara and 3.3% for multipara in DES-treated patients, as against 2.5 and 1.6% respectively for the non-treated controls. The analogous rates reported by Ferguson were 3.1% for DES-treated and 2.4% for placebo-treated. These extraordinarily low rates of spontaneous abortion are not consistent with current medical experience and suggest that many early pregnancies, where the rate of spontaneous abortion is highest and where the need for therapy is greatest, were not entered into the Ferguson and Dieckmann studies.

Since the published randomized trials of DES treatment were not conducted with suitable designs, and since it is unlikely that any randomized trials will be conducted in the future, a clinically cogent appraisal of the efficacy of DES will have to depend on non-randomized data in which vigorous efforts have been made to adjust for possible bias. Such efforts have been made in the current study, which analyzes repeated pregnancies occurring in the same group of women. The potential biases of non-randomized research have been approached by comparing the results of different pregnancies in the same population of women, and by analyzing for the impact of age and number of previous pregnancies. Most importantly, the outcome of prior pregnancies—a key element in the basic reasoning supporting the clinical usage of DES—has been taken into consideration. To the author's knowledge, the current report contains the only analysis of data in which the effect of DES on pregnancy outcome was comparatively evaluated, taking cognizance of prior pregnancy results. The analysis strongly suggests that DES was efficacious in improving pregnancy outcome when initiated in the early stages of high-risk pregnancies.

*Acknowledgements*—The author acknowledges with thanks the continuing assistance in this worldwide follow-up study of these participants and their children by Hannah H. Lord, B.S., medical assistant, and the statistical advice of Edgar P. King, D.Sc., Lilly Research Laboratories. This study was made possible, in part, by a grant-in-aid of research to the Reproductive Research Fund by Eli Lilly and Company, Indianapolis, Indiana.

## REFERENCES

1. Smith OW, Smith GVS, Hurwitz D: Increased excretion of pregnanediol in pregnancy from diethylstilbestrol with special reference to the prevention of late pregnancy accidents. Am J Obstet Gynecol 51: 411, 1946
2. Smith GVS, Smith OW: Prophylactic hormone therapy, relation to complications of pregnancy. Obstet Gynecol 4: 129, 1954
3. Herbst AL, Ulfelder H, Poskanzer DC: Adenocarcinoma of the vagina: association of maternal stilbestrol therapy with tumor appearance in young women. N Engl J Med 284: 878, 1971
4. Herbst AL: The epidemiology of vaginal and cervical clear cell adenocarcinoma. In Developmental Effects of Diethylstilbestrol (DES) in Pregnancy. Herbst AL, Bern HA (Eds) New York: Thieme Stratton Inc., 1981, p. 64
5. Ferguson JH: Effects of stilbestrol on pregnancy compared to the effect of a placebo. Am J Obstet Gynecol 65: 592, 1953
6. Dieckmann WJ, Davis ME, Rynkiewicz LM, Pottinger RE: Does the administration of diethylstilbestrol during pregnancy have therapeutic value? Am J Obstet Gynecol 66: 1062, 1953
7. Day LA, Smith PL: The reproduction career of women with ovarian dysfunction. Am J Obstet Gynecol 60: 93, 1950
8. Smith OW: Diethylstilbestrol in the prevention and treatment of complications of pregnancy. Am J Obstet Gynecol 56: 821, 1948
9. Mantel N, Haenszel W: Statistical aspects of the analysis of data from retrospective studies of disease. J Natn Cancer Inst 22: 719, 1959