# Appendix 13



# PHYSICIANS' DESK REFERENCE
## TO
## PHARMACEUTICAL SPECIALTIES
## AND
## BIOLOGICALS

### 1954
*Eighth Edition*

Compliments

THE HENRY B.␣GILPIN COMPANY
Wholesale Druggists Since 1845



# PHYSICIANS DESK REFERENCE

to

## PHARMACEUTICAL SPECIALTIES

and

## BIOLOGICALS

## 1954

*Eighth Edition*

| | |
|---|---|
| | SECTION I (Pink) — Alphabetical Index — 101 |
| **IN FIVE SECTIONS** | SECTION II (Yellow) — Drug, Chemical and Pharmacological Index — 201 |
| *An arbitrary page numbering plan has been used to facilitate the compilation of this reference book* | SECTION III (Blue) — Therapeutic Indications Index — 301 |
| | SECTION IV (White) — Professional Products Information — 401 |
| | SECTION V (Green) — General Professional Information — 601 |

ROBERT C. BATTERMAN, M.D.
*Editorial Consultant*

H. SHERIDAN BAKETEL, M.D.
*Editorial Advisor*

J. PAUL FOLSOM
*General Manager*

J. E. VAN HOVEN
*Production Director*

HENRIETTA BULL
*Managing Editor*

Copyright 1953 by Medical Economics, Inc.

PUBLISHED BY MEDICAL ECONOMICS, INC., RUTHERFORD, N. J.

All rights reserved                                                Printed in U.S.A.

## Lilly—Cont.

### CO-PYRONIL® PULVULES
(Pyrrobutamine Compound, Lilly)

COMPOSITION: A new antihistaminic with rapid and prolonged action. Each green-and-yellow Pulvule Co-Pyronil contains:
Pyronil (Pyrrobutamine, Lilly) .....15 mg.
Histadyl (Thenylpyramine, Lilly) ...25 mg.
Clopane Hydrochloride (Cyclopentamine Hydrochloride, Lilly) ...........12.5 mg.
Each Pulvule Co-Pyronil, Pediatric, is equal to ½ Pulvule Co-Pyronil.

ACTION AND USES: Especially useful for the prompt and prolonged relief of the nasal and ocular symptoms of *hay fever* and *vasomotor rhinitis*. In these conditions the sympathomimetic effect of Clopane Hydrochloride and the prompt antihistaminic action of Histadyl supplement the prolonged effect of Pyronil. Co-Pyronil is indicated for urticaria, angioneurotic edema, allergic spasm of smooth muscle in the intestines and uterus, and various other conditions for which antihistaminic activity is desirable.

ADMINISTRATION AND DOSAGE: 1 or 2 Pulvules Co-Pyronil every 8 to 12 hours. Children—1 or 2 Pulvules Co-Pyronil, Pediatric, every 8 to 12 hours, according to age.
One may start with a dose of 1 pulvule every 12 hours. If this dose does not give complete relief or cause side-effects, it may be increased toward the maximum limit, until either complete relief or undesirable side-effects result. However, side-effects from 4 pulvules daily have seldom been significant.

HOW SUPPLIED: Pulvules Co-Pyronil (No. 336) and Co-Pyronil, Pediatric (No. 342), in bottles of 100 and 1,000.
ALSO: Pyronil® Tablets, 15 mg., in bottles of 100, 1,000, and 5,000 (No. 1773).

### CRYSTODIGIN,® TABLETS
(Crystalline Digitoxin, Lilly)

COMPOSITION: Crystodigin is a crystalline-pure single cardiac glycoside obtained from *Digitalis purpurea*; it has the identical pharmacologic action of whole-leaf digitalis.

ACTION AND USES: Congestive heart failure with or without auricular fibrillation.

ADMINISTRATION AND DOSAGE: In the majority of patients, digitalization is attained by giving 0.6 mg. of Crystodigin orally as an initial dose, to be followed by 0.4 mg. every 12 to 24 hours until the maximum benefit from the drug is apparent. This usually requires four doses of Crystodigin. In less urgent cases, 0.4 mg given every 12 hours may produce the full therapeutic effect of the drug after several days. When rapid digitalization is indicated, a single dose of 1.2 mg. of Crystodigin orally will produce the peak effect in about 10 hours. The maintenance dose must be adjusted to fit the individual's need. Range of dose is from 0.05 to 0.3 mg.; the average is 0.1 mg. per day. Caution: Patients already taking digitalis preparations must not be given the rapid digitalizing dose of Crystodigin. Patients receiving digitalis preparations should not be given parenteral calcium preparations.

CONTRAINDICATIONS: Crystodigin is generally contraindicated in conditions other than congestive heart failure. It should be used with caution in coronary thrombosis; it should not be used to treat arrhythmias due to peripheral circulatory shock or active infection. Never use Crystodigin in ventricular tachycardia.

HOW SUPPLIED: No. 1736, 0.05 mg (Yellow); No. 1703, 0.1 mg. (White); and No. 1737, 0.15 mg. (Yellow) (scored), in packages of 100, 500, and 5,000. No. 1694, 0.2 mg. (White) (scored), in packages of 30, 100, 500, and 5,000.

REMARKS: Crystodigin is almost completely absorbed orally; it is no more cumulative than whole-leaf digitalis and is eliminated just as rapidly.

### CRYSTODIGIN® SOLUTION, AMPOULES
(Crystalline Digitoxin, Lilly)

COMPOSITION: A sterile, stable solution of crystalline digitoxin.

ACTION AND USES: Congestive heart failure, auricular fibrillation, auricular tachycardia, and auricular flutter.

ADMINISTRATION AND DOSAGE: For rapid digitalization of a patient who has not had digitalis therapy for at least three weeks, the following is the recommended dosage schedule: slow intravenous injection of 0.6 mg. as the initial dose, followed by 0.4 mg. of Crystodigin 4 hours later and 0.2 mg. every 6 hours thereafter until the full therapeutic effect becomes apparent. Maintenance dose: 0.05 to 0.3 mg. per day.
Crystodigin Solution may be administered intramuscularly. The dosage schedule is the same as for oral or intravenous medication. It is not advisable to inject more than 3 ml. into a single site in the muscle. Caution: Patients already taking digitalis preparations must not be given the rapid digitalizing dose of Crystodigin. Patients receiving digitalis preparations should not be given parenteral calcium preparations.

CONTRAINDICATIONS: See above under Crystodigin, Tablets.

HOW SUPPLIED: No. 426, 0.2 mg., 1 cc., in packages of 6 and 100. No. 448, 0.2 mg. per cc., 10-cc. rubber-stoppered ampoules.

### DICALCIUM PHOSPHATE WITH VITAMIN D AND IRON, PULVULES

COMPOSITION: Each pulvule contains dicalcium phosphate, 0.5 Gm. (7½ grs.); vitamin D (synthetic), not less than 330 U.S.P. or I. U.; and iron pyrophosphate, soluble, 87 mg. (1 1/3 grs.).

ACTION AND USES: For prophylaxis or treatment of concurrent calcium, phosphorus, and iron deficiencies, especially in pregnancy and lactation.

ADMINISTRATION AND DOSAGE: 2 pulvules 3 to 4 times a day.

HOW SUPPLIED: In packages of 100 and 1,000 (No. 301).

### DICURIN PROCAINE® SOLUTION, AMPOULES
(Merethoxylline Procaine with Theophylline, Lilly)

COMPOSITION: Dicurin Procaine, a new organic mercurial combined with theophylline and procaine, is distinguished for its high diuretic efficacy, systemic and local tolerance, and stability in solution. Each cc. contains:
Merethoxylline Procaine ..........0.1 Gm.
(Equivalent to 39.3 mg. Mercury and 45 mg. Procaine Base)
Theophylline, Anhydrous .........0.05 Gm.

ACTION AND USES: An effective adjunct in the management of congestive heart failure associated with edema, ascites, pleural effusion, acute pulmonary edema, passive congestion of the lungs or liver, or paroxysmal nocturnal dyspnea. It is sometimes useful in cirrhosis of the liver with ascites and in nephrosis.

ADMINISTRATION AND DOSAGE: May be administered subcutaneously, intramuscularly, or intravenously. Satisfactory diuresis is produced by deep subcutaneous administration; intravenous administration is rarely indicated, since diuretic effectiveness is seldom greater and risk of deleterious side-effects is greatly increased. Maximum daily dose for adults is 2 cc.; the dosage range is from 0.5 cc. to 2 cc. daily.

CONTRAINDICATIONS: Do not administer in the presence of sensitivity to mercury, procaine, or theophylline; acute glomerulonephritis; ulcerative colitis; or gouty diathesis. Caution is advised in the presence of benign prostatic hypertrophy or when the blood urea nitrogen is more than 60 mg. per 100 cc. If definite albuminuria, hematuria, or oliguria appears after administration, the drug should be discontinued.

HOW SUPPLIED: Ampoules No. 568, 2-cc. glass-sealed ampoules, in packages of 25 and 100. Ampoules No. 581, 10-cc. rubber-stoppered ampoules.

### DIETHYLSTILBESTROL

COMPOSITION: A crystalline synthetic estrogenic compound capable of eliciting (in proper dosage) all the pharmacologic and therapeutic responses attributed to natural estrogens.

ADMINISTRATION AND DOSAGE:
| Condition | Oral Dose |
|---|---|
| Menopause | 0.1 to 1 mg. daily |
| Senile vaginitis | 0.1 to 1 mg. daily |
| Painful engorgement of breasts | 5 mg. 1 to 3 times daily for 2 to 4 days |
| Functional uterine bleeding | 5 mg. 4 to 6 times daily until checked |
| Carcinoma of prostate | |
| Initial phase | 3 mg. daily |
| Maintenance | 1 mg. daily |

Also used to prevent accidents of pregnancy and experimentally in inoperable cancer of breast in postmenopausal women. To prevent accidents of pregnancy:

| Week of Pregnancy, Dating from First Day of Last Menstrual Period | Daily Dose |
|---|---|
| 7th and 8th | 5 mg. |
| 9th and 10th | 10 mg. |
| 11th and 12th | 15 mg. |
| 13th and 14th | 20 mg. |
| 15th | 25 mg. |
| 16th | 30 mg. |
| 17th | 35 mg. |
| 18th | 40 mg. |
| 19th | 45 mg. |
| 20th | 50 mg. |
| 21st | 55 mg. |
| 22d | 60 mg. |
| 23d | 65 mg. |
| 24th | 70 mg. |
| 25th | 75 mg. |
| 26th | 80 mg. |
| 27th | 85 mg. |
| 28th | 90 mg. |
| 29th | 95 mg. |
| 30th | 100 mg. |
| 31st | 105 mg. |
| 32d | 110 mg. |
| 33d | 115 mg. |
| 34th | 120 mg. |
| 35th | 125 mg. |

CONTRAINDICATIONS: Premenopausal carcinoma of breast.

HOW SUPPLIED: Ampoules No. 347, 1 mg., in Oil, 1 cc., and No. 385, 5 mg., in Oil, 1 cc., in packages of 6, 25, and 100. Enseals No. 46, 0.1 mg.; No. 47, 0.25 mg.; No. 48, 0.5 mg.; No. 49, 1 mg; No. 85, 5 mg.; and No. 90, 25 mg., in packages of 100, 500, 1,000, and 5,000. Tablets No. 1646, 0.1 mg.; No. 1647, 0.25 mg.; No. 1648, 0.5 mg.; and No. 1649, 1 mg., in packages of 100, 500, 1,000, 5,000, and 10,000. Tablets No. 1685, 5 mg., in packages of 100, 500, and 1,000. Tablets No. 1724, 25 mg., in packages of 25, 100, 500, and 1,000. Suppositories No. 14, 0.1 mg., and No. 15, 0.5 mg., in packages of 6 and 50.

REMARKS: The 5 and 25-mg. tablets facilitate the dosage schedule outlined for prevention of accidents of pregnancy.

*Continued on next page*

## Lilly—Cont.

### ●DOLOPHINE HYDROCHLORIDE,® SYRUP

COMPOSITION: A very palatable cherry-flavored syrup containing 10 mg. of Dolophine Hydrochloride (Methadon Hydrochloride, Lilly) in each 30 cc.
ACTION AND USES: For the relief of dry, unproductive cough and pain.
ADMINISTRATION AND DOSAGE: Adults—1 teaspoonful to start; then ½ teaspoonful every 6 hours as needed for cough. Children—6 to 12 years of age, ½ teaspoonful to start and then ¼ teaspoonful every 6 hours as needed for cough. Infants—based on weight.
CONTRAINDICATIONS: Not recommended for continuous use or for conditions in which the cough should not be suppressed.
HOW SUPPLIED: In pint and gallon bottles (No. 116).
●Narcotic order required.

### ●DOLOPHINE HYDROCHLORIDE,® TABLETS
(Methadon Hydrochloride, Lilly)

COMPOSITION: A powerful synthetic analgesic.
ACTION AND USES: For the relief of pain. It is especially recommended for the relief of postsurgical pain, renal colic, and metastatic lesions of malignant tumors and for the control of cough.
ADMINISTRATION AND DOSAGE: Adults—moderate pain: 2.5 mg. orally every 6 to 8 hours; more severe pain 5 mg. every 6 to 8 hours as needed; very severe pain: 10 mg. every 4 to 6 hours as needed.
CONTRAINDICATIONS: Not recommended for use alone as preanesthetic medication.
HOW SUPPLIED: No. 1711, 2.5 mg.; No. 1712, 5 mg.; No. 1713, 7.5 mg.; and No. 1730, 10 mg., in packages of 100 and 1,000. Also available in ampoules.
REMARKS: 10 mg. of Dolophine Hydrochloride may be regarded as comparable in analgesic ability to 15 mg. (¼ gr.) of morphine sulfate. Subcutaneous injection produces a more marked effect.
●Narcotic order required.

### ELORINE SULFATE,® PULVULES
(Tricyclamol Sulfate, Lilly)
### CO-ELORINE,® PULVULES
(Tricyclamol Sulfate and Amobarbital, Lilly)

COMPOSITION: Elorine Sulfate is a quaternary ammonium compound described chemically as 1-cyclohexyl-1-phenyl-3-pyrrolidino-1-propanol methsulfate.
Elorine Sulfate is a new improved parasympathetic blocking agent, particularly valuable because therapeutic dosage produces negligible side-effects.
ACTION AND USES: It is indicated in the treatment of functional and organic conditions in which spasm and hypermotility of the gastro-intestinal tract are prominent factors; for example, peptic ulcer, pylorospasm, gastritis, irritable colon, regional ileitis, mucous colitis, spastic colitis, and ulcerative colitis.
ADMINISTRATION AND DOSAGE: 1 or 2 pulvules three or four times daily.
CONTRAINDICATIONS: The drug probably should not be administered to patients with glaucoma. Caution is advised in patients having a tendency toward urinary retention or tachycardia.
HOW SUPPLIED: Elorine Sulfate as 25-mg. (No. 344) and 50-mg. (No. 345) pulvules in bottles of 100 and 1,000. Co-Elorine, providing 25 mg. Elorine Sulfate plus 8 mg. Amytal per pulvule, in bottles of 100 and 1,000 (No. 356).
REMARKS: Co-Elorine is especially designed for the patient who needs sedation in addition to relief from spasm.

### ENTORAL

COMPOSITION: A dry, powdered vaccine supplied in pulvules for oral administration. Each pulvule contains killed pneumococci, 40,000 million (10,000 million each. Types I, II, V, and VII); streptococci, 15,000 million (viridans, hemolytic, indifferent); Hemophilus influenzae, Type b, 2,500 million; Micrococcus catarrhalis, 2,500 million.
ACTION AND USES: When given orally, Entoral is capable of inciting the production of heterophile antibodies in sufficient amounts to increase materially the resistance of many individuals to the bacteria which most frequently cause or complicate respiratory infections.
ADMINISTRATION AND DOSAGE: 1 pulvule ½ to 1 hour before breakfast each morning for 7 successive days. Thereafter, 1 pulvule twice a week through the cold season.
HOW SUPPLIED: In packages of 20 (V-404) and in packages of 60 (V-408).

### EPHEDRINE AND AMYTAL,® PULVULES

COMPOSITION: A combination of a sympathomimetic and a barbiturate containing in each pulvule: ephedrine sulfate, 25 mg. (⅜ gr.), and Amytal (Amobarbital, Lilly), 50 mg. (¾ gr.).
ACTION AND USES: Allergic conditions, such as hay fever, allergic rhinitis, and asthma.
ADMINISTRATION AND DOSAGE: 1 pulvule 3 to 4 times daily as needed.
HOW SUPPLIED: In packages of 100, 500, and 5,000 (No. 44).
REMARKS: The Amytal counteracts the C.N.S. stimulation of ephedrine.

### ERGOTRATE MALEATE,® TABLETS
(Ergonovine Maleate, U.S.P., Lilly)

COMPOSITION: Ergotrate Maleate is the maleate of the simplest active ergot alkaloid.
ACTION AND USES: Acts as an oxytocic For the prevention or treatment of postpartum and postabortal hemorrhage due to uterine atony. Given in the puerperium, it may be helpful in preventing puerperal morbidity.
ADMINISTRATION AND DOSAGE: Oral administration—1 tablet (1/320 gr.) 3 or 4 times daily until danger of postpartum hemorrhage has passed. If the patient is to be out of bed or at home before the 10th day postpartum, Tablets Ergotrate Maleate should be given until at least the 14th day postpartum.
CAUTION: As with any ergot preparation, prolonged use is to be avoided, although there are no confirmed reports of ergotism following the use of Ergotrate Maleate.
HOW SUPPLIED: In packages of 25, 100, 500, 1,000, and 5,000 (No. 1572).
Also supplied as Ampoules Ergotrate Maleate.

### FORTHANE,® INHALER
(Methyl Hexane Amine, Lilly)

COMPOSITION: An aromatic inhaler.
ACTION AND USES: For allergic rhinitis and head colds. Relieves edema of the mucosa by vasoconstriction.
ADMINISTRATION AND DOSAGE: As needed for comfort.
HOW SUPPLIED: In individual containers (M-52).
REMARKS: A very convenient, nontoxic decongestant which does not stimulate the central nervous system.

### GENTIAN VIOLET, ENSEALS®

COMPOSITION: Timed disintegrating tablets of gentian violet.
ACTION AND USES: For the treatment of oxyuriasis (pinworm [Enterobius vermicularis] infestation).
ADMINISTRATION AND DOSAGE: Adults—Two ½-gr. Enseals Gentian Violet 3 times daily 1 hour before meals.
Children up to 16 years of age—One 3/20 gr. Enseal Gentian Violet for each year of apparent (not chronological) age should be administered daily in divided doses 1 hour before meals.
Treatment should include two courses of 8 days each, with a 7-day rest period between courses.
CONTRAINDICATIONS: Gentian violet may be dangerous in patients with severe cardiac, hepatic, or renal disease, as well as in those with serious gastro-intestinal disorders. Abstinence from alcohol during treatment is advised.
HOW SUPPLIED: No. 8, 3/20 gr. (0.0097 Gm.), and No. 9, ½ gr. (0.0325 Gm.), in bottles of 100, 500, and 1,000.
REMARKS: Gentian violet is irritating to the gastric mucosa but not to the intestinal mucosa. The Enseal coating allows the release of the gentian violet in the intestine in concentrated form, obviating possible gastric irritation.

### HISTA-CLOPANE,® PULVULES
(Thenylpyramine and Cyclopentamine, Lilly)

COMPOSITION: A synergistic combination of an antihistaminic and a sympathomimetic drug containing in each pulvule: Histadyl (Thenylpyramine, Lilly), 25 mg., and Clopane Hydrochloride (Cyclopentamine Hydrochloride, Lilly), 12.5 mg.
ACTION AND USES: For the treatment of the nasal and ocular symptoms of hay fever and in vasomotor rhinitis.
ADMINISTRATION AND DOSAGE: 1 or 2 pulvules after each meal and at bedtime.
HOW SUPPLIED: In bottles of 100 and 1,000 (No. 319).
REMARKS: Clopane Hydrochloride causes less central-nervous-system stimulation than other sympathomimetic drugs commonly used.

### HISTA-CLOPANE,® SOLUTION

COMPOSITION: An isotonic aqueous solution containing Histadyl (Thenylpyramine, Lilly), 0.5%, and Clopane Hydrochloride (Cyclopentamine Hydrochloride, Lilly), 0.5%, with phenylmercuric nitrate, 1:50,000 as a preservative.
ACTION AND USES: For intranasal application to relieve congestion and allergic symptoms of hay fever, vasomotor rhinitis etc.
ADMINISTRATION AND DOSAGE Drop or spray into nose as needed for control of symptoms.
HOW SUPPLIED: In 1-oz. and 1-pt. bottles (No. 59).

---

## HISTADYL® PRODUCTS

(Thenylpyramine, Lilly)
### FOR SYSTEMIC USE

### HISTADYL® AND A.S.A. COMPOUND,® PULVULES

COMPOSITION: Each pulvule contains Histadyl (Thenylpyramine, Lilly), 25 mg and A.S.A. Compound (Acetylsalicylic Acid and Acetophenetidin Compound, Lilly)—acetylsalicylic acid, 3½ grs.; acetophenetidin, 2½ grs.; and caffeine, ½ gr.
ACTION AND USES: For allergic cold and associated symptoms.
ADMINISTRATION AND DOSAGE 1 pulvule at 3 to 4-hour intervals. For children, prescribe in proportion to weight.
HOW SUPPLIED: In bottles of 100 1,000, and 5,000 (No. 331). Also in half strength pulvules, in bottles of 100, 1,000 and 5,000 (No. 322).
REMARKS: This preparation combines the analgesic effect of A.S.A. Compound with the antihistaminic effect of Histadyl for the relief of symptoms of the common cold. For prophylactic effect, it must be taken at the first sign of a cold.