# Appendix 14

THIRTEENTH EDITION 

1959

# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES*

*and BIOLOGICALS*

Compliments

THE HENRY B. GILPIN COMPANY
Wholesale Druggists Since 1845

# THIRTEENTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES*

*and BIOLOGICALS*

**IN FIVE SECTIONS**

An arbitrary page numbering plan to facilitate the compilation of this reference book.

| | |
|---|---|
| SECTION ONE *(Pink)* ALPHABETICAL INDEX | 101 |
| SECTION TWO *(Yellow)* DRUG, CHEMICAL AND PHARMACOLOGICAL INDEX | 201 |
| SECTION THREE *(Blue)* THERAPEUTIC INDICATIONS INDEX | 401 |
| SECTION FOUR *(White)* PROFESSIONAL PRODUCTS INFORMATION | 601 |
| SECTION FIVE *(Green)* GENERAL PROFESSIONAL INFORMATION | 901 |

J. PAUL FOLSOM
*General Manager*

HENRIETTA BULL
*Managing Editor*

J. E. VAN HOVEN
*Production Director*

ROBERT C. BATTERMAN, M.D.
*Editorial Consultant*

PUBLISHED BY MEDICAL ECONOMICS, INC., ORADELL, N. J.
ALL RIGHTS RESERVED  •  © COPYRIGHT 1958 BY MEDICAL ECONOMICS, INC.  •  PRINTED IN U.S.A.

therapeutic effect, intake of any food should be preceded by an appropriate dose, such as, ½ the usual dose before a light snack. Dosage may be increased as indicated.
HOW SUPPLIED: Suspension M-100, in pint bottles.

**DARVON®**
**dextro propoxyphene hydrochloride, Lilly**
COMPOSITION: A widely useful, chemically different analgesic developed in the Lilly Research Laboratories.
ACTION AND USES: Darvon provides analgesic potency equal to codeine, yet is much better tolerated. Clinically useful doses do not produce euphoria, tolerance, or physical dependence. Side-effects such as nausea and constipation are minimal. Valuable in any condition associated with pain.
ADMINISTRATION AND DOSAGE: Orally, 32 mg. q. 4 h. or 65 mg. three or four times daily, as needed for relief of pain.
CONTRAINDICATIONS: None reported.
HOW SUPPLIED: Pulvules® No. 364, 32 mg. and No. 365, 65 mg. (both pink), in bottles of 100.

**DARVON® COMPOUND**
**dextro propoxyphene and acetylsalicylic acid compound, Lilly**
COMPOSITION: Each Pulvule® Darvon Compound provides:
Darvon® ........................ 32 mg.
Acetophenetidin ................ 162 mg.
A.S.A.® (acetylsalicylic acid, Lilly) ........................ 227 mg.
Caffeine ........................ 32.4 mg.
ACTION AND USES: Darvon Compound combines the analgesic effectiveness of Darvon (which is equal to that of codeine) with the antipyretic and anti-inflammatory effects of A.S.A.® Compound (acetylsalicylic acid and acetophenetidin compound, Lilly). It is particularly useful in relieving pain associated with chronic and recurrent disease; e.g., inflammatory states such as myalgia, neuralgia, neuritis, and arthritis. Also, efficacious in conditions such as the common respiratory infections and the "common cold," headache, pain of traumatic origin, dysmenorrhea, premenstrual cramping, and postpartum pain.
ADMINISTRATION AND DOSAGE: 1 or 2 Pulvules three or four times daily.
CONTRAINDICATIONS: None reported.
HOW SUPPLIED: Pulvules No. 368 (pink and gray), in bottles of 100.

**DELTALIN®**
**vitamin D, Lilly**
COMPOSITION: Each Gelseal® provides 50,000 U.S.P. or International units of vitamin D synthetic (calciferol).
ACTION AND USES: Abnormal calcium and phosphorus metabolism; rickets; prematurity; spasmophilia; osteomalacia.
ADMINISTRATION AND DOSAGE: Therapeutic—50,000 to 1,000,000 units per day.
PRECAUTIONS: Use with caution in any patient with kidney disease, a sensitive colon, or disproportionate available supplies of calcium or phosphorus. Toxicity may develop even to the extent of causing renal failure and metastatic desposits of calcium in soft tissues. Symptoms of toxicity are anorexia, nausea, vomiting, abdominal cramps, frequent stools, pallor, lassitude, polyuria, and uremia.
CONTRAINDICATIONS: Evidence of arteriosclerosis, particularly of the aorta, and renal stones.
HOW SUPPLIED: Gelseals No. 60, in bottles of 100 and 500.

**DELVEX®**
**dithiazanine iodide, Lilly**
COMPOSITION: Delvex is a polymethine blue dye which possesses potent anthelmintic properties.
ACTION AND USES: Delvex introduces the new concept of wide-spectrum anthelmintic therapy. It is orally effective, usually within five days, against four of the five most common worm infections; effective in both single and multiple infections, and in both heavy and light infections.
Delvex in proper dosage eliminates enterobiasis (pinworm infection) and ascariasis (roundworm infection) and is the first fully effective and practicable treatment for trichuriasis (whipworm infection) and strongyloidiasis (threadworm infection).
(NOTE: Delvex will also eliminate or inhibit hookworm [Necator americanus] infection in a significant number of cases, but usually it must be supplemented with other hookworm therapy to obtain a complete cure.)
ADMINISTRATION AND DOSAGE: For adults and children over 60 pounds: In trichuriasis, ascariasis, and multiple helminthic infections, the usual dosage is 200 mg. t.i.d. (after meals) for from five to ten days.
In strongyloidiasis 200 mg. t.i.d. (after meals) for from ten to fourteen days.
In enterobiasis, 100 to 200 mg. t.i.d. (after meals) for five days.
For children weighing from 20 to 60 pounds: In trichuriasis, ascariasis, and multiple helminthic infections, the recommended total daily dose is 100 mg. for every ten pounds of body weight, administered in divided doses (after meals) for from five to ten days. In strongyloidiasis, the dosage should be given for from ten to fourteen days.
In enterobiasis, half the recommended dose may be given for a period of five days.
In heavy or resistant infections, treatment may be extended to a period of twenty-one days. In cases in which elimination of the parasite is not complete, a second course at the same dosage level may be given (after one or two weeks) for a period of up to twenty-one days. The above dosage recommendations should not be exceeded.
PRECAUTIONS: Side-effects, consisting of some nausea, diarrhea, or occasional single episodes of vomiting, may be encountered in certain patients with the use of full recommended dosage. To minimize these possible side-effects, the physician may wish to prescribe one-half the recommended dose the first day and full dosage thereafter. If the full dosage is not well tolerated, reduce dosage and increase duration of therapy.
Suggested instructions for patients: 1. Do not neglect any of the prescribed doses. 2. Take each dose one or two hours after a meal. 3. Swallow the tablets whole; they should not be chewed, crushed, or mixed with liquids. 4. Don't be alarmed when the medication causes the stools to turn blue; this is merely a sign that it is working as it should. 5. Stains on skin or underclothing may easily be removed by washing with soap and water. 6. No dietary restriction or other adjunctive measures are required.
CONTRAINDICATIONS: No absolute contraindications are known.
HOW SUPPLIED: In three strengths: Tablets No. 1813, 50 mg.; No. 1814, 100 mg.; and No. 1815, 200 mg., in bottles of 50. The purple, oval tablets are specially shaped for easy swallowing and are coated to protect against gastric irritation.

**DICURIN® PROCAINE**
**merethoxylline procaine, Lilly**
COMPOSITION: Dicurin Procaine, an organic mercurial combined with theophylline and procaine, is distinguished for its high diuretic efficacy, systemic and local tolerance, and stability in solution. Each cc. provides:
Merethoxylline Procaine ........ 0.1 Gm.
  Equivalent to 39.3 mg. mercury and 45 mg. procaine base)
Theophylline, Anhydrous ........ 0.05 Gm.
ACTION AND USES: An effective adjunct in the management of congestive heart failure associated with edema, ascites, pleural effusion, acute pulmonary edema, passive congestion of the lungs or liver, or paroxysmal nocturnal dyspnea. It is sometimes useful in cirrhosis of the liver with ascites and in nephrosis.
ADMINISTRATION AND DOSAGE: 0.5 to 2 cc. daily by intramuscular or deep subcutaneous injection.
PRECAUTIONS: Caution is advised in the presence of benign prostatic hypertrophy or when the blood urea nitrogen is more than 60 mg. per 100 cc. If definite albuminuria, hematuria, or oliguria appears after administration, the drug should be discontinued.
CONTRAINDICATIONS: Sensitivity to mercury, procaine, or theophylline; acute glomerulonephritis; ulcerative colitis; and gouty diathesis.
HOW SUPPLIED: Ampoules, Injection, No. 568, 2-cc., in packages of 25 and 100; No. 581, 10-cc. rubber-stoppered ampoules.

**DIETHYLSTILBESTROL**
COMPOSITION: A crystalline synthetic estrogenic compound capable of eliciting all the pharmacologic and therapeutic responses attributed to natural estrogens.
ADMINISTRATION AND DOSAGE:
  Indication                Oral Dosage
Menopause ............ 0.1 to 0.25 mg. daily
Senile vaginitis ............ 0.5 mg. daily
Painful engorgement
  of breasts ............ 5 mg. 1 to 3 times
          daily for a total of 30 to 45 mg.
Functional uterine
  bleeding ............ 5 mg. 3 to 5 times
                      daily until checked
Carcinoma of prostate
  Initial phase ............ 3 mg. daily
  Maintenance ............ 1 mg. daily
Also used to prevent accidents of pregnancy and experimentally in inoperable cancer of breast in postmenopausal women. To prevent accidents of pregnancy:
Week of Pregnancy
(from first day of                  Daily
last menstrual period)              Dose
7th and 8th ........................ 5 mg.
9th and 10th ...................... 10 mg.
11th and 12th ..................... 15 mg.
13th and 14th ..................... 20 mg.
15th .............................. 25 mg.
16th .............................. 30 mg.
17th .............................. 35 mg.
18th .............................. 40 mg.
19th .............................. 45 mg.
20th .............................. 50 mg.
21st .............................. 55 mg.
22d ............................... 60 mg.
23d ............................... 65 mg.
24th .............................. 70 mg.
25th .............................. 75 mg.
26th .............................. 80 mg.
27th .............................. 85 mg.
28th .............................. 90 mg.
29th .............................. 95 mg.
30th ............................. 100 mg.
31st ............................. 105 mg.
32d .............................. 110 mg.
33d .............................. 115 mg.
34th ............................. 120 mg.
35th ............................. 125 mg.
CONTRAINDICATIONS: Premenopausal carcinoma of breast.
HOW SUPPLIED: Ampoules, N.F., injection No. 347, 1 mg., in Oil, 1 cc.; No. 385, 5 mg., in Oil, 1 cc., in packages of 6, 25, and 100; and No. 549, 25 mg., in ethyl oleate, 1 cc., in packages of 6.
Enseals® No. 46, 0.1 mg.; No. 47, 0.25 mg.; No. 48, 0.5 mg.; No. 49, 1 mg.; No. 85, 5 mg.; and No. 90, 25 mg., in packages of 100, 500, and 1,000.
Tablets, U.S.P., No. 1646, 0.1 mg.; No. 1647, 0.25 mg.; No. 1648, 0.5 mg.; No. 1649, 1 mg.; No. 1685, 5 mg., in packages of 100, 500, and 1,000. Tablets, U.S.P., No. 1724, 25 mg. (scored), in packages of 25, 100, 500, and 1,000.
Suppositories No. 14, 0.1 mg. and No. 15, 0.5 mg., in packages of 6 and 50.

**• DOLOPHINE® HYDROCHLORIDE**
**methadone hydrochloride, Lilly**
COMPOSITION: A powerful synthetic analgesic and antitussive.

Continued on next page