# Appendix 15

# 1964 • PDR

Published by MEDICAL ECONOMICS, INC.

EIGHTEENTH EDITION

# PHYSICIANS' DESK REFERENCE

to

*PHARMACEUTICAL SPECIALTIES*

*and BIOLOGICALS*

Compliments

*Pfizer Laboratories*

ditions: cachexia, debilitation, fever, impaired liver or renal function, active tuberculosis, severe hypertension, menstruation, menorrhagia, and metrorrhagia; when large doses of salicylates are administered; and with the use of indwelling drainage catheters. Dicumarol is contraindicated in patients with bleeding, hemorrhagic tendencies, blood dyscrasias, purpura, ulcerating or granulomatous lesions, subacute bacterial endocarditis, threatened abortion, recent operation on the brain or spinal cord, regional anesthesia, lumbar block, vitamin K deficiency, liver disease, and continuous tube drainage of the stomach or small intestine. Dicumarol is probably contraindicated during pregnancy.
ADMINISTRATION AND DOSAGE: Dicumarol is given by mouth. The dosage must be individualized and adjusted according to the prothrombin time, usually reported as prothrombin activity in percent of normal. The following schedule serves only as a guide. On the average, the dose for the first day in adults with normal prothrombin activity is 200 to 300 mg. On subsequent days, the dose is 25 to 200 mg. if the prothrombin activity is 25 percent or more. Give no Dicumarol on any day when the prothrombin activity is less than 25 percent.
OVERDOSAGE: See under Side Effects.
HOW SUPPLIED: (℞) *Pulvules®* (Bishydroxycoumarin Capsules, N.F.): *No. 314*, 25 mg. (No. 5, Clear); *No. 291*, 50 mg. (No. 4, Clear); and *No. 292*, 100 mg. (No. 3, Pink), in bottles of 100 and 1,000.

**DIETHYLSTILBESTROL**    ℞

COMPOSITION: A crystalline synthetic estrogenic compound capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.
ACTION AND USES: For the relief of symptoms of the menopause; in senile vaginitis; for the relief or prevention of painful engorgement of the breasts postpartum; for control of functional uterine bleeding and carcinoma of the breast and prostate; and for accidents of pregnancy.
PRECAUTIONS AND CONTRAINDICATIONS: Diethylstilbestrol is contraindicated in patients with a personal or familial history of breast or genital cancer (except in treatment of cancer). Prolonged continuous administration can lead to endometrial hyperplasia and to "breakthrough" bleeding.
ADMINISTRATION AND DOSAGE: *Parenteral*—Breast engorgement, 5 mg. once or twice daily for two to four days. Carcinoma of prostate, initial phase, 5 mg. twice a week; then 2 to 4 mg. twice a week. Functional uterine bleeding, 5 mg. two or three times daily until checked.
*Oral*—In menopausal symptoms, 0.2 to 0.5 mg. daily, increased as needed. In senile vaginitis, 0.5 mg. daily. In painful engorgement of the breasts postpartum, 5 mg. one to three times daily for a total of 30 mg. In functional uterine bleeding, usually 5 mg. three to five times daily until bleeding ceases. In carcinoma of the prostate, 1 to 3 mg. daily, increased in advanced cases; later, the dose may be reduced to an average of 1 mg. daily. In cancer of the breast, 15 mg. daily. In accidents of pregnancy, 25 to 100 mg. daily.
*Vaginal*—In the menopause, 0.5 mg. daily. Senile vaginitis, 0.5 mg. daily.
HOW SUPPLIED: (℞) *Ampoules, Injection (for I.M. use)*: *No. 385*, 5 mg., in Oil, 1 cc., in packages of 6, 25, and 100. One cc. contains 5 mg. diethylstilbestrol in cottonseed oil. *No. 549*, 25 mg. in Ethyl Oleate, 1 cc., in packages of 6.
(℞) *Enseals®*: *No. 46*, 0.1 mg., and *No. 47*, 0.25 mg., in bottles of 100, 500, and 1,000; *No. 48*, 0.5 mg., *No. 49*, 1 mg., and *No. 85*, 5 mg., in bottles of 100, 500, 1,000, and 5,000; *No. 90*, 25 mg., in bottles of 100, 500, and 1,000.
(℞) *Suppositories* (Vaginal): *No. 14*, 0.1 mg., and *No. 15*, 0.5 mg., in packages of 6 and 50. In addition to the diethylstilbestrol, these suppositories contain glycerin, gelatin, polyoxyethylene sorbitan monolaurate, and propylene glycol.
(℞) *Tablets, U.S.P.*: *No. 1646*, 0.1 mg., *No. 1647*, 0.25 mg., and *No. 1648*, 0.5 mg., in bottles of 100 and 1,000; *No. 1649*, 1 mg., and *No. 1685*, 5 mg., in bottles of 100, 500, 1,000, and 5,000; *No. 1724*, 25 mg. (crossscored), in bottles of 25, 100, 500, and 1,000.

**DIETHYLSTILBESTROL AND METHYLTESTOSTERONE,** see Tylosterone® (diethylstilbestrol and methyltestosterone, Lilly).

**DIGITOXIN, CRYSTALLINE,** see Crystodigin® (digitoxin, Lilly).

**DIMETHYL TUBOCURARINE IODIDE,** see Metubine® Iodide (dimethyl tubocurarine iodide, Lilly).

**DIPHTHERIA AND TETANUS TOXOIDS AND PERTUSSIS VACCINE COMBINED,** see Tri-Solgen® (diphtheria and tetanus toxoids and pertussis vaccine combined, alum precipitated, Lilly).

**DOLOPHINE® HYDROCHLORIDE**    ℞
**(methadone hydrochloride)**

COMPOSITION: This product (4,4-diphenyl-6-dimethylamino-heptanone-3 hydrochloride) is an effective, stable analgesic and antitussive, 10 mg. of which are comparable in analgesic potency to morphine sulfate, 15 mg. (¼ gr.).
ACTION AND USES: As an analgesic, it is especially useful in relieving postsurgical pain and pain associated with renal colic, metastatic lesions of malignant tumors, fractures, etc.
As an antitussive, it is of benefit in the control of cough associated with the common cold, whooping cough, or chronic tuberculosis.
This preparation produces very little euphoria. Therefore, it has only a limited value as preanesthetic medication when euphoria is desirable.
SIDE EFFECTS: Nausea and vomiting, dizziness, dryness of mouth, and miosis may occur. Nausea and vomiting appear most often with large doses and seem to be of the type characteristically seen following administration of morphine.
The cumulative effect seems evident. Although the first doses may be well tolerated, nausea may appear after several have been given. It is suggested that the drug be administered only when needed for control of pain. Side effects also seem to be more prominent in ambulatory patients and in those who are not suffering acute pain. In such individuals, the lower doses are recommended. Doses in excess of 5 mg. are best tolerated when administered parenterally.
PRECAUTIONS AND CONTRAINDICATIONS: Although this drug has been used successfully in obstetric patients, it should be given with caution in the intrapartum period. Sedatives or other drugs which may depress fetal respiration should not be administered if delivery is anticipated before most of the drug will be eliminated from the fetal circulation. The risk is increased if the infant is premature or if general anesthesia is used for delivery.
After prolonged administration resulting in the development of considerable tolerance, withdrawal is followed by a mild but definite abstinence syndrome. This syndrome increases in intensity in proportion to longer duration of administration and greater tolerance, but it has never equaled that to be expected after similar administration of morphine. WARNING—May be habit-forming.
ADMINISTRATION AND DOSAGE: *Analgesic*—Parenteral, 5 to 10 mg., according to severity of pain, every four to six hours as needed. Oral (adults), moderate pain, 2.5 mg. every six to eight hours; more severe pain, 5 mg. every six to eight hours as needed; very severe pain, 10 mg. every four to six hours as needed.
*Antitussive*—Adults, ½ to 1 teaspoonful of the syrup every four to six hours (do not overdose). Children three to twelve years, ¼ to ½ teaspoonful every four to six hours (do not overdose).
OVERDOSAGE: C.N.S. depression. *Symptoms*—Drowsiness, sweating, mental depression, delirium, hallucinations, circulatory collapse, and coma. *Treatment*—For specific therapy, nalorphine should be administered to antagonize respiratory depression. General management should consist in symptomatic and supportive therapy, which may include gastric lavage, administration of oxygen and intravenous fluids, and maintenance of body temperature. Emetics should not be used.
HOW SUPPLIED: •(℞) *Ampoules, U.S.P., Injection (for I.M. or subcutaneous use)*: *No. 456*, 10 mg., 1 cc., in packages of 12 and 100. Each cc. contains Dolophine® Hydrochloride (methadone hydrochloride, Lilly), 10 mg., and sodium chloride, 0.9 percent. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH. *No. 435*, 10 mg. per cc., 20 cc., rubber-stoppered, in single ampoules (10 per carton) and in packages of 25. Each cc. contains Dolophine® Hydrochloride (methadone hydrochloride, Lilly), 10 mg., and sodium chloride, 0.9 percent, with chlorobutanol (chloroform derivative), 0.5 percent, as a preservative. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH.
•(℞) *Syrup No. 116*, 10 mg. per 30 cc., in pint and gallon bottles. Each 100 cc. contain Dolophine® Hydrochloride (methadone hydrochloride, Lilly), 33.33 mg. Alcohol, 5 percent.
•(℞) *Tablets, U.S.P.* (Inscribed "Diskets®"): *No. 1712*, 5 mg., in bottles of 100 and 1,000; *No. 1713*, 7.5 mg., in bottles of 100; *No. 1730*, 10 mg., in bottles of 100 and 1,000.
• Narcotic order required.

**DROLBAN®**    ℞
**(dromostanolone propionate)**

COMPOSITION: This preparation is a synthetic steroid, a variant of testosterone, that has been found to be as effective as testosterone propionate in producing objective remissions of metastatic lesions of carcinoma of the breast. It is superior to testosterone propionate in these situations because virilizing side effects, which are commonly associated with androgen therapy, are significantly reduced with its use.
ACTION AND USES: This product is recommended for use in the treatment of advanced or metastatic carcinoma of the breast. It should not be used in place of conventional treatment, including surgery and x-ray therapy. It has been found to be effective in certain cases of carcinoma of the breast with metastases involving bone, visceral, pulmonary, and cutaneous sites and to be useful in both premenopausal and postmenopausal patients. Patients who failed to respond previously to testosterone propionate may, in certain instances, show regression of lesions when treated with this drug.
SIDE EFFECTS: Side effects usually are significantly less intense than with comparable doses of testosterone propionate. The most likely side effects are mild virilism, such as deepening of the voice, acne, facial hair growth, and enlargement of the clitoris. At times, marked virilism may appear after prolonged treatment. Edema occasionally occurs. Hypercalcemia was noted in a few cases but usually accompanied progression of the disease. Libido seldom seems to be affected. There has been one report of a single case of severe C.N.S. side effects,

*continued on next page*