# Appendix 18

# 1969 • PDR

Published by MEDICAL ECONOMICS, INC.

TWENTY-THIRD EDITION

# PHYSICIANS' DESK REFERENCE

to

PHARMACEUTICAL SPECIALTIES and BIOLOGICALS

*For the Physician's Desk*

**Fungus Antigens**
MMP Mold Allergens (Hollister-Stier)

**Glucosuria Test**
Tes-Tape (Lilly)

**Histoplasmin**
Histoplasmin (Parke, Davis)
Histoplasmin, Tine Test (Lederle)

**Hypopituitarism**
Metopirone (Ciba)

**Kidney Function**
Phenolsulphonphthalein Injection (Hynson, Westcott & Dunning)

**Liver Function**
Bromsulphalein (Hynson, Westcott & Dunning)
Cardio-Green (Hynson, Westcott & Dunning)
Sykayvite Preparations (Roche)

**Myasthenia Gravis**
Mestinon Syrup (Roche)
Mestinon Tablets (Roche)
Mestinon Timespan (Roche)
Prostigmin Methylsulfate Injectable (Roche)
Tensilon (Roche)

**Pregnancy Test**
Delutoval 2X (Squibb)
Gestest Tablets (Squibb)
Pro-Duosterone (Roussel)
Prostigmin Methylsulfate Injectable (Roche)
Provera (Upjohn)

**Premature Rupture of Fetal Membranes**
Vernitest (Fuller)

**Progesterone Production**
Delalutin (Squibb)
Delutoval 2X (Squibb)
Vernitest (Fuller)

**Schick Test**
Diphtheria Toxin for Schick Test (Wyeth)
Schick Test (Wyeth)

**Stool Specimens**
Fleet Enema (Fleet)
Phospho-Soda (Fleet)

**Sugar Test, Urine**
Tes-Tape (Lilly)

**Thyroid Function**
Thytropar (Armour)
Triosorb-131 (Abbott)

**Thyrotropic Hormone**
Thytropar (Armour)

**Tuberculosis**
Sterneedle (Panray)
Tuberculin, Mono-Vacc Test (Lincoln)
Tuberculin, Purified Protein Derivative (Parke, Davis)
Tuberculin, Tine Test (Rosenthal) (Lederle)

**Unsaturated Iron-Binding Capacity**
Irosorb-59 (Abbott)

**Vaginitis**
Nickerson's Medium (Ortho)
Vaginostic (Schmid)

---

**Diastase**
Arco-Lase (Arco)

**Diatrizoate Preparations**
Hypaque-M 75% (Winthrop)
Hypaque-M 90% (Winthrop)

**Diazepam**
Valium Injectable (Roche)
Valium Tablets (Roche)

**Dibucaine**
Nupercainal (Ciba)

**Dibucaine Hydrochloride**
Nupercaine Heavy Solution (Ciba)
Nupercaine Hydrochloride (Ciba)
Nupercaine Hydrochloride 1:1500 (Ciba)
Nupercals (Ciba)

**Dichloralphenazone**
Midrin (Carnrick)

**Dicyclomine Hydrochloride**
Bendectin (Merrell)
Bentyl Hydrochloride-Capsules, Tablets & Syrup (Merrell)
Bentyl Hydrochloride w/Phenobarbital Capsules, Tablets & Syrup (Merrell)
Kolantyl (Merrell)

**Dienestrol**
AVC Cream w/Dienestrol (National Drug)
AVC Suppositories w/Dienestrol (National Drug)
Dienestrol Cream (Ortho)
Estan (White)
Synestrol Tablets (White)

**Dietary Supplements**
see under Amino Acid Preps., Calcium & Calcium-Phosphorus Preps., Fat Emulsions, Foods (Dietetic), Hematinics, Vegetable Oil (Preps.) & Vitamin Preps.

**Diethylpropion**
Tenuate (Merrell)
Tenuate Dospan (Merrell)
Tepanil (National Drug)
Tepanil Ten-Tab (National Drug)

**Diethylstilbestrol**
Acnestrol Lotion (Dermik)
Dicorvin Tablets (Amfre-Grant)
Diethylstilbestrol (Lilly)
Furacin-E Urethral Inserts (Eaton)
Gynben Vaginal Inserts & Cream (Bentex)
Quinotts (Arnar-Stone)
Stilphostrol (Dome)

**Diets (Liquid)**
LO/SO Liquid (Dairy House)
Sustagen (Mead Johnson)

**Digalloyl Trioleate**
SunStick Lip Protectant (Texas Pharmacal)
SunSwept Cream (Texas Pharmacal)

**Digestants**
Arco-Lase (Arco)
Arco-Lase Plus (Arco)
Bucibel-Zyme (McNeil)
Carlex-Bile Tablets (Rexall)
Combichole (Trout)
Convertin Tablets (Ascher)
Converten-H Tablets (Ascher)
Convenzyme (Ascher)
Cotazym (Organon)
Dactilase (Lakeside)
Digestant (Canright)
Digolase (Boyle)
Donnazyme (Robins)
Entozyme (Robins)
Enzypan (Norgine)
Festal (Hoechst)
Festalan (Hoechst)
Gastroenterase (Wampole)

---

Kanulase (Dorsey)
Kanumodic (Dorsey)
Kutrase (Kremers-Urban)
Ku-Zyme (Kremers-Urban)
Lipan (Spirt)
Mallenzyme (Mallard)
Pentazyme (Ulmer)
Phazyme (Reed & Carnrick)
Phazyme w/Phenobarbital (Reed & Carnrick)
Pro-Gestive (Nutrition Control)

**Digitalis Glycoside Preparations**
Acylanid (Sandoz)
Cedilanid (Sandoz)
Crystodigin (Lilly)
Davoxin (Davies Rose Hoyt)
Digitaline Nativelle (Fougera)
Digoxin Tablets (Rexall)
Gitaligin Tablets (Schering)
Lanoxin (B. W. & Co.)
Myodigin (Davies Rose Hoyt)
Purodigin (Wyeth)

**Digitalis Preparations**
Crystodigin (Lilly)
Davoxin (Davies Rose Hoyt)
Digitora (Upjohn)
Digoxin Tablets (Rexall)
Myodigin (Davies Rose Hoyt)
Pil-Digis (Davies Rose Hoyt)

**Digitoxin**
Crystodigin (Lilly)
Digitaline Nativelle (Fougera)
Myodigin (Davies Rose Hoyt)
Purodigin (Wyeth)

**Digoxin**
Davoxin (Davies Rose Hoyt)
Digoxin Tablets (Rexall)
Lanoxin (B. W. & Co.)
Uni-ject Disposable Syringe (Century)

**Dihydrocodeine Bitartrate**
Drocogesic No. 1 (Century)
Synalgos Preparations (Ives)

**Dihydrocodeinone Bitartrate**
(see under Hydrocodone Bitartrate)

**Dihydroergotamine**
D.H.E. 45 (Sandoz)

**Dihydromorphinone Hydrochloride**
(see also under Hydromorphone Hydrochloride)
Dilaudid Cough Syrup (Knoll)
Dilocol (Table Rock)
Uni-ject Disposable Syringe (Century)

**Dihydrostreptomycin Sulfate**
Keflil Suspension (Bristol)
Polymagma Suspension (Wyeth)
Polymagma Tablets (Wyeth)

**Dihydrotachysterol**
Hytakerol (Winthrop)

**Dihydroxy Aluminum Aminoacetate**
Aluscop (Westerfield)
Alzinox (Smith, Miller & Patch)
Alzinox Compound (Smith, Miller & Patch)
Donnalsin (Robins)
Robalate (Robins)

**Dihydroxyanthraquinone**
Dorcan (Hoechst)
Doxidan (Hoechst)
Doxinate w/Danthron (Hoechst)

**Dihydroxyanthraquinone (1,8)**
(See under Danthron)

**Dihydroxypropyltheophylline**
Emfasnam Improved (Savon)

(phenaglycodol, Lilly) with the established analgesic advantages of Darvon and A.S.A. Clinical and pharmacologic studies show that Ultran enhances and prolongs the analgesic activity of Darvon when pain is accompanied by anxiety.

Each Pulvule contains—
Darvon............................................. 32 mg.
 (propoxyphene hydrochloride, Lilly)
A.S.A.®............................................. 325 mg.
 (aspirin, Lilly)
Ultran®............................................. 150 mg.
 (phenaglycodol, Lilly)

Side-effects seen following administration of Darvon in adequate dosage to a large series of patients are qualitatively similar to those produced by the same or similar doses of codeine; however, from a quantitative viewpoint, the side-effects associated with Darvon are less than those of codeine.

Indications: Darvon is indicated for the reduction or amelioration of pain. It is of particular value for pain associated with recurrent or chronic disease. This is true even in such conditions as migraine, in which specific therapy sometimes fails to produce immediate or complete relief. Continued use has revealed no evidence of functional or pathological changes.

Darvon does not reduce fever or diminish inflammatory reactions.

Darvon Compound and Darvon Compound-65 provide the total analgesic effects of Darvon and A.S.A. Compound plus the anti-inflammatory and antipyretic activity of salicylates. This combination may be especially valuable in the symptomatic relief of such conditions as headache, dysmenorrhea, or various inflammatory states, e.g., arthritis and fibrositis.

Darvon with A.S.A. is made available for use by physicians who prefer an analgesic without phenacetin and caffeine.

Clinical studies indicate that the analgesic effects of Darvon are enhanced when it is given concurrently with Ultran. These studies also suggest that Darvo-Tran may provide skeletal-muscle relaxation. This presumptive evidence is based upon the fact that Darvo-Tran has been found to be more effective than Darvon per se or Darvon Compound in such diagnostic categories as arthritic conditions, tension headache, low-back syndromes, whiplash injuries, dentistry and oral surgery procedures, postpartum discomfort, and postoperative pain.

Contraindications: Although no definite contraindications to the use of Darvon have been reported, any known hypersensitivity to any of the ingredients in Darvon preparations is a contraindication. Therapeutic doses have produced no demonstrable effects on respiration, blood pressure, or reflex activity.

The presence of acute or chronic disease has not produced unusual responses during therapy with Darvon.

The concomitant administration of Darvon and orphenadrine-containing compounds is not recommended.

Caution should be exercised in the administration of Ultran to patients who are depressed.

Warnings: Salicylates should be used with caution in the presence of gastric ulcer. The prolonged and excessive use of phenacetin-containing products may aggravate or produce renal disease.

Use in Pregnancy—The safety of the use of Darvon during pregnancy has not been established. The potential hazards of the drug must be weighed against the possible benefits.

Use in Children—Darvon should not be used in children since adequate data to establish safe conditions of use are lacking.

Precautions: Patients who have received other analgesic drugs for long periods of time may have developed physical dependence on those medications. The sudden substitution of Darvon for analgesics to which patients are addicted will allow withdrawal symptoms to develop. These symptoms are not produced by Darvon and may be avoided by gradually reducing the dose of the old medication as Darvon is substituted.

Although accumulated evidence suggests that Ultran is not habit-forming or addictive, it is recommended that patients on tranquilization therapy, particularly over prolonged periods, be under periodic medical supervision. Certain patients may place inordinate dependence on any medication which alleviates discomfort, and these individuals may transgress the bounds of prescribed dosage.

Patients driving an automobile or operating hazardous machinery should be advised that mental alertness or physical co-ordination may be decreased in some persons.

The administration of Ultran with other C.N.S. depressants and/or alcohol may result in additive effects.

Adverse Reactions: Such side-effects as dizziness, headache, sedation, somnolence, paradoxical excitement and insomnia, skin rash, and gastro-intestinal disturbances (including nausea, vomiting, abdominal pain, and constipation) occur with the recommended doses of Darvon.

When recommended doses are given, euphoria and tolerance have been reported rarely. Dependence (addiction) has not been reported with therapeutic dosages.

In some instances, gastric irritation accompanying the use of Darvon Compound, Darvon with A.S.A., or Darvo-Tran may be directly attributable to the salicylate in the preparation. In such cases, it is suggested that the medication be taken with food or a small amount of milk or discontinued.

Other side-effects which have been reported with Darvo-Tran include vertigo, drowsiness, gynecomastia, headache, sedation, somnolence, insomnia, and/or excitation.

Administration and Dosage: Darvon is given orally. The usual adult dosage is 65 mg. three or four times daily; however, some physicians prefer the 32-mg. dose for certain patients. The usual dose may be given alone or with other medication, as required for the relief of pain.

The usual dosage of Darvon Compound is 1 or 2 Pulvules three or four times daily.

The usual dosage of Darvon Compound-65 or of Darvon with A.S.A. is 1 Pulvule three or four times daily.

The suggested adult dosage of Darvo-Tran is 1 Pulvule three or four times daily. When pain, with or without anxiety, is severe, 2 Pulvules three or four times daily may be indicated. It should be remembered that two Pulvules Darvo-Tran will provide a 300-mg. dose of Ultran, which may predispose to mild drowsiness in certain hypersensitive individuals. Two Pulvules also provide 64 mg. of Darvon, the amount currently recommended when moderate to severe pain exists.

Overdosage: If an overdose of Darvon is accidentally or intentionally ingested, analeptic drugs (e.g., amphetamine or caffeine with sodium benzoate) should not be used, because fatal convulsions may be produced. Animal studies and clinical experiences have demonstrated that the signs and symptoms of acute intoxication with Darvon, including muscle fasciculations, convulsions, and respiratory depression, are antagonized by nalorphine hydrochloride and levallorphan tartrate. The dosages recommended in the package literature of these antagonists should be followed and repeated as often and as long as is necessary to counteract the reappearing symptoms of overdosage.

Gastric lavage to remove unabsorbed medication is indicated. Symptomatic supportive treatment should also be given as required.

How Supplied: (R) Pulvules Darvon® (Propoxyphene Hydrochloride Capsules, U.S.P.): No. 364, H02,* 32 mg. (No. 1, Light-Pink Opaque), in bottles of 100 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID11 and in strip packages of individually sealed Pulvules (DS1000); No. 365, H03,* 65 (No. 3, Light-Pink Opaque), in bottles 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Dated item.

(R) Pulvules No. 368, Darvon® Compound (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly), H05* (No. 0, Light-Pink Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500, 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and strip packages of individually sealed Pulvules (DS1000). Dated item.

(R) Pulvules No. 369, Darvon® Compound-65 (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly), H06* (No. 0, Red Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Dated item.

(R) Pulvules No. 368, Darvon® with A.S.A.® (propoxyphene hydrochloride with aspirin, Lilly), H04* (No. 0, Pink Opaque Body, Light-Pink Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Dated item.

(R) Pulvules No. 377, Darvo-Tran® (propoxyphene hydrochloride and aspirin with phenaglycodol, Lilly), H11* (No. 0, Light-Pink Opaque Body, Maroon Opaque Cap), in bottles of 100 and 500. [030506]

DIETHYLSTILBESTROL ENSEALS®, SUPPOSITORIES, AND TABLETS

Description: Diethylstilbestrol is a crystalline synthetic estrogenic substance capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.

Indications: Tablets and Enseals Diethylstilbestrol are indicated for the relief of symptoms of the menopause; in senile vaginitis; for the relief or prevention of painful engorgement of the breasts postpartum; for control of functional uterine bleeding; in carcinoma of the prostate; and in mammary carcinoma of postmenopausal women.

Suppositories Diethylstilbestrol are indicated in postmenopausal and senile vaginitis, especially when menopausal symptoms are not present.

Contraindications: The contraindications to diethylstilbestrol administration are the same as to estrogen therapy in general. Estrogens should not be administered in the absence of a positive indication, and they should be avoided in premenopausal women with carcinoma of the breast and in all women with genital malignancy. A family history of a high incidence of breast or genital malignancy may be a contraindication.

In young patients in whom bone growth is not complete, estrogen therapy is contraindicated because of its effect on epiphyseal closure.

Suspected or known hepatic disease should be regarded as a contraindication to prolonged estrogen therapy.

Warning: Because of possible adverse reaction on the fetus, the risk of estrogen therapy should be weighed against the
Continued on next page

*Identi-Code® symbol—Newly manufactured capsules and tablets and the labels of powders for oral suspension and suppositories will bear Identi-Code symbols. However, a period of time will elapse before existing stocks of noncoded products are exhausted.

## Lilly—Cont.

possible benefits when diethylstilbestrol is considered for use in a known pregnancy.

**Precautions:** Diethylstilbestrol is a potent drug, and caution must be employed in its use. Indiscriminate or injudicious administration may be dangerous. Patients receiving the drug should be under continuous medical supervision. In women, the breasts and pelvic organs should be examined before treatment is begun and at intervals during therapy.

Diethylstilbestrol should be administered with caution to a patient with bone, renal, or other disease involving calcium or phosphorus metabolism, since estrogens are known to affect metabolism of these substances. Conditions such as epilepsy, migraine, asthma, and cardiac or renal dysfunction require careful observation because the drug may produce some degree of fluid retention. Liver, thyroid, or adrenal function tests should not be performed until estrogen therapy has been discontinued for two months.

**Adverse Reactions:** As with natural estrogens, unpleasant side-effects have been noted following diethylstilbestrol therapy. Most common is the occurrence of nausea, which may be severe enough to lead to vomiting. The incidence of nausea appears to differ significantly among various types of patients. Pregnant and postpartum women seem the least susceptible.

Nausea and vomiting are most easily produced in the group of menopausal women. When dosage is minimal, nausea is infrequent and transient. When larger doses are given (1 mg. or more daily), and particularly when they are administered initially, nausea and vomiting are common in the menopausal group. Men and nonpregnant women form an intermediate group, nausea in them being relatively uncommon from doses of 2 to 3 mg. daily.

Continuous therapy over long periods of time, even in low dosage, may produce endometrial hypertrophy and uterine bleeding. This can be prevented in most instances by minimal dosage and by cyclic interruption of therapy when treatment must be prolonged. Porphyria cutanea tarda is also possible with prolonged use of the drug.

Other side-effects occasionally noted include abdominal distress or pain, breast tenderness and engorgement, anorexia, diarrhea, lassitude, paresthesia, vertigo, headache, anxiety, insomnia, thirst, scotomata, mucinous rashes, purpura, and allergic reactions of various types. Side-effects may be expected to disappear on reduction of dosage or withdrawal of medication.

**Administration and Dosage:** Oral—In menopausal symptoms, 0.2 to 0.5 mg. daily, increased as needed. In senile vaginitis, 0.5 mg. daily. In painful engorgement of the breasts postpartum, 5 mg. one to three times daily for a total of 30 mg. In functional uterine bleeding, usually 5 mg. three to five times daily until bleeding ceases. In carcinoma of the prostate, 1 to 3 mg. daily, increased in advanced cases; later, the dose may be reduced to an average of 1 mg. daily. In cancer of the breast, 15 mg. daily. Vaginal—One 0.5-mg. suppository inserted at bedtime each night, or less frequently as needed. For maintenance, a 0.1-mg. suppository periodically may be adequate.

**How Supplied:** (B) Enseals—Diethylstilbestrol Tablets, U.S.P. (Enteric): No. 16, A19,* 0.1 mg., No. 47, A20,* 0.25 mg., No. 48, A21,* 0.5 mg., and No. 49, A22,* 1 mg., in bottles of 100 and 1,000; No. 43, A33,* 5 mg., in bottles of 100, 500, and 1,000; No. 90, A34,* 25 mg., in bottles of 100 and 500. Dated items.

(B) Suppositories—Diethylstilbestrol Suppositories, U.S.P. (Vaginal): No. 14, S07,* 0.1 mg., and No. 15, S09,* 0.5 mg., in packages of 6 and 50. In addition to the diethylstilbestrol, these suppositories contain glycerin, gelatin, polysorbate 20, and propylene glycol.

(B) Tablets—Diethylstilbestrol Tablets, U.S.P.: No. 1646, J49,* 0.1 mg., in bottles of 100 and 1,000; No. 1647, J50,* 0.25 mg., in bottles of 100; No. 1648, J51,* 0.5 mg., and No. 1649, J52,* 1 mg., in bottles of 100 and 1,000; No. 1685, J54,* 5 mg., in bottles of 100 and 1,000, and in 10 strips of 10 individually labeled blisters each containing 1 tablet; No. 1724, T79,* 25 mg. (crossscored), in bottles of 100. Dated items.   [120467]

**DIGITOXIN**, see Crystodigin® (digitoxin, Lilly).

**DIPHTHERIA AND TETANUS TOXOIDS AND PERTUSSIS VACCINE COMBINED**, see Tri-Solgen® (diphtheria and tetanus toxoids and pertussis vaccine combined, alum precipitated, Lilly).

### • DOLOPHINE® HYDROCHLORIDE
(methadone hydrochloride)
Injection, U.S.P.

**AMPOULES**

**Description:** Dolophine Hydrochloride is 4,4-diphenyl-6-dimethylamino-heptanone-3 hydrochloride. It is a white, crystalline material and is water soluble. It is similar to morphine in effect, but it has a more prolonged duration of action as a result, at least partially, of greater lipid solubility.

**Indications:** Dolophine Hydrochloride is indicated when an analgesic effect is required, especially in the relief of postsurgical pain and pain associated with renal colic, metastatic lesions of malignant tumors, fractures, etc. When chronic administration of potent analgesics is necessary, Dolophine Hydrochloride is preferable to morphine since it induces less physical dependence. It is not recommended for the control of mild pain in place of less potent analgesic drugs, such as the salicylates or even codeine.

**Contraindications and Precautions:** Although Dolophine Hydrochloride has been used successfully in obstetric patients, it should be given with caution in the intrapartum period. Sedatives or other drugs which may depress fetal respiration should not be administered if delivery is anticipated before most of the drug will be eliminated from the fetal circulation. The risk is increased if the infant is premature or if general anesthesia is used for delivery.

After prolonged administration resulting in the development of considerable tolerance, withdrawal of Dolophine Hydrochloride is followed by a mild but definite abstinence syndrome.

**Warning:** Dolophine Hydrochloride has addictive characteristics, and a narcotic prescription is required.

**Adverse Reactions:** The most common side-effects produced by Dolophine Hydrochloride are nausea and vomiting. Other less bothersome symptoms include dizziness, dryness of mouth, and miosis. Nausea and vomiting have appeared most often with large doses and are of the type characteristically observed following administration of morphine.

The cumulative effect of Dolophine Hydrochloride seems evident. Although the first doses may be well tolerated, nausea may appear after several have been given. It is recommended that the drug be administered only when needed for control of pain. Side-effects also seem to be more prominent in ambulatory patients and in those who are not suffering acute pain. In such individuals, the lower doses are advisable.

**Administration and Dosage:** Contents of Ampoules Dolophine Hydrochloride may be administered subcutaneously or intramuscularly.

Parenteral doses of Dolophine Hydrochloride range from 2.5 to 10 mg., according to the severity of pain, and should be repeated only when pain returns. Excessive frequency of administration and size dose should be avoided.

**Overdosage:** The primary symptom of overdosage is respiratory depression. Other symptoms are drowsiness, sweating, mental depression, delirium, hallucinations, circulatory collapse, and coma. Nalorphine hydrochloride (Nalline®) HCl provides specific therapy for overdosage. It should be repeated when necessary to counteract respiratory depression. General management should consist in symptomatic and supportive therapy, which may include administration of oxygen and intravenous fluids and maintenance of body temperature.

**How Supplied:** •(B) Ampoules Dolophine Hydrochloride (Methadone Hydrochloride Injection, U.S.P.): No. 456, 10 mg. 1 cc., in packages of 12 and 100. Each cc. contains methadone hydrochloride, 10 mg. and sodium chloride, 0.9 percent. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH. No. 435, 10 mg. per cc., 20 cc. rubber-stoppered, in single ampoules (1 per carton) and in packages of 25. Each cc. contains methadone hydrochloride, 10 mg. and sodium chloride, 0.9 percent, with chlorobutanol (chloroform derivative), 0.5 percent, as a preservative. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH. Dated items.

* Narcotic order required.   [021668]

### • DOLOPHINE® HYDROCHLORIDE
(methadone hydrochloride)
**SYRUP AND TABLETS**

**Description:** Dolophine Hydrochloride (4,4-diphenyl-6-dimethylamino-heptanone-3 hydrochloride) is an effective, stable antitussive and analgesic. 10 mg. of which are comparable in analgesic potency to morphine sulfate, 15 mg. (¼ grain).

**Indications:** As an antitussive, it is of benefit in the control of cough associated with the common cold, whooping cough, or chronic tuberculosis.

As an analgesic, Dolophine Hydrochloride is especially useful in relieving postsurgical pain and pain associated with renal colic, metastatic lesions of malignant tumors, fractures, etc.

**Contraindications and Precautions:** Although Dolophine Hydrochloride has been used successfully in obstetric patients, it should be given with caution in the intrapartum period. Sedatives or other drugs which may depress fetal respiration should not be administered if delivery is anticipated before most of the drug will be eliminated from the fetal circulation. The risk is increased if the infant is premature or if general anesthesia is used for delivery. After prolonged administration resulting in the development of considerable tolerance, withdrawal of Dolophine Hydrochloride is followed by a mild but definite abstinence syndrome.

**Warning:** Dolophine Hydrochloride has addictive characteristics, and a narcotic prescription is required.

**Adverse Reactions:** Nausea and vomiting, dizziness, dryness of mouth, and miosis may occur. Nausea and vomiting appear most often with large doses and seem to be present when the medication is given more frequently than is required to control pain (this is suggestive of cumulation). It is suggested that the drug be administered only when needed for control of pain. Side-effects seem to be more prominent in ambulatory patients and in those who are not suffering acute pain. In such individuals, the lower doses are recommended.

**Administration and Dosage:** Antitussive—Adults, ½ to 1 teaspoonful of the syrup every four to six hours (do not overdose). Children, three to twelve years, ¼ to ½ teaspoonful every four to six hours (do not overdose).

Analgesic—Adults, moderate pain, 2.5 mg.

## Lilly—Cont.

**Administration and Dosage:** The immediate postpartum dose of Ergotrate Maleate is usually 0.2 mg. It is ordinarily administered parenterally. To minimize late postpartum bleeding, 1 or 2 tablets may be given orally two to four times daily (every six to twelve hours) until the danger of uterine atony has passed—usually forty-eight hours. Severe cramping is evidence of effectiveness but may justify reduction in dosage. In migraine, 2 tablets may be taken each hour until either the headache is relieved or a total of 6 tablets has been taken. Tablets Ergotrate Maleate may also be administered perlingually and (suspended in water as a retention enema) by rectum.

**How Supplied:** (B) Tablets No. 1572, Ergotrate Maleate (Ergonovine Maleate Tablets, U.S.P.), J35.* 0.2 mg. (1/300 gr.), in bottles of 100, 500, and 1,000. Dated item.  [051068]

**ERYTHROMYCIN ESTOLATE,** see Ilosone® (erythromycin estolate, Lilly).

### GLUCAGON FOR INJECTION U.S.P.

**Description:** Glucagon is a polypeptide hormone produced in the pancreas (alpha cells of the Islands of Langerhans). Upon injection, it causes an increase in blood glucose concentration. Purified and crystallized by scientists at the Lilly Research Laboratories, it is used in the treatment of hypoglycemic states and is effective in small doses.

**Indications:** Glucagon is clinically useful in treating hypoglycemic reactions which may occur with insulin therapy in the management of diabetes mellitus and in terminating insulin shock induced for treatment of psychiatric disturbances.

Episodes of severe hypoglycemia may occur in the labile diabetic as a result of insulin overdosage, inadequate food intake, inability to utilize food, or strenuous exercise.

**Contraindications:** There are no known contraindications to the use of glucagon as a means of raising blood sugar. If glucagon does not awaken an unconscious diabetic patient suspected of being in insulin coma, other causes of coma must be sought. The use of glucagon in such a situation is not harmful.

**Precautions:** Although glucagon may be used for the treatment of hypoglycemia by the patient during an emergency, the physician must still be notified when hypoglycemic reactions occur, so that the dose of insulin may be adjusted more accurately.

The hyperglycemic response following the use of glucagon may be reduced in emaciated or undernourished patients with uremia or liver disease.

**Adverse Reactions:** Glucagon has been remarkably free of side-effects, but nausea and vomiting may occur with the administration of large doses. These symptoms, however, are frequently observed also in hypoglycemia, even when not treated with glucagon. In one study in which glucagon was administered intravenously in doses of 2 mg. or less over a period of forty-five minutes, severe nausea, vomiting, and collapse were reported. Symptoms and signs of such severity have not been reported when the drug was given intramuscularly or subcutaneously in doses of 2 mg. or less. Since glucagon is a protein substance, the physician should be aware of the possibility of hypersensitivity reactions to this drug. In one reported instance, a hypotensive response was observed in a patient who received 4.7 ml. of glucagon solution intravenously. This patient later exhibited a positive skin test to glucagon.

**Administration and Dosage:** Diabetes—Intramuscular or subcutaneous injection of glucagon is easier and more convenient than the intravenous administration of glucose in the unconscious or un-co-operative patient suffering from a severe insulin reaction.

Management of insulin reactions outside the hospital is made easier by glucagon. When properly instructed by the physician, the patient's family can treat severe attacks more promptly and thereby avoid the possible danger of delay in obtaining the services of the physician.

**Directions for Use in Hypoglycemia—1.** Dissolve the lyophilized glucagon in the accompanying solvent.

2. Give 0.5 to 1 mg. of glucagon by subcutaneous, intramuscular, or intravenous injection.

3. The patient will usually awaken in five to twenty minutes. If the response is delayed, there is no contraindication to the administration of one or two additional doses of glucagon. However, depending on the duration and depth of coma, the use of parenteral glucose must be considered by the physician.

4. When the patient responds, give supplemental carbohydrate to restore the liver glycogen and prevent secondary hypoglycemia.

5. Intravenous glucose must be given if the patient fails to respond to glucagon. Instructions to the Family—Instructions describing the method of using this preparation are included in the literature which accompanies the patient's package. It is advisable for the patient to become familiar with the technic of preparing glucagon for injection before an emergency arises.

**Insulin Shock Therapy—**Glucagon usually produces a slow, gradual, and smooth termination of coma as compared with the sudden awakening which follows administration of intravenous glucose. Successful therapy with glucagon has been defined as the "ability to arouse the patient sufficiently to drink a cup of molasses within fifteen minutes after the injection." Intravenous glucose or gavage should be used in the occasional patient who fails to respond to glucagon administration. Both glucagon and intravenous glucose should be administered to patients in very deep coma.

Secondary hypoglycemic reactions occur only rarely with glucagon. However, in an attempt to prevent such reactions, oral feedings must be given as soon as the patient awakens, and the usual dietary regimen employed after shock treatment should be followed. Glucagon can be used in the treatment of late secondary hypoglycemic reactions that occur after insulin shock therapy.

**Directions for Use in Insulin Shock Therapy—1.** Dissolve the lyophilized glucagon in the accompanying solvent.

2. After one hour of coma, inject 0.5 to 1 mg. of glucagon by the subcutaneous, intramuscular, or intravenous route. Larger doses may be employed if desired.

3. The patient will usually awaken in ten to twenty-five minutes. If no response occurs within the desired interval, the dose may be repeated.

4. Upon awakening, the patient should be fed orally as soon as possible and the usual dietary regimen followed.

5. In a very deep state of coma, such as Stage IV or Stage V of Himwich (Psychiat. Quart., 15:337, 1941), intravenous glucose should be given in addition to glucagon for a more immediate response.

6. Glucagon and glucose may be used together without decreasing the efficacy of glucose administration.

**How Supplied:** (B) Ampoules Glucagon for Injection, U.S.P.: No. 666, 1 mg., rubber-stoppered (Dry Powder), with 49 mg. of lactose, in single packages (6 per carton). Dated item. Ampoule No. 667, Diluting Solution for Glucagon for Injection, U.S.P., 1 cc., included in this package, is not offered separately. It contains glycerin, 1.6 percent, with phenol, 0.2 percent, as a preservative. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH. No. 665, 10 mg., rubber-stoppered (Dry Powder), with 140 mg. of lactose, in single packages (10 per carton). Ampoule No. 963, Diluting Solution for Glucagon for Injection, U.S.P., 10 cc., included in this package, is not offered separately. It contains glycerin, 1.6 percent, with phenol, 0.2 percent, as a preservative. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH. If properly refrigerated, Ampoules No. 668 may be used up to three months after reconstitution.  [032268]

### HALDRONE® (paramethasone acetate)

**Description:** Haldrone is a synthetic corticosteroid with marked anti-inflammatory activity. With usual dosages there is very little effect on electrolyte metabolism, and, insofar as other metabolic actions and side-effects are concerned, Haldrone compares favorably with the best of available corticosteroids.

**Indications:** Haldrone is indicated in the treatment of the following conditions:
Collagen Diseases
Rheumatoid arthritis
Systemic lupus erythematosus
Polyarteritis
Allergic Diseases
Asthma
Hay fever
Drug sensitivity
Dermatologic Disorders
Atopic dermatitis
Contact dermatitis
Poison ivy
Neurodermatitis
Urticaria
Exfoliative dermatitis
Hematologic Diseases
Acquired hemolytic anemia
Idiopathic thrombocytopenic purpura
Leukemia (palliative)
Miscellaneous Disorders
Nephrotic syndrome
Gout (initial therapy)
Ulcerative colitis
Adrenogenital syndrome
Sarcoidosis
Bursitis
Pulmonary emphysema
Regional ileitis

Haldrone may also be useful in such conditions as dermatomyositis, scleroderma, rheumatic fever, severe hepatitis, myelofibrosis, and other disorders in which corticosteroid therapy has previously been shown to be effective.

**Note—**Because of its weak mineralocorticoid action, Haldrone is not adequate therapy for Addison's disease or for adrenogenital syndrome with sodium wasting. If it is used, supplemental mineralocorticoid therapy is necessary.

**Contraindications:** The usual contraindications to corticosteroid therapy apply to Haldrone. Except in selected acute life-threatening disorders, this steroid should not be used in patients with active or questionably arrested tuberculosis, active or latent peptic ulcer, psychoses, or herpes simplex of the eye. Careful clinical judgment is required in the decision to use Haldrone in the presence of conditions in which steroids are relatively contraindicated, such as diabetes mellitus, acute or chronic infection (especially fungal diseases) including such exanthemata as chickenpox and vaccinia, congestive heart failure, hypertension, osteoporosis, emotional lability, diverticulitis, thromboembolic tendencies, fresh intestinal anastomoses, or renal insufficiency.

Pregnancy is a relative contraindication to corticosteroid therapy, particularly during the first trimester, because of the observation of fetal abnormalities in experimental animals. If it is necessary to give corticosteroids during pregnancy, the newborn infant should be watched closely for signs of

hypoadrenalism and appropriate therapy instituted if such signs are present.

**Precautions:** Haldrone should be given only with full knowledge of the characteristic activity of, and varied responses to, adrenocortical hormones. Close supervision of the patient is essential after administration of Haldrone is discontinued, since there may be a sudden reappearance of severe manifestations of the disease for which the patient was treated.

Patients who are likely to receive prolonged corticosteroid therapy should have a chest x-ray for the detection of pulmonary tuberculosis, either healed or active. As stated previously, active pulmonary or extrapulmonary tuberculosis is basically a contraindication to corticosteroid therapy. Consideration should be given to the concomitant use of isoniazid in patients who require prolonged steroid therapy and who have suspected tuberculosis or have had a significant tuberculous infection previously.

Long-term adrenocorticoid therapy may evoke hyperacidity or peptic ulcer; therefore, as a prophylactic measure, an ulcer regimen and administration of an antacid are highly recommended. X-rays should be taken in peptic ulcer patients who complain of gastric distress, and, whether or not changes are noted, an ulcer regimen is advised.

Great care should be taken if Haldrone is used in overwhelming infections, even though appropriate antibiotic therapy is being used. There is still dispute over the safety and effectiveness of steroids as an adjunct to antibiotics and other specific therapy in overwhelming infections. In patients who have had a previous problem of peptic ulcer or have gastric distress while receiving corticosteroids, the use of an ulcer-type diet, antacids, and/or anticholinergic agents is advisable.

Prolonged corticosteroid therapy causes adrenal cortical atrophy and subsequent adrenal cortical insufficiency. This is minimized by gradual reduction in dosage; but, even in these cases, adrenal insufficiency, which may be induced by stress of infections, trauma, or surgery, may suddenly occur as long as one or even two years after discontinuance of prolonged corticosteroid therapy. In such cases, the use of hydrocortisone or cortisone is preferable to Haldrone, because it is likely that their sodium-retaining properties are desirable. The use of steroids in myasthenia gravis may aggravate myasthenic symptoms; therefore, they should be given with proper precautions.

Patients on corticosteroid therapy should be seen by their physician at regular intervals. A careful history and examination directed to detect the possible side-effects of corticosteroids are necessary in order to assure safe and effective management.

As with other corticosteroids, protein intake should be ample and adequate activity should be allowed, depending on the general status of the patient.

**Adverse Reactions:** Therapy with Haldrone is seldom accompanied by edema. Electrolyte abnormalities are unlikely with usual dosages; nevertheless, the physician should be aware of their possible occurrence. As with other corticosteroids, side-effects which may occur include rounding of the face, ecchymosis, insomnia, weight gain, hypertrichosis, thinning of the skin, activation of peptic ulcers, aggravation or masking of infection, aggravation of diabetes mellitus, increased appetite, protein catabolism with negative nitrogen balance, muscle weakness, osteoporosis (which may become irreversible), spontaneous fractures, aseptic necrosis of the hip, acute pancreatitis, psychic disorders, convulsions, menstrual irregularities, necrotizing angiitis, thrombophlebitis, blood pressure elevation, edema, abdominal bloating, ulcerative esophagitis, hirsutism, acne, abdominal striae, petechiae and purpura,

hyperglycemia and glycosuria, cervicothoracic hump, abnormal euphoria, sweating, facial flushing, vertigo, headaches, myopathy, abnormal fat deposits, and relative adrenal cortical insufficiency, particularly in times of stress due to trauma, surgery, or severe illness. In prolonged therapy at suppressive dosage, the features of Cushing's syndrome may appear.

Occasionally, an elevation of intraocular pressure may result from high doses of corticosteroids, especially in those individuals predisposed to glaucoma. Posterior subcapsular cataract may be associated with long-term therapy. Periodic examination by an ophthalmologist should be considered.

The risk of serious bacterial or viral infections, which are often masked and refractory to treatment, and growth suppression are the two major problems of prolonged steroid therapy in children. A pseudobrain-tumor syndrome, characterized by headache, papilledema, and oculomotor paralysis, has also been reported in children receiving corticosteroid therapy. It is essential that such a syndrome be recognized, since symptoms disappear on discontinuance of treatment.

**Administration and Dosage:** Dosage must be individualized according to the severity of the disease and the response of the patient. For example, the recommended dose usually will have to be reduced in children, but the dosage should be governed by the severity of the condition rather than by strict adherence to the ratio indicated by age or body weight. Table 1 compares the relative anti-inflammatory potency of given doses of several corticosteroids. This is helpful if a physician desires to make a change in the steroid being administered. However, it is intended to be used only as a guide, because individual patients may require more or less than the listed equivalent dose.

**Table 1. Usual Equivalent Doses of Several Corticosteroids**

| | |
|---|---|
| Haldrone (paramethasone acetate) | 2 mg. |
| Betamethasone | 0.6 mg. |
| Dexamethasone | 0.75 mg. |
| Fluprednisolone | 1.5 mg. |
| 6-Methylprednisolone | 4 mg. |
| Triamcinolone | 4 mg. |
| Prednisolone | 5 mg. |
| Prednisone | 5 mg. |
| Hydrocortisone | 20 mg. |
| Cortisone | 25 mg. |

If the condition is acute or severe and an immediate response is needed, a large, or suppressive, dosage of Haldrone is indicated. After several days of a satisfactory response, the dose should gradually be reduced in order to reach the minimum amount for maintenance. In the case of chronic conditions that are usually nonfatal, such as rheumatoid arthritis, many prefer to start with the lower maintenance dosage and then adjust the amount carefully, depending upon the individual response.

Table 2 gives an average suppressive and maintenance dosage schedule for Haldrone in the treatment of several diseases.

**Table 2. Average Suppressive and Maintenance Dosage Schedule for Haldrone**

| Disease | Initial Suppressive Daily Dose (mg.) | Maintenance Daily Dose (mg.) |
|---|---|---|
| Rheumatoid arthritis | 6–8 | 1.5–4 |
| Systemic lupus erythematosus | 8–12 | 4–8 |
| Asthma | 6–12 | 2–8 |
| Hay fever | 4–8 | 2–4 |
| Pulmonary emphysema | 6–12 | 2–6 |
| Skin diseases | 6–12 | 2–4 |
| Ulcerative colitis | 8–12 | 3–6 |
| Adrenogenital syndrome | 1–4 | 1–4 |
| Nephrotic syndrome | 8–12 | 4–8 (3 days/week) |

In reducing from the suppressive to the maintenance dosage, it is usually advisable to lower the total daily amount of Haldrone by 0.5 to 1 mg. every three to five days. Haldrone is supplied in both 1 and 2-mg. scored tablets for careful individual dosage. The 2-mg. tablets are useful for initiating therapy, and the 1-mg. tablets may be used in maintenance therapy for patients requiring a low daily dosage.

In general, Haldrone should be administered in three or four divided doses daily. An important principle to follow in long-term treatment is to use the smallest maintenance dosage that will give satisfactory control. This may not necessarily result in complete relief of symptoms in such conditions as rheumatoid arthritis, but it will permit longer and safer management. Of course, in serious chronic diseases, such as systemic lupus erythematosus, the maintenance dose may be necessarily high and may result in side-effects in many cases. These patients must be observed carefully and at frequent intervals.

The following factors should be kept in mind during therapy with Haldrone.

Hormone therapy is an adjunct to, and not a replacement for, conventional therapy.

If, after more than a few days of therapy, the dosage is to be reduced or treatment discontinued, this must be done gradually in order to prevent the development of adrenal cortical insufficiency. Subsequently, if stress should cause adrenal cortical insufficiency, Haldrone again (or, in severe cases, parenteral hydrocortisone) may be necessary for a given period of time.

The severity, prognosis, and expected duration of the disease and the response of the patient to the medication are primary factors in determining the dosage.

If a period of spontaneous remission occurs in chronic conditions, treatment should be discontinued.

Routine laboratory studies, such as urinalyses, two-hour postprandial blood sugar tests, determinations of blood pressure and body weight, and chest x-rays, should be performed at regular intervals during prolonged therapy.

**Overdosage:** May produce changes in the central nervous system (either anxiety or other signs of stimulation or depression), gastro-intestinal bleeding, elevated blood sugar and blood pressure, and edema. Symptoms—Mental confusion, anxiety, depression, gastro-intestinal cramping or bleeding, ecchymosis, "moon" facies, and hypertension.

Treatment—No specific therapy. General management consists in symptomatic and supportive therapy, including gastric lavage, oxygen, intravenous fluids, and maintenance of body temperature. If gastro-intestinal bleeding is present, treatment is the same as for peptic ulcer. Adrenal insufficiency may occur and become manifest after the effects of Haldrone wear off or when the patient is subjected to stress.

**How Supplied:** (B) Tablets Haldrone (paramethasone acetate, Lilly)' (capsule-shaped, scored): No. 1818, T99,* 1 mg., Yellow, in bottles of 30 and 100; No. 1879, U01,* 2 mg., Orange, in bottles of 30, 100, and 500. Dated items.

[071168]

[Shown in Product Identification Section]
Continued on next page

*Identi-Code® symbol—Newly manufactured capsules and tablets and the labels of powders for oral suspension and suppositories will bear Identi-Code symbols. However, a period of time will elapse before existing stocks of noncoded products are exhausted.