Appendix 20

1  James M. Wood (State Bar No. 58679)
   James M. Neudecker (State Bar No. 221657)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA 94612-3572

4  Mailing Address:
   P.O. Box 2084
5  Oakland, CA 94604-2084

6  Telephone:  510.763.2000
   Facsimile:  510.273.8832

7

8  Attorneys for Defendant
   Eli Lilly and Company, a corporation

9

SUPERIOR COURT OF CALIFORNIA – CITY AND COUNTY OF SAN FRANCISCO

| | |
|---|---|
| JANINE MISKULIN,<br><br>        Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES, et al.,<br><br>        Defendants. | No. CGC 03-418517<br><br>Before the Honorable James L. Warren<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT ELI LILLY AND COMPANY, A CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Compl. Filed:  March 19, 2003<br>Trial Date:  February 14, 2006<br><br>Hearing Date:  July 25, 2005<br>Hearing Time:  9:30 a.m.<br>Hearing Location: Department 301 |

Memorandum Of Points And Authorities In Support Of Defendant Eli Lilly And Company, A Corporation's Motion For Summary Judgment

C. **Plaintiff Cannot Prove That If Drs. O'Hara And Mohun Prescribed DES To Her Mother That They Did So In Reliance On Warnings Or Product Literature Provided By Lilly**

At her depositions, Ms. Wilkinson revealed how little information she (and by extension, plaintiff) has concerning any medication she may have taken during her pregnancy with plaintiff. Drs. O'Hara and Mohun are both dead, and plaintiff does not have any documents or instructions regarding her mother's use of DES (See Wilkinson Depo., 73:14-16, 112:16-18). Nor does Ms. Wilkinson have any pharmacy records (See Wilkinson Depo., 16:15-20). In fact, it was plaintiff's father (who is also deceased) who went to the drugstore and purchased the medicine (See Wilkinson Depo., 51:15-20, 95:21). As a result, plaintiff cannot say how much the medicine cost, or give any other identifying characteristics (See Wilkinson Depo., 112:7-8). Moreover, plaintiff is incapable of identifying what, if anything, Drs. O'Hara and Mohun relied upon when allegedly deciding to prescribe DES (See Wilkinson Depo., 98:19-22). Ms. Wilkinson did note, however, that neither Dr. O'Hara or Mohun told her that they had relied on a company's sales representative, and that neither gave Ms. Wilkinson any manufacturer's product literature (See Wilkinson Depo., 98:19-22, 112:19-21).

In fact, Ms. Wilkinson's testimony suggests that she was never prescribed diethylstilbestrol. Ms. Wilkinson acknowledged that one of her daughter's treating physicians noted in 2000 that "[p]atient is *not sure mother took DES. Mother does not think she took hormones*" (See Wilkinson Depo., 69:1-14) (emphasis added)). Ms. Wilkinson also acknowledged that when plaintiff informed her of a doctor's opinion that Ms. Wilkinson "must have" taken DES, the name "DES" was not familiar (See Wilkinson Depo., 81:4-14).

- 6 -

Memorandum Of Points And Authorities Supporting Defendant Eli Lilly's Motion For Summary Judgment

```
 1  NANCY HERSH, ESQ., State Bar No. 49091
    AMY ESKIN, ESQ., State Bar No. 127668
 2  HERSH & HERSH
    A Professional Corporation
 3  Opera Plaza, Suite 2080
    601 Van Ness Avenue
 4  San Francisco, CA  94102-6388
    Telephone:  (415) 441-5544
 5
    Attorneys for Plaintiff
 6
```

**FILED**
San Francisco County Superior Court

OCT 25 2005

GORDON PARK-LI, Clerk

BY: _____ Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

DEPARTMENT 301

| | |
|---|---|
| JANINE MISKULIN,<br><br>   Plaintiff,<br><br>   vs.<br><br>ABBOTT LABORATORIES; et al.<br><br>   Defendant. | 418517<br><br>**ORDER DENYING DEFENDANT ELI LILLY & COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

The matter of Defendant ELI LILLY & COMPANY'S Motion for Summary Judgment came on for hearing on October 21, 2005, in Department 301 of the above-entitled Court. The Court, having considered the moving, opposition and reply papers and the arguments of counsel and

GOOD CAUSE APPEARING THEREFOR

EXHIBIT "A"

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant ELI LILLY & COMPANY'S Motion for Summary Judgment is DENIED as a matter of law, as Defendant ELI LILLY & COMPANY has failed to carry its burden on summary judgment.

IT IS SO ORDERED.

Dated: 10/24/05

By: _____
James L. Warren
Judge of the Superior Court

# 418517

2