UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOY KASPARIAN and<br>RICHARD FEDERICO, JR.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION No. 06-CV-00290 (RMC/AK)<br>)  NEXT EVENT:<br>)　　Pretrial Conference September 19, 2007<br>)<br>)<br>) |

## (PROPOSED) ORDER

**UPON CONSIDERATION** of Defendant's Motion for Summary Judgment, and Plaintiff's Opposition thereto, and for good cause shown, it is this ___ day of _____, 2007,

**ORDERED** that Defendant's motion be, and hereby is, DENIED.

_____
The Honorable Rosemary M. Collyer
United States District Judge