IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOY KASPARIAN and RICHARD FEDERICO, JR.,

    Plaintiffs

v.

ELI LILLY AND COMPANY, et al.,

    Defendants.

CIVIL ACTION No. 06-CV-00290 (RMC)

**CONSENT MOTION TO STAY DISPOSITIVE MOTION BRIEFING AND
CONSIDERATION PENDING RESOLUTION OF
<u>PLAINTIFFS' MOTION TO COMPEL</u>**

Defendant Eli Lilly and Company ("Lilly"), with the consent of counsel for plaintiffs Joy Kasparian and Richard Frederico, Jr., hereby moves the Court to stay the dispositive motion briefing and consideration until plaintiffs' Motion to Compel Answers to Interrogatories and Production of Documents (Docket No. 14) has been resolved. As grounds for its motion, Lilly states:

    1.    Under the Court's Local Rules, Lilly's Reply Brief in Support of its Motion for Summary Judgment (Docket No. 13) would be due Monday, February 12, 2007 (five business days after plaintiff's Preliminary Opposition was filed on February 5, 2007).

    2.    Plaintiffs argue in their Preliminary Opposition that the information and documents they seek to compel from Lilly may be relevant to the "reliance" defense Lilly raises in its Motion for Summary Judgment. While Lilly does not agree with plaintiffs' argument as to relevance, the Court's resolution of plaintiffs' Motion to Compel may require supplemental dispositive motion briefing from both parties.

    3.    In their Preliminary Opposition to Lilly's Motion for Summary Judgment, plaintiffs requested that the Court stay consideration of Lilly's Motion until their Motion to

B3315301.1

Compel is resolved.  In light of the above, Lilly agrees that a stay is in the best interest of both parties and is consistent with the most efficient resolution of this matter.

WHEREFORE, Lilly respectfully requests that the Court stay dispositive motion briefing and consideration until plaintiffs' Motion to Compel is resolved.

Respectfully submitted,

ELI LILLY AND COMPANY,

By its attorneys,

/s/ James J. Dillon
James J. Dillon, D.C. Bar # 485593
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

Dated:  February 9, 2007

### LOCAL RULE 7(m) CONFERRAL CERTIFICATION

I, James J. Dillon certify that on February 7, 2007, counsel for Lilly conferred with Plaintiffs' counsel regarding Lilly's Motion to Stay Dispositive Motion Briefing and Consideration Pending Resolution of Plaintiffs' Motion to Compel.  Plaintiffs' counsel consented to the Motion.

/s/ James J. Dillon
James J. Dillon