IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOY KASPARIAN and RICHARD FEDERICO, JR.,<br><br>        Plaintiffs<br><br>        v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>        Defendants. | CIVIL ACTION No.  06-CV-00290 (RMC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Eli Lilly and Company's Consent Motion to Stay Dispositive Motion Briefing and Consideration Pending Resolution of Plaintiffs' Motion to Compel and for good cause shown, it is this _____ day of _____

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED that dispositive motion briefing and consideration is stayed until further notice pending resolution of plaintiffs' Motion to Compel.

_____    _____
DATE                                                               U.S. District Judge Rosemary M. Collyer

B3315320.1