**APPENDIX 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOY KASPARIAN and RICHARD FEDERICO, JR.,<br><br>Plaintiffs<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>Defendants. | CIVIL ACTION No. 06-CV-00290 (RMC) |

## DEFENDANT ELI LILLY AND COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

COMES NOW defendant Eli Lilly and Company (hereinafter "Lilly"), by and through its attorneys, Foley Hoag, pursuant to Rule 33 of the Federal Rules of Civil Procedure, and provides the following supplemental responses to Plaintiffs' First Set of Interrogatories to Defendant Eli Lilly and Company.

### INTRODUCTION

Lilly expressly incorporates the Introduction set out in its original response to Plaintiffs' First Set of Interrogatories to Defendant Eli Lilly and Company.

### GENERAL OBJECTIONS

Lilly expressly incorporates the General Objections set out in its original response to Plaintiffs' First Set of Interrogatories to Defendant Eli Lilly and Company.

### INTERROGATORIES

INTERROGATORY NO. 1

What financial support was paid by Lilly or its attorney to the Hornes or any affiliated entity, when and how much?

B3319271.1

RESPONSE:

Based on review of documents and investigation by counsel for Lilly, the first communications between Lilly and Dr. Herbert Horne related to DES were in 1973. Further responding, the first communications between Lilly and Dr. Horne's daughter, Hannah Horne Lord, was still later as she assisted her father in his research. Further responding, Lilly's funding for Dr. Horne's research began in 1976.

          Respectfully submitted,

          ELI LILLY AND COMPANY

          */s/ James J. Dillon*
          James J. Dillon, D.C. Bar # 485593
          Foley Hoag LLP
          155 Seaport Boulevard
          World Trade Center West
          Boston, MA 02210-2600
          (617) 832-1000

Dated: February 20, 2007

## CERTIFICATE OF SERVICE

      I certify that on February 20, 2007, a true copy of the foregoing document was served as a .pdf file by electronic mail:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 Nineteenth Street, N.W., Suite 500
Washington, DC 20036
Attorneys for Plaintiffs

                                                      James J. Dillon