IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOY KASPARIAN and RICHARD FEDERICO, JR.,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　Defendant. | CIVIL ACTION No. 06-CV-00290 (RMC) |

## ERRATA NOTICE BY DEFENDANT ELI LILLY AND COMPANY

This notice relates to Defendant Eli Lilly and Company's Opposition to Defendant's Motion to Compel Answers to Interrogatories and Production of Documents [Docket Entry No. 17]. Attached for filing is the supplemental signature page to Defendant Eli Lilly and Company's Supplemental Responses to Plaintiffs' First Set of Interrogatories included in Docket Entry No. 17 as Appendix 1.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ELI LILLY AND COMPANY


　　　　　　　　　　　　　　　　　　　　/s/ James J. Dillon
　　　　　　　　　　　　　　　　　　　James J. Dillon, D.C. Bar # 485593
　　　　　　　　　　　　　　　　　　　Foley Hoag LLP
　　　　　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　　　　　World Trade Center West
　　　　　　　　　　　　　　　　　　　Boston, MA 02210-2600
　　　　　　　　　　　　　　　　　　　(617) 832-1000

Dated: February 21, 2007

B3320152.1

- 2 -

## **CERTIFICATE OF SERVICE**

  I certify that on February 21, 2007, a true copy of the foregoing document was served by U.S. First Class Mail, postage prepaid, upon:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 Nineteenth Street, N.W., Suite 500
Washington, DC 20036
Attorneys for Plaintiff

              /s/ James J. Dillon
              James J. Dillon