By: _____
James T. Burns

STATE OF INDIANA      )
                      : ss.:
COUNTY OF MARION      )

On this 21st day of February, 2007, before me appeared James T. Burns, counsel to Eli Lilly and Company, who stated that he signed the above Supplemental Response to Plaintiff's First Set of Interrogatories to Defendant Eli Lilly and Company but that some of the facts set forth in such Responses are not within his personal knowledge, having been assembled and compiled by others within the employ of Eli Lilly and Company, as to which facts he is informed and believes the same to be true and that the remaining facts are known by him to be true.

Subscribed and sworn to before me this 21st day of February, 2007.

_____
Notary Public
Cynthia J. Timm
Hancock County, IN
February 5, 2008

