**Ex. 1**

00001
1    U.S. DISTRICT COURT OF THE DISTRICT OF COLUMBIA

2  KASPARIAN, ET AL.,

3     Plaintiff,

4  VS                  CIVIL ACTION NUMBER:
                        06-290 (RMC)
5  ELI LILLY,

6     Defendant.

7
                  DEPOSITION OF
8
                  EDWARD LYNCH
9
                  August 22, 2006
10                  11:05 a.m.

11            Beechwood Hotel
            363 Plantation Street
12          Worcester, Massachusetts

13  Maureen A. Cournoyer, Notary Public and Professional Shorthand Reporter
    within and for the Commonwealth of Massachusetts
14

15

16

17

18

19

20

21

22

23

24

00007

1  A.  Yes.

2      MR. LEWIS:  If the court

3  reporter could please mark that as Exhibit

4  No. 1.

5      (Exhibit-1 Statement of

6  Pharmacist, marked for identification).

7      BY MR. LEWIS:

8  Q.  Mr. Lynch, there's an exhibit

9  marked Exhibit No. 1.  Could you please

10  tell us what that is?

11  A.  It is my statement in regards to

12  where I live, where I worked, what I was,

13  and the fact that I also recall the

14  Kasparian family and Elaine Kasparian, as

15  customers of Batson Pharmacy, and my

16  signature.

17  Q.  Okay.  And actually, I'll just have

18  you read it into the record beginning with

19  paragraph number 2.

20      MS. SNYDER:  Objection.

21      BY MR. LEWIS:

22  Q.  You may go ahead.

23  A.  "Following graduation, I worked as

24  a pharmacist at Batson Pharmacy, located

00008

1  in Belmont, Mass., from 1956 to 1994."

2  Q.  You can continue and read the whole

3  statement from there.

4  A.  "As a pharmacist, I was familiar

5  with the ordering, stocking and dispensing

6  of prescription drugs at Batson Pharmacy.

7  And based on my observation of the habit

8  and custom of Batson Pharmacy at the time,

9  to the best of my recollection, the

10  pharmacy stocked and dispensed the Lilly

11  brand DES.  I recall at the time I would

12  have ordered DES through James W. Daly

13  Incorporated, wholesaler.  I also recall

14  the Kasparian family, and Elaine Kasparian

15  as customers of Batson Pharmacy.

16      I state under penalty of perjury

17  that the above statement is true, correct,

18  and based upon my personal knowledge."

19  Executed this 8th day of March 2006.

20      And my signature which is witnessed

21  by my wife, Sarah Lynch, living at the

22  same address.

23  Q.  Okay.  Now, do you recall any other

24  brands of Diethylstilbestrol in the late

**Lynch, Edward R.Ph. (08/22/06)**                    **Page 8**

00063

1 remember whether the pharmacy received any

2 prescriptions for DES that specified a

3 brand other than Lilly?

4 A. No.

5 Q. So if you don't remember, is it

6 possible that the pharmacy did receive a

7 non-Lilly prescription at some point?

8 A. There's always a possibility. But

9 I -- I got my doubts.

10 Q. Okay. Okay. I'm just going to

11 take a quick look -- outline here just to

12 make sure I haven't missed anything. I

13 appreciate your patience.

14 A. Enjoy yourself.

15 Q. Do you recall a doctor named

16 Herbert Horn (phonetic)?

17 A. No.

18 Q. Do you recall filling any

19 prescriptions that were written by Herbert

20 Horn?

21 A. Not offhand. No.

22 Q. Is it fair to say, then, you don't

23 know what his practices were with respect

24 to specifying manufacturers on his

00064

1  prescriptions?

2  A.  Correct.

3  Q.  Okay.  And have you received any

4  compensation or been promised any

5  compensation for your participation in this

6  litigation?

7  A.  Yes.

8  Q.  And what sort of compensation has

9  been discussed?

10  A.  You're going to have to ask that

11  again.

12  Q.  What sort of compensation has been

13  discussed?

14  A.  What compensation has -- Actually,

15  no compensation was discussed other than

16  the fact that we will -- I -- They would

17  send me a check for my -- what do you

18  call it?  Being or helping or testifying

19  or using my time.

20  Q.  Okay.  And who did you discuss the

21  compensation with?  Was it with Mr. Sparr

22  or Mr. Levine?

23  A.  Originally Mr. Sparr brought it up,

24  and then Mr. Levine put it into fruition.

00054

1  A.  To a degree.  To a degree they

2  were.  Yes.

3  Q.  So if you had Diethylstilbestrol

4  from Lilly, and Diethylstilbestrol from you

5  know, Squibb or another manufacturer, it's

6  possible that they would be organized

7  separately under their company name?

8  A.  That's correct.

9  Q.  Okay.  Do you remember anything

10  else about the bottles or packaging?

11  A.  No.

12  Q.  Do you remember receiving any

13  warnings or reading any warnings from

14  Lilly regarding Diethylstilbestrol?

15  A.  No.

16  Q.  Now, when you say you don't

17  remember, is it possible you received

18  warnings and you don't remember them, or

19  do you have a memory either way?

20  A.  I -- I think if I had received --

21  and this is purely a thought.  If I had

22  received some information pertaining to

23  their -- the seriousness of their use, I

24  would have remembered.  But I don't recall