**Ex. 2**

```
00001
  1                Volume: I
  2                Pages: 1 - 77
  3       IN THE UNITED STATES DISTRICT COURT
  4          FOR THE DISTRICT OF COLUMBIA
  5
  6
  7  JULIE DELANEY and WILLIAM P.
  8  DELANEY,
  9       Plaintiffs,      C.A. No. 04-CV-00349
 10   v.                   (ESH)
 11
 12  ELI LILLY & COMPANY,
 13       Defendant.
 14
 15
 16
 17              *********
 18         DEPOSITION OF HAROLD SPARR
 19         Monday, October 30, 2006
 20           210 Nahanton Street
 21           Newton, Massachusetts
 22           12:25 p.m. to 1:44 p.m
 23           Reporter: Linda M. Grieco
 24
```

00008
1  about the Hingham Drugstore, although that would
2  certainly be a main topic of conversation. But it's
3  not just about that.
4     Q. So let me ask first, Mr. Sparr, do I recall
5  that you said that you did receive this list of
6  documents; is that correct?
7     A. Yes, I received it yesterday afternoon when
8  I returned home.
9     Q. Do I understand correctly that you have no
10 documents in your possession that relate to any of
11 these; is that correct?
12    A. That's correct.
13    Q. Now, have you reviewed any documents that
14 relate or pictures that relate to this first
15 statement about the exclusivity of a particular
16 physical description of DES?
17    A. Yes, I have seen pictures, and I have seen
18 the tablets.
19    Q. Okay. Now, you have seen pictures?
20    A. Uh-hum.
21    Q. First tell me, what pictures have you seen?
22    A. I saw a picture of a Lilly 25 milligram
23 Diethylstilbestrol plain tablet and a picture of the
24 bottle.

```
00009
 1   Q. Okay. Now, I'll interrupt you there. Let
 2 me say where did you see those photographs?
 3   A. One was given to me.
 4   Q. Given to you by whom?
 5   A. By Mr. Levine.
 6   Q. Do you understand when the pill in that
 7 picture was made?
 8   A. I remember it being made in the '50's and
 9 '60's, into the early '70's.
10   Q. So you remember what you saw in that picture
11 as having been made into the early '70's; is that
12 correct?
13   A. That's correct.
14   Q. So it's your testimony that your memory is
15 that the Lilly 25 milligram DES pill fit that
16 description of plain, white, cross-scored with no
17 markings on it; is that correct?
18   A. That's correct.
19   Q. Are you as certain about that memory about
20 Lilly's pills as you are about everything else that
21 we're going to be talking about?
22   A. Yes.
23   Q. And as certain as everything else in the
24 statement that you gave to Mr. Levine in September
```

**Sparr, Harold (10/30/06)**                                **Page 9**

00016
1   A. No, I've never seen the Squibb pill.
2   Q. You've never seen the Squibb pill?
3   A. No.
4   Q. Okay.
5   A. I'm taking your word for it.
6   Q. All right. So if you've never seen the
7 Squibb pill, do I understand correctly, then, that
8 you could not say whether the Squibb pill fit the
9 same description as the mother's description?
10   A. That's correct.
11   Q. You can't say one way or the other?
12   A. No, because I never carried the Squibb item.
13   Q. So you've never seen the Squibb pill?
14   A. No.
15   Q. Okay. Let me ask you about -- all right.
16 Now, you mentioned when you talked about pictures
17 that you saw about -- you said you saw a picture of
18 a Lilly pill and a Lilly bottle. Are there any
19 other pictures that you saw?
20       MR. LEVINE: I think Mr. Sparr went
21 through all the photographs.
22       MR. DILLON: Mr. Levine, I would be very
23 appreciative if you would allow Mr. Sparr to
24 testify. He's perfectly capable of testifying.

**Sparr, Harold (10/30/06)**                                          **Page 16**

00017
 1  He's your expert. So please do not undercut his
 2  testimony by so blatantly on the record trying to
 3  steer him.
 4    A. I do remember the enseals. It was a red
 5  coated tablet.
 6    Q. All right. Are there any other pictures
 7  that you saw? You mentioned having seen pictures.
 8    A. No.
 9    Q. So the documents that you have looked at,
10  didn't bring with you and may not even have in your
11  possession, that relate to this paragraph number one
12  are the pictures of the Lilly pill and the Lilly
13  tablet; is that correct?
14    A. That's correct.
15    Q. Let's turn to paragraph two. I asked for
16  all literature which you relied on in making the
17  statement set out in paragraph one. Well, that's
18  the same -- this is the same thing. I mean, it's
19  pictures and literature. Is there any literature
20  that you've looked at, any medical articles or
21  anything else that you've looked at about the
22  physical description of the DES pills?
23    A. Just the Lilly literature that they handed
24  out to the doctors on Diethylstilbestrol.

Sparr, Harold (10/30/06)                    Page 17

```
00018
 1   Q. Mr. Sparr, when was it that you saw the
 2  Lilly literature that they handed out to doctors?
 3   A. Back in the '60's.
 4   Q. Did you have that at the time in your store?
 5   A. The literature?
 6   Q. Yes.
 7   A. I did have a copy of it. You know, I have
 8  no idea where it is now.
 9   Q. But even though it was handed out to
10  doctors, it's something that you as a pharmacist
11  had?
12   A. That's correct.
13   Q. Is there any other literature relating to
14  the description of the pill besides the Lilly
15  literature that you've just mentioned?
16   A. No. The literature wouldn't give the
17  description of the pill. I don't believe it gave a
18  description of the pill. It just told the benefits
19  of Diethylstilbestrol.
20   Q. Let me ask you about number three, if I can.
21  In the statement that's been marked as Exhibit 1,
22  you make reference to PDR and Red Book and Blue Book
23  and having reviewed them. Do you know what Red Book
24  and Blue Book and what PDR's you have reviewed?
```

Sparr, Harold (10/30/06)                                    Page 18

00019
1    A. I believe they were the 1969 or the 1970 Red
2 and Blue Book and the PDR, also.
3    Q. When did you review them, sir?
4    A. Quite a few months ago.
5    Q. And you reviewed them with Mr. Levine; is
6 that correct?
7    A. No, they were sent to me. Then I returned
8 them to Mr. Levine.
9    Q. How about the PDR, do you remember anything
10 about the PDR that you reviewed?
11    A. Yes, I saw a photograph, photostated pages
12 from the PDR.
13    Q. Do you know what pages from the PDR they
14 were?
15    A. They were from the Lilly product.
16    Q. Did you review the entire PDR?
17    A. No.
18    Q. Just the part that was sent to you by
19 Mr. Levine; is that correct?
20    A. Correct.
21    Q. Are there any other Red Book and Blue Books
22 that you rely on to make the statement that's
23 Exhibit 1?
24    A. No.

00045
1  Q. When you say popular, I mean, how many
2  prescriptions would there be in these other stores?
3  A. Each store filled a different quantity of
4  prescriptions. I mean, I don't know exactly how
5  many prescriptions each store filled.
6  Q. So, in fact, the truth of the matter is,
7  Mr. Sparr, that you really don't know how many DES
8  prescriptions were filled in any store, except for
9  the ones that you were in; is that correct?
10  A. That's correct.
11  Q. Okay. Now, Mr. Sparr, let's go back to this
12  issue of the pill description. I think you told me
13  that you remember seeing a picture of Lilly, and
14  that you had never seen a Squibb product; is that
15  correct?
16  A. I don't believe I did.
17  Q. All right. Now I have a whole bunch of Red
18  Book and Blue Book listings here. I am prepared to
19  go through each one of these and ask you what their
20  product looked like, but let me see if I can
21  shortcut it. Is there any DES product that you have
22  ever seen other than Lilly's DES product?
23  A. No.
24  Q. So Lilly is the only one you ever saw?

**Sparr, Harold (10/30/06)**                                **Page 45**

00046
1   A. Correct.
2   Q. So just by way of example, if I asked you
3   about American Pharmaceutical Company's DES, you
4   wouldn't be able to tell me what it looked like?
5   A. No.
6   Q. If I asked you about Merck's DES, you
7   wouldn't be able to tell me?
8   A. No.
9   Q. Upjohn's DES?
10  A. No.
11  Q. I don't want to go through all of these, but
12  if I went through every DES that's listed in the Red
13  Book and Blue Book that you've seen, you would tell
14  me that you have not seen any of them except for
15  Lilly; is that correct?
16  A. That's correct.
17  Q. Now, with that as background, Mr. Sparr, can
18  you tell me why is it that you think that the Lilly
19  pill was distinctive? Why is that unique?
20  A. Because it was cross-scored.
21  Q. I understand it was cross-scored. Are you
22  telling me that there are no other cross-scored
23  pills in existence?
24  A. I do not know of any other cross-scored

**Sparr, Harold (10/30/06)**                                    **Page 46**

```
00057
 1  that, let me be clear that I understand that you
 2  have spoken to people about white cross-scored DES,
 3  and you've spoken to some people in the Boston area.
 4  But as a broad statement, do you say or do you not
 5  say that the only company out of all the ones listed
 6  in the Blue Book and Red Book that made DES -- let
 7  me start over again, I'm sorry.  That's bad.
 8         Mr. Sparr, given what we've talked about
 9  that you've only ever seen Lilly's DES, and that
10  there are many, many companies that were marketing
11  DES as listed in the Blue Book and Red Book, do you
12  agree with me --
13    A.  I'm glad you said marketing and not
14  manufacturing.
15    Q.  Do you agree with me that you cannot tell us
16  that none of these other DES pills --
17    A.  I can't tell you.
18    Q.  You can't say that none of the others were
19  white and cross-scored?
20    A.  I cannot say it.
21    Q.  They may have been, they may not have been.
22  You don't know; is that right?
23    A.  All I know is what was popular in the
24  Greater Boston area.
```

Sparr, Harold (10/30/06)                                Page 57

00047
1  pills in that time period.
2    Q. All right. Have you done any investigation
3  to find out if there were any other cross-scored
4  pills at that time?
5    A. No.
6    Q. Have you looked to see if there are any
7  publications in medical journals or pharmaceutical
8  journals that might have described pills that were
9  cross-scored?
10   A. No.
11   Q. You just believe that there wasn't; is that
12 right?
13   A. Correct.
14   Q. Well, do you know if Abbott had any
15 cross-scored pills?
16   A. Not that I know of.
17   Q. Did you ever run across Abbott's Thiamine,
18 T-H-I-A-M-I-N-E?
19   A. T-H --
20   Q. T-H-I-A-M-I-N-E?
21   A. Thiamine?
22   Q. Yes.
23   A. No.
24   Q. Never ran across that?