**Ex. 3**

1

1      VOLUME  I

2      PAGES   1 - 237

3      EXHIBITS  Per Index

4

5   UNITED STATES DISTRICT COURT

6      DISTRICT OF MASSACHUSETTS

7   -----------------------------x

8  NANCY A. BOHLIN, INDIVIDUALLY,

9  AND AS MOTHER AND NEXT FRIEND OF

10  SAMANTHA A. BOHLIN, A MINOR,    Civil Action

11     Plaintiff         No. 03-CV-11577

12     v.              (MEL)

13  ELI LILLY AND COMPANY,

14     Defendant

15  -----------------------------x

16

17     DEPOSITION OF HAROLD B. SPARR

18        Tuesday, December 7, 2004

19          Foley Hoag, LLP

20          155 Seaport Boulevard

21          Boston, Massachusetts

22

23     REPORTER: Virginia L. Barry, RPR/CSR

24

**Sparr, Harold (12/7/04)**                                    **Page 1**

101

1   Q. Did you make any effort to remind people
2   that they had to think back, and that they couldn't
3   just take their memories from 1972, from the '70s
4   and the '80s and the '90s, and the early part of
5   this century, and apply that back; did you do any --
6   A. Absolutely not.
7   Q. So you did nothing to try and help them to
8   focus their memory on the '50s and '60s; is that
9   correct?
10  A. I asked them if they remembered what brand
11  of diethylstilbestrol they dispensed.
12  Q. Do I recall, am I correct in my assumption
13  that a pharmacist would not know the purpose for
14  which a doctor wrote a script, the effect that the
15  doctor wanted to have, he would simply know that
16  this drug and strength was prescribed, and to fill
17  it; is that correct?
18  A. That's correct.
19  Q. Now, Mr. Sparr, in your report you made
20  mention of The Red Book and The Blue Book; do you
21  remember mentioning that in your report?
22  A. Yes.
23  Q. Could you tell us, please, what The Red
24  Book is, please?

102

1    A.  It's a publication that includes all the
2    different brands of all the drugs that were
3    available with their cost.
4    Q.  And The Red Book, I take it, is called The
5    Drug Topics Red Book; is that correct?
6    A.  Yes.
7    Q.  And this is a publication that went to all
8    pharmacists; is that correct?
9    A.  As far as I know, yes.  We used to receive
10   it every year.
11   Q.  And this list was a list of drugs that
12   were available for purchase by any of those
13   pharmacists; is that correct?
14   A.  That's correct.
15   Q.  So these were drugs that were available in
16   the national supply chain to be purchased; is that
17   correct?
18   A.  That's correct.
19   Q.  And I believe you told me that The Drug
20   Topics Red Book came out every year; is that right?
21   A.  That's correct.
22   Q.  And there was also something called a Blue
23   Book; is that right?
24   A.  That's correct.

**Sparr, Harold (12/7/04)**                               **Page 102**

103

1   Q. And this is called, The American
2   Druggist's Blue Book; is that right?
3   A. That's right, I'm assuming it is.
4   Q. Let me show you a photocopy of this.
5   A. Yes.
6   Q. The American Druggist's Blue Book?
7   A. Yes.
8   Q. And was this also, sir, a publication that
9   went to all pharmacists?
10  A. Yes.
11  Q. And this was a publication that listed
12  drugs that were available to purchase on a national
13  basis; is that right?
14  A. Yes.
15  Q. So any pharmacist could buy any drug that
16  was listed in The Blue Book or The Red Book; is that
17  correct?
18  A. Providing that the wholesaler had it.
19  Q. But these were the ones that were
20  available; is that right?
21  A. That's correct. They wouldn't list drugs
22  that weren't available.
23  Q. Right.
24           MR. LEVINE: How do you know?d (12/7/04)                    Page 103

**Ex. 1**