**Ex. 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN LYNNE HANSCH, ]<br>]<br>Plaintiff, ]<br>]<br>v. ]<br>]<br>ELI LILLY AND COMPANY, et al. ]<br>]<br>Defendants. ] | CIVIL ACTION NO.: 1:03-0838<br><br>JUDGE: ELLEN SEGAL HUVELLE |

**PLAINTIFF SUSAN LYNNE HANSCH'S RESPONSES TO
DEFENDANTS' AMENDED UNIFORM
PRELIMINARY REQUESTS FOR INFORMATION**

I. <u>GENERAL AS TO EACH PLAINTIFF</u>

    1.    State the full name, address, social security number, and date and place of birth of each plaintiff.

**RESPONSE:**    a.    Susan Lynne Hansch

    b.    160 Rickards Road, Aptos, CA 95003

    c.    SSN: 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

    d.    DOB: 7/4/60

    e.    Place of Birth: Crozer Hospital, Upland, PA

    2.    Identify each individual who the Complaint alleges was exposed to DES in utero (the "exposed person").

**RESPONSE:**    a.    Susan Lynne Hansch

    3.    State separately the full name, current residential address, and social security number of the natural mother ("DES mother") and natural father of each exposed person. Identify any deceased parent, the date, place, and cause of death.

**RESPONSE:**    a.    Mother: Betty Jane Borland Hansch (deceased)

        i.    SSN: 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