**Ex. 2**

```
                                              ENDORSED
                                               FILED
                                         SAN FRANCISCO COUNTY
                                           SUPERIOR COURT
```

1  NANCY HERSH, ESQ., State Bar No. 49091
   AMY ESKIN, ESQ., State Bar No. 127668     2003 MAR 19 PM 4: 23
2  HERSH & HERSH
   A Professional Corporation                GORDON PARK-LI, CLERK
3  Opera Plaza, Suite 2080                          Priscilla Pahilga
   601 Van Ness Avenue                       BY:_____
4  San Francisco, CA 94102-6388                     DEPUTY CLERK
   Telephone: (415) 441-5544
5
   Attorneys for Plaintiff                   CASE MANAGEMENT CONFERENCE SET
6
                                             PLAN I  AUG 2 2 2003  9:00 AM
7
                                             DEPARTMENT 212
8       IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9           IN AND FOR THE COUNTY OF SAN FRANCISCO

10                                           CGC 0 3 4 1 8 5 1 7
11  JANINE MISKULIN,              )   CASE NUMBER
                                  )
12       Plaintiff,               )   COMPLAINT FOR DAMAGES
                                  )   (Personal Injury-
13  vs.                           )   Defective Product)

14  ABBOTT LABORATORIES; ACADEMY MANUFACTURING DRUG CORPORATION;
    ADRIA LABORATORIES, INC. as Successor in Interest to WARREN
15  TEED; ADSONINTRASOL; ALCON as Successor in Interest to CHICAGO
    PHARMACAL CO. & WILLIAM A. WEBSTER; ALL PUTTER COMPANY, INC.;
16  ALTANA, INC. as Successor in Interest to PETROLINE
    LABORATORIES; AMERICAN BIO-CHEMICAL COMPANY; AMERICAN CYANAMID
17  as Successor in Interest to TAYLOR LABS; AMERICAN DRUG
    PRODUCTS; AMERICAN PHARMACEUTICAL; AMERICAN ROLAND CORPORATION;
18  AMFRE-GRANT, INC.; APPROVED PHARMACEUTICAL CORPORATION; ARMOUR
    PHARMACEUTICAL COMPANY; AYERST LABORATORIES, A division of
19  AMERICAN HOME PRODUCTS CORPORATION; B & B DRUG & CHEMICAL
    COMPANY; BARLOW-MANEY LABORATORIES; BARRY-MARTIN
20  PHARMACEUTICALS, INC.; BATES LABORATORIES INC.; BEACH
    PHARMACEUTICALS; BEECHAM LABS as Successor in Interest to the
21  S.E. MASSENGILL COMPANY; BELL PHARMACAL CORPORATION; BELLEVUE
    LABS, INC.; BEN-FOY LABS INC.; BEVER PRODUCTS COMPANY INC.;
22  BERGEN BRUNSWIG DRUG COMPANY, INC. as Successor in Interest to
    GARDE DRUG CO. and RABIN-WINTERS CORPORATION; BIO INTRASOL LAB;
23  BIO-RAMO DRUG CO., INC.; BIORGANIC LABORATORIES, INC.; THE BLUE
    LINE CHEMICAL COMPANY; BOEHRINGER INGELHEIM LT. as Successor in
24  Interest to STAYNER CORPORATION; BOWMAN INC. as Successor in
    Interest to BOWMAN BROS. DRUG COMPANY: BOYLE & COMPANY; BREON
25  LABORATORIES, INC.; BREWER & COMPANY, INC., A Division of
    COOPER LABORATORIES INC.; BROAD RESEARCH LABORATORIES;
26  BRUNSWICK DRUG; BUFFINGTON'S INC.; BURROUGHS WELLCOME COMPANY;
    BYK GULDEN LOMBERG, INC. A Division of ALTANA INC., as
27  Successor in Interest to PETROLINE LABORATORIES; CAMERON
    MEDICAL CORPORATION; CARNRICK LABORATORIES; CARROLL CHEMICAL
28  COMPANY; H.R. CENCI PHARMACEUTICALS as Successor in Interest to

                                - 1 -
              COMPLAINT FOR DAMAGES FOR DEFECTIVE PRODUCT

drug when taken in the manner intended by the manufacturer. Said Defendants, and each of them, thereby acted with malice towards Plaintiff and Plaintiff accordingly requests that the trier of fact, in the exercise of its sound discretion, should award Plaintiff additional damages for the sake of example and conduct, in an amount reasonably related to Plaintiff's actual damages and Defendants' wealth and sufficiently large to be an example to others and to deter these Defendants and others from engaging in similar conduct in the future.

### FIRST CAUSE OF ACTION
### AGAINST ALL DEFENDANTS
### (Strict Liability-Defective Product)

FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANTS, AND EACH OF THEM, PLAINTIFF JANINE MISKULIN ALLEGES:

21.

Plaintiff hereby incorporates, by reference, as if fully set forth herein, each and every allegation contained in Paragraphs 1 through 20, inclusive, of the Complaint herein.

22.

JANINE MISKULIN was born on December 28, 1964, and is the natural daughter of Lorna D. Miskulin.

23.

At all times herein mentioned, the aforesaid DES was improperly prepared, defective and unsafe for its intended purpose when used in the manner intended by the manufacturer and was unaccompanied by appropriate warnings of its known or scientifically knowable dangerous propensities.

24.

Defendants, and each of them, knew that said defective

- 13 -
COMPLAINT FOR DAMAGES FOR DEFECTIVE PRODUCT