# Ex. 3

FOURTEENTH EDITION




# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES*

*and BIOLOGICALS*

*For the Physician's Desk*

FOURTEENTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

## *PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

J. Paul Folsom
*General Manager*

Albert B. Miller
*Assistant General Manager*

Henrietta Bull
*Managing Editor*

Robert C. Batterman, M.D.
*Editorial Consultant*

Marie M. Pitman
*Circulation Manager*

IN FIVE SECTIONS

An arbitrary page numbering plan is used to facilitate the compilation of this reference book.

*SECTION ONE (Pink)* 101
Alphabetical Index

*SECTION TWO (Yellow)* 201
Drug, Chemical and Pharmacological Index

*SECTION THREE (Blue)* 401
Therapeutic Indications Index

*SECTION FOUR (White)* 601
Professional Products Information

*SECTION FIVE (Green)* 901
Poisons and Antidotes
Manufacturers' Educational Material

PUBLISHED BY MEDICAL ECONOMICS, INC., ORADELL, N. J.

All rights reserved • © Copyright 1959 by Medical Economics, Inc. • Printed in U.S.A.

**[illegible] Cont.**

infarction), cerebral vascular disease, diabetes mellitus, nephrosis, hypothyroidism, xanthomatosis, and essential familial hypercholesteremia. Cytellin is not a substitute for more specific therapy, where applicable, such as thyroid substance in hypothyroidism or Insulin in diabetes mellitus.

*ADMINISTRATION AND DOSAGE:* Usually 1 tablespoonful immediately before each meal of medium size. Increase to 1½ or 2 tablespoonfuls when large or high-fat meals are consumed. To obtain optimum therapeutic effect, intake of any food should be preceded by an appropriate dose, such as ½ the usual dose before a light snack. Dosage may be increased as indicated.

*HOW SUPPLIED:* Suspension M-100, in pint bottles.

**DARVON®**
**dextro propoxyphene hydrochloride, Lilly**

*COMPOSITION:* A widely useful, chemically different analgesic developed in the Lilly Research Laboratories.

*ACTION AND USES:* Darvon provides analgesic potency equal to codeine, yet is much better tolerated. Clinically useful doses do not produce euphoria, tolerance, or physical dependence. Side-effects such as nausea and constipation are minimal. Valuable in any condition associated with pain.

*ADMINISTRATION AND DOSAGE:* Orally, 32 mg. every four hours or 65 mg. three or four times daily, as needed for relief of pain.

*CONTRAINDICATIONS:* None reported.

*HOW SUPPLIED:* Pulvules® No. 364, 32 mg., and No. 365, 65 mg. (both pink), in bottles of 100.

**DARVON® COMPOUND**
**dextro propoxyphene and acetylsalicylic acid compound, Lilly**

*COMPOSITION:* Each Pulvule® Darvon Compound provides:

| | | |
|---|---|---|
| Darvon® | 32 | mg. |
| Acetophenetidin | 162 | mg. |
| A.S.A.® (acetylsalicylic acid, Lilly) | 227 | mg. |
| Caffeine | 32.4 | mg. |

*ACTION AND USES:* Darvon Compound combines the analgesic effectiveness of Darvon (which is equal to that of codeine) with the antipyretic and anti-inflammatory benefits of A.S.A.® Compound (acetylsalicylic acid and acetophenetidin compound, Lilly). It is particularly useful in relieving pain associated with chronic and recurrent disease; e.g., inflammatory states such as myalgia, neuralgia, neuritis, and arthritis. Also, efficacious in conditions such as the common respiratory infections and the "common cold," headache, pain of traumatic origin, dysmenorrhea, premenstrual cramping, and postpartum pain.

*ADMINISTRATION AND DOSAGE:* 1 or 2 Pulvules three or four times daily.

*CONTRAINDICATIONS:* None reported.

*HOW SUPPLIED:* Pulvules No. 368 (pink and gray), in bottles of 100.

**DELTALIN®**
**vitamin D, Lilly**

*COMPOSITION:* Each Gelseal® provides 50,000 U.S.P. or International units of vitamin D synthetic (calciferol).

*ACTION AND USES:* Abnormal calcium and phosphorus metabolism; rickets; prematurity; spasmophilia; osteomalacia.

*ADMINISTRATION AND DOSAGE:* Therapeutic—50,000 to 1,000,000 units per day.

*PRECAUTIONS:* Use with caution in any patient with kidney disease, a sensitive colon, or disproportionate available supplies of calcium or phosphorus. Toxicity may develop even to the extent of causing renal failure and metastatic deposits of calcium in soft tissues. Symptoms of toxicity are anorexia, nausea, vomiting, abdominal cramps, frequent stools, pallor, lassitude, polyuria, and uremia.

*CONTRAINDICATIONS:* Evidence of arteriosclerosis, particularly of the aorta, and renal stones.

*HOW SUPPLIED:* Gelseals No. 60, in bottles of 100 and 500.

**DELVEX®**
**dithiazanine iodide, Lilly**

*COMPOSITION:* Delvex is a polymethine blue dye which possesses potent anthelmintic properties.

*ACTION AND USES:* Delvex introduces the new concept of wide-spectrum anthelmintic therapy. It is orally effective, usually within five days, against four of the five most common worm infections; effective in both single and multiple infections, and in both heavy and light infections.

Delvex in proper dosage eliminates enterobiasis (pinworm infection) and ascariasis (roundworm infection) and is the first fully effective and practicable treatment for trichuriasis (whipworm infection) and strongyloidiasis (threadworm infection).

(*NOTE:* Delvex will also eliminate or inhibit hookworm [*Necator americanus*] infection in a significant number of cases, but usually it must be supplemented with other hookworm therapy to obtain a complete cure.)

*ADMINISTRATION AND DOSAGE:*

*For adults and children over 60 pounds:* In trichuriasis, ascariasis, and multiple helminthic infections, the usual dosage is 200 mg. 3 times daily (after meals) for from five to ten days.

In strongyloidiasis, 200 mg. 3 times daily (after meals) for from ten to fourteen days.

In enterobiasis, 100 to 200 mg. 3 times daily (after meals) for five days.

*For children weighing from 20 to 60 pounds:* In trichuriasis, ascariasis, and multiple helminthic infections, the recommended *total daily dose* is 100 mg. for every ten pounds of body weight, administered in divided doses (after meals) for from five to ten days. In strongyloidiasis, the dosage should be given for from ten to fourteen days.

In enterobiasis, half the recommended dose may be given for a period of five days.

*In heavy or resistant infections,* treatment may be extended to a period of twenty-one days. In cases in which elimination of the parasite is not complete, a second course at the same dosage level may be given (after one or two weeks) for a period of up to twenty-one days. The above dosage recommendations should not be exceeded.

*PRECAUTIONS:* Side-effects, consisting of some nausea, diarrhea, or occasional single episodes of vomiting, may be encountered in certain patients with the use of full recommended dosage. To minimize these possible side-effects, the physician may wish to prescribe one-half the recommended dose the first day and full dosage thereafter. If the full dosage is not well tolerated, reduce dosage and increase duration of therapy.

*Suggested instructions for patients:* 1. Do not neglect any of the prescribed doses. 2. Take each dose one or two hours after a meal. 3. Swallow the tablets whole; they should not be chewed, crushed, or mixed with liquids. 4. Don't be alarmed when the medication causes the stools to turn blue; this is merely a sign that it is working as it should. 5. Stains on skin or underclothing may easily be removed by washing with soap and water. 6. No dietary restriction or other adjunctive measures are required.

*CONTRAINDICATIONS:* No absolute contraindications are known.

*HOW SUPPLIED:* In three strengths: Tablets No. 1813, 50 mg.; No. 1814, 100 mg.; and No. 1815, 200 mg., in bottles of 50. The purple, oval tablets are specially shaped for easy swallowing and are coated to protect against gastric irritation.

**DICURIN® PROCAINE**
**merethoxylline procaine, Lilly**

*COMPOSITION:* Dicurin Procaine, an organic mercurial combined with theophylline and procaine, is distinguished for its high diuretic efficacy, systemic and local tolerance, and stability in solution. Each cc. provides:

| | |
|---|---|
| Merethoxylline Procaine (Equivalent to 39.3 mg. mercury and 45 mg. procaine base) | [illegible] Gm. |
| Theophylline, Anhydrous | 0.05 Gm. |

*ACTION AND USES:* An effective diuretic in the management of congestive heart failure associated with edema, ascites, pleural effusion, acute pulmonary edema, passive congestion of the lungs or liver, or paroxysmal nocturnal dyspnea. It is sometimes useful in cirrhosis of the liver with ascites and in nephrosis.

*ADMINISTRATION AND DOSAGE:* 0.5 to 2 cc. daily by intramuscular or deep subcutaneous injection.

*PRECAUTIONS:* Caution is advised in the presence of benign prostatic hypertrophy or when the blood urea nitrogen is more than 60 mg. per 100 cc. If definite albuminuria, hematuria, or oliguria appears after administration, the drug should be discontinued.

*CONTRAINDICATIONS:* Sensitivity to mercury, procaine, or theophylline; acute glomerulonephritis; ulcerative colitis; and gouty diathesis.

*HOW SUPPLIED:* Ampoules No. 568, 2 cc., in packages of 25 and 100; No. 581, 10-cc. rubber-stoppered ampoules.

**[illegible]**

*COMPOSITION:* A crystalline synthetic estrogenic compound capable of eliciting all the pharmacologic and therapeutic responses attributed to natural estrogens.

*ADMINISTRATION AND DOSAGE:*

| *Indication* | *Oral Dosage* |
|---|---|
| Menopause | 0.1 to 1 mg. daily |
| Senile vaginitis | 0.5 mg. daily |
| Painful engorgement of breasts | 5 mg. 1 to 3 times daily for a total of 30 to 45 mg. |
| Functional uterine bleeding | 5 mg. 3 to 5 times daily until checked |
| Carcinoma of prostate | |
| Initial phase | 3 mg. daily |
| Maintenance | 1 mg. daily |

Also used to prevent accidents of pregnancy and experimentally in inoperable cancer of breast in postmenopausal women. To prevent accidents of pregnancy:

| *Week of Pregnancy* (from first day of last menstrual period) | *Daily Dose* |
|---|---|
| 7th and 8th | 5 mg. |
| 9th and 10th | 10 mg. |
| 11th and 12th | 15 mg. |
| 13th and 14th | 20 mg. |
| 15th | 25 mg. |
| 16th | 30 mg. |
| 17th | 35 mg. |
| 18th | 40 mg. |
| 19th | 45 mg. |
| 20th | 50 mg. |
| 21st | 55 mg. |
| 22d | 60 mg. |
| 23d | 65 mg. |
| 24th | 70 mg. |
| 25th | 75 mg. |
| 26th | 80 mg. |
| 27th | 85 mg. |
| 28th | [illegible] |
| 29th | 95 mg. |
| 30th | 100 mg. |
| 31st | 105 mg. |
| 32d | [illegible] |
| 33d | [illegible] |
| 34th | [illegible] |
| 35th | [illegible] |

*CONTRAINDICATIONS:* Premenopausal carcinoma of breast.

*HOW SUPPLIED:* Ampoules No. [illegible] 5 mg., in Oil, 1 cc., in packages of [illegible] and 100; and No. 549, 25 mg. [illegible] oleate, 1 cc., in packages of [illegible]

...ily
... Procaine, an ... with theophylline ... ted for its high ... and local toler- ... h cc. pro-
0.1 Gm. ... and
... 0.05 Gm.
... effective diu- ... congestive heart ... ascites, pleu- ... dema, passive ... or paroxys- ... sometimes use- ... with ascites and
...ND DOSAGE: ... scular or deep
... is advised in the ... hypertrophy or ... is more than ... albuminuria, ... fter adminis- ... ntinued. ... Sensitivity to ... ophylline; acute ... colitis; and
... No. 568, 2 ... No. 581, ...ules.
... ne synthetic ... eliciting all ... eutic responses
DOSAGE: ... Dosage ... to 1 mg. daily ... 0.5 mg. daily
...g. 1 to 3 times ... 30 to 45 mg.
5 times checked
...g. daily ...g. daily ... of preg- ... perable can- ... women. To
| Daily Dose |
|---|
| 5 mg. |
| 10 mg. |
| 15 mg. |
| 20 mg. |
| 25 mg. |
| 30 mg. |
| 35 mg. |
| 40 mg. |
| 45 mg. |
| 50 mg. |
| 55 mg. |
| 60 mg. |
| 65 mg. |
| 70 mg. |
| 75 mg. |
| 80 mg. |
| 85 mg. |
| 90 mg. |
| 95 mg. |
| 100 mg. |
| 105 mg. |
| 110 mg. |
| 115 mg. |
| 120 mg. |
| 125 mg. |

... Premenopausal
... No. 385, ... ages of 6, 25, ... mg., in ethyl

Enseals® No. 46, 0.1 mg.; No. 47, 0.25 mg.; No. 48, 0.5 mg.; No. 49, 1 mg.; No. 85, 5 mg.; and No. 90, 25 mg., in packages of 100, 500, and 1,000.
Tablets No. 1646, 0.1 mg.; No. 1647, 0.25 mg.; No. 1648, 0.5 mg.; No. 1649, 1 mg.; No. 1685, 5 mg., in packages of 100, 500, and 1,000. Tablets No. 1724, 25 mg. (cross-scored), in packages of 25, 100, 500, and 1,000.
Suppositories No. 14, 0.1 mg.; and No. 15, 0.5 mg., in packages of 6 and 50.

**•DOLOPHINE® HYDROCHLORIDE**
**methadone hydrochloride, Lilly**

*COMPOSITION:* A powerful synthetic analgesic and antitussive.
*ACTION AND USES:* *As an analgesic,* it is one and one-half times as effective as morphine sulfate. Especially recommended for the relief of postsurgical pain, renal colic, and metastatic lesions of malignant tumors. Not generally used alone as a preanesthetic agent.
*As an antitussive,* it controls cough more effectively than any available opium derivative, with smaller doses. Effective even for cough associated with tuberculosis, bronchiectasis, bronchogenic carcinoma, pertussis, and congestive heart failure.
*ADMINISTRATION AND DOSAGE:* *For relief of pain,* 2.5 to 10 mg., administered orally, subcutaneously, or intramuscularly, every 4 to 6 hours.
*For control of cough,* ½ to 1 teaspoonful of the syrup every 4 to 6 hours (repeat only when necessary).
*HOW SUPPLIED:* Tablets No. 1712, 5 mg.; No. 1713, 7.5 mg.; and No. 1733, 10 mg., in packages of 100 and 1,000. All tablets inscribed Diskets®.
Syrup No. 116, 10 mg. per 30 cc., in pint and gallon bottles. The syrup is cherry-flavored and pleasant to take.
Ampoules No. 456, 10 mg., 1 cc., in packages of 12 and 100; No. 435, 10 mg. per cc., 20-cc. rubber-stoppered, in packages of 1 and 25.
•Narcotic order required.

**DURACILLIN® Products**
**crystalline procaine penicillin G, Lilly**

*ACTION AND USES:* Since the introduction of procaine penicillin by Eli Lilly and Company, the effectiveness of this antibiotic medication has been widely recognized. Duracillin is indicated for the treatment of pneumococcus, acute streptococcus and staphylococcus infection, gonorrhea, and syphilis and as a supplement to sulfadiazine and/or aqueous solution of penicillin in the treatment of meningococcus, pneumococcus, streptococcus, or staphylococcus meningitis.
*ADMINISTRATION AND DOSAGE:* Dosage and frequency of administration should be governed by the clinical response and the nature of the condition.
*PRECAUTIONS:* If any reactions develop which cannot be controlled and if they are more severe than the condition calling for administration of the material, treatment should be discontinued at once.
*CONTRAINDICATIONS:* The procaine salt of penicillin should not be used in procaine-sensitive persons.
*HOW SUPPLIED:* *Duracillin® A.S.* (procaine penicillin G in aqueous suspension, Lilly).
Ampoules No. 552, 300,000 units, 1-cc. rubber-stoppered ampoules, in singles and in packages of 100.
Ampoules No. 554, 300,000 units per cc., 10-cc. rubber-stoppered ampoules, in singles and in packages of 100.
Cartrids* No. 1, 300,000 units (each with a sterile needle), in packages of 25 and 100. Cartrids No. 2, 300,000 units (without needles), in packages of 25 (with 1 needle adapter) and 100 (with 4 needle adapters).
(Cartrids are one-dose disposable cartridges for insertion in the breech of a permanent metal syringe. They provide immediately usable, premeasured doses of antibiotics.)

*Duracillin® Fortified* (procaine penicillin G and penicillin G, crystalline-sodium, Lilly), Buffered, for Aqueous Injection. Each cc. contains 300,000 units of Duracillin plus 100,000 units of buffered penicillin G, crystalline-sodium.
Ampoules No. 545, 1-dose rubber-stoppered ampoules, in packages of 1, 25, and 100.
Ampoules No. 547, 10-dose rubber-stoppered ampoules, in singles and in packages of 100.
Ampoules No. 517, 1-dose rubber-stoppered ampoules (with 3 rubber-stoppered ampoules of diluent), in packages of 25.
*Duracillin® F.A. One Million* (procaine penicillin and buffered crystalline penicillin, Lilly), for Aqueous Injection. Each dose contains 750,000 units of Duracillin and 250,000 units of buffered penicillin, crystalline-sodium.
Ampoules No. 601, 1-dose rubber-stoppered ampoules, in packages of 1, 25, and 100.
Ampoules No. 610, 10-dose rubber-stoppered ampoules, in packages of 1, 25, and 100.
*Duracillin®, in Oil* (crystalline procaine penicillin G in oil, Lilly).
Ampoules No. 465, 10-cc. rubber-stoppered ampoules, in singles. Each cc. contains 300,000 units of Duracillin suspended in sesame oil.
*Trade-mark

**DURYCIN® Products**
**penicillin and dihydrostreptomycin sulfate, Lilly**

*COMPOSITION:* Crystalline procaine penicillin G and dihydrostreptomycin.
*ACTION AND USES:* Combined antibiotic therapy useful in mixed infections and for preoperative and postoperative use. In many instances, this combination exerts a synergistic action and prevents development of resistant organisms. Durycin is effective against a wide range of infections, such as: urinary tract infections, bacterial endocarditis, acute gonococcus infections, meningitis (some types), staphylococcus septicemia, *Hemophilus influenzae* infections, and enterococcus infections.
*ADMINISTRATION AND DOSAGE:* Dosage and frequency of administration should be governed by the clinical response and the nature of the infection. Administer intramuscularly only.
*CONTRAINDICATIONS:* If any reactions develop which cannot be controlled and if they are more severe than the condition calling for treatment, Durycin should be discontinued. It should not be used in procaine-sensitive persons. Dihydrostreptomycin produces eighth-nerve damage in some cases when the drug is administered for long periods of time.
*HOW SUPPLIED:* When "A.S." appears after the proprietary name, it indicates aqueous suspension. When "F.A." follows Durycin, it signifies that the mixture is fortified with sodium penicillin G and is for aqueous injection. The dosage combination of choice may be selected by specifying 400/0.5 or 400/1.0. The 400 stands for 400,000 units of penicillin G per dose and the 0.5 or 1.0 represents the amount in grams of dihydrostreptomycin base, as dihydrostreptomycin sulfate, in each dose.
Ampoules No. 614, Durycin® A.S. 400/0.5 (procaine penicillin G in dihydrostreptomycin sulfate solution, Lilly), 5-dose rubber-stoppered ampoules, in packages of 1 and 100.
Ampoules No. 550, Durycin® F.A. 400/0.5 (penicillin and dihydrostreptomycin, F.A., Lilly), for Aqueous Injection, 1-dose rubber-stoppered ampoules, in packages of 1, 25, and 100.
Ampoules No. 617, Durycin F.A. 400/1.0 for Aqueous Injection, 1-dose rubber-stoppered ampoules, in packages of 1, 25, and 100.

**DURYCIN® A.S. 300/0.3**
**procaine penicillin G in dihydrostreptomycin sulfate solution, Lilly**

*COMPOSITION:* Each Cartrid* provides 300,000 units crystalline procaine penicillin G, and 0.3 Gm. dihydrostreptomycin base, as the sulfate, in aqueous solution.
*ACTION AND USES:* In convenient, ready-to-use Cartrids, this combination provides a wide antibiotic spectrum valuable in certain urinary tract infections, bacterial endocarditis, and acute gonococcus infections, as well as in surgery (both prophylactically and therapeutically). Also for emergency use in infections in which the causative organism is undetermined.
*ADMINISTRATION AND DOSAGE:* By intramuscular injection—1 or 2 cc. at 12-hour intervals. Do not give intravenously.
*HOW SUPPLIED:* Cartrid No. 20 (each with a sterile needle), in packages of 25 and 100. No. 21 (without needles), in packages of 25 (with 1 needle adapter) and 100 (with 4 needle adapters).
*Trade-mark

**ELORINE® CHLORIDE**
**tricyclamol chloride, Lilly**
**CO-ELORINE®**
**tricyclamol chloride and amobarbital, Lilly**

*COMPOSITION:* Elorine Chloride is a quaternary ammonium compound. Co-Elorine contains Elorine Chloride and Amytal® (amobarbital, Lilly).
*ACTION AND USES:* Elorine Chloride is a parasympathetic blocking agent (anticholinergic) which decreases gastric free-acid content, reduces gastric secretory volume, and relieves gastro-intestinal hypermotility. Co-Elorine combines the anticholinergic effects of Elorine Chloride with the sedative action of Amytal.
Elorine Chloride is indicated especially in the treatment of peptic ulcer; also in spastic colitis, mucous colitis, diverticulitis, and pylorospasm (in the absence of organic obstruction at the pyloric sphincter).
Co-Elorine is indicated in the conditions listed above whenever an anticholinergic-sedative effect is desired.
*ADMINISTRATION AND DOSAGE:* As with all anticholinergic drugs, dosage of Elorine Chloride and Co-Elorine should be individualized to obtain optimal results.
*Elorine Chloride*—In functional digestive disorders, the initial dosage usually is 50 mg. four times daily, with increases as necessary in increments of 50 mg. until symptomatic relief is obtained. In peptic ulcer, the dosage most frequently is between 100 and 250 mg. three or four times daily.
*Co-Elorine 25* (25 mg. Elorine Chloride and 8 mg. Amytal per Pulvule®)—1 to 4 Pulvules three or four times daily.
*Co-Elorine 100* (100 mg. Elorine Chloride and 16 mg. Amytal per Pulvule) 1 Pulvule three or four times daily.
*HOW SUPPLIED:* Pulvules Elorine Chloride, No. 345, 50 mg., in packages of 100 and 1,000; No. 346, 100 mg., in packages of 100. Both Pulvules are gray and blue. Pulvules Co-Elorine 25, No. 356, in packages of 100, 1,000, and 5,000; Co-Elorine 100, No. 357, in packages of 100. Both Pulvules are yellow and greenish blue.

**ENTORAL®**

*COMPOSITION:* A dry, powdered vaccine used to increase resistance to respiratory infections. Supplied in Pulvules® for oral administration. Each Pulvule provides killed pneumococci, 40,000 million (10,000 million each, Types I, II, V, and VII); streptococci, 15,000 million (viridans, hemolytic, indifferent); *Hemophilus influenzae,* Type b, 2,500 million; *Micrococcus catarrhalis,* 2,500 million.
*ACTION AND USES:* For the production of specific bacterial antibodies and heterophile antibodies in sufficient amounts to increase materially the resistance of many individuals to the bacteria which most frequently cause or complicate respiratory infections.
*ADMINISTRATION AND DOSAGE:* 1 Pulvule ½ to 1 hour before breakfast each morning for 7 successive days. Thereafter,

Continued on next page



# 1964 • PDR

Published by MEDICAL ECONOMICS, INC.
EIGHTEENTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

*For the Physician's Desk*

EIGHTEENTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

## *PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

J. PAUL FOLSOM
*General Manager*

ALBERT B. MILLER
*Assistant General Manager*

HENRIETTA BULL
*Managing Editor*

BARBARA HUFF
*Compilation Editor*

W. ALAN WRIGHT, M.D.
*Medical Consultant*

ETHEL F. MCGILLICAN
*Circulation Manager*

IN SIX SECTIONS

An arbitrary page numbering plan is used to facilitate the compilation of this reference book.

*SECTION ONE (Pink)* 101
ALPHABETICAL INDEX

*SECTION TWO (Yellow)* 201
DRUG, CHEMICAL AND PHARMACOLOGICAL INDEX

*SECTION THREE (Blue)* 301
THERAPEUTIC INDICATIONS INDEX

*SECTION FOUR* I-XXIV
PRODUCT IDENTIFICATION SECTION

*SECTION FIVE (White)* 501
PROFESSIONAL PRODUCTS INFORMATION

*SECTION SIX (White)* 1029
MANUFACTURERS' SERVICE MATERIAL

PUBLISHED BY MEDICAL ECONOMICS, INC., ORADELL, N. J.
ALL RIGHTS RESERVED • © COPYRIGHT 1963 BY MEDICAL ECONOMICS, INC. • PRINTED IN U.S.A.

ditions: cachexia, debilitation, fever, impaired liver or renal function, active tuberculosis, severe hypertension, menstruation, menorrhagia, and metrorrhagia; when large doses of salicylates are administered; and with the use of indwelling drainage catheters. Dicumarol is contraindicated in patients with bleeding, hemorrhagic tendencies, blood dyscrasias, purpura, ulcerating or granulomatous lesions, subacute bacterial endocarditis, threatened abortion, recent operation on the brain or spinal cord, regional anesthesia, lumbar block, vitamin K deficiency, liver disease, and continuous tube drainage of the stomach or small intestine. Dicumarol is probably contraindicated during pregnancy.

*ADMINISTRATION AND DOSAGE:* Dicumarol is given by mouth. The dosage must be individualized and adjusted according to the prothrombin time, usually reported as prothrombin activity in percent of normal. The following schedule serves only as a guide. On the average, the dose for the first day in adults with normal prothrombin activity is 200 to 300 mg. On subsequent days, the dose is 25 to 200 mg. if the prothrombin activity is 25 percent or more. Give no Dicumarol on any day when the prothrombin activity is less than 25 percent.

*OVERDOSAGE:* *See under* Side Effects.

*HOW SUPPLIED:* (℞) *Pulvules®* (Bishydroxycoumarin Capsules, N.F.): *No. 314*, 25 mg. (No. 5, Clear); *No. 291*, 50 mg. (No. 4, Clear); and *No. 292*, 100 mg. (No. 3, Pink), in bottles of 100 and 1,000.

**DIETHYLSTILBESTROL** ℞

*COMPOSITION:* A crystalline synthetic estrogenic compound capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.

*ACTION AND USES:* For the relief of symptoms of the menopause; in senile vaginitis; for the relief or prevention of painful engorgement of the breasts postpartum; for control of functional uterine bleeding and carcinoma of the breast and prostate; and for accidents of pregnancy.

*PRECAUTIONS AND CONTRAINDICATIONS:* Diethylstilbestrol is contraindicated in patients with a personal or familial history of breast or genital cancer (except in treatment of cancer). Prolonged continuous administration can lead to endometrial hyperplasia and to "breakthrough" bleeding.

*ADMINISTRATION AND DOSAGE:* *Parenteral*—Breast engorgement, 5 mg. once or twice daily for two to four days. Carcinoma of prostate, initial phase, 5 mg. twice a week; then 2 to 4 mg. twice a week. Functional uterine bleeding, 5 mg. two or three times daily until checked.

*Oral*—In menopausal symptoms, 0.2 to 0.5 mg. daily, increased as needed. In senile vaginitis, 0.5 mg. daily. In painful engorgement of the breasts postpartum, 5 mg. one to three times daily for a total of 30 mg. In functional uterine bleeding, usually 5 mg. three to five times daily until bleeding ceases. In carcinoma of the prostate, 1 to 3 mg. daily, increased in advanced cases; later, the dose may be reduced to an average of 1 mg. daily. In cancer of the breast, 15 mg. daily. In accidents of pregnancy, 25 to 100 mg. daily.

*Vaginal*—In the menopause, 0.5 mg. daily. Senile vaginitis, 0.5 mg. daily.

*HOW SUPPLIED:* (℞) *Ampoules, Injection (for I.M. use): No. 385, 5 mg., in Oil*, 1 cc., in packages of 6, 25, and 100. One cc. contains 5 mg. diethylstilbestrol in cottonseed oil. *No. 549, 25 mg. in Ethyl Oleate*, 1 cc., in packages of 6.

(℞) *Enseals®*, *No. 46*, 0.1 mg., and *No. 47*, 0.25 mg., in bottles of 100, 500, and 1,000; *No. 48*, 0.5 mg., *No. 49*, 1 mg., and *No. 85*, 5 mg., in bottles of 100, 500, 1,000, and 5,000; *No. 90*, 25 mg., in bottles of 100, 500, and 1,000.

(℞) *Suppositories (Vaginal)*: *No. 11*, 0.1 mg., and *No. 15*, 0.5 mg., in packages of 6 and 50. In addition to the diethylstilbestrol, these suppositories contain glycerin, gelatin, polyoxyethylene sorbitan monolaurate, and propylene glycol.

(℞) *Tablets, U.S.P.: No. 1646*, 0.1 mg., *No. 1647*, 0.25 mg., and *No. 1648*, 0.5 mg., in bottles of 100 and 1,000; *No. 1649*, 1 mg., and *No. 1685*, 5 mg., in bottles of 100, 500, 1,000, and 5,000; *No. 1724*, 25 mg. (cross-scored), in bottles of 25, 100, 500, and 1,000.

**DIETHYLSTILBESTROL AND METHYLTESTOSTERONE,** *see* Tylosterone® (diethylstilbestrol and methyltestosterone, Lilly).

**DIGITOXIN, CRYSTALLINE,** *see* Crystodigin® (digitoxin, Lilly).

**DIMETHYL TUBOCURARINE IODIDE,** *see* Metubine® Iodide (dimethyl tubocurarine iodide, Lilly).

**DIPHTHERIA AND TETANUS TOXOIDS AND PERTUSSIS VACCINE COMBINED,** *see* Tri-Solgen® (diphtheria and tetanus toxoids and pertussis vaccine combined, alum precipitated, Lilly).

**DOLOPHINE® HYDROCHLORIDE** ℞
**(methadone hydrochloride)**

*COMPOSITION:* This product (4,4-diphenyl-6-dimethylamino-heptanone-3 hydrochloride) is an effective, stable analgesic and antitussive, 10 mg. of which are comparable in analgesic potency to morphine sulfate, 15 mg. (¼ gr.).

*ACTION AND USES:* As an analgesic, it is especially useful in relieving postsurgical pain and pain associated with renal colic, metastatic lesions of malignant tumors, fractures, etc.

As an antitussive, it is of benefit in the control of cough associated with the common cold, whooping cough, or chronic tuberculosis.

This preparation produces very little euphoria. Therefore, it has only a limited value as preanesthetic medication when euphoria is desirable.

*SIDE EFFECTS:* Nausea and vomiting, dizziness, dryness of mouth, and miosis may occur. Nausea and vomiting appear most often with large doses and seem to be of the type characteristically seen following administration of morphine.

The cumulative effect seems evident. Although the first doses may be well tolerated, nausea may appear after several have been given. It is suggested that the drug be administered only when needed for control of pain. Side effects also seem to be more prominent in ambulatory patients and in those who are not suffering acute pain. In such individuals, the lower doses are recommended. Doses in excess of 5 mg. are best tolerated when administered parenterally.

*PRECAUTIONS AND CONTRAINDICATIONS:* Although this drug has been used successfully in obstetric patients, it should be given with caution in the intrapartum period. Sedatives or other drugs which may depress fetal respiration should not be administered if delivery is anticipated before most of the drug will be eliminated from the fetal circulation. The risk is increased if the infant is premature or if general anesthesia is used for delivery.

After prolonged administration resulting in the development of considerable tolerance, withdrawal is followed by a mild but definite abstinence syndrome. This syndrome increases in intensity in proportion to longer duration of administration and greater tolerance, but it has never equaled that to be expected after similar administration of morphine. WARNING—May be habit-forming.

*ADMINISTRATION AND DOSAGE:* *Analgesic*—Parenteral, 5 to 10 mg., according to severity of pain, every four to six hours as needed (oral tablets), moderate pain, 2.5 mg. every six to eight hours; more severe pain, 5 mg. every six to eight hours as needed; very severe pain, 10 mg. every four to six hours as needed.

*Antitussive*—Adults, ½ to 1 teaspoonful of the syrup every four to six hours (do not overdose). Children three to twelve years, ¼ to ½ teaspoonful every four to six hours (do not overdose).

*OVERDOSAGE:* C.N.S. depression. *Symptoms*—Drowsiness, sweating, mental depression, delirium, hallucinations, circulatory collapse, and coma. *Treatment*—For specific therapy, nalorphine should be administered to antagonize respiratory depression. General management should consist in symptomatic and supportive therapy, which may include gastric lavage, administration of oxygen and intravenous fluids, and maintenance of body temperature. Emetics should not be used.

*HOW SUPPLIED:* •(℞) *Ampoules, U.S.P., Injection (for I.M. or subcutaneous use): No. 456*, 10 mg., 1 cc., in packages of 12 and 100. Each cc. contains Dolophine® Hydrochloride (methadone hydrochloride, Lilly), 10 mg., and sodium chloride, 0.9 percent. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH. *No. 435*, 10 mg. per cc., 20 cc., rubber-stoppered, in single ampoules (10 per carton) and in packages of 25. Each cc. contains Dolophine® Hydrochloride (methadone hydrochloride, Lilly), 10 mg., and sodium chloride, 0.9 percent, with chlorobutanol (chloroform derivative), 0.5 percent, as a preservative. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH.

•(℞) *Syrup No. 116*, 10 mg. per 30 cc., in pint and gallon bottles. Each 100 cc. contain Dolophine® Hydrochloride (methadone hydrochloride, Lilly), 33.33 mg. Alcohol, 5 percent.

•(℞) *Tablets, U.S.P.* (Inscribed "Diskets®"): *No. 1712*, 5 mg., in bottles of 100 and 1,000; *No. 1713*, 7.5 mg., in bottles of 100; *No. 1730*, 10 mg., in bottles of 100 and 1,000.

• Narcotic order required.

**DROLBAN®** ℞
**(dromostanolone propionate)**

*COMPOSITION:* This preparation is a synthetic steroid, a variant of testosterone, that has been found to be as effective as testosterone propionate in producing objective remissions of metastatic lesions of carcinoma of the breast. It is superior to testosterone propionate in these situations because virilizing side effects, which are commonly associated with androgen therapy, are significantly reduced with its use.

*ACTION AND USES:* This product is recommended for use in the treatment of advanced or metastatic carcinoma of the breast. It should not be used in place of conventional treatment, including surgery and x-ray therapy. It has been found to be effective in certain cases of carcinoma of the breast with metastases involving bone, visceral, pulmonary, and cutaneous sites and to be useful in both premenopausal and postmenopausal patients. Patients who failed to respond previously to testosterone propionate may, in certain instances, show regression of lesions when treated with this drug.

*SIDE EFFECTS:* Side effects usually are significantly less intense than with comparable doses of testosterone propionate. The most likely side effects are mild virilism, such as deepening of the voice, acne, facial hair growth, and enlargement of the clitoris. At times, marked virilism may appear after prolonged treatment. Edema occasionally occurs. Hypercalcemia was noted in a few cases but usually accompanied progression of the disease. Libido seldom seems to be affected. There has been one report of a single case of severe C.N.S. side effects

continued on next page

1964

# 1965 • PDR

Published by MEDICAL ECONOMICS, INC.

NINETEENTH EDITION

# PHYSICIANS' DESK REFERENCE

on

*PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

*For the Physician's Desk*

NINETEENTH EDITION

# PHYSICIANS' DESK REFERENCE

## to

## *PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

IN SIX SECTIONS

An arbitrary page numbering plan is used to facilitate the compilation of this reference book.

*SECTION ONE (Pink)* 101
ALPHABETICAL INDEX

*SECTION TWO (Yellow)* 201
DRUG, CHEMICAL AND PHARMACOLOGICAL INDEX

*SECTION THREE (Blue)* 301
THERAPEUTIC INDICATIONS INDEX

*SECTION FOUR* I-XXIV
PRODUCT IDENTIFICATION SECTION

*SECTION FIVE (White)* 501
PROFESSIONAL PRODUCTS INFORMATION

*SECTION SIX (White)* 1054
MANUFACTURERS' SERVICE MATERIAL

J. PAUL FOLSOM
*General Manager*

ALBERT B. MILLER
*Assistant General Manager*

HENRIETTA BULL
*Managing Editor*

BARBARA HUFF
*Compilation Editor*

W. ALAN WRIGHT, M.D.
*Medical Consultant*

ETHEL F. McGILLICAN
*Circulation Manager*

PUBLISHED BY MEDICAL ECONOMICS, INC., ORADELL, N. J.
ALL RIGHTS RESERVED • © COPYRIGHT 1964 BY MEDICAL ECONOMICS, INC. • PRINTED IN U.S.A.

...ances often obse... nausea and constipa... frequent. Therefore... successfully admini...

...D CONTRAINDI... ...dications have bee... ...sitivity may... ...edication shou...

...les® No. 364 ... ...565 (65 mg.) three ... needed for pain. ...C.N.S. stimulati... ...e fasciculations ... depression. Sympto... ...ion, sedation, menta... ...ness, and possibly co... For specific therapy ...administered to antag... ...on. General man... ...mptomatic and su... ...may include gastr... of oxygen and intr... ...tenance of body tem... ...as picrotoxin an... ...cated, since fatal ...rted.

...B, Pulvules®, U.S.P. ...mg. (No. 5, Light ...365, 65 mg. (No. 3 ...n bottles of 100 and

...ification Section]

B ...henacetin,

...-65 ...phenacetin,

...oxyphene hydrochlo-

...ulvule® contains— *Darvon® Compound-65* ...® ...... 65 mg. ..., Lilly) ...illy). 227 mg. ...... 162 mg. ...... 32.4 mg. ...he analgesic ad-...oxyphene hydro-...tipyretic and anti-...S.A.® Compound ...and caffeine, Lilly). ...present, the combi-...ort to a greater ex-...algesic given alone ...indicated for the ...of pain. These ...al analgesic ef-...xyphene hydrochlo-...mpound (aspirin ...Lilly) plus the antipyretic activity combination may be ...symptomatic relief ...dache, dysmenor-...atory states, e.g. *See also* Darvon® ...de, Lilly). Dar-...oxyphene, aspirin, ...Lilly) is indicated ...s desired without ...nt or in the size

...UTIONS AND ... *See under* ...ene hydrochloride, Compound (aspirin, Lilly). Compound (propoxy-...rin, and caffeine. three or four times 65 (propoxyphene, caffeine, Lilly)—1 times daily. ...er Darvon® (pro-...) and A.S.A.®

...mpound (aspirin, phenacetin, and caffeine, Lilly).
...OW SUPPLIED: (℞) *Pulvules®: No. ...8, Darvon® Compound (propoxyphene, aspirin, phenacetin, and caffeine, Lilly)* (No. ... Light-Pink Opaque Body, Light-Gray Opaque Cap), and *No. 369, Darvon® Compound-65 (propoxyphene, aspirin, phenacetin, and caffeine, Lilly)* (No. 0, Red Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500.
[*Shown in Product Identification Section*]

**DARVO-TRAN®** ℞
**propoxyphene and aspirin with phenaglycodol)**

*See also* other preparations of Darvon® (propoxyphene hydrochloride, Lilly).]
*COMPOSITION:* Each Pulvule® contains—
Darvon® (propoxyphene hydrochloride, Lilly) ........... 32 mg.
A.S.A.® (aspirin, Lilly) ......... 325 mg.
Ultran® (phenaglycodol, Lilly) .. 150 mg.
When anxiety intensifies pain, this product relieves pain more effectively than do the analgesic components alone.
The formula adds the mild tranquilizing effects of Ultran® (phenaglycodol, Lilly) to the established analgesic advantages of Darvon® (propoxyphene hydrochloride, Lilly) and A.S.A.® (aspirin, Lilly). Clinical and pharmacologic studies show that Ultran® (phenaglycodol, Lilly) enhances and prolongs the analgesic activity of Darvon® (propoxyphene hydrochloride, Lilly) when pain is accompanied by anxiety.
*ACTION AND USES:* Useful in all types of painful conditions complicated by anxiety. Among those treated effectively are tension headaches, whiplash injuries, skeletal-muscle discomfort, low-back syndrome, moderate postoperative pain, postpartum discomfort, and arthritic conditions.
*SIDE EFFECTS, PRECAUTIONS, AND CONTRAINDICATIONS: See under* Darvon® (propoxyphene hydrochloride, Lilly), A.S.A.® (aspirin, Lilly), *and* Ultran® (phenaglycodol, Lilly).
*ADMINISTRATION AND DOSAGE:* 1 or 2 Pulvules® three or four times daily.
*OVERDOSAGE: See under* Darvon® (propoxyphene hydrochloride, Lilly), A.S.A.® (aspirin, Lilly), *and* Ultran® (phenaglycodol, Lilly).
*HOW SUPPLIED:* (℞) *Pulvules® No. 377* (No. 0, Light-Pink Opaque Body, Maroon Opaque Cap), in bottles of 100 and 500.
[*Shown in Product Identification Section*]

**DICUMAROL** ℞

*COMPOSITION:* Dicumarol is the registered collective trademark of the Wisconsin Alumni Research Foundation for its brand of Bishydroxycoumarin (3, 3'-Methylenebis [4-hydroxycoumarin]). Dicumarol is an orally effective anticoagulant with slow onset of effect and prolonged action. It inhibits the formation of prothrombin in the liver. The concentration of prothrombin in the blood is thus reduced, and the prothrombin time is increased.
*ACTION AND USES:* Dicumarol is used for the prevention or retardation of intravascular blood clotting in thrombophlebitis and in embolism or occlusion of peripheral, pulmonary, or coronary arteries.
*SIDE EFFECTS:* Overdosage causes hemorrhage. At the first indication of bleeding, transfusions of fresh whole blood should be given and repeated, if necessary, until the bleeding is controlled. Vitamin $K_1$ or vitamin $K_1$ oxide may be of value.
*PRECAUTIONS AND CONTRAINDICATIONS:* Dicumarol should be used only when there are facilities for daily determinations of prothrombin time and for immediate transfusion of fresh blood. Great caution should be exercised in the following conditions: cachexia, debilitation, fever, impaired liver or renal function, active tuberculosis, severe hypertension, menstruation, menorrhagia, and metrorrhagia, when large doses of salicylates are administered, and with the use of indwelling drainage catheters. Dicumarol is contraindicated in patients with bleeding, hemorrhagic tendencies, blood dyscrasias, purpura, ulcerating or granulomatous lesions, subacute bacterial endocarditis, threatened abortion, recent operation on the brain or spinal cord, regional anesthesia, lumbar block, vitamin K deficiency, liver disease, and continuous tube drainage of the stomach or small intestine. Dicumarol is probably contraindicated during pregnancy.
*ADMINISTRATION AND DOSAGE:* Dicumarol is given by mouth. The dosage must be individualized and adjusted according to the prothrombin time, usually reported as prothrombin activity in percent of normal. The following schedule serves only as a guide. On the average, the dose for the first day in adults with normal prothrombin activity is 200 to 300 mg. On subsequent days, the dose is 25 to 200 mg. if the prothrombin activity is 25 percent or more. Give no Dicumarol on any day when the prothrombin activity is less than 25 percent.
*OVERDOSAGE: See under* Side Effects.
*HOW SUPPLIED:* (℞) *Pulvules®* (Bishydroxycoumarin Capsules, N.F.): *No. 314*, 25 mg. (No. 5, Clear); *No. 291*, 50 mg. (No. 4, Clear); and *No. 292*, 100 mg. (No. 3, Pink), in bottles of 100 and 1,000.

**DIETHYLSTILBESTROL** ℞

*COMPOSITION:* A crystalline synthetic estrogenic compound capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.
*ACTION AND USES:* For the relief of symptoms of the menopause; in senile vaginitis; for the relief or prevention of painful engorgement of the breasts postpartum; for control of functional uterine bleeding and carcinoma of the breast and prostate; and for accidents of pregnancy.
*SIDE EFFECTS:* Side effects of estrogen administration include nausea, vomiting, fullness and congestion of the breasts, edema, uterine bleeding (either during or upon cessation of administration), and, rarely, various forms of abdominal distress or pain, anorexia, diarrhea, lassitude, vertigo, headache, anxiety, insomnia, thirst, scotomata, cutaneous rashes, purpura, and jaundice. Gynecomastia and loss of libido may occur in men.
*PRECAUTIONS AND CONTRAINDICATIONS:* Diethylstilbestrol is contraindicated in patients with a personal or familial history of breast or genital cancer (except in treatment of cancer). Prolonged continuous administration can lead to endometrial hyperplasia and to "breakthrough" bleeding.
*ADMINISTRATION AND DOSAGE:*
*Parenteral*—Breast engorgement, 5 mg. once or twice daily for two to four days. Carcinoma of prostate, initial phase, 5 mg. twice a week; then 2 to 4 mg. twice a week. Functional uterine bleeding, 5 mg. two or three times daily until checked.
*Oral*—In menopausal symptoms, 0.2 to 0.5 mg. daily, increased as needed. In senile vaginitis, 0.5 mg. daily. In painful engorgement of the breasts postpartum, 5 mg. one to three times daily for a total of 30 mg. In functional uterine bleeding, usually 5 mg. three to five times daily until bleeding ceases. In carcinoma of the prostate, 1 to 3 mg. daily, increased in advanced cases; later, the dose may be reduced to an average of 1 mg. daily. In cancer of the breast, 15 mg. daily. In accidents of pregnancy, 25 to 100 mg. daily.
*Vaginal*—In the menopause, 0.5 mg. daily. Senile vaginitis, 0.5 mg. daily.
*HOW SUPPLIED:* (℞) *Ampoules, Injection (for I.M. use): No. 385, 5 mg., in Oil*, 1 cc., in packages of 6 and 25. One cc. contains 5 mg. diethylstilbestrol in cottonseed oil. *No. 347, 25 mg., in Ethyl Oleate*, 1 cc., in packages of 6.
(℞) *Enseals®*: *No. 46*, 0.1 mg., and *No. 17*, 0.25 mg., in bottles of 100, 500, and 1,000; *No. 48*, 0.5 mg., in bottles of 100, 500, and 1,000; *No. 49*, 1 mg., and *No. 85*, 5 mg., in bottles of 100, 500, 1,000, and 5,000; *No. 90*, 25 mg., in bottles of 100 and 500.
(℞) *Suppositories* (Vaginal): *No. 14*, 0.1 mg., and *No. 15*, 0.5 mg., in packages of 6 and 50. In addition to the diethylstilbestrol, these suppositories contain glycerin, gelatin, polyoxyethylene sorbitan monolaurate, and propylene glycol.
(℞) *Tablets U.S.P.*: *No. 1646*, 0.1 mg., *No. 1647*, 0.25 mg., and *No. 1648*, 0.5 mg., in bottles of 100 and 1,000; *No. 1549*, 1 mg., and *No. 1655*, 5 mg., in bottles of 100, 500, 1,000, and 5,000; *No. 1724*, 25 mg. (cross-scored), in bottles of 100.

**DIETHYLSTILBESTROL AND METHYLTESTOSTERONE,** *see* Tylosterone® (diethylstilbestrol and methyltestosterone, Lilly).

**DIGITOXIN,** *see* Crystodigin® (digitoxin, Lilly).

**DIMETHYL TUBOCURARINE IODIDE,** *see* Metubine® Iodide (dimethyl tubocurarine iodide, Lilly).

**DIPHTHERIA AND TETANUS TOXOIDS AND PERTUSSIS VACCINE COMBINED, ALUM PRECIPITATED,** *see* Tri-Solgen® (diphtheria and tetanus toxoids and pertussis vaccine combined, alum precipitated, Lilly).

**DOLOPHINE® HYDROCHLORIDE** ℞
**(methadone hydrochloride)**

*COMPOSITION:* This product (4,4-diphenyl-6-dimethylamino-heptanone-3 hydrochloride) is an effective, stable analgesic and antitussive, 10 mg. of which are comparable in analgesic potency to morphine sulfate, 15 mg. (1/4 gr.).
*ACTION AND USES:* As an analgesic, it is especially useful in relieving postsurgical pain and pain associated with renal colic, metastatic lesions of malignant tumors, fractures, etc.
As an antitussive, it is of benefit in the control of cough associated with the common cold, whooping cough, or chronic tuberculosis.
This preparation produces very little euphoria. Therefore, it has only a limited value as preanesthetic medication when euphoria is desirable.
*SIDE EFFECTS:* Nausea and vomiting, dizziness, dryness of mouth, and miosis may occur. Nausea and vomiting appear most often with large doses and seem to be of the type characteristically seen following administration of morphine.
The cumulative effect seems evident. Although the first doses may be well tolerated, nausea may appear after several have been given. It is suggested that the drug be administered only when needed for control of pain. Side effects also seem to be more prominent in ambulatory patients and in those who are not suffering acute pain. In such individuals, the lower doses are ... Doses in excess of 5 mg. are best tolerated when administered parenterally.
*PRECAUTIONS AND CONTRAINDICATIONS:* Although this drug has been used successfully in obstetric patients, it should be given with caution in the ... period. Sedatives or other drugs ... may depress fetal respiration ... administered if delivery is ... most of the drug will be ... fetal circulation. The risk is ... infant is premature or if ... is used for delivery.
After prolonged administration ... the development of ... withdrawal is followed by ... abstinence syndrome ... creases in intensity in ... duration of administrat...

continued on next page

1965