UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOY KASPARIAN and ) | |
| RICHARD FEDERICO, JR., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 06-CV-00290 (RMC/AK) |
| ) | NEXT EVENT: |
| ELI LILLY AND COMPANY, ) | Pretrial Conference September 19, 2007 |
| ) | |
| Defendant. ) | |

**NOTICE OF NON-OPPOSITION**

COME NOW Plaintiffs, by and through counsel, and decline to Oppose Defendant Eli Lilly and Company's Motion to Strike Affidavit of Harold Sparr, R.Ph.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Aaron M. Levine

AARON M. LEVINE, #7864
1320 19th Street, N.W.
Suite 500
Washington, DC   20036
202-833-8040

Counsel for Plaintiffs