UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)
JOY KASPARIAN and                           )
RICHARD FEDERICO, JR.,                      )
                                            )
            Plaintiffs,                     )
                                            )
      v.                                    )   CIVIL ACTION No. 06-CV-00290 (RMC/AK)
                                            )   NEXT EVENT:
ELI LILLY AND COMPANY,                      )      Pretrial Conference September 19, 2007
                                            )
            Defendant.                      )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)

**AFFIDAVIT OF AARON M. LEVINE, ESQ.**
**REGARDING AUTHENTICATION OF DOCUMENTS**

    I, Aaron M. Levine, declare under penalty of perjury that the following is true and correct:

    1.    Attached as Appendix 1 is a true copy of selections from the Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant Eli Lilly's Motion for Summary Judgment, <u>Miskulin v. Abbott Lab's</u>, No. CGC-03-418517 (Cal. Super.), dated Sept. 13, 2005;

    2.    Attached as Appendix 2 is a true copy of selections from the Deposition of Julius Piver in <u>Deep v. Eli Lilly and Co.</u>, No. 1:06-CV-00111 (D.D.C.), dated November 21, 2006.

    I declare under penalty of perjury that the foregoing is true and correct.

                                                                       /s/     Aaron M. Levine
                                                                           Aaron M. Levine