UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOY KASPARIAN and<br>RICHARD FEDERICO, JR.,<br><br>       Plaintiffs,<br><br>   v.<br><br>ELI LILLY AND COMPANY,<br><br>       Defendant. | CIVIL ACTION No. 06-CV-00290 (RMC/AK)<br>NEXT EVENT:<br>  Pretrial Conference September 19, 2007 |

## **(PROPOSED) ORDER**

**UPON CONSIDERATION** of Defendant's Motions to Strike Testimony of Julius S. Piver, M.D., and Plaintiff's Opposition thereto, and for good cause shown, it is this ___ day of _____, 200___,

**ORDERED** that Defendant's motion be, and hereby is, DENIED.

 

_____
The Honorable Rosemary M. Collyer
United States District Judge