UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ )
JOY KASPARIAN and                        )
RICHARD FEDERICO, JR.,                   )
                                         )
            Plaintiffs,                  )
                                         )
      v.                                 )    CIVIL ACTION No. 06-CV-00290 (RMC/AK)
                                         )    NEXT EVENT:
ELI LILLY AND COMPANY,                   )        Pretrial Conference September 19, 2007
                                         )
            Defendant.                   )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ )

**CONSENT MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO
DEFENDANT'S MOTION TO STRIKE JULIUS PIVER, M.D.**

COME NOW Plaintiffs Joy Kasparian and Richard Federico, Jr., through counsel, and move for leave to file a surreply in response to Defendant's Reply Brief in Support of Its Motion to Strike the Statement of Julius Piver, M.D., and as grounds therefore, state:

1.    Defendant filed its motion to strike Dr. Piver, citing no authorities save the Federal Rules that Plaintiffs' late disclosure of these witnesses prejudiced Defendant.

2.    In its Reply, Defendant for the first time cited three cases – Musser v. Gen-Tiva Health Serv's, 356 F.3d 751 (7th Cir. 2004), Lohnes v. Level 3 Comm'ns, Inc., 272 F.3d 49 (1st Cir. 2001), and Trost v. Trek Bicycle Corp., 162 F.3d 1004 (8th Cir. 1998) – for the proposition that late disclosure of an expert witness merits exclusion of that witness. Each of these cases involves a heretofore completely unknown expert opinion disclosed close to trial.

3.    Plaintiffs seek to file a response to Defendant's reply for the purpose of distinguishing the above cases cited by the Defendant from the present case. Said response is attached as Appendix No. 1.

4.    Defendant has consented to the filing of this Motion for Leave.

Respectfully submitted,
AARON M. LEVINE AND ASSOCIATES

_____/s/ Aaron M. Levine_____
Aaron M. Levine, #7864
1320 Nineteenth Street, N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040

COUNSEL FOR PLAINTIFFS

**LCvR 7.1(m) CERTIFICATION**

Counsel for Plaintiffs certifies that on March 21, 2007, that Plaintiffs, through counsel,

asked for and received consent from Defendant to file this Motion for Leave to File a Surreply.

_____/s/ Aaron M. Levine_____