UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOY KASPARIAN and RICHARD FEDERICO, JR., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION No. 06-CV-00290 (RMC/AK) ) NEXT EVENT: |
| ELI LILLY AND COMPANY, | )   Pretrial Conference September 19, 2007 ) |
| Defendant. | ) ) |

## (PROPOSED) ORDER

**UPON CONSIDERATION** of Plaintiffs' Consent Motion for Leave to File a Surreply in Opposition to Defendant's Motion to Strike, and for good cause shown, it is this ___ day of _____, 2007,

**ORDERED** that Plaintiffs' motion be, and hereby is, GRANTED;

**AND IT IS FURTHER ORDERED** that Plaintiffs' Surreply in Opposition to Defendant's Motions to Strike herein is filed on the date this Order is granted.

_____
The Honorable Rosemary M. Collyer
United States District Judge