IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOY KASPARIAN and RICHARD FEDERICO, JR.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendants. | CIVIL ACTION No. 06-CV-00290 (RMC) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Joy Kasparian and Richard Federico, Jr. and Defendant Eli Lilly and Company ("Lilly"), acting through their respective counsel, have resolved the claims in the above-captioned case and ask that the above-captioned case be dismissed with prejudice in its entirety.

There are no cross-claims or third-party claims pending in the above-captioned case and no party is an infant or incompetent person for whom a committee has been appointed or a conservator and no person not a party has an interest in the subject matter of this action.

| | |
|---|---|
| JOY KASPARIAN and RICHARD FEDERICO, JR.,<br><br>By their attorneys, | ELI LILLY AND COMPANY,<br><br>By its attorneys, |
| /s/ Aaron M. Levine (by permission BLH)<br>Aaron M. Levine<br>AARON M. LEVINE & ASSOCIATES, P.A.<br>1320 19th Street, N.W., Suite 500<br>Washington, DC 20036<br>202-833-8040 | /s/ James J. Dillon<br>James J. Dillon<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>617-832-1000 |

Dated: April 20, 2007

B3345814.1